**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Telephone: (619) 777-0383
Facsimile: (619) 775-1383

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RIAS, individually and as successor-in-interest to ROBERT RIAS; TATANISHA PITTS, individually and as successor-in-interest to OMARI PITTS; and DOMINIC ADAMS Sr., and BRITTANY MASON both individually and as successors-in-interest to DOMINIC ADAMS Jr., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FONTANA, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:25-cv-00207-JGB-SHK <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

TO THIS HONORABLE COURT:

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1 | the Summons and Complaint on Defendant Daniel Precie (attached hereto as
2 | Exhibit "A").
3 |
4 | February 18, 2025                LAW OFFICES OF DALE K. GALIPO
5 |
6 |                                  By: _/s/ Marcel F. Sincich_____
7 |                                      Dale K. Galipo
8 |                                      Marcel F. Sincich
                                         Attorney for Plaintiffs

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Marcel F. Sincich (SBN 319508)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; msincich@galipolaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: DIANA RIAS; et al
DEFENDANT/RESPONDENT: CITY OF FONTANA; et al

CASE NUMBER: 5:25-cv-00207 JGB (SHKx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2409797M

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons
   b. ☒ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☒ other *(specify documents)*: CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
3. a. Party served *(specify name of party as shown on documents served)*:
   **DANIEL PRECIE**
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Silvia Fraustro, Administrative City Clerk, authorized person to accept service of process on behalf of Daniel Precie**
4. Address where the party was served: **8353 Sierra Avenue**
   **Fontana, CA 92335**
5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **2/4/2025** (2) at *(time)*: **2:45 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2409797

| Plaintiff: DIANA RIAS; et al | CASE NUMBER: |
|---|---|
| Defendant: CITY OF FONTANA; et al | 5:25-cv-00207 JGB (SHKx) |

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: **DANIEL PRECIE**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                     ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
  a. Name: **Marco T. Samayoa - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 68.00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner    ☑ employee    ☐ independent contractor.
        (ii) Registration No.: **2023077026**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/10/2025**

**Marco T. Samayoa**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(Signature - Per CC §1633.7)*