Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
 *Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DIANA RIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00207-JGB-SHKx<br>District Judge, Jesus G. Bernal<br>Magistrate Judge, Shashi H. Kewalramani<br><br>**DEFENDANTS CITY OF FONTANA, EDWARD BAUTISTA, JESUS GARCIA, DANIEL PRECIE, AND BRIAN ZOZAYA'S NOTICE OF INTERESTED PARTIES**<br><br>Action Filed:    01/24/2025<br>Trial Date:       N/A |

The undersigned, counsel of record for Defendants CITY OF FONTANA, EDWARD BAUTISTA, JESUS GARCIA, DANIEL PRECIE, AND BRIAN ZOZAYA ("Defendants") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Name | Connection or Interest |
|---|---|
| Diana Rias | Plaintiff |
| Tatanisha Pitts | Plaintiff |
| Dominic Adams, Sr. | Plaintiff |
| Brittany Mason | Plaintiff |
| City of Fontana | Public Entity Defendant |
| Edward Bautista | Defendant |
| Jesus Garcia | Defendant |
| Daniel Precie | Defendant |
| Brian Zozaya | Defendant |

DATED: February 24, 2025        **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**


By:        /s/ Kayleigh A. Andersen
    Eugene P. Ramirez
    Kayleigh Andersen
    Eugene P. Hanrahan
    Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

**DEFENDANTS CITY OF FONTANA, EDWARD BAUTISTA, JESUS GARCIA, DANIEL PRECIE, AND BRIAN ZOZAYA'S NOTICE OF INTERESTED PARTIES**