Marcel F. Sincich, SBN 319508
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DIANA RIAS, et al.,

Plaintiff(s)

v.

CITY OF FONTANA, et al.,

Defendant(s).

CASE NUMBER:

5:25-cv-00207-JGB-SHK

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Marcel F. Sincich___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___a date TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: August 1, 2025          s/ Marcel F. Sincich
                               Attorney For Plaintiff   Diana Rias, et al.

Dated: August 1, 2025          s/ Kayleigh Andersen
                               Attorney For Plaintiff   City of Fontana, et al.

Dated: _____          _____
                               Attorney For Defendant

Dated: _____          _____
                               Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*