**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Tel: (619) 777-0383 | Fax: (619) 775-1383

*Attorneys for Plaintiffs.*

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
  *Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON;<br><br>                Plaintiffs,<br>      vs.<br><br>CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: 5:25-cv-00207-JGB-SHK<br><br>[*Honorable Jesus G. Bernal*<br>*Magistrate Judge Shashi H. Kewalramani*]<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>**Final Pre-Trial Conference**<br>November 16, 2026 at 11:00 a.m.<br>**Jury Trial**<br>December 1, 2026 at 8:30 a.m.<br>Ctrm:    1 |

JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON; and Defendants CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA hereby stipulate for the purposed and jointly request that the honorable Court modify the Scheduling Order in this action, based on the following good cause:

WHEREAS, on July 11, 2025, the Court gave its Civil Trial Scheduling Order setting the Pretrial Conference for November 16, 2026, and setting Jury Trial for December 1, 2026.  (Doc. 22).

WHEREAS, the Court also set the deadline for Initial Expert Designations as June 29, 2026, Rebuttal Expert Designations as July 13, 2026, and All Discovery Cut-Off as July 27, 2026, and the last day to Conduct Settlement Conference as August 4, 2026.  (Doc. 22).

WHEREAS, the parties have worked diligently in discovery in this matter, having made their disclosures, Plaintiffs propounded and Defendants responded to written discovery, and Defendants propounded and Plaintiffs responded to written discovery. Furthermore, the parties have scheduled the depositions off all the parties, including four officers, four Plaintiffs and an additional witness, and are in the process of scheduling two persons-most-knowledgeable within the next 30 days.

WHEREAS, the parties have also worked diligently in scheduling a mediation in this matter, with Mediator Richard Copeland. The next available opening for mediation with Mr. Copeland for which the parties are available is September 29, 2026.

WHEREAS, the parties contend that modification to the scheduling order will assist in the completion of discovery and expert disclosures and will allow the parties to mediate with matter with their agreed upon mediator.

WHEREAS, the parties are not requesting the Court to modify the operative dates and deadlines for the final pre-trial conference or trial.

WHEREAS, this Stipulation is the parties first request for any continuance in this action.

## STIPULATION TO MODIFY THE SCHEDULING ORDER:

Accordingly, in light of the foregoing, and in order to facilitate the interests of all parties to this action, by and through their counsel of record in this action, the Parties hereby Stipulate that **Good Cause** exists and the parties respectfully request that the Court **modify the Scheduling Order as follows:**

| Trial and Final Pretrial Conference Dates | Current Dates (Doc. 22) | Proposed Dates |
|---|---|---|
| Fact Discovery Cut-Off | -- | 07/08/2026 |
| Initial Expert Disclosures | 06/29/2026 | 07/27/2026 |
| Rebuttal Expert Disclosures | 07/13/2026 | 08/17/2026 |
| Expert Discovery Cut-Off | -- | 09/04/2026 |
| ~~All Discovery Cut-Off~~ | ~~07/27/2026~~ | -- |
| Last Day to Complete Mediation | 08/04/2026 | 09/30/2026 |
| ALL OTHER DATES REMAIN THE SAME | | |

Except as specified herein above, all other dates and deadlines within the Court's Scheduling Orders would remain <u>unchanged</u> and unaffected by the parties' Stipulation or any associated Order made pursuant thereto.

**IT IS SO STIPULATED.**

/ / /

/ / /

Respectfully submitted,

DATED: June 11, 2026

**LAW OFFICES OF DALE K. GALIPO**


By: /s/     *Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Neema Shojai
*Attorneys for Plaintiffs*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


/s/     *Kayleigh Andersen*
Eugene P. Ramirez
Kayleigh Andersen
Eugene Hanrahan
*Attorneys for Defendants*

# E-SIGNATURE AFFIRMATION

Pursuant to Civil Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: June 11, 2026                     **LAW OFFICES OF DALE K. GALIPO**

                                         _/s/ Marcel F. Sincich_____
                                         Dale K. Galipo, Esq.
                                         Marcel F. Sincich
                                         *Attorneys for Plaintiffs*

JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER