**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON;<br><br>                  Plaintiffs,<br><br>v.<br><br>CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,<br><br>                  Defendants | Case No.: 5:25-cv-00207-JGB-SHK<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER and finding GOOD CAUSE therein, it is hereby ORDERED that:

1.    The Scheduling Order is modified as follows:

| Trial and Final Pretrial Conference Dates | Current Dates (Doc. 22) | New Dates |
|---|---|---|
| Fact Discovery Cut-Off | -- | 07/08/2026 |

- 1 -

| | | |
|---|---|---|
| Initial Expert Disclosures | 06/29/2026 | 07/27/2026 |
| Rebuttal Expert Disclosures | 07/13/2026 | 08/17/2026 |
| • Expert Discovery Cut-Off | -- | 09/04/2026 |
| • ~~All Discovery Cut-Off~~ | ~~07/27/2026~~ | -- |
| Last Day to Complete Mediation | 08/04/2026 | 09/30/2026 |
| ALL OTHER DATES REMAIN THE SAME | | |

IT IS SO ORDERED.

Dated: June 23, 2026

Honorable Jesus G. Bernal
United States District Court Judge

- 2 -