Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA RIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25-cv-00207-JGB-SHKx
District Judge, Jesus G. Bernal
Magistrate Judge, Shashi H. Kewalramani

**NOTICE; DEFENSE MOTION TO AMEND ANSWER TO COMPLAINT**

DATE: September 28, 2026
TIME: 9:00 a.m.
COURT: 1, 2ND Floor

Action Filed: 01/24/2025
Trial Date: 12/1/2026

COMES NOW, the City of Fontana, Edward Bautista, Jesus Garcia, Daniel Precie, and Brian Zozaya ("Defendants") to file a motion to amend their answer to the complaint. This motion is based on Fed. R. Civ. Pro. 15(a), the attached declaration, and proposed order.

DATED: August 25, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Eugene Hanrahan*

Eugene P. Ramirez
Kayleigh Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

On February 24, 2025, at night during a light rain. Fontana police officers attempted to stop a Nissan driven by a teenager because at least one of the Nissan's passengers were leaning outside of the rear windows of the car. Decl. of Eugene Hanrahan, ¶ 4. The teenage driver led the officers on a brief high-speed pursuit at over 100 miles per hour until the Nissan crashed into another police vehicle and parked cars. *Id.* Before the collision, the police vehicle into which the Nissan crashed had just pulled out of a driveway without its headlights or emergency lights on. *Id.* Three teenage occupants of the Nissan were killed in the crash, and two police officers were seriously injured. *Id.*

On January 4, 2025, plaintiffs filed a complaint alleging eight civil rights claims against the City of Fontana and its officers involved in the collision. [Dkt. 1]. On February 24, 2025, the defense filed their answer to the complaint that inadvertently omitted defense available to the defendants under the California Vehicle Code §§ 21052, 21055, 21056 (exemption of emergency drivers from standard traffic laws). [Dkt. 15]; Decl. of Eugene Hanrahan, ¶ 2.

Defense counsel have emailed plaintiff's counsel three times in the last two months (on July 21, August 19, and August 25) to attempt to meet and confer and to ask whether they will stipulate to the amendment of the answer. Decl. of Eugene Hanrahan, ¶ 3. Plaintiffs' counsel have not replied to date. *Id.* Hence, this motion.

## II. ARGUMENT

A district court "shall grant leave to amend freely 'when justice so requires.' " *Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (upheld trial court's grant of leave to amend answer); *Lopez v. Smith,* 203 F.3d 1122, 1130 (9th Cir.2000) (en banc) (quoting Fed.R.Civ.P. 15(a)). We have stated that "this policy is to be applied with extreme liberality." *Owens at 712; Morongo Band of Mission Indians v. Rose,* 893 F.2d 1074, 1079 (9th Cir.1990); *see also*

*Griggs v. Pace Am. Group, Inc.*, 170 F.3d 877, 880 (9th Cir.1999) (noting that inferences should be drawn "in favor of granting the motion"). In determining whether leave to amend is appropriate, the district court considers "the presence of any of four factors: bad faith, undue delay, prejudice to the opposing party, and/or futility." *Owens* at 12; *Griggs*, 170 F.3d at 880.

The amendment of the affirmative defenses set forth above will cause no delay in the proceedings nor require additional discovery. The addition of the affirmative defenses do not change the straightforward facts of this case.

Amending the answer would not be a futile gesture by the defense. On their face, the California Vehicle Code defense is applicable to these facts. Vehicle Code §§ 21052, and 21055 exempt emergency drivers from standard traffic laws during urgent situations. A high-speed pursuit of over 100 miles per hour is an urgent situation.

If the court grants the motion to amend, plaintiffs will have to defend one more legal argument at summary judgment and at trial if necessary. However, requiring plaintiffs to defend a facially applicable defense is not unfairly prejudicial, and granting leave to amend is consistent with the courts' policy for resolving cases on their merits. *Deshaw v. Bellette Hoffman Fine Art, Inc.* 145 F.3d 1337 (9th Cir. 1998).

DATED: August 25, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Eugene Hanrahan*
Eugene P. Ramirez
Kayleigh Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St., 15th Floor, Los Angeles, CA 90017-3012.

On August 25, 2026, I served true copies of the following document(s) described as **NOTICE; DEFENSE MOTION TO AMEND ANSWER TO COMPLAINT** on the interested parties in this action as follows:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kayleigh Ann Andersen**
  kayleigh.andersen@manningkass.com,delia.flores@manningkass.com
- **Richard T Copeland**
  rtc@conflict-solution.com
- **Dale K Galipo**
  dalekgalipo@yahoo.com,dgilbert@galipolaw.com,blevine@galipolaw.com,evalenzuela@galipolaw.com,bjohnson@galipolaw.com,rvalentine@galipolaw.com,slaurel@galipolaw.com,CMayne@galipolaw.com,msincich@galipolaw.com,ldeleon@galipolaw.com,amonguia@galipolaw.com,coopermayne@recap.email,hlee@galipolaw.com
- **Eugene Paul Hanrahan**
  eugene.hanrahan@manningkass.com,sandra.alarcon@manningkass.com,katherine.hwang@manningkass.com
- **Eugene P Ramirez**
  Eugene.Ramirez@manningkass.com,delia.flores@manningkass.com
- **Marcel F Sincich**
  msincich@galipolaw.com,amonguia@galipolaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 25, 2026, at Los Angeles, California.

/s/ Sandra Alarcon

Sandra Alarcon

MK MANNING | KASS