Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA RIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25-cv-00207-JGB-SHKx
District Judge, Jesus G. Bernal
Magistrate Judge, Shashi H. Kewalramani

**DECLARATION OF EUGENE HANRAHAN IN SUPPORT OF MOTION TO AMEND ANSWER**

DATE: September 28, 2026
TIME: 9:00 a.m.
COURT: 1, 2ND Floor

Action Filed: 01/24/2025
Trial Date: 12/1/2026

**DECLARATION OF EUGENE HANRAHAN**

1. I am an attorney duly admitted to practice before this court. I am an attorney employed by the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them. I make this declaration in support of the Defendant's motion to amend their answer under Rule 15(a).

2. On February 24, 2025, the defense filed their answer to the complaint that inadvertently omitted immunity defenses available to the defendants under the California Vehicle Code §§ 1700 *et seq*, including sections 17004, 17004.7 (pursuit immunity) 21052, 21055, 21056 (exemption of emergency drivers from standard traffic laws). [Dkt. 15].

3. Defense counsel have emailed plaintiff's counsel three times in the last two months (on July 21, August 19, and August 25) to attempt to meet and confer and to ask whether plaintiffs' counsel will stipulate to the amendment of the answer. Plaintiffs' counsel have not replied to date.

4. On February 24, 2025, at night during a light rain. Fontana police officers attempted to stop a Nissan driven by a teenager because at least one of the Nissan's passengers were leaning outside of the rear windows of the car. The teenage driver led the officers on a brief high-speed pursuit at over 100 miles per hour until the Nissan crashed into another police vehicle and parked cars. Before the collision, the police vehicle into which the Nissan crashed had just pulled out of a driveway without its headlights or emergency lights on. Three teenage occupants of the Nissan were killed in the crash, and two police officers were seriously injured.

DATED: August 25, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Eugene Hanrahan*

Eugene P. Ramirez
Kayleigh Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA