MK MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| DIANA RIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00207-JGB-SHKx<br>District Judge, Jesus G. Bernal<br>Magistrate Judge, Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER** |

GOOD CAUSE HAVING BEEN SHOWN, Defendants' motion for leave to amend their answer to allege the immunity defenses under the Vehicle Code §§ 1700 *et seq*, including sections 17004, 17004.7 (pursuit immunity) 21052, 21055, 21056 (exemption of emergency drivers from standard traffic laws) is granted.

IT IS SO ORDERED.

DATED: By: ______________________________

Hon. Jesus G. Bernal
United States District Court Judge.