Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA RIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25-cv-00207-JGB-SHKx
District Judge, Jesus G. Bernal
Magistrate Judge, Shashi H. Kewalramani

**DEFENDANTS CITY OF FONTANA, EDWARD BAUTISTA, JESUS GARCIA, DANIEL PRECIE, AND BRIAN ZOZAYA'S AMENDED ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

Action Filed: 01/24/2025
Trial Date: ~~N/A~~12/1/2026

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants CITY OF FONTANA, EDWARD BAUTISTA, JESUS GARCIA, DANIEL PRECIE, AND BRIAN ZOZAYA ("Defendants") answer the Complaint of Plaintiffs ("Plaintiffs"). If an averment is not specifically admitted, it is hereby denied.



MANNING | KASS

MANNING | KASS

**ANSWER TO COMPLAINT**

1. Answering Paragraph 1, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2. Answering Paragraph 2, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3. Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4. Answering Paragraph 4, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5. Answering Paragraph 5, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6. Answering Paragraph 6, Defendants admit that this Court has jurisdiction. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

7. Answering Paragraph 7, Defendants admit that this Court has jurisdiction. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

8. Answering Paragraph 8, Defendants admit that venue is proper in this Court. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

9. Answering Paragraph 9, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10. Answering Paragraph 10, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11. Answering Paragraph 11, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12. Answering Paragraph 12, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14. Answering Paragraph 14, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 14 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

15. Answering Paragraph 15, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16. Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17. Answering Paragraph 17, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18. Answering Paragraph 18, Defendants admit that CITY OF FONTANA is a public entity in the State of California. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

19. Answering Paragraph 19, Defendants admit that EDWARD BAUTISTA was at all relevant times an employee of the CITY OF FONTATA. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

20. Answering Paragraph 20, Defendants admit that JESUS GARCIA was at all relevant times an employee of the CITY OF FONTATA. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

21. Answering Paragraph 21, Defendants admit that DANIEL PRECIE was at all relevant times an employee of the CITY OF FONTATA. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

22. Answering Paragraph 22, Defendants admit that BRIAN ZOZAYA was at all relevant times an employee of the CITY OF FONTATA. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.



MANNING | KASS

23. Answering Paragraph 23, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24. Answering Paragraph 24, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25. Answering Paragraph 25, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26. Answering Paragraph 26, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27. Answering Paragraph 27, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28. Answering Paragraph 28, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29. Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 29 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

MANNING | KASS

30. Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31. Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32. Answering Paragraph 32, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33. Answering Paragraph 33, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34. Answering Paragraph 34, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35. Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36. Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37. Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38. Answering Paragraph 38, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39. Answering Paragraph 39, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40. Answering Paragraph 40, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41. Answering Paragraph 41, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42. Answering Paragraph 42, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43. Answering Paragraph 43, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 43 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

44. Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45. Answering Paragraph 45, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46. Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47. Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48. Answering Paragraph 48, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49. Answering Paragraph 49, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50. Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 50 further contains legal conclusions and argument as to which no response is required.



MK MANNING | KASS

51. Answering Paragraph 51, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52. Answering Paragraph 52, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53. Answering Paragraph 53, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54. Answering Paragraph 54, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55. Answering Paragraph 55, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56. Answering Paragraph 56, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 56 further contains legal conclusions and argument as to which no response is required.

57. Answering Paragraph 57, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 57 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

58. Answering Paragraph 58, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59. Answering Paragraph 59, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60. Answering Paragraph 60, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61. Answering Paragraph 61, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62. Answering Paragraph 62, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63. Answering Paragraph 63, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64. Answering Paragraph 64, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 64 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

65. Answering Paragraph 65, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66. Answering Paragraph 66, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67. Answering Paragraph 67, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68. Answering Paragraph 68, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69. Answering Paragraph 69, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70. Answering Paragraph 70, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71. Answering Paragraph 71, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 71 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

72. Answering Paragraph 72, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73. Answering Paragraph 73, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 73 further contains legal conclusions and argument as to which no response is required.

74. Answering Paragraph 74, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 74 further contains legal conclusions and argument as to which no response is required.

75. Answering Paragraph 75, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76. Answering Paragraph 76, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77. Answering Paragraph 77, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78. Answering Paragraph 78, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 78 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

79. Answering Paragraph 79, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80. Answering Paragraph 80, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81. Answering Paragraph 81, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82. Answering Paragraph 82, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83. Answering Paragraph 83, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84. Answering Paragraph 84, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85. Answering Paragraph 85, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 85 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

86. Answering Paragraph 86, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87. Answering Paragraph 87, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88. Answering Paragraph 88, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89. Answering Paragraph 89, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90. Answering Paragraph 90, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91. Answering Paragraph 91, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 91 further contains legal conclusions and argument as to which no response is required.

92. Answering Paragraph 92, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 92 further contains legal conclusions and argument as to which no response is required.

93. Answering Paragraph 93, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94. Answering Paragraph 94, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95. Answering Paragraph 95, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 95 further contains legal conclusions and argument as to which no response is required.

96. Answering Paragraph 96, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 96 further contains legal conclusions and argument as to which no response is required.

97. Answering Paragraph 97, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 97 further contains legal conclusions and argument as to which no response is required.

98. Answering Paragraph 98, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 98 further contains legal conclusions and argument as to which no response is required.

99. Answering Paragraph 99, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 99 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

100. Answering Paragraph 100, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 100 further contains legal conclusions and argument as to which no response is required.

101. Answering Paragraph 101, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 101 further contains legal conclusions and argument as to which no response is required.

102. Answering Paragraph 102, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 102 further contains legal conclusions and argument as to which no response is required.

103. Answering Paragraph 103, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104. Answering Paragraph 104, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 104 further contains legal conclusions and argument as to which no response is required.

105. Answering Paragraph 105, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106. Answering Paragraph 106, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 106 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

107. Answering Paragraph 107, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108. Answering Paragraph 108, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109. Answering Paragraph 109, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110. Answering Paragraph 110, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 110 further contains legal conclusions and argument as to which no response is required.

111. Answering Paragraph 111, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 111 further contains legal conclusions and argument as to which no response is required.

112. Answering Paragraph 112, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 112 further contains legal conclusions and argument as to which no response is required.

113. Answering Paragraph 113, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 113 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

114. Answering Paragraph 114, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 114 further contains legal conclusions and argument as to which no response is required.

115. Answering Paragraph 115, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 115 further contains legal conclusions and argument as to which no response is required.

116. Answering Paragraph 116, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 116 further contains legal conclusions and argument as to which no response is required.

117. Answering Paragraph 117, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 117 further contains legal conclusions and argument as to which no response is required.

118. Answering Paragraph 118, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 118 further contains legal conclusions and argument as to which no response is required.

119. Answering Paragraph 119, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 119 further contains legal conclusions and argument as to which no response is required.

120. Answering Paragraph 120, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 120 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

121. Answering Paragraph 121, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 121 further contains legal conclusions and argument as to which no response is required.

122. Answering Paragraph 122, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 122 further contains legal conclusions and argument as to which no response is required.

123. Answering Paragraph 123, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 123 further contains legal conclusions and argument as to which no response is required.

124. Answering Paragraph 124, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 124 further contains legal conclusions and argument as to which no response is required.

125. Answering Paragraph 125, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 125 further contains legal conclusions and argument as to which no response is required.

126. Answering Paragraph 126, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 126 further contains legal conclusions and argument as to which no response is required.

127. Answering Paragraph 127, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 127 further contains legal conclusions and argument as to which no response is required.



MK MANNING | KASS

128. Answering Paragraph 128, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 128 further contains legal conclusions and argument as to which no response is required.

129. Answering Paragraph 129, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 129 further contains legal conclusions and argument as to which no response is required.

130. Answering Paragraph 130, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 130 further contains legal conclusions and argument as to which no response is required.

131. Answering Paragraph 131, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 131 further contains legal conclusions and argument as to which no response is required.

132. Answering Paragraph 132, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 132 further contains legal conclusions and argument as to which no response is required.

133. Answering Paragraph 133, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 133 further contains legal conclusions and argument as to which no response is required.

134. Answering Paragraph 134, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 134 further contains legal conclusions and argument as to which no response is required.



MK MANNING | KASS

135. Answering Paragraph 135, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 135 further contains legal conclusions and argument as to which no response is required.

136. Answering Paragraph 136, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 136 further contains legal conclusions and argument as to which no response is required.

137. Answering Paragraph 137, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 137 further contains legal conclusions and argument as to which no response is required.

138. Answering Paragraph 138, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 138 further contains legal conclusions and argument as to which no response is required.

139. Answering Paragraph 139, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 139 further contains legal conclusions and argument as to which no response is required.

140. Answering Paragraph 140, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 140 further contains legal conclusions and argument as to which no response is required.

141. Answering Paragraph 141, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 141 further contains legal conclusions and argument as to which no response is required.



MANNING | KASS

142. Answering Paragraph 142, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 142 further contains legal conclusions and argument as to which no response is required.

143. Answering Plaintiffs' Prayer for Relief, including subsections (1) – (6), Defendants deny that Plaintiffs are entitled to such relief.

**AFFIRMATIVE DEFENSES**

Defendants plead the following separate defenses. Defendants reserve the right to assert additional affirmative defenses that discovery indicates are proper.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1. As a separate and first affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendants allege that the Complaint fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

2. As a separate and second affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs, and/or the persons and/or entities acting on Plaintiffs' behalf, assumed the risk of all conduct of the Plaintiffs or their agents.

**THIRD AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

3. As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs' damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the Complaint by the Plaintiffs, and Plaintiffs' agents, employees, representatives, relatives, heirs, assigns, attorneys, and/or any others



MANNING | KASS

acting on Plaintiffs' behalf. By reason thereof, Plaintiffs are not entitled to damages or any other relief whatsoever as against Defendants.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

4. As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs are barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

5. As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs' claims, if any, are barred for their failure, and/or the failure of the persons and/or entities acting on their behalf, to mitigate any purported damages.

**SIXTH AFFIRMATIVE DEFENSE**

**(Immune from Liability - Govt Code 820.2)**

6. As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Defendants are immune from liability on all causes of action pursuant to California Government Code Section 820.2.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Intervening and Superseding Cause)**

7. As a separate and seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that if Plaintiffs suffered or sustained any loss, damage or injury as alleged in the Complaint, such loss, damage or injury was legally caused or contributed to by the negligence or wrongful conduct of other parties, persons or entities, and that their negligence or

wrongful conduct was an intervening and superseding cause of the loss, damage or injury of which Plaintiffs complain.

**EIGHTH AFFIRMATIVE DEFENSE**

**(No Malicious Intent)**

8. As a separate and eighth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Defendants did not act with malicious intent to deprive any person of any Constitutional right or to cause any other injury and therefore are not liable.

**NINTH AFFIRMATIVE DEFENSE**

**(Proximate Cause – Other Persons)**

9. As a separate and ninth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that the damages alleged to have been suffered by Plaintiffs in the Complaint were proximately caused or contributed to by acts or failures to act of persons other than these answering Defendantss, which acts or failures to act constitute an intervening and superseding cause of the damages alleged in the Complaint.

**TENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages Barred)**

10. As a separate and tenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffss alleged claim for punitive damages is barred by the provisions of California Civil Code Sections 3294 and 3295.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

11. As a separate and eleventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs are barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of unclean hands.



MANNING | KASS

MANNING | KASS

**TWELFTH AFFIRMATIVE DEFENSE**

**(Waiver and Estoppel)**

12. As a separate and twelfth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that as a result of their own acts and/or omissions, Plaintiffs have waived any right which they may have had to recover, and/or are estopped from recovering, any relief sought against Defendants.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Discretionary Acts)**

13. There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

14. Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

15. Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et. seq.*, 820 *et. seq*.

16. Defendant(s) are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which Plaintiff complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Qualified Immunity & Good Faith Immunity)**

MK MANNING | KASS

17. The individual Defendants are immune from liability under the Federal Civil Rights Act because a reasonable officer could believe that his acts and conduct were appropriate. The individual defendants are immune from liability under the Federal Civil Rights Act because their individual conduct did not violate clearly established constitutional rights of which a reasonable person would have known.

18. At all relevant times, the involved officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

**<u>EIGHTEENTH AFFIRMATIVE DEFENSE</u>**

19. To the extent that the Complaint attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to Plaintiff; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

**<u>NINETEENTH AFFIRMATIVE DEFENSE</u>**

20. The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d

630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

**TWENTIETH AFFIRMATIVE DEFENSE**

21. The defendants are immune from any liability for the alleged injuries under Vehicle Code sections 17004 and 17004.7. This is further supported by the U.S. Supreme Court's holding in *County of Sacramento v. Lewis*, 523 U.S. 833 (1998).

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

22. This action is barred by Plaintiff's failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

23. Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in Plaintiff's Complaint. Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

24. Defendants are exempt as emergency drivers from standard traffic laws under California Vehicle Code §§ 21052, 20155, and 21056.

Formatted: Centered

Formatted: No underline

Formatted: Indent: Left: 0", Tab stops: 0.56", Left

WHEREFORE, Defendants pray for relief as follows:

1. That the Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiffs take nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3. That Defendants be awarded their costs incurred in defending this action;

4. That Defendants be granted such other and further relief as the Court may deem just and proper.



MANNING | KASS

DATED: ~~February 18, 2025~~August 25, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Eugene P. Ramirez

Eugene P. Ramirez
Kayleigh Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**DEMAND FOR JURY TRIAL**

Defendants, CITY OF FONTANA, EDWARD BAUTISTA, JESUS GARCIA, DANIEL PRECIE, AND BRIAN ZOZAYA, hereby demand trial of this matter by jury.

DATED: ~~February 18, 2025~~August 25, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Eugene P. Ramirez
Eugene P. Ramirez
Kayleigh Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA