**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq. (SBN 319508)
*msincich@galipolaw.com*
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Telephone: (619) 777-0383
Facsimile: (619) 775-1383

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA RIAS; TA-TANISHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00207-JGB- ACCV<br>[*Honorable Jesus G. Bernal*]<br>Magistrate Judge, Angela C. C. Viramontes<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND ANSWER TO COMPLAINT** |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND ANSWER TO COMPLAINT**

## I. INTRODUCTION

This is a federal civil rights and state law action primarily arises out of the February 3, 2024, at approximately 11:00 p.m., use of excessive and unreasonable force and reckless police conduct with lack of due care by City of Fontana Officer Jesus Garcia resulting in the death of three (3) young boys. In what started as a minor traffic violation pull-over, Officer Brian Zozaya negligently and without due regard initiated a vehicle pursuit of the subject vehicle. Likewise, without due regard Officer Zozaya did not terminate the pursuit. Nevertheless, at least Officer Zozaya used his lights and sirens and activated his headlights at night.

More egregiously, Officer Garcia knew that there was a high-speed chase going eastbound on Valley Blvd. in his direction yet still chose to drive his police SUV directly into the subject vehicle. The front of Officer Garcia's SUV rammed the side of the subject vehicle, while Officer Garcia failed to use his lights and sirens and failed to even turn his headlights on. The result of Officer Zozaya's failure to terminate the pursuit and Officer Garcia's use of deadly force to end the pursuit was two medically retired officers, one seriously injured boy, and three deceased boys.

Now after over a year and a half with no change in these basic facts, Defendants file a motion to amend their answer to add defenses without a showing that that there was no undue delay, without a showing that there is no prejudice to Plaintiffs and without being able to show that the defense is not futile. Since Defendants have not met their burden, their motion should be denied in full.

## II. LEGAL STANDARD

Generally, a "court should freely give leave [to amend the pleadings] when justice so requires." Fed. R. Civ. P. 15(a). Typically, "this policy is to be applied with extreme liberality." *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (quoting *Morongo Band of Mission Indians v. Rose*, 893 F.2d

1074, 1079 (9th Cir. 1990)). Nevertheless, the Court has discretion to deny leave to amend an answer if not made in good faith, would cause undue delay or prejudice to Plaintiffs, or would be futile. *See Owens*, 244 F.3d at 712.

## III. PLAINTIFFS CONTENDS THAT DEFENDANTS' PROPOSED AMENDMENT AS TO OFFICER GARCIA IS FUTILE

The only substantive addition to Defendants' Answer to Plaintiffs' Complaint for Damages is paragraph 2, Defendants' 22nd Affirmative Defense which reads: "Defendants are exempt as emergency drivers from standard traffic laws under California Vehicle Code §§21052, 20155, 21056."

First, the proposed amendment regarding section "20155" (see Doc 30-1) is untenable as Defendants argue for addition of section 20155 in their Motion.

Second, these stated vehicle codes do not exempt all police drivers from all standard traffic laws. California Vehicle Code §21052 states:

> The provisions of this code applicable to the drivers of vehicles upon the highways apply to the drivers of all vehicles while engaged in the course of employment by this State, any political subdivision thereof, any municipal corporation, or any district, including authorized emergency vehicles subject to those exemptions granted such authorized emergency vehicles in this code.

Section 21052 provides that the code is applicable to all drivers except emergency vehicles. California Vehicle Code §21055 provides that the driver of an authorized emergency vehicle is exempt from various specific, but mostly irrelevant, provisions of the vehicle code under the following conditions: (a) the emergency vehicle is engaged in immediate pursuit of a suspect vehicle and (b) the emergency vehicle sounds the sirens and displays lighted front red lamp warning lights.

It is undisputed that Officer Garcia never turned on his headlights, never activated his overhead lights, never activated his siren, and never joined the pursuit. It is undisputed that he had a duty to yield the right of way to oncoming traffic

before entering the street from the driveway. Therefore, Section 21055 does not apply to Officer Garcia. The proposed amendment to the Answer, as stated, is futile.

## IV. CONCLUSION

Given that there is no Section 20155 and that the stated sections do not apply to Officer Garcia, the Motion to amend should be denied as stated.

Respectfully submitted,

DATED: September 4, 2026

**LAW OFFICE OF DALE K. GALIPO**
**SHOJAI LAW FIRM**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Neema Shojai
*Attorneys for Plaintiffs*

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Leslie De Leon, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On September 4, 2026, I served the foregoing document described as: [Title] on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2026, at Woodland Hills, California.

/s/ *Leslie De Leon*

SERVICE LIST

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (State Bar No. 134865)
Kayleigh Andersen (State Bar No. 306442)
Eugene Hanrahan (State Bar No. 185826)
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
E-mail:
*eugene.ramirez@manningkass.com*
*kayleigh.andersen@manningkass.com*
*eugene.hanrahan@manningkass.com*
*delia.flores@manningkass.com*
*sandra.alarcon@manningkass.com*
*athena.reddersen@manningkass.com*

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Telephone: (619) 777-0383
Facsimile: (619) 775-1383

*Attorneys for Plaintiffs*