**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Tel: (619) 777-0383 | Fax: (619) 775-1383

*Attorneys for Plaintiffs.*

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON;

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No.: 5:25-cv-00207-JGB-ACCV

[*Honorable Jesus G. Bernal* Magistrate Judge, Angela C. C. Viramontes]

**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

**Final Pre-Trial Conference**
November 16, 2026 at 11:00 a.m.
**Jury Trial**
December 1, 2026 at 8:30 a.m.
Ctrm: 1

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON; and Defendants CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA hereby stipulate for the purposed and jointly request that the honorable Court modify the Scheduling Order in this action, based on the following good cause:

WHEREAS, on June 23, 2026, the Court granted the parties first stipulation to modify the scheduling order, continuing the discovery and mediation dates only, setting the expert discovery cut-off date for September 4, 2026. (Doc. 28).

WHEREAS, the last day to hear a dispositive motion would be October 5, 2026 and the last day to file pursuant to Local Rule 7-9 would be September 7, 2026, providing Plaintiffs one week to oppose Defendants' anticipated motion. Whereas, the parties had previously agreed to allow two weeks to oppose and two weeks to reply in their early meeting of counsel. (Doc. 17.)

WHEREAS, the parties are scheduled to conduct a Settlement Conference with Mr. Copeland on September 29, 2026.

WHEREAS, the parties have worked diligently to complete expert discovery in this matter, having completed the depositions of Mr. Martin, Dr. Vilke, Mr. Clark, and Mr. Lee. However, due to the availability of the experts, the parties have not been able to schedule the remaining expert depositions prior the designated cut-off date. The parties currently have the following depositions scheduled based on the availability of the experts: Mr. O'Connor September 9, Dr. Omalu September 15, and Dr. Wobrock October 8.

WHEREAS, the parties have agreed to allow an additional week for Plaintiffs to file their Opposition to Defendants' anticipated Motion for Summary Judgment. The parties also agree to continue the deadline for a hearing on the Motion for

Summary judgment.

WHEREAS, the parties contend that modification to the scheduling order will assist in the completion of expert discovery.

WHEREAS, this Stipulation is the parties second request for any continuance in this action.

**STIPULATION TO MODIFY THE SCHEDULING ORDER:**

Accordingly, in light of the foregoing, and in order to facilitate the interests of all parties to this action, by and through their counsel of record in this action, the Parties hereby Stipulate that **Good Cause** exists and the parties respectfully request that the Court **modify the Scheduling Order as follows:**

| Trial and Final Pretrial Conference Dates | Current Dates (Doc. 22) | Proposed Dates |
|---|---|---|
| Expert Discovery Cut-Off | 09/04/2026 | 10/09/2026 |
| Last Day to Complete Mediation | 09/30/2026 | (unchanged) |
| Deadline to file Motion for Summary Judgment | 09/07/2026 | (unchanged) |
| Deadline to file Opposition to Motion for Summary Judgment | 09/14/2026 | 09/21/2026 |
| Deadline to file Reply to Motion for Summary Judgment | 09/21/2026 | 9/28/2026 |
| Last Day to Hear Motion for Summary Judgment | 10/05/2026 | 10/12/2026 |
| Local Rule 16-2 Meeting | 10/07/2026 | (unchanged) |
| At least 28 days before final pretrial conference:<br>• Motions *in limine* (limit 5; 10 pages; no reply) | 10/19/2026 | (unchanged) |
| At least 21 days before final pretrial conference:<br>• Oppositions to Motions *in limine*<br>• Memorandum of contentions of fact and law<br>• Witness lists<br>• Joint exhibit list | 10/26/2026 | (unchanged) |
| At least 14 days before final pretrial conference:<br>• Proposed final pretrial conference order<br>• Proposed jury instructions, and any objections | 11/02/2026 | (unchanged) |

| | | |
|---|---|---|
| • Proposed verdict forms<br>• Statement of the case<br>• *Proposed voir dire questions, if desired* | | |
| Final Pretrial Conference & Hearing on Motions *in limine* | 11/16/2026 | (unchanged) |
| Meet and Confer re. stipulation to foundation | 11/20/2026 | (unchanged) |
| Trial Briefs, if desired; Serve Unusual Words | 11/24/2026 | (unchanged) |
| Arrange equipment with Deputy Clerk | 11/27/2026 | (unchanged) |
| Jury Trial | 12/01/2026 | (unchanged) |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 4, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Neema Shojai
*Attorneys for Plaintiffs*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

*/s/ Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh Andersen
Eugene Hanrahan
*Attorneys for Defendants*

**E-SIGNATURE AFFIRMATION**

Pursuant to Civil Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: September 4, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

*/s/ Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh Andersen
Eugene Hanrahan
*Attorneys for Defendants*