**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Tel: (619) 777-0383 | Fax: (619) 775-1383

*Attorneys for Plaintiffs.*

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON;

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No.: 5:25-cv-00207-JGB-ACCV

[*Honorable Jesus G. Bernal* Magistrate Judge, Angela C. C. Viramontes]

**[PROPOSED] ORDER RE JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**

**<u>Final Pre-Trial Conference</u>**
November 16, 2026 at 11:00 a.m.
**<u>Jury Trial</u>**
December 1, 2026 at 8:30 a.m.
Ctrm: 1

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

The Court hereby orders that the operative scheduling order deadlines are modified **as follows:**

| **Trial and Final Pretrial Conference Dates** | **Current Dates (Doc. 22)** | **NEW Dates** |
|---|---|---|
| Expert Discovery Cut-Off | 09/04/2026 | 10/09/2026 |
| Last Day to Complete Mediation | 09/30/2026 | (unchanged) |
| Deadline to file Motion for Summary Judgment | 09/07/2026 | (unchanged) |
| Deadline to file Opposition to Motion for Summary Judgment | 09/14/2026 | 09/21/2026 |
| Deadline to file Reply to Motion for Summary Judgment | 09/21/2026 | 9/28/2026 |
| Last Day to Hear Motion for Summary Judgment | 10/05/2026 | 10/12/2026 |
| Local Rule 16-2 Meeting | 10/07/2026 | (unchanged) |
| At least 28 days before final pretrial conference:<br>• Motions *in limine* (limit 5; 10 pages; no reply) | 10/19/2026 | (unchanged) |
| At least 21 days before final pretrial conference:<br>• Oppositions to Motions *in limine*<br>• Memorandum of contentions of fact and law<br>• Witness lists<br>• Joint exhibit list | 10/26/2026 | (unchanged) |
| At least 14 days before final pretrial conference:<br>• Proposed final pretrial conference order<br>• Proposed jury instructions, and any objections | 11/02/2026 | (unchanged) |

| | | |
|---|---|---|
| • Proposed verdict forms<br>• Statement of the case<br>• *Proposed voir dire questions, if desired* | | |
| Final Pretrial Conference & Hearing on Motions *in limine* | 11/16/2026 | (unchanged) |
| Meet and Confer re. stipulation to foundation | 11/20/2026 | (unchanged) |
| Trial Briefs, if desired; Serve Unusual Words | 11/24/2026 | (unchanged) |
| Arrange equipment with Deputy Clerk | 11/27/2026 | (unchanged) |
| Jury Trial | 12/01/2026 | (unchanged) |

**IT IS SO ORDERED.**

DATED: ______________, 2026

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA**

By: ______________________________

Hon. Jesus G. Bernal,
UNITED STATES DISTRICT JUDGE