Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**DECLARATION OF CUSTODIAN OF RECORDS FOR CITY OF FONTANA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Date: 10/5/2026
Time: 9 a.m.
Crtrm.: 1 (2nd Floor)

I, Christopher Macias, declare as follows:

1. I am currently employed by the Fontana Police Department as a fully sworn peace officer and was so employed at all times relevant to this action. I have been employed by the Fontana Police Department since 2008. I am currently a Sergeant with the Fontana Police Department, a rank I have held since 2022. I have personal knowledge of the matters set forth herein and can competently testify under

oath to the following facts, except as to those matters that are stated on information and belief.

2. I am a custodian of records for the Fontana Police Department, and I am familiar with the department's record keeping policies and procedures for downloading, storing, and maintaining documents, records, photographs, and audio and video recordings. I hereby certify that the records identified in this declaration were made at or near the time of occurrence by, or from information transmitted by, someone with knowledge of the facts documented therein, and kept in the regular course of police business of the Fontana Police Department. I am thus informed and believe that such records constitute business records pursuant to the Federal Rules of Evidence 803(6).

3. All of the documents, records, audio and videos referenced in this declaration were photocopied and/or were electronically transmitted from my office and I have reviewed each of the documents, records, telephone calls and videos and attest that they are true and correct copies.

4. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit B** is a true and accurate copy of relevant excerpts of the Confidential Incident Report of Officer Brian Zozaya dated February 2, 2024 regarding the subject incident;

5. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit G** is a true and accurate copy of relevant audio excerpts of Fontana Police Department Radio Transmissions on February 3, 2026 regarding the subject incident;

6. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit H** is a true and accurate copy of relevant excepts of City Surveillance Camera footage located at Valley and Cypress SE on February 3, 2024 at or around 10:44 p.m. regarding the subject incident;

7. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit I** is a true and accurate copy of relevant excepts of the Complete Accident Report prepared by San Bernadino Sheriff's Department Major Accident

MK MANNING | KASS

Investigation Team, a true and accurate copy of which was received into the possession of FPD, regarding the subject incident;

8. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit M** is Fontana Police Department's training, vehicle policy, and POST records for Officer Brian Zozaya;

9. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit N** is Fontana Police Department's training, vehicle policy, and POST records for Officer Daniel Precei;

10. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit O** is Fontana Police Department's training, vehicle policy, and POST records for Officer Edward Bautista;

11. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit P** is Fontana Police Department's training, vehicle policy, and POST records for Officer Jesus Garcia;

12. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit Q** is a true and accurate copy of relevant excerpts of Body Camera Footage (BWC) from Brian Zozaya depicting relevant parts of the subject incident, dated February 3, 2024;

13. Attached hereto and referenced within Defendants' Index of Exhibits as **Exhibit S** are relevant excerpts of Fontana Police Department's Policy Manual including those policies related to pursuits, usage of patrol vehicles, collisions, response to calls, and medical aid

///

///

///



MK MANNING | KASS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 3rd day of September, 2026, at Los Angeles, California.

Christopher Macias
Custodian of Records

MANNING | KASS