Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Notice of Lodging; Index of Exhibits; Declaration of Kayleigh A. Andersen; Declaration of Custodian of Records; and (Proposed) Order*

Date: 10/5/2026
Time: 9 a.m.
Crtrm: 1 (2nd floor)

Pursuant to Federal Rule of Civil Procedure 56 and Civil Local Rule 56-1, Defendants CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; and BRIAN ZOZAYA submit their Statement of Uncontroverted

Facts, with references to evidence, in support of Summary Judgment.

## I. STATEMENT OF UNCONTROVERTED FACTS

| No. | Defendants' Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| 1 | On February 3, 2024, officer Brian Zozaya ("Zozaya") and Daniel Precie ("Precie") were conducting routine patrol at or around the area of Catawba and Valley in Fontana, CA. | Ex. B at 1-2<br>Ex. R at 17:12-21:9<br>Ex. W at 12:3-13:18, 14:21-19:10 |
| 2 | Around 10:44 p.m., Zozaya caught sight of a 2022 Nissan license plate 8ZZG454 ("vehicle"). | Ex. B at 1 |
| 3 | It was later determined that minor Giovanni Bonilla ("Bonilla") was operating the vehicle. | Ex. I at COF 000011, COF 0001150-20<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. L |
| 4 | Zozaya noted that one of the rear passengers was hanging out of the rear window in a way that made it apparent he was not wearing a seatbelt. | Ex. B at 1-2<br>Ex. W at 18:6-18 |
| 5 | Officers witnessed this window hanging as violative of VC27315. | Ex. B at 1-2 |
| 6 | Officers approached closer and saw the vehicle make an "unsafe turn from" the current lane to the second lane in front of another driver without using a turn signal. | Ex. B at 1-2<br>Ex. W at 18:6-19:16 |
| 7 | Officers witnessed this lane change as violative of VC22108. | Ex. B at 1-2 |
| 8 | At this time, the road was wet due to rain, thereby rendering the two violations to be a greater safety threat. | Ex. B at 1-2<br>Ex. W at 25:15-27:16 |
| 9 | Officers then attempted to conduct a traffic stop on the vehicle at a solid red light in the eastbound lanes of Catawba | Ex. B at 1-2<br>Ex. W at 12:6-13:18, 14:21-19:10 |
| 10 | Officers activated all of the following: their emergency lights with forward facing solid red lights, flashing white and blue lights, and sirens. | Ex. B at 1-2<br>Ex. W at 12:6-13:18 |
| 11 | In response, the vehicle accelerated away, going westbound on Valley street from Catawba street. | Ex. B at 1-2<br>Ex. R at 24:23-26:1 |

MANNING | KASS

| No. | Defendants' Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| | | Ex. W at 12:6-13:18 |
| 12 | Zozaya initiated a vehicle pursuit, taking position as the primary officer. | Ex. B at 1-2<br>Ex. R at 24:23-26:1<br>Ex. W at 12:6-13:18; 42:5-7 |
| 13 | At all relevant times, Valley Road had a speed limit of 45 miles per hour. | Ex. I at COF 00040<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3] |
| 14 | The vehicle drove eastbound on Valley (from Catawba) going over 60 miles per hour. | Ex. B at 1-2<br>Ex. R at 24:23-26:1<br>Ex. W at 12:6-13:18; 46:7-27:5 |
| 15 | The vehicle did not show any signs that its driver was going to stop in response to officers' emergency lights or signals of pursuit. | Ex. B at 1-2<br>Ex. W at 12:6-13:18; 26:7-27:5 |
| 16 | Zozaya broadcasted to dispatch that he was in pursuit. | Ex. B at 1-2<br>Ex. G<br>Ex. W at 12:6-13:18 |
| 17 | The vehicle drove eastbound on Valley, through Citrus, approaching Oleander at over 80 miles per hour. | Ex. B at 1-2<br>Ex. I at COF 000028<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. W at 12:3-13:18, 14:21-19:10 |
| 18 | Officers' determined the vehicle's high speeds on the wet roads, and passage of other motorists, posed a major threat of injury to the public. | Ex. B at 1-2 |
| 19 | Officer Jesus Garcia ("Garcia") and Edward Bautista ("Bautista") were positioned in their respective patrol vehicles within a parking lot on the southernly side of Valley between Cypress and Juniper. | Ex. K at 42:25-43:19, 44:7-13 |
| 20 | Garcia and Baustista heard the broadcasts from Zozaya indicating that a pursuit was happening. | Ex. K at 45:1-15 |
| 21 | Garcia and Bautista responded as supporting/backing units. | Ex. B at 1-2<br>Ex. K at 42:25-43:19, 44:7-45:15 |
| 22 | Meanwhile, the pursuit eastbound continued | Ex. B at 1-2 |

| No. | Defendants' Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| | through Cypress in speeds over 80 miles per hour. | Ex. H<br>Ex. I at COF 000028, COF 000139-143<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. W at 12:3-13:18, 14:21-19:10, 43:4-44:7 |
| 23 | At no point in time did vehicle or the passengers comply with officers' attempts to get them to pull over or otherwise stop their flight | Ex. B at 1-2 |
| 24 | Baustista exited the parking lot turning left onto the westbound lane of Valley towards Cypress. | Ex. B at 1-2<br>Ex. H at 00:30-00:50<br>Ex. K at 53:14-54:17 |
| 25 | Behind him, Garcia exited the parking lot with a left turn out onto Valley. | Ex. B at 1-2<br>Ex. H at 00:30-00:50<br>Ex. K at 49:8-22, 52:5-54:17, 98:13-23, 112:6-113:9 |
| 26 | Garcia moved his patrol vehicle into about the northerly end of the middle dividing lane. | Ex. B at 1-2<br>Ex. H at 00:30-00:50<br>Ex. K at 49:8-22, 52:5-54:17, 98:13-23, 112:6-113:9 |
| 27 | Garcia did not intend to position his car physically in the way of the vehicle decedents were in. | Ex. K at 37:17-39:5, 106:9-108:1 |
| 28 | Garcia did not perform any maneuvers with his patrol unit in an effort to terminate the pursuit. | Ex. K at 106:9-108:1 |
| 29 | Almost immediately after Garcia moved into or about the middle dividing lane, decedents' vehicle collided with Garcia. | Ex. B at 1-2<br>Ex. H at 00:30-00:50<br>Ex. K at 30:16-32:24, 52:5-54:17, 98:13-23, 112:6-113:9<br>Ex. I COF 000018-22<br>See Ex. J at 83:5-86:21, [9:9-21, 11:13-12:3; 19:14-20:3] |
| 30 | From this collision, three of the passengers eventually died, with only Bonilla, Garcia, and his | Ex. B at 1-2<br>Ex. I COF 000016, 36, |

| No. | Defendants' Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| | partner alive but seriously injured. | 59, 61<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. T at 9-18 |
| 31 | At over 100 miles per hour, decedents' vehicle decelerated approximately sharply over ten (10) miles per hour to between 80 and 90 mph just prior to hitting Garcia. | Ex. I COF 000139<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. T at 9-18 |
| 32 | Detective analysis of the vehicle's CDR proffered that about "…[1.5 seconds prior to the collision] that [the vehicle] rotated counter clockwise. | Ex. I COF 000139<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. T at 9-18 |
| 33 | Garcia's recollection is that he completed his left turn before seeing headlights coming at him. | Ex. K at 33:15-34:19, 53:14-54:17 |
| 34 | Garcia's vehicle made it over the southern double yellow line of the center median before the collision. | Ex. H at<br>Ex. I COF 000018-22<br>See Ex. J at 83:5-86:21, [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. K at 30:16-32:24, 52:5-54:17, 98:13-23, 112:6-113:9 |
| 35 | Decedents' vehicle, which was in the eastbound lane closest to median, veered leftward into about the middle-diver lane. | Ex. H at<br>Ex. I COF 000018-22<br>See Ex. J at 47:8-49:12, 83:5-86:21, [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. K at 30:16-32:24, 52:5-54:17, 98:13-23, 112:6-113:9<br>Ex. R at 26:13-21, 36:7-38:15<br>Ex. T at 9-18 |
| 36 | After impact, decedents' vehicle continued northeast where it collided with other parked and unoccupied vehicles. | Ex. B at 1-2<br>Ex. I COF 000016-22, 36-39 |

| No. | Defendants' Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| | | See Ex. J at 71:5-75:16, [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. T at 9-18 |
| 37 | Officers arrived to assist, investigating injuries and casualties but not moving anyone inside the cars due to the risk of potential spine injuries. | Ex. I COF 000027<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3]<br>Ex. Q |
| 38 | Bonilla and decedent Pitts were transported to Arrowhead Regional Medical Center (ARMC) and Loma Linda University Medical Center (LLUMC) while decedent Rias and Adams were pronounced deceased at the scene. | Ex. B at 1-2<br>Ex. I COF 000016, 26, 36, 59, 61<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3] |
| 39 | Pitts was pronounced dead the next day. | Ex. I COF 000071<br>See Ex. J at [9:9-21, 11:13-12:3; 19:14-20:3] |
| 40 | Following this incident, Bonilla was convicted of violation VC22356(B) exceeding 70 miles per hour. | Ex. L |
| 41 | Officers' POST and training profiles with FPD include course trainings for use of force, driving and pursuit policy, response to calls. | Ex. M at pp 1-4<br>Ex. N at pp 1-4<br>Ex. O at pp 1-4<br>Ex. P at pp 1-4<br>Ex. S at COF 000613-674, 714-1145, 1424-1426, 1511-1512 |
| 42 | FPD policy contains provisions which sets forth all of the following with respect to vehicle use and pursuits: (1) the circumstances in which to initiate pursuits; (2) numeric limits on number of pursuit vehicles; (3) communication procedures for pursuits; (4) the role of supervisors to manage and control pursuits; (5) circumstances in which to use laid out driving tactics; (6) authorized intervention tactics (including blocking, ramming, boxing, and roadblocks) and when to employ them; (7) factors necessary to choose speeds encompassing public, | Ex. S at COF 000702-713, 995, 1346-1355 |

| No. | Defendants' Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| | officer, and suspect safety; (8) air support role when available; (9) factors to consider to decide pursuit termination or discontinuance; (10) post-vehicle-pursuit apprehension procedures; (11) determination of effective coordination, management, and control of interjurisdictional pursuits; (12) post-pursuit reporting and analysis. | |
| 43 | FPD also has its policy, including portions specifically related to pursuits, signed as received and acknowledged by officers. | Ex. S at COF 001568-1650<br>Ex. M at COF 001849, 1853, 1845, 1841<br>Ex. N at COF 001829, 1825, 1833<br>Ex. O at COF 00179, 1780, 1784, 1788, 1792, 1796, 1800, 1801, 1805, 1809, 1813<br>Ex. P at COF 001964, 1958 |
| 44 | FPD also has a pursuit-specific yearly training refreshers. | Ex. S at COF 001568-1650 |
| 45 | Plaintiffs defer to the following records as showcasing the facts they know and the facts upon which their claims are based: "Defendants' Disclosures and Discovery Responses; County of San Bernardino investigatory records; California Highway Patrol investigatory records; statements of Defendant Officers." | Ex. C, No. 1, 6, 20<br>Ex. D, No. 1, 6, 20<br>Ex. E, No. 1, 6, 20<br>Ex. F, No. 1, 6, 20 |
| 46 | Plaintiffs allege that Officers "used deadly force in their improper tactics and by vehicle intervention techniques." | Ex. A, ¶ 34, 50-52<br>Ex. C, No. 1, 6<br>Ex. D, No. 1, 6<br>Ex. E, No. 1, 6<br>Ex. F, No. 1, 6 |
| 47 | To support their first claim, Plaintiffs specifically claim that Officers "escalated the situation when they unreasonably used their patrol vehicles to forcibly strike the vehicle occupied by but not driven by Decedents." | Ex. A, ¶ 34, 50-52<br>Ex. C, No. 1<br>Ex. D, No. 1<br>Ex. E, No. 1<br>Ex. F, No. 1 |
| 48 | To support their second claim, Plaintiffs | Ex. A, ¶ 34, 62-64 |

MANNING | KASS

| No. | Defendants' Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| | specifically claim that Officers "intentionally used force…against Decedents, causing their deaths" and failed to give verbal warnings. | Ex. C, No. 1<br>Ex. D, No. 1<br>Ex. E, No. 1<br>Ex. F, No. 1 |
| 49 | To support their third claim for *Monell* policy liability, Plaintiffs allege that the City has policies including using excessive force on unarmed, non-risk suspects, failing to train or discipline Officers, and maintaining a policy of inaction. | Ex. A, ¶ 34, 76-81<br>Ex. C, No. 6, 20<br>Ex. D, No. 6, 20<br>Ex. E, No. 6, 20<br>Ex. F, No. 6, 20 |
| 50 | To support their fourth claim for *Monell* failure to train liability, Plaintiffs allege the City failed to train Officers on how to handle use of force in particular against persons in a vehicle, unreasonable stop of a vehicle, and tactical communication and position. | Ex. A, ¶ 34, 90-91<br>Ex. C, No. 6, 20<br>Ex. D, No. 6, 20<br>Ex. E, No. 6, 20<br>Ex. F, No. 6, 20 |
| 51 | To support their fifth claim for *Monell* ratification, Plaintiffs allege a final policymaker determined that acts of the Officers were within policy and that a policymaker has a history of ratifying unconstitutional use of force. | Ex. A, ¶ 34, 99-101, 103<br>Ex. C, No. 6, 20<br>Ex. D, No. 6, 20<br>Ex. E, No. 6, 20<br>Ex. F, No. 6, 20 |
| 52 | Plaintiffs sixth, seventh, and eighth claims stem from the same allegations and injury underlying the first and second causes of action. | Ex. A, ¶ 34, 109-112, 120-123, 133-137<br>Ex. C, No. 1, 20<br>Ex. D, No. 1, 20<br>Ex. E, No. 1, 20<br>Ex. F, No. 1, 20 |
| | | |

MANNING | KASS

DATED: September 7, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh A. Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS