**POST PROFILE NAME:**

ZOZAYA, BRIAN OSCAR

CALIFORNIA COMMISSION ON **POST**

**Certification Status: Active**

**AKA:** N/A

**DATE:** 03/24/2025



## PERSONAL IDENTIFICATION

| POST I.D. | Agency | Birth Date | Gender | Race/Ethnicity |
|---|---|---|---|---|
| C90-P34 | FONTANA PD | [redacted] | Male | [redacted] |

## CERTIFICATES AWARDED

| Cert No. | Type | Awarded | Education | T | T+ | Comments |
|---|---|---|---|---|---|---|
| 213962 | B | 06/17/2024 | | 48.00 | 5.20 | |

**Total Number of Certificates:** 1

## PROOF OF ELIGIBILITY

| POE | Agency Name | Agency | Issued | Status |
|---|---|---|---|---|
| P0007579 | FONTANA PD | 36040 | 12/15/2022 | Expired |

**Total Number of Proof of Eligibility:** 1

## EMPLOYMENT

| Hired From | To | R* | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/2022 | 12/15/2022 | 6 | TRN | 04/23/2022 | 36040 | FONTANA PD | F | P | |
| 12/15/2022 | | | PO | 12/15/2022 | 36040 | FONTANA PD | F | P | |

***Reason for Separation: 6 = Other**

## POST CERTIFIED TRAINING

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2022 | A | 2330-00100-22-001 | 960 | R | Y | 36040 | S BRNDO SD | | BASIC COURSE-INTENSIVE |
| 04/13/2023 | K | 1346-31809-22-001 | 8 | X | Y | 36040 | SDLLC | | FIREARMS SEMI-AUTO PISTOL 1911 |
| 05/12/2023 | K | 2330-21165-22-039 | 4 | R | Y | 36040 | S BRNDO SD | | DRIVER TRNG (EVOC) UPD (PIT) |
| 06/22/2023 | K | 7530-32075-22-002 | 36 | R | Y | 36040 | FONTANA | | FIREARMS/TACTICAL RIFLE |
| 07/10/2023 | K | 7530-29000-23-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |
| 09/06/2023 | K | 7530-32076-23-001 | 24 | X | Y | 36040 | FONTANA | | FIREARMS/TACTICAL RIFLE-ADV |
| 11/07/2023 | K | 7530-29502-23-002 | 8 | R | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 01/18/2024 | K | 7530-29501-23-004 | 6 | R | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 02/16/2024 | K | 7530-20290-23-001 | 16 | R | Y | 36040 | FONTANA | | DUI DETECTION-FIELD SOBRIETY |
| 10/16/2024 | K | 7530-29503-24-009 | 7 | | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 11/14/2024 | K | 7530-29580-24-007 | 4 | X | Y | 36040 | FONTANA | * | USE OF FORCE (PSP) |
| 11/14/2024 | K | 7530-29540-24-007 | 2 | X | Y | 36040 | FONTANA | * | STRATEGIC COMMUNICATIONS (PSP) |
| 11/14/2024 | K | 7530-29000-24-284 | 2 | X | Y | 36040 | FONTANA | | STRATEGIC COMMUNICATIONS |
| 11/15/2024 | K | 7530-32343-24-007 | 2 | X | Y | 36040 | FONTANA | | DOMESTIC VIOLENCE UPDATE |
| 02/24/2025 | K | 7530-29000-24-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |

***Meets Perishable Skills**

## FOOTNOTES

NO FOOTNOTE ON FILE.

**PLEASE REFER TO THE ENCLOSED EXPLANATION SHEET FOR ADDITIONAL INFORMATION.**

**The Profile Report contains confidential information.**

## EXPLANATION SHEET

| PERSONAL IDENTIFICATION: Subject's personal information as indicated in POST database (EDI system) | |
|---|---|
| **POST ID:** | Unique identification number assigned to subject by POST. |
| **Agency:** | Indicates the agency (or one of the agencies) where subject is currently employed.<br>An "*" indicates that the subject is employed in more than one position within the same agency. |
| **Birth Date/Gender:** | Self-explanatory. |
| **Race/Ethnicity:** | **A** = Asian **B** = African American (Black) **N** = Native American **S** = Spanish/Hispanic **W** = White **O** = Other |

| CERTIFICATES AWARDED | |
|---|---|
| **Cert:** | Certificate serial number. |
| **Type:** | **B** = Basic **I** = Intermediate **A** = Advanced **S** = Supervisory **M** = Management **E** = Executive<br>**R** = Reserve **D** = Public Safety Dispatcher **SX**= Specialized X (example: SA = Specialized Advanced) |
| **Awarded:** | Date certificate was issued. |
| **Education:** | Educational points or degree used for earning a certificate. |
| **T:** | Training points used for awarding the certificate. |
| **T+:** | Additional training points. |
| **Comments:** | Comments regarding training or institute(s) where subject received education. |
| **Total Number of Certificates:** | Number of certificates awarded to subject as indicated in POST database. |

| EMPLOYMENT: Subject's employment history as indicated in POST database | |
|---|---|
| **Hired From:** | Date subject was hired or sworn into the agency. |
| **To:** | Date subject left agency (if applicable). |
| **R*:** | Reason for separation as indicated by number in the Report description. |
| **Rank / Rank Date:** | Indicates rank as translated by POST database and date subject made rank. |
| **Agency / Agency Name:** | Agency code number and name where subject is currently working or previously worked. |
| **F/P:** | Time base: **F** = Full time **P** = Part time |
| **P/U:** | Wage status: **P** = Paid **U** = Unpaid |
| **Seas:** | Provisional or seasonal employment. |

| POST TRAINING: Courses attended or completed as indicated in POST database | |
|---|---|
| **Comp Date:** | Date course ended. |
| **Cat:** | General course category (for POST use only). |
| **CCN:** | Course Control Number. |
| **Hrs:** | Hours completed in course. |
| **Rmb:** | Reimbursement indicator: **R** = Reimbursed *(before FY 83/84 reimbursable agency not necessarily reimbursed)*<br>**J** = Job specific ***** = Job specific, SALARY NOT PAID **Blank** = None or no data available |
| **Cmp:** | Completion indicator: **Blank or Y** = Course completed **N** = Course not completed **?** = Prior to 1979 |
| **Agency:** | Agency where subject was employed at time of course enrollment. |
| **School:** | Training institute offering the course. |
| **Course Name:** | Course name as shown in POST database. |

### NON-CERTIFIED COURSES

This section will only appear if applicable.

### FOOTNOTES

This section reserved for additional information.

Revised 11/2014

**Fontana Police Department**

# Individual Training Activity



**Person:** **Zozaya, Brian**

## Personal

**Agency:** Fontana Police Department
**ID #:** C90-P34

## Employment

| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Active | 11/13/2018 | / / |
| Duty Status: | | / / | / / |
| Time Status: | Part Time | / / | / / |
| Rank: | Cadet | 11/13/2018 | / / |
| Work Unit: | | / / | / / |
| Station: | | / / | / / |
| Division: | | / / | / / |

**Scheduled Training In: 2025**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-3266 | 03/06/2025 | IVS Training After Action Report | *** None *** | ✓ | P | | 10:00 |
| - 1-3254 | 02/27/2025 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-3252 | 02/27/2025 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-3253 | 02/27/2025 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-3169 | 01/17/2025 | Performance Pistol/Rifle | *** None *** | ✓ | P | | 16:00 |

**Totals For Training Completed in: 2025** Completed 5 of 5 Modules 34:00

**Scheduled Training In: 2024**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-3121 | 11/15/2024 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-3156 | 11/14/2024 | Use of Force (PSP) | *** None *** | ✓ | P | | 04:00 |
| - 1-3154 | 11/14/2024 | Domestic Violence Update (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-3155 | 11/14/2024 | Strategic Communications (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-3152 | 11/14/2024 | High Risk Traffic Stops | *** None *** | ✓ | P | | 00:30 |
| - 1-3106 | 10/16/2024 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-2983 | 08/01/2024 | Hidden Compartment Training | *** None *** | ✓ | P | | 08:00 |
| - 1-2927 | 05/01/2024 | Informants Class/Street Level Drug Interdiction | *** None *** | ✓ | P | | 16:00 |
| - 1-2932 | 04/28/2024 | Automated Criminal History System - RAPS | *** None *** | ✓ | P | | 00:15 |
| - 1-2931 | 04/18/2024 | 5150 With Guns | *** None *** | ✓ | P | | 01:00 |
| - 1-2902 | 03/21/2024 | Active Shooter | *** None *** | ✓ | P | | 10:00 |
| - 1-2768 | 02/16/2024 | SFST - Field Sobriety | *** None *** | ✓ | P | | 16:00 |
| - 1-2894 | 02/12/2024 | Assembly Bill (AB) 360 | *** None *** | ✓ | P | | 01:00 |
| - 1-2804 | 01/18/2024 | Firearms (PSP) | *** None *** | ✓ | P | | 08:00 |

**Totals For Training Completed in: 2024** Completed 14 of 14 Modules 77:45

**Fontana Police Department**

# Individual Training Activity

03/24/2025



**Person:** **Zozaya, Brian** (Continued)

**Scheduled Training In: 2023**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2700 | 11/07/2023 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-2691 | 11/07/2023 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-2637 | 09/15/2023 | Taser Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2638 | 09/15/2023 | Tactical Negotiation Team Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2597 | 09/06/2023 | Advanced Rifle Course | *** None *** | ✓ | P | | 20:00 |
| - 1-2545 | 07/14/2023 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-2546 | 07/14/2023 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-2547 | 07/14/2023 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-2548 | 07/14/2023 | SB 2 - Reporting Requirements & Decertification Process | *** None *** | ✓ | P | | 00:30 |
| - 1-2477 | 06/22/2023 | Patrol Rifle | *** None *** | ✓ | P | | 36:00 |
| - 1-2526 | 06/01/2023 | Automated Criminal History Systems (RAPS) | *** None *** | ✓ | P | | 00:15 |
| - 1-2470 | 05/12/2023 | Pit Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2425 | 03/14/2023 | CPR/First Aid/AED | *** None *** | ✓ | P | | 08:00 |
| - 1-2426 | 03/14/2023 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |
| - 1-2427 | 03/14/2023 | Sudden Custody Death Syndrome | *** None *** | ✓ | P | | 01:00 |

**Totals For Training Completed in: 2023** Completed 15 of 15 Modules 95:45

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2336 | 12/31/2022 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1973 | 01/10/2022 | Tactical Care | *** None *** | ✓ | P | | 05:00 |
| - 1-1972 | 01/10/2022 | Narcan | *** None *** | ✓ | P | | 02:00 |
| - 1-1974 | 01/10/2022 | Officer Wellness | *** None *** | | P | | 02:00 |

**Totals For Training Completed in: 2022** Completed 3 of 4 Modules 10:00

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1722 | 05/19/2021 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-1710 | 05/19/2021 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-1716 | 05/19/2021 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-1557 | 01/22/2021 | CPR/First Aid/AED | *** None *** | ✓ | P | | 08:00 |
| - 1-1566 | 01/22/2021 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |

**Totals For Training Completed in: 2021** Completed 5 of 5 Modules 17:00

**Fontana Police Department**

# Individual Training Activity

03/24/2025 Page 3 of 3 pages

**Person:** **Zozaya, Brian** (Continued)

**Scheduled Training In: 2020**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1428 | 09/18/2020 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 07:00 |
| - 1-1442 | 09/15/2020 | Carotid Hold | *** None *** | ✓ | P | | 01:00 |
| - 1-1394 | 09/01/2020 | Automated Criminal History System - RAPS | *** None *** | ✓ | P | | 00:16 |
| - 1-1337 | 07/23/2020 | Firearms (PSP) | *** None *** | ✓ | P | | 06:00 |
| - 1-1343 | 07/23/2020 | Taser Training | *** None *** | ✓ | P | | 03:00 |
| - 1-1331 | 07/23/2020 | Tactical Communication (PSP) | *** None *** | ✓ | P | | 02:00 |
| **Totals For Training Completed in: 2020** | | Completed 6 of 6 Modules | | | | | 19:16 |

**Scheduled Training In: 2019**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1091 | 10/08/2019 | Mental Health & De-escalation | *** None *** | ✓ | P | | 05:00 |
| - 1-1092 | 10/08/2019 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-1093 | 10/08/2019 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-1085 | 10/08/2019 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1022 | 05/30/2019 | Automated Criminal History Systems (RAPS) | *** None *** | ✓ | P | | 00:15 |
| - 1-0905 | 03/28/2019 | Active Shooter | *** None *** | ✓ | P | | 10:00 |
| **Totals For Training Completed in: 2019** | | Completed 6 of 6 Modules | | | | | 20:15 |

**Scheduled Training In: 2018**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-0782 | 12/14/2018 | Cal Gangs | *** None *** | ✓ | P | | 16:00 |
| **Totals For Training Completed in: 2018** | | Completed 1 of 1 Modules | | | | | 16:00 |
| **Totals For: Zozaya, Brian** | | Completed 55 of 56 Modules | | | | | 290:01 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

### Officer Identification

Last: ZOZAYA
First: BRIAN
Middle: OSCAR

ID #: 1330
Assignment: PATROL (TRAINEE)

Station: Fontana Police Department
Telephone: (909) 350-7700
Fax: (909) 356-7111

Email: BZOZAYA @fontana.org
Other:

### Training Specifications

Training Date: 12/22/22
Location: Fontana Police Department

Instructor: P. BELTRAN
Instructor ID#: 1211

Course Name: Pursuit Policy
Course #: NA
Hours: 1

Other/Notes:

### Attestation

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature:

Print Name: BRIAN ZOZAYA
Date: 12/22/22

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| ZOZAYA | BRIAN | OSCAR |

| ID # | Date |
|---|---|
| 1330 | 11-7-23 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| GOOSELAW | 1128 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature [signature]

| Print Name & ID Number | Date |
|---|---|
| B. ZOZAYA 1330 | 11-7-23 |

5

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| ZOZAYA | BRIAN | O |

| ID # | Assignment |
|---|---|
| 1330 | PATROL TS |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| BZOZAYA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 11/1/24 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| SGT R. JANUSZ | 700 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.

Signature [signature]

| Print Name | Date |
|---|---|
| B. ZOZAYA | 11-1-24 |

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| ZOZAYA | BRIAN | OSCAR |

| ID # | Date |
|---|---|
| 1330 | 11-7-23 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| GOOSELAW | 1128 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature [signature]

| Print Name & ID Number | Date |
|---|---|
| B. ZOZAYA 1330 | 11-7-23 |

5

**POST PROFILE NAME:**

PRECIE, DANIEL LAWRENCE

**CALIFORNIA COMMISSION ON POST**

**Certification Status: Active**

**AKA:** N/A

**DATE:** 03/24/2025



## PERSONAL IDENTIFICATION

| POST I.D. | Agency | Birth Date | Gender | Race/Ethnicity |
|---|---|---|---|---|
| C90-T38 | FONTANA PD | [redacted] | Male | [redacted] |

## CERTIFICATES AWARDED

| Cert No. | Type | Awarded | Education | T | T+ | Comments |
|---|---|---|---|---|---|---|
| 216026 | B | 12/18/2024 | | 48.00 | 0.00 | |

**Total Number of Certificates:** 1

## PROOF OF ELIGIBILITY

| POE | Agency Name | Agency | Issued | Status |
|---|---|---|---|---|
| P0016630 | FONTANA PD | 36040 | 06/15/2023 | Expired |

**Total Number of Proof of Eligibility:** 1

## EMPLOYMENT

| Hired From | To | R* | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2022 | 06/15/2023 | 10 | TRN | 05/07/2022 | 36040 | FONTANA PD | F | P | |
| 06/15/2023 | | | PO | 06/15/2023 | 36040 | FONTANA PD | F | P | |

***Reason for Separation: 10 = Status Change**

## POST CERTIFIED TRAINING

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2022 | A | 2330-00100-22-001 | 132 | R | N | 36040 | S BRNDO SD | | BASIC COURSE-INTENSIVE |
| 06/15/2023 | A | 2330-00100-22-005 | 960 | R | Y | 36040 | S BRNDO SD | | BASIC COURSE-INTENSIVE |
| 07/10/2023 | K | 7530-29000-23-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |
| 11/14/2023 | K | 7530-29502-23-007 | 8 | R | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 01/19/2024 | K | 7530-29501-23-005 | 6 | R | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 04/25/2024 | K | 7530-32075-23-001 | 36 | R | Y | 36040 | FONTANA | | FIREARMS/TACTICAL RIFLE |
| 08/14/2024 | K | 7530-29503-24-006 | 7 | | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 11/14/2024 | K | 7530-29580-24-007 | 4 | X | Y | 36040 | FONTANA | * | USE OF FORCE (PSP) |
| 11/14/2024 | K | 7530-29540-24-007 | 2 | X | Y | 36040 | FONTANA | * | STRATEGIC COMMUNICATIONS (PSP) |
| 11/14/2024 | K | 7530-29000-24-284 | 2 | X | Y | 36040 | FONTANA | | STRATEGIC COMMUNICATIONS |
| 11/15/2024 | K | 7530-32343-24-007 | 2 | X | Y | 36040 | FONTANA | | DOMESTIC VIOLENCE UPDATE |
| 11/22/2024 | K | 7530-20290-24-001 | 16 | | Y | 36040 | FONTANA | | DUI DETECTION-FIELD SOBRIETY |
| 02/18/2025 | K | 1270-20272-24-042 | 16 | | Y | 36040 | CHP | | ADVANCED ROADSIDE IMPAIRED DRIVER ENFORCEMENT |
| 02/26/2025 | K | 7530-29000-24-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |
| 03/06/2025 | K | 2330-33590-24-005 | 40 | | Y | 36040 | S BRNDO SD | | TRAFFIC COLLISION INV |

***Meets Perishable Skills**

## FOOTNOTES

NO FOOTNOTE ON FILE.

**PLEASE REFER TO THE ENCLOSED EXPLANATION SHEET FOR ADDITIONAL INFORMATION.**



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001823

The Profile Report contains confidential information.

# EXPLANATION SHEET

| PERSONAL IDENTIFICATION: Subject's personal information as indicated in POST database (EDI system) | |
|---|---|
| **POST ID:** | Unique identification number assigned to subject by POST. |
| **Agency:** | Indicates the agency (or one of the agencies) where subject is currently employed.<br>An "*" indicates that the subject is employed in more than one position within the same agency. |
| **Birth Date/Gender:** | Self-explanatory. |
| **Race/Ethnicity:** | **A** = Asian **B** = African American (Black) **N** = Native American **S** = Spanish/Hispanic **W** = White **O** = Other |

| CERTIFICATES AWARDED | |
|---|---|
| **Cert:** | Certificate serial number. |
| **Type:** | **B** = Basic **I** = Intermediate **A** = Advanced **S** = Supervisory **M** = Management **E** = Executive<br>**R** = Reserve **D** = Public Safety Dispatcher **SX**= Specialized X (example: SA = Specialized Advanced) |
| **Awarded:** | Date certificate was issued. |
| **Education:** | Educational points or degree used for earning a certificate. |
| **T:** | Training points used for awarding the certificate. |
| **T+:** | Additional training points. |
| **Comments:** | Comments regarding training or institute(s) where subject received education. |
| **Total Number of Certificates:** | Number of certificates awarded to subject as indicated in POST database. |

| EMPLOYMENT: Subject's employment history as indicated in POST database | |
|---|---|
| **Hired From:** | Date subject was hired or sworn into the agency. |
| **To:** | Date subject left agency (if applicable). |
| **R*:** | Reason for separation as indicated by number in the Report description. |
| **Rank / Rank Date:** | Indicates rank as translated by POST database and date subject made rank. |
| **Agency / Agency Name:** | Agency code number and name where subject is currently working or previously worked. |
| **F/P:** | Time base: **F** = Full time **P** = Part time |
| **P/U:** | Wage status: **P** = Paid **U** = Unpaid |
| **Seas:** | Provisional or seasonal employment. |

| POST TRAINING: Courses attended or completed as indicated in POST database | |
|---|---|
| **Comp Date:** | Date course ended. |
| **Cat:** | General course category (for POST use only). |
| **CCN:** | Course Control Number. |
| **Hrs:** | Hours completed in course. |
| **Rmb:** | Reimbursement indicator: **R** = Reimbursed *(before FY 83/84 reimbursable agency not necessarily reimbursed)*<br>**J** = Job specific ***** = Job specific, SALARY NOT PAID **Blank** = None or no data available |
| **Cmp:** | Completion indicator: **Blank or Y** = Course completed **N** = Course not completed **?** = Prior to 1979 |
| **Agency:** | Agency where subject was employed at time of course enrollment. |
| **School:** | Training institute offering the course. |
| **Course Name:** | Course name as shown in POST database. |

## NON-CERTIFIED COURSES

This section will only appear if applicable.

## FOOTNOTES

This section reserved for additional information.

Revised 11/2014

**Fontana Police Department**

# Individual Training Activity



**Person:** **Precie, Daniel**

## Personal

**Agency:**
**ID #:**

## Employment

| Property | Value | From | Through |
|---|---|---|---|
| **Active Status:** | Inactive | | |
| **Duty Status:** | | | |
| **Time Status:** | | | |
| **Rank:** | | | |
| **Work Unit:** | | | |
| **Station:** | | | |
| **Division:** | | | |

**Scheduled Training In: 2025**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-3227 | 03/06/2025 | Traffic Collision Basic | *** None *** | ✓ | P | | 40:00 |
| - 1-3218 | 02/28/2025 | 2-day Search warrant workshop | *** None *** | ✓ | P | | 16:00 |
| - 1-3251 | 02/26/2025 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-3249 | 02/26/2025 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-3250 | 02/26/2025 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-3191 | 02/18/2025 | ARIDE | *** None *** | ✓ | P | | 16:00 |
| **Totals For Training Completed in: 2025** | | Completed 6 of 6 Modules | | | | | 80:00 |

**Scheduled Training In: 2024**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-3105 | 11/22/2024 | SFST - Field Sobriety | *** None *** | ✓ | P | | 16:00 |
| - 1-3175 | 11/22/2024 | Intoximeters Intox EC/IR II | *** None *** | ✓ | P | | 04:00 |
| - 1-3121 | 11/15/2024 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-3156 | 11/14/2024 | Use of Force (PSP) | *** None *** | ✓ | P | | 04:00 |
| - 1-3154 | 11/14/2024 | Domestic Violence Update (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-3155 | 11/14/2024 | Strategic Communications (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-3152 | 11/14/2024 | High Risk Traffic Stops | *** None *** | ✓ | P | | 00:30 |
| - 1-3047 | 08/14/2024 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 07:00 |
| - 1-2932 | 04/28/2024 | Automated Criminal History System - RAPS | *** None *** | ✓ | P | | 00:15 |
| - 1-2868 | 04/25/2024 | Patrol Rifle | *** None *** | ✓ | P | | 36:00 |
| - 1-2931 | 04/18/2024 | 5150 With Guns | *** None *** | ✓ | P | | 01:00 |
| - 1-2902 | 03/21/2024 | Active Shooter | *** None *** | ✓ | P | | 10:00 |
| - 1-2894 | 02/12/2024 | Assembly Bill (AB) 360 | *** None *** | ✓ | P | | 01:00 |
| - 1-2803 | 01/19/2024 | Firearms (PSP) | *** None *** | ✓ | P | | 08:00 |
| **Totals For Training Completed in: 2024** | | Completed 14 of 14 Modules | | | | | 92:45 |

**Fontana Police Department**

# Individual Training Activity

03/24/2025



**Person:** **Precie, Daniel** (Continued)

**Scheduled Training In: 2023**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2705 | 11/14/2023 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-2696 | 11/14/2023 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-2618 | 09/12/2023 | Tactical Negotiation Team Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2620 | 09/12/2023 | Taser Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2536 | 07/12/2023 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-2537 | 07/12/2023 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-2538 | 07/12/2023 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-2540 | 07/12/2023 | SB 2 - Reporting Requirements & Decertification Process | *** None *** | ✓ | P | | 02:00 |
| - 1-2519 | 06/22/2023 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| **Totals For Training Completed in: 2023** | | Completed 9 of 9 Modules | | | | | 28:00 |

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1979 | 01/12/2022 | Tactical Care | *** None *** | ✓ | P | | 05:00 |
| - 1-1978 | 01/12/2022 | Narcan | *** None *** | ✓ | P | | 02:00 |
| - 1-1980 | 01/12/2022 | Officer Wellness | *** None *** | ✓ | P | | 02:00 |
| **Totals For Training Completed in: 2022** | | Completed 3 of 3 Modules | | | | | 09:00 |

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1903 | 11/01/2021 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-1723 | 05/20/2021 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-1711 | 05/20/2021 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-1717 | 05/20/2021 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| **Totals For Training Completed in: 2021** | | Completed 4 of 4 Modules | | | | | 16:00 |

| **Totals For: Precie, Daniel** | Completed 36 of 36 Modules | 225:45 |
|---|---|---|

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| PRECIE | DANIEL | LAWRENCE |

| ID # | Date |
|---|---|
| 1396 | 11-14-23 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| P. BELTRAN | 1211 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name & ID Number | Date |
|---|---|
| DANIEL PRECIE 1396 | 11-14-23 |

25

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| PRECIE | DANIEL | LAWRENCE |

| ID # | Assignment |
|---|---|
| 1396 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| DPRECIE @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 06-22-23 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| T. POPE | 1155 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name | Date |
|---|---|
| DANIEL PRECIE | 06-22-23 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

### Officer Identification

| | | |
|---|---|---|
| Last: PRECIE | First: DANIEL | Middle: LAWRENCE |
| ID #: 1396 | Assignment: PATROL | |
| Station: Fontana Police Department | Telephone: (909) 350-7700 | Fax: (909) 356-7111 |
| Email: DPRECIE@fontana.org | Other: | |

### Training Specifications

| | | |
|---|---|---|
| Training Date: 11-03-24 | Location: Fontana Police Department | |
| Instructor: JANUSZ | Instructor ID#: 700 | |
| Course Name: Pursuit Policy | Course #: NA | Hours: 1 |
| Other/Notes: | | |

### Attestation

Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.

Signature: [signature]

Print Name: DANIEL PRECIE

Date: 11-03-24

32

**POST PROFILE NAME:**

BAUTISTA, EDWARD ANDRE

CALIFORNIA COMMISSION ON **POST**

**Certification Status:** Active

**AKA:** N/A

**DATE:** 03/24/2025



## PERSONAL IDENTIFICATION

| POST I.D. | Agency | Birth Date | Gender | Race/Ethnicity |
|---|---|---|---|---|
| C50-P11 | FONTANA PD | [redacted] | Male | [redacted] |

## CERTIFICATES AWARDED

| Cert No. | Type | Awarded | Education | T | T+ | Comments |
|---|---|---|---|---|---|---|
| 185660 | B | 01/17/2017 | | 46.00 | 0.00 | |
| 140138 | I | 03/26/2019 | 62.00 | 46.00 | 5.35 | THE UNIVERSITY OF LA VERNE |
| 133441 | A | 03/18/2024 | 62.00 | 46.00 | 12.60 | THE UNIVERSITY OF LA VERNE |

**Total Number of Certificates:** 3

## EMPLOYMENT

| Hired From | To | R* | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas |
|---|---|---|---|---|---|---|---|---|---|
| 09/08/2014 | 03/12/2015 | 6 | TRN | 09/08/2014 | 36040 | FONTANA PD | F | P | |
| 03/12/2015 | | | PO | 03/12/2015 | 36040 | FONTANA PD | F | P | |

***Reason for Separation: 6 = Other**

## POST CERTIFIED TRAINING

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 03/12/2015 | A | 2330-00100-14-002 | 920 | | Y | 36040 | S BRNDO SD | | BASIC COURSE-INTENSIVE |
| 08/18/2015 | K | 7530-29000-15-260 | 2 | X | Y | 36040 | FONTANA | | BIAS BASED POLICING: REMAINING FAIR & IMPARTIAL |
| 08/18/2015 | K | 9180-25559-15-049 | 12 | X | Y | 36040 | POST | | FIRST AID/CPR (WEB) |
| 09/07/2015 | K | 7530-29503-15-001 | 7 | | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 09/08/2016 | K | 7530-29502-16-003 | 5 | X | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 10/12/2016 | K | 9180-25583-16-104 | 2 | X | Y | 36040 | POST | | DOMESTIC VIOLENCE RESPONSE (WEB) |
| 11/16/2016 | K | 7530-29501-16-007 | 5 | X | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 11/28/2016 | K | 9180-25554-16-151 | 2 | X | Y | 36040 | POST | * | COMMUNICATION: KEEPING YOUR EDGE (WEB) |
| 01/11/2017 | K | 7530-20290-16-001 | 16 | | Y | 36040 | FONTANA | | DUI DETECTION-FIELD SOBRIETY |
| 03/15/2017 | K | 9180-25559-16-258 | 12 | X | Y | 36040 | POST | | FIRST AID/CPR (WEB) |
| 03/15/2017 | K | 7530-29000-16-260 | 2 | X | Y | 36040 | FONTANA | | BIAS BASED POLICING: REMAINING FAIR & IMPARTIAL |
| 04/18/2017 | K | 9180-25557-16-292 | 2 | X | Y | 36040 | POST | | BEST PRACTICES OF GOOD TRAINING (WEB) |
| 09/12/2017 | K | 7530-29503-17-006 | 7 | | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 05/22/2018 | K | 5890-30252-17-008 | 4 | X | Y | 36040 | OPD | | VEHICLE RACING/MOD.VEH.ENFORC |
| 06/01/2018 | K | 9180-25554-17-336 | 2 | X | Y | 36040 | POST | * | COMMUNICATION: KEEPING YOUR EDGE (WEB) |
| 07/04/2018 | K | 7530-29501-18-004 | 6 | X | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 09/20/2018 | K | 7530-29502-18-004 | 5 | X | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 10/31/2018 | K | 1270-20272-18-046 | 16 | X | Y | 36040 | CHP | | ADVANCED ROADSIDE IMPAIRED DRIVER ENFORCEMENT |
| 10/11/2019 | K | 7530-29000-19-260 | 2 | X | Y | 36040 | FONTANA | | BIAS BASED POLICING: REMAINING FAIR & IMPARTIAL |
| 01/15/2020 | K | 8730-28000-19-001 | 24 | X | Y | 36040 | IPCA | | TRAINING CONFERENCE |
| 02/07/2020 | K | 7530-29502-19-008 | 5 | R | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 07/18/2020 | K | 9180-25589-20-018 | 2 | X | Y | 36040 | POST | | DV RESPONSE & LETHALITY ASSESSMENT (WEB) |
| 07/22/2020 | K | 7530-29501-20-004 | 6 | R | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 07/22/2020 | K | 7530-29000-20-161 | 2 | X | Y | 36040 | FONTANA | * | TACTICAL COMMUNICATIONS |

**POST PROFILE NAME:**

BAUTISTA, EDWARD ANDRE

CALIFORNIA COMMISSION ON **POST**

**Certification Status: Active**

**AKA:** N/A

**DATE:** 03/24/2025



**POST CERTIFIED TRAINING** *continued*

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 09/18/2020 | K | 7530-33888-20-005 | 2 | R | Y | 36040 | FONTANA | | AB 392 USE OF FORCE UPDATE |
| 09/18/2020 | K | 7530-29503-20-005 | 7 | R | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 05/18/2021 | K | 7530-29000-20-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |
| 11/04/2021 | K | 7530-29502-21-007 | 8 | R | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 08/10/2022 | K | 7530-29501-22-001 | 6 | R | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 08/10/2022 | K | 7530-29580-22-001 | 4 | X | Y | 36040 | FONTANA | * | USE OF FORCE (PSP) |
| 08/25/2022 | K | 7530-32343-22-007 | 2 | X | Y | 36040 | FONTANA | | DOMESTIC VIOLENCE UPDATE |
| 08/25/2022 | K | 7530-29540-22-007 | 2 | X | Y | 36040 | FONTANA | * | STRATEGIC COMMUNICATIONS (PSP) |
| 08/25/2022 | K | 7530-29503-22-007 | 7 | R | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 07/10/2023 | K | 7530-29000-23-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |
| 09/06/2023 | K | 7530-32076-23-001 | 24 | X | Y | 36040 | FONTANA | | FIREARMS/TACTICAL RIFLE-ADV |
| 11/07/2023 | K | 7530-29502-23-002 | 8 | R | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 01/17/2024 | K | 7530-29501-23-003 | 6 | R | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 01/24/2024 | K | 8730-28001-23-001 | 24 | X | Y | 36040 | IPCA | | TRAINING CONFERENCE |
| 10/16/2024 | K | 7530-29503-24-009 | 7 | | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 11/14/2024 | K | 7530-32343-24-008 | 2 | X | Y | 36040 | FONTANA | | DOMESTIC VIOLENCE UPDATE |
| 11/15/2024 | K | 7530-29580-24-008 | 4 | X | Y | 36040 | FONTANA | * | USE OF FORCE (PSP) |
| 11/15/2024 | K | 7530-29540-24-008 | 2 | X | Y | 36040 | FONTANA | * | STRATEGIC COMMUNICATIONS (PSP) |
| 11/15/2024 | K | 7530-29000-24-284 | 2 | X | Y | 36040 | FONTANA | | STRATEGIC COMMUNICATIONS |
| 01/29/2025 | K | 8730-28001-24-001 | 24 | X | Y | 36040 | IPCA | | TRAINING CONFERENCE |
| 02/28/2025 | K | 7530-29000-24-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |

***Meets Perishable Skills**

**FOOTNOTES**

NO FOOTNOTE ON FILE.

**PLEASE REFER TO THE ENCLOSED EXPLANATION SHEET FOR ADDITIONAL INFORMATION.**

The Profile Report contains confidential information.

# EXPLANATION SHEET

| PERSONAL IDENTIFICATION: Subject's personal information as indicated in POST database (EDI system) | |
|---|---|
| **POST ID:** | Unique identification number assigned to subject by POST. |
| **Agency:** | Indicates the agency (or one of the agencies) where subject is currently employed.<br>An "*" indicates that the subject is employed in more than one position within the same agency. |
| **Birth Date/Gender:** | Self-explanatory. |
| **Race/Ethnicity:** | **A** = Asian **B** = African American (Black) **N** = Native American **S** = Spanish/Hispanic **W** = White **O** = Other |

| CERTIFICATES AWARDED | |
|---|---|
| **Cert:** | Certificate serial number. |
| **Type:** | **B** = Basic **I** = Intermediate **A** = Advanced **S** = Supervisory **M** = Management **E** = Executive<br>**R** = Reserve **D** = Public Safety Dispatcher **SX**= Specialized X (example: SA = Specialized Advanced) |
| **Awarded:** | Date certificate was issued. |
| **Education:** | Educational points or degree used for earning a certificate. |
| **T:** | Training points used for awarding the certificate. |
| **T+:** | Additional training points. |
| **Comments:** | Comments regarding training or institute(s) where subject received education. |
| **Total Number of Certificates:** | Number of certificates awarded to subject as indicated in POST database. |

| EMPLOYMENT: Subject's employment history as indicated in POST database | |
|---|---|
| **Hired From:** | Date subject was hired or sworn into the agency. |
| **To:** | Date subject left agency (if applicable). |
| **R*:** | Reason for separation as indicated by number in the Report description. |
| **Rank / Rank Date:** | Indicates rank as translated by POST database and date subject made rank. |
| **Agency / Agency Name:** | Agency code number and name where subject is currently working or previously worked. |
| **F/P:** | Time base: **F** = Full time **P** = Part time |
| **P/U:** | Wage status: **P** = Paid **U** = Unpaid |
| **Seas:** | Provisional or seasonal employment. |

| POST TRAINING: Courses attended or completed as indicated in POST database | |
|---|---|
| **Comp Date:** | Date course ended. |
| **Cat:** | General course category (for POST use only). |
| **CCN:** | Course Control Number. |
| **Hrs:** | Hours completed in course. |
| **Rmb:** | Reimbursement indicator: **R** = Reimbursed *(before FY 83/84 reimbursable agency not necessarily reimbursed)*<br>**J** = Job specific ***** = Job specific, SALARY NOT PAID **Blank** = None or no data available |
| **Cmp:** | Completion indicator: **Blank or Y** = Course completed **N** = Course not completed **?** = Prior to 1979 |
| **Agency:** | Agency where subject was employed at time of course enrollment. |
| **School:** | Training institute offering the course. |
| **Course Name:** | Course name as shown in POST database. |

**NON-CERTIFIED COURSES**

This section will only appear if applicable.

**FOOTNOTES**

This section reserved for additional information.

Revised 11/2014

**Fontana Police Department**

# Individual Training Activity

03/24/2025 

**Person:** **Bautista, Edward**

## Personal

**Agency:** Fontana Police Department
**ID #:** C50-P11

## Employment

| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Active | 09/11/2013 | / / |
| Duty Status: | | / / | / / |
| Time Status: | | / / | / / |
| Rank: | Police Officer | 03/12/2015 | / / |
| Work Unit: | | / / | / / |
| Station: | | / / | / / |
| Division: | | / / | / / |

**Scheduled Training In: 2025**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-3257 | 02/28/2025 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-3255 | 02/28/2025 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-3256 | 02/28/2025 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-3249 | 02/26/2025 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-3181 | 01/29/2025 | Canine Narcotic Conference | *** None *** | ✓ | P | | 24:00 |
| **Totals For Training Completed in: 2025** | | Completed 5 of 5 Modules | | | | | 34:00 |

**Scheduled Training In: 2024**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-3160 | 11/15/2024 | Use of Force (PSP) | *** None *** | ✓ | P | | 04:00 |
| - 1-3158 | 11/15/2024 | Domestic Violence Update (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-3121 | 11/15/2024 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-3157 | 11/15/2024 | High Risk Traffic Stops | *** None *** | ✓ | P | | 00:30 |
| - 1-3106 | 10/16/2024 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-3008 | 08/29/2024 | HITS K9 Conference | *** None *** | ✓ | P | | 32:00 |
| - 1-2932 | 04/28/2024 | Automated Criminal History System - RAPS | *** None *** | ✓ | P | | 00:15 |
| - 1-2931 | 04/18/2024 | 5150 With Guns | *** None *** | ✓ | P | | 01:00 |
| - 1-2901 | 03/20/2024 | Active Shooter | *** None *** | ✓ | P | | 10:00 |
| - 1-2894 | 02/12/2024 | Assembly Bill (AB) 360 | *** None *** | ✓ | P | | 01:00 |
| - 1-2749 | 01/24/2024 | Canine Narcotic Conference | *** None *** | ✓ | P | | 24:00 |
| - 1-2805 | 01/17/2024 | Firearms (PSP) | *** None *** | ✓ | P | | 08:00 |
| **Totals For Training Completed in: 2024** | | Completed 12 of 12 Modules | | | | | 91:45 |

**Fontana Police Department**

# Individual Training Activity



**Person:** **Bautista, Edward** (Continued)

**Scheduled Training In: 2023**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2700 | 11/07/2023 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-2691 | 11/07/2023 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-2622 | 09/13/2023 | Taser Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2624 | 09/13/2023 | Tactical Negotiation Team Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2597 | 09/06/2023 | Advanced Rifle Course | *** None *** | ✓ | P | | 20:00 |
| - 1-2556 | 08/18/2023 | HITS K9 Conference | *** None *** | ✓ | P | | 32:00 |
| - 1-2536 | 07/12/2023 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-2537 | 07/12/2023 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-2538 | 07/12/2023 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-2540 | 07/12/2023 | SB 2 - Reporting Requirements & Decertification Process | *** None *** | ✓ | P | | 02:00 |
| - 1-2526 | 06/01/2023 | Automated Criminal History Systems (RAPS) | *** None *** | ✓ | P | | 00:15 |
| - 1-2468 | 05/11/2023 | Pit Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2425 | 03/14/2023 | CPR/First Aid/AED | *** None *** | ✓ | P | | 08:00 |
| - 1-2426 | 03/14/2023 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |
| - 1-2427 | 03/14/2023 | Sudden Custody Death Syndrome | *** None *** | ✓ | P | | 01:00 |

**Totals For Training Completed in: 2023** Completed 15 of 15 Modules 93:15

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2336 | 12/31/2022 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-2294 | 11/15/2022 | Advanced Rifle Course | *** None *** | ✓ | P | | 24:00 |
| - 1-2280 | 10/04/2022 | Red Dot Transition Course | *** None *** | ✓ | P | | 20:00 |
| - 1-2193 | 09/15/2022 | K9 Conference | *** None *** | ✓ | P | | 24:00 |
| - 1-2299 | 09/12/2022 | AB 490 | *** None *** | ✓ | P | | 00:30 |
| - 1-2259 | 08/25/2022 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 07:00 |
| - 1-2251 | 08/25/2022 | Strategic Communications (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-2252 | 08/25/2022 | Domestic Violence Update (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-2222 | 08/10/2022 | Firearms (PSP) | *** None *** | ✓ | P | | 05:00 |
| - 1-2224 | 08/10/2022 | Use of Force (PSP) | *** None *** | ✓ | P | | 04:00 |
| - 1-2024 | 02/03/2022 | Tactical Negotiation Team #2 Training | *** None *** | ✓ | P | | 00:30 |
| - 1-1982 | 01/13/2022 | Tactical Care | *** None *** | ✓ | P | | 05:00 |
| - 1-1981 | 01/13/2022 | Narcan | *** None *** | ✓ | P | | 02:00 |
| - 1-1983 | 01/13/2022 | Officer Wellness | *** None *** | ✓ | P | | 02:00 |

**Totals For Training Completed in: 2022** Completed 14 of 14 Modules 99:00

**Fontana Police Department**

# Individual Training Activity

03/24/2025



**Person:** **Bautista, Edward** (Continued)

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1917 | 11/06/2021 | Tactical Negotiation Team | *** None *** | ✓ | P | | 01:00 |
| - 1-1908 | 11/04/2021 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-1909 | 11/04/2021 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1763 | 09/16/2021 | K9 Conference | *** None *** | ✓ | P | | 24:00 |
| - 1-1918 | 09/13/2021 | Social Host and Unruly Gathering Ordinance | *** None *** | ✓ | P | | 00:30 |
| - 1-1822 | 08/31/2021 | Taser Training | *** None *** | ✓ | P | | 05:00 |
| - 1-1834 | 08/31/2021 | Racial and Identity Profiling Act (RIPA) | *** None *** | ✓ | P | | 02:00 |
| - 1-1824 | 08/31/2021 | Officer Involved Shooting (OIS) | *** None *** | ✓ | P | | 01:00 |
| - 1-1841 | 08/31/2021 | Senate Bill 439 | *** None *** | ✓ | P | | 00:30 |
| - 1-1777 | 07/08/2021 | Strategic Communications | *** None *** | ✓ | P | | 00:30 |
| - 1-1721 | 05/18/2021 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-1709 | 05/18/2021 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-1715 | 05/18/2021 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-1764 | 05/08/2021 | Hate Crime Identification & Investigation | *** None *** | ✓ | P | | 01:00 |
| - 1-1765 | 05/06/2021 | Common Executime Errors | *** None *** | ✓ | P | | 01:00 |
| - 1-1687 | 04/07/2021 | Policing Mental Illness | *** None *** | ✓ | P | | 01:30 |
| - 1-1661 | 03/17/2021 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1644 | 02/28/2021 | Homelessness and Policing | *** None *** | ✓ | P | | 01:00 |
| - 1-1554 | 01/19/2021 | CPR/First Aid/AED | *** None *** | ✓ | P | | 08:00 |
| - 1-1563 | 01/19/2021 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |
| - 1-1595 | 01/14/2021 | Wellness | *** None *** | ✓ | P | | 01:00 |

**Totals For Training Completed in: 2021** Completed 21 of 21 Modules 67:00

**Scheduled Training In: 2020**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1540 | 12/16/2020 | Driving | *** None *** | ✓ | P | | 00:45 |
| - 1-1513 | 11/25/2020 | Patrol Based Tracking Course | *** None *** | ✓ | P | | 120:00 |
| - 1-1527 | 11/20/2020 | SoCalGas Emergency Responder Topics | *** None *** | ✓ | P | | 00:15 |
| - 1-1428 | 09/18/2020 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 07:00 |
| - 1-1447 | 09/18/2020 | AB 392 POST Video | *** None *** | ✓ | P | | 02:00 |
| - 1-1448 | 09/18/2020 | Carotid Hold | *** None *** | ✓ | P | | 01:00 |
| - 1-1394 | 09/01/2020 | Automated Criminal History System - RAPS | *** None *** | ✓ | P | | 00:16 |
| - 1-1336 | 07/22/2020 | Firearms (PSP) | *** None *** | ✓ | P | | 06:00 |
| - 1-1342 | 07/22/2020 | Taser Training | *** None *** | ✓ | P | | 03:00 |

**Fontana Police Department**

# Individual Training Activity

03/24/2025 

**Person:** **Bautista, Edward** (Continued)

**Scheduled Training In: 2020** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1330 | 07/22/2020 | Tactical Communication (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-1299 | 07/20/2020 | Domestic Violence Response & Lethality Assessment | *** None *** | ✓ | P | | 02:00 |
| - 1-1274 | 04/20/2020 | ABC Trace Web App | *** None *** | ✓ | P | | 00:15 |
| - 1-1263 | 03/20/2020 | Laws for Teens and Alcohol | *** None *** | ✓ | P | | 00:15 |
| - 1-1259 | 03/05/2020 | Criminal Interdiction | *** None *** | ✓ | P | | 24:00 |
| - 1-1230 | 02/07/2020 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 05:00 |
| - 1-1247 | 02/07/2020 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1134 | 01/15/2020 | Canine Narcotic Conference | *** None *** | ✓ | P | | 24:00 |
| - 1-1190 | 01/08/2020 | AB 392 and Peace Officer Use of Force Standards | *** None *** | ✓ | P | | 00:15 |

**Totals For Training Completed in: 2020** Completed 18 of 18 Modules 199:01

**Scheduled Training In: 2019**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1188 | 10/14/2019 | Tobacco licensed locations and inspections | *** None *** | ✓ | P | | 00:15 |
| - 1-1100 | 10/11/2019 | Mental Health & De-escalation | *** None *** | ✓ | P | | 05:00 |
| - 1-1101 | 10/11/2019 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-1102 | 10/11/2019 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-1085 | 10/08/2019 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1185 | 09/29/2019 | ABC Licensed locations and inspections | *** None *** | ✓ | P | | 00:15 |
| - 1-1020 | 07/30/2019 | Common Alcohol-Related Violations | *** None *** | ✓ | P | | 00:15 |
| - 1-1159 | 06/19/2019 | CPR / First Aid | *** None *** | ✓ | P | | 06:00 |
| - 1-1170 | 06/19/2019 | Sudden Custody Death Syndrome | *** None *** | ✓ | P | | 02:00 |
| - 1-1164 | 06/19/2019 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |
| - 1-1176 | 06/19/2019 | Immigration Violations | *** None *** | ✓ | P | | 00:15 |
| - 1-1019 | 05/30/2019 | Commerical Cannabis & Alcoholic Beverages | *** None *** | ✓ | P | | 00:15 |
| - 1-1022 | 05/30/2019 | Automated Criminal History Systems (RAPS) | *** None *** | ✓ | P | | 00:15 |
| - 1-1063 | 05/16/2019 | Gun Violence Restaining Order | *** None *** | ✓ | P | | 00:30 |
| - 1-0898 | 04/30/2019 | Social Host & Unruly Gathering Ordinance Policy | *** None *** | ✓ | P | | 00:15 |
| - 1-0880 | 04/18/2019 | TRACE Program | *** None *** | ✓ | P | | 00:15 |
| - 1-0901 | 03/20/2019 | Active Shooter | *** None *** | ✓ | P | | 10:00 |

**Totals For Training Completed in: 2019** Completed 17 of 17 Modules 31:30

**Fontana Police Department**

# Individual Training Activity

03/24/2025 

**Person:** **Bautista, Edward** (Continued)

**Scheduled Training In: 2018**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-0721 | 10/31/2018 | ARIDE | *** None *** | ✓ | P | | 16:00 |
| - 1-0713 | 09/20/2018 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 05:00 |
| - 1-0727 | 09/04/2018 | Vehicles in the Park After-Hours | *** None *** | ✓ | P | | 00:15 |
| - 1-0642 | 07/25/2018 | Alcohol Trends | *** None *** | ✓ | P | | 00:30 |
| - 1-0643 | 07/25/2018 | Commercial Cannabis & Alcohol Beverages | *** None *** | ✓ | P | | 00:30 |
| - 1-0620 | 07/12/2018 | SEMS/ICS/NIMS | *** None *** | ✓ | P | | 04:00 |
| - 1-0640 | 06/27/2018 | 451 Body Worn Computers | *** None *** | ✓ | P | | 00:30 |
| - 1-0644 | 06/27/2018 | Code Three Response | *** None *** | ✓ | P | | 00:30 |
| - 1-0586 | 06/21/2018 | Patrol Tactics | *** None *** | ✓ | P | | 05:00 |
| - 1-0603 | 06/21/2018 | Firearms (PSP) | *** None *** | ✓ | P | | 05:00 |
| - 1-0584 | 06/21/2018 | Tactical Communication | *** None *** | ✓ | P | | 01:00 |
| - 1-0538 | 05/22/2018 | Street Racing Enforcement | *** None *** | ✓ | P | | 04:00 |
| - 1-0579 | 05/22/2018 | Immigration Violation Update | *** None *** | ✓ | P | | 00:15 |
| - 1-0545 | 05/10/2018 | Basic Decoy Course | *** None *** | ✓ | P | | 08:00 |
| - 1-0591 | 05/01/2018 | Communication: Keeping Your Edge | *** None *** | ✓ | P | | 02:00 |

**Totals For Training Completed in: 2018** Completed 15 of 15 Modules 52:30

**Scheduled Training In: 2017**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-0341 | 11/14/2017 | Cartels, Narco & Violence: Death from the South | *** None *** | ✓ | P | | 08:00 |
| - 1-0363 | 10/24/2017 | Certified Gang Enforcement Officer | *** None *** | ✓ | P | | 24:00 |
| - 1-0336 | 09/12/2017 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 07:00 |
| - 1-0202 | 06/14/2017 | Mental Health & De-escalation | *** None *** | ✓ | P | | 05:00 |
| - 1-0199 | 06/14/2017 | Taser Training | *** None *** | ✓ | P | | 04:00 |
| - 1-0095 | 03/15/2017 | CPR/First Aid/AED | *** None *** | ✓ | P | | 12:00 |
| - 1-0099 | 03/15/2017 | Annual Trng. - Bias Free Policing | *** None *** | ✓ | P | | 02:00 |
| - 1-0097 | 03/15/2017 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-0100 | 03/15/2017 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |
| - -9978 | 01/11/2017 | SFST - Field Sobriety | *** None *** | ✓ | P | | 16:00 |

**Totals For Training Completed in: 2017** Completed 10 of 10 Modules 80:00

**Scheduled Training In: 2016**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-0014 | 12/05/2016 | Tactical Communication (PSP) | *** None *** | ✓ | P | | 04:00 |
| - 1-0006 | 11/19/2016 | Firearms | *** None *** | ✓ | P | | 05:00 |
| - 1-0007 | 11/19/2016 | Patrol Tactics | *** None *** | ✓ | P | | 05:00 |

**Fontana Police Department**

# Individual Training Activity

03/24/2025



**Person:** **Bautista, Edward** (Continued)

**Scheduled Training In: 2016** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-0009 | 11/01/2016 | Domestic Violence | *** None *** | ✓ | P | | 02:00 |
| - -9925 | 09/15/2016 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 05:00 |
| - -9926 | 09/15/2016 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - -9848 | 07/06/2016 | COPLINK | *** None *** | ✓ | P | | 08:00 |
| - -9865 | 06/30/2016 | End of Life Option Act | *** None *** | ✓ | P | | 00:15 |
| - -9869 | 06/30/2016 | 326 Elder & Dependant Adult Abuse Policy Review | *** None *** | ✓ | P | | 00:15 |
| - -9854 | 06/14/2016 | Active Shooter | *** None *** | ✓ | P | | 08:00 |
| - -9719 | 02/25/2016 | Patrol Rifle | *** None *** | ✓ | P | | 40:00 |
| - -9975 | 01/11/2016 | SFST - Field Sobriety | *** None *** | ✓ | P | | 16:00 |
| **Totals For Training Completed in: 2016** | | Completed 12 of 12 Modules | | | | | 94:30 |

**Scheduled Training In: 2015**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - -9580 | 09/30/2015 | 40mm Policy Change | *** None *** | ✓ | P | | 01:00 |
| - -9582 | 09/28/2015 | 328 Discriminatory Harassment Policy Review | *** None *** | ✓ | P | | 00:30 |
| - -9573 | 09/07/2015 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 07:00 |
| - -9572 | 09/07/2015 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - -9550 | 08/18/2015 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |
| - -9541 | 08/18/2015 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - -9539 | 08/18/2015 | CPR / First Aid | *** None *** | ✓ | P | | 12:00 |
| - -9557 | 08/18/2015 | 40mm Less Lethal Transition Course | *** None *** | ✓ | P | | 04:00 |
| - -9451 | 08/10/2015 | Portable Audio/Video Recorders | *** None *** | ✓ | P | | 01:00 |
| - -9352 | 04/01/2015 | Rap Sheets | *** None *** | ✓ | P | | 00:15 |
| - -9335 | 03/18/2015 | Active Shooter | *** None *** | ✓ | P | | 10:00 |
| - -9321 | 03/16/2015 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - -9320 | 03/12/2015 | Basic Academy | CA-POST - -14 | ✓ | P | | 920:00 |
| - -9323 | 01/30/2015 | Basic Driver Training | CA-POST - -14 | ✓ | P | | 40:00 |
| **Totals For Training Completed in: 2015** | | Completed 14 of 14 Modules | | | | | 1,000:45 |
| **Totals For: Bautista, Edward** | | Completed 153 of 153 Modules | | | | | 1,843:16 |

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | ANDRE |

| ID # | Date |
|---|---|
| 1125 | 09/07/15 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| SGT KRAUT | 842 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name & ID Number | Date |
|---|---|
| EDWARD BAUTISTA 1125 | 09/07/15 |

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | ANDRE |

| ID # | Date |
|---|---|
| 1125 | 09/08/16 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| B. GUITH | 660 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name & ID Number | Date |
|---|---|
| EDWARD BAUTISTA | 09/08/16 |

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | ANDRE |

| ID # | Date |
|---|---|
| 1125 | 03/15/17 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| CPL ROTH | 752 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name & ID Number | Date |
|---|---|
| EDWARD BAUTISTA | 03/15/17 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | ANDRE |

| ID # | Assignment |
|---|---|
| 1125 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| EBAUTISTA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 9/20/18 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| TOMICIC | 718 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name | Date |
|---|---|
| EDWARD BAUTISTA | 9/20/18 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | |

| ID # | Assignment |
|---|---|
| 1125 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| EBAUTISTA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 10/11/19 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| Ofc DAVIS | 1091 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name | Date |
|---|---|
| EDWARD BAUTISTA | 10/11/19 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

*INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST*

### Officer Identification

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | ANDRE |

| ID # | Assignment |
|---|---|
| C50-P11 / 1125 | OFFICER |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| EBAUTISTA @fontana.org | |

### Training Specifications

| Training Date | Location |
|---|---|
| 02/07/20 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| LOCEY | 473 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

### Attestation

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name | Date |
|---|---|
| EDWARD BAUTISTA | 2/7/20 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | |

| ID # | Assignment |
|---|---|
| 1125 | PATROL K9 |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| EBAUTISTA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 3/7/21 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| | |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

| Print Name | Date |
|---|---|
| EDWARD BAUTISTA | 3/7/21 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | A |

| ID # | Assignment |
|---|---|
| 1125 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| EBAUTISTA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 11/4/21 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| STEWART | 906 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature [signature]

| Print Name | Date |
|---|---|
| EDWARD BAUTISTA | 11/4/21 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY -- DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDDIE | |

| ID # | Assignment | |
|---|---|---|
| 1125 | PATROL OFFICER | |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| ebautista@fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 12/24/22 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| SGT. VREESKE | 946 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name | Date |
|---|---|
| EDDIE BAUTISTA | 12/24/22 |

13

Name: EDDIE BAUTISTA

ID#: 1125

Date: 12-24-23

**Fontana Police Department**

**Pursuit Policy Test**

| True/False | |
|---|---|
| 1 T | The primary purpose of policy 314 is to provide officers with guidance in balancing the safety of the public and themselves against law enforcement's duty to apprehend violators of the law. |
| 2 T | A vehicle pursuit is an event involving one or more law enforcement officers attempting to apprehend a suspect who is attempting to avoid arrest while operating a motor vehicle by using high speed driving or other evasive tactics such as driving off a highway, turning suddenly, or driving in a legal manner but willfully failing to yield to an officer's signal to stop. |
| 3 T | In recognizing the potential risk to public safety created by vehicle pursuits, no officer or supervisor shall be criticized or disciplined for deciding not to engage in a vehicle pursuit because of the risk involved. |
| 4 T | The initial pursuing unit will be designated as the primary unit and will be responsible for the conduct of the pursuit unless it is unable to remain reasonably close enough to the violator's vehicle. The primary responsibility of the officer initiating the pursuit is the apprehension of the suspect(s) without unreasonable danger to themselves or other persons. |
| 5 F | A pursuit can be continued even if the fleeing vehicle is no longer in sight, but the pursuing officer knows the area of the fleeing vehicle. |
| 6 F | Officers may never discharge a firearm from a moving vehicle at a fleeing vehicle. |
| 7 T | The speed of a pursuit is not a factor that should be evaluated on a continual basis by the officer and supervisor. |

14

REV 08/2014

| Multiple Choice | |
|---|---|
| 8<br>E | Which of the following should the officer consider when initiating the pursuit?<br>A - Seriousness of the known violation(s)<br>B - Safety of the public in the area of the pursuit<br>C - Safety of the pursuing officer<br>D - Weather and road conditions<br>E - All of the above |
| 9<br>B | A pursuit should not be undertaken when;<br>A - Carrying an Explorer<br>B - Carrying a Prisoner<br>C - Carrying a citizen ride-a-long<br>D - A and B<br>E - All of the Above |
| 10<br>E | Which of the following units are permitted in a pursuit?<br>A - Primary / Initiating Unit<br>B - Secondary / Back-up Unit<br>C - Supervisor Unit (Optional)<br>D - Additional units approved by the supervisor<br>E - All of the above |
| 11<br>E | Which of the following is not considered a pursuit intervention?<br>A - Boxing-in or Roadblocks.<br>B - Ramming.<br>C - Spikes or Tack Strips.<br>D - Pursuit Intervention Technique (PIT).<br>E – Commandeering the pursued vehicle. |
| 12<br>C | The use of a pursuit intervention should only be employed after;<br>A – All other means of stopping the fleeing vehicle have failed.<br>B – It has been established that the occupants of the fleeing vehicle committed a Felony.<br>C – Approval of a supervisor.<br>D – All of the above. |
| 13<br>E | Which of the following guidelines should be followed prior to using the PIT maneuver on a pursued vehicle?<br>A – Obtaining approval from a supervisor.<br>B – Officer attempting the maneuver has been trained in the use of the PIT.<br>C – Consideration of the circumstances and conditions present at the time.<br>D – A and B.<br>E – All of the above. |

15

| | | |
|---|---|---|
| 14 | D | The use of firearms to disable a pursued vehicle<br>A - Is not generally an effective tactic.<br>B – Should only be used when it appears reasonably necessary to protect life.<br>C – Shall not be used per policy 314.<br>D – A and B<br>E – A and C |
| 15 | A | What should be communicated to an allied agency when it appears that a pursuit is likely to enter their jurisdiction?<br>A - Specific indication whether their assistance is needed<br>B - The number of units involved<br>C - Whether the pursuit is televised |
| 16 | E | Units from this department should not join another agency's pursuit unless;<br>A - The pursued vehicle is wanted for a Felony<br>B - The initiating agency specifically requests our assistance<br>C - A single unit from the initiating agency is in pursuit<br>D - A and B<br>E - B and C |
| 17 | C | When a pursuit is turned over to the CHP, what should the relinquishing agency do?<br>A - Remain in the pursuit to assist the CHP<br>B - Take over as secondary unit and follow the CHP<br>C - Relinquish the pursuit to the CHP<br>D - A and C |
| 18 | C | Pursuant to VC 14602.1(b), who shall complete CHP form 187A (Allied Agency Vehicle Pursuit Form)?<br>A - Any officer involved in the pursuit<br>B - Any supervisor involved in the pursuit<br>C - The primary officer<br>D - The secondary officer |
| 19 | B | When should a pursuit be discontinued?<br>A – If it is determined that the wanted violation is an infraction<br>B – Whenever the risk to the officers and public outweighs the risks from the suspect(s) escape<br>C – If the pursued vehicle is driving safely and following the rules of the road |
| 20 | A | Units not directly involved in the pursuit should;<br>A – Monitor the pursuit and remain alert to its progress and whether assistance is needed<br>B – Follow the pursuit to termination<br>C – A and B<br>D – None of the Above |

16

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | ANDRE |

| ID # | Date |
|---|---|
| 1125 | 11/7/23 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| GOOSELAW | 1128 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature: [signature]

| Print Name & ID Number | Date |
|---|---|
| EDWARD BAUTISTA | 11/7/23 |

9

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| BAUTISTA | EDWARD | |

| ID # | Assignment |
|---|---|
| 1125 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| EBAUTISTA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 10/21/24 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| HEAVISIDE | 565 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.

Signature

[signature]

| Print Name | Date |
|---|---|
| EDWARD BAUTISTA | 10/21/24 |

**POST PROFILE NAME:**

GARCIA, JESUS MAURICIO

CALIFORNIA COMMISSION ON **POST**

**Certification Status:** Active

**AKA:** N/A

**DATE:** 06/02/2025



## PERSONAL IDENTIFICATION

| POST I.D. | Agency | Birth Date | Gender | Race/Ethnicity |
|---|---|---|---|---|
| C81-E19 | | [redacted] | Male | [redacted] |

## CERTIFICATES AWARDED

| Cert No. | Type | Awarded | Education | T | T+ | Comments |
|---|---|---|---|---|---|---|
| 207086 | B | 06/20/2022 | | 46.65 | 2.60 | |

**Total Number of Certificates:** 1

## EMPLOYMENT

| Hired From | To | R* | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas |
|---|---|---|---|---|---|---|---|---|---|
| 05/26/2020 | 12/17/2020 | 6 | TRN | 05/26/2020 | 36040 | FONTANA PD | F | P | |
| 12/17/2020 | 02/08/2025 | 3 | PO | 12/17/2020 | 36040 | FONTANA PD | F | P | |

***Reason for Separation: 3 = Retired, 6 = Other**

## POST CERTIFIED TRAINING

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | * | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/2020 | K | 2330-32075-20-005 | 16 | | Y | 36040 | S BRNDO SD | | FIREARMS/TACTICAL RIFLE |
| 12/17/2020 | A | 2330-00100-20-001 | 933 | R | Y | 36040 | S BRNDO SD | | BASIC COURSE-INTENSIVE |
| 05/21/2021 | K | 7530-29000-20-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |
| 10/26/2021 | K | 7530-29502-21-002 | 8 | R | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 03/30/2022 | K | 7530-29580-21-003 | 4 | X | Y | 36040 | FONTANA | * | USE OF FORCE (PSP) |
| 03/30/2022 | K | 7530-29501-21-002 | 6 | R | Y | 36040 | FONTANA | * | FIREARM(PSP) |
| 04/15/2022 | K | 7530-20290-21-001 | 16 | R | Y | 36040 | FONTANA | | DUI DETECTION-FIELD SOBRIETY |
| 05/24/2022 | K | 8790-22500-21-002 | 8 | | Y | 36040 | CNOA | | INFORMANT DEVELOPMENT & MAINTENANCE |
| 07/28/2022 | K | 7530-32075-22-001 | 36 | R | Y | 36040 | FONTANA | | FIREARMS/TACTICAL RIFLE |
| 08/25/2022 | K | 7530-32343-22-007 | 2 | X | Y | 36040 | FONTANA | | DOMESTIC VIOLENCE UPDATE |
| 08/25/2022 | K | 7530-29540-22-007 | 2 | X | Y | 36040 | FONTANA | * | STRATEGIC COMMUNICATIONS (PSP) |
| 08/25/2022 | K | 7530-29503-22-007 | 7 | R | Y | 36040 | FONTANA | * | ARSTCTL(PSP) |
| 02/21/2023 | K | 7530-32076-22-002 | 24 | X | Y | 36040 | FONTANA | | FIREARMS/TACTICAL RIFLE-ADV |
| 05/12/2023 | K | 2330-21165-22-039 | 4 | R | Y | 36040 | S BRNDO SD | | DRIVER TRNG (EVOC) UPD (PIT) |
| 07/10/2023 | K | 7530-29000-23-288 | 2 | X | Y | 36040 | FONTANA | | BIAS AND RACIAL PROFILING |
| 11/08/2023 | K | 7530-29502-23-003 | 8 | R | Y | 36040 | FONTANA | * | DRIVING(PSP) |
| 01/17/2024 | K | 7530-29501-23-003 | 6 | R | Y | 36040 | FONTANA | * | FIREARM(PSP) |

***Meets Perishable Skills**

## FOOTNOTES

NO FOOTNOTE ON FILE.

**PLEASE REFER TO THE ENCLOSED EXPLANATION SHEET FOR ADDITIONAL INFORMATION.**

The Profile Report contains confidential information.

# EXPLANATION SHEET

| PERSONAL IDENTIFICATION: Subject's personal information as indicated in POST database (EDI system) | |
|---|---|
| **POST ID:** | Unique identification number assigned to subject by POST. |
| **Agency:** | Indicates the agency (or one of the agencies) where subject is currently employed.<br>An "*" indicates that the subject is employed in more than one position within the same agency. |
| **Birth Date/Gender:** | Self-explanatory. |
| **Race/Ethnicity:** | **A** = Asian **B** = African American (Black) **N** = Native American **S** = Spanish/Hispanic **W** = White **O** = Other |

| CERTIFICATES AWARDED | |
|---|---|
| **Cert:** | Certificate serial number. |
| **Type:** | **B** = Basic **I** = Intermediate **A** = Advanced **S** = Supervisory **M** = Management **E** = Executive<br>**R** = Reserve **D** = Public Safety Dispatcher **SX**= Specialized X (example: SA = Specialized Advanced) |
| **Awarded:** | Date certificate was issued. |
| **Education:** | Educational points or degree used for earning a certificate. |
| **T:** | Training points used for awarding the certificate. |
| **T+:** | Additional training points. |
| **Comments:** | Comments regarding training or institute(s) where subject received education. |
| **Total Number of Certificates:** | Number of certificates awarded to subject as indicated in POST database. |

| EMPLOYMENT: Subject's employment history as indicated in POST database | |
|---|---|
| **Hired From:** | Date subject was hired or sworn into the agency. |
| **To:** | Date subject left agency (if applicable). |
| **R*:** | Reason for separation as indicated by number in the Report description. |
| **Rank / Rank Date:** | Indicates rank as translated by POST database and date subject made rank. |
| **Agency / Agency Name:** | Agency code number and name where subject is currently working or previously worked. |
| **F/P:** | Time base: **F** = Full time **P** = Part time |
| **P/U:** | Wage status: **P** = Paid **U** = Unpaid |
| **Seas:** | Provisional or seasonal employment. |

| POST TRAINING: Courses attended or completed as indicated in POST database | |
|---|---|
| **Comp Date:** | Date course ended. |
| **Cat:** | General course category (for POST use only). |
| **CCN:** | Course Control Number. |
| **Hrs:** | Hours completed in course. |
| **Rmb:** | Reimbursement indicator: **R** = Reimbursed *(before FY 83/84 reimbursable agency not necessarily reimbursed)*<br>**J** = Job specific ***** = Job specific, SALARY NOT PAID **Blank** = None or no data available |
| **Cmp:** | Completion indicator: **Blank or Y** = Course completed **N** = Course not completed **?** = Prior to 1979 |
| **Agency:** | Agency where subject was employed at time of course enrollment. |
| **School:** | Training institute offering the course. |
| **Course Name:** | Course name as shown in POST database. |

**NON-CERTIFIED COURSES**

This section will only appear if applicable.

**FOOTNOTES**

This section reserved for additional information.

Revised 11/2014

**Fontana Police Department**

# Individual Training Activity

03/24/2025 

**Person:** **Garcia, Jesus**

## Personal

**Agency:** Fontana Police Department
**ID #:** C81-E19

## Employment

| Property | Value | From | Through |
|---|---|---|---|
| Active Status: | Inactive | | |
| Duty Status: | | | |
| Time Status: | | | |
| Rank: | | | |
| Work Unit: | | | |
| Station: | | | |
| Division: | | | |

**Scheduled Training In: 2024**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2932 | 04/28/2024 | Automated Criminal History System - RAPS | *** None *** | ✓ | P | | 00:15 |
| - 1-2931 | 04/18/2024 | 5150 With Guns | *** None *** | ✓ | P | | 01:00 |
| - 1-2824 | 02/27/2024 | Red Dot Transition Course | *** None *** | ✓ | P | | 20:00 |
| - 1-2894 | 02/12/2024 | Assembly Bill (AB) 360 | *** None *** | ✓ | P | | 01:00 |
| - 1-2805 | 01/17/2024 | Firearms (PSP) | *** None *** | ✓ | P | | 08:00 |

**Totals For Training Completed in: 2024** Completed 5 of 5 Modules 30:15

**Scheduled Training In: 2023**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2701 | 11/08/2023 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 08:00 |
| - 1-2692 | 11/08/2023 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-2622 | 09/13/2023 | Taser Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2624 | 09/13/2023 | Tactical Negotiation Team Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2536 | 07/12/2023 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-2537 | 07/12/2023 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-2538 | 07/12/2023 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-2540 | 07/12/2023 | SB 2 - Reporting Requirements & Decertification Process | *** None *** | ✓ | P | | 02:00 |
| - 1-2526 | 06/01/2023 | Automated Criminal History Systems (RAPS) | *** None *** | ✓ | P | | 00:15 |
| - 1-2468 | 05/11/2023 | Pit Training | *** None *** | ✓ | P | | 04:00 |
| - 1-2385 | 04/04/2023 | Two-Day Gang & Narcotics Symposium | *** None *** | ✓ | P | | 16:00 |
| - 1-2433 | 03/16/2023 | CPR/First Aid/AED | *** None *** | ✓ | P | | 08:00 |
| - 1-2434 | 03/16/2023 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |

**Fontana Police Department**

# Individual Training Activity

03/24/2025 

**Person:** **Garcia, Jesus** (Continued)

**Scheduled Training In: 2023** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2435 | 03/16/2023 | Sudden Custody Death Syndrome | *** None *** | ✓ | P | | 01:00 |
| - 1-2377 | 02/21/2023 | Advanced Rifle Course | *** None *** | ✓ | P | | 20:00 |
| - 1-2367 | 02/10/2023 | Certified Gang Enforcement Officer | *** None *** | ✓ | P | | 16:00 |
| **Totals For Training Completed in: 2023** | | Completed 16 of 16 Modules | | | | | 93:15 |

**Scheduled Training In: 2022**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-2336 | 12/31/2022 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-2274 | 11/08/2022 | 2-day Search warrant workshop | *** None *** | ✓ | P | | 16:00 |
| - 1-2304 | 10/28/2022 | Informant Cultivation & Development | *** None *** | ✓ | P | | 08:00 |
| - 1-2299 | 09/12/2022 | AB 490 | *** None *** | ✓ | P | | 00:30 |
| - 1-2259 | 08/25/2022 | Arrest & Control (PSP) | *** None *** | ✓ | P | | 07:00 |
| - 1-2251 | 08/25/2022 | Strategic Communications (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-2252 | 08/25/2022 | Domestic Violence Update (PSP) | *** None *** | ✓ | P | | 02:00 |
| - 1-2174 | 08/23/2022 | Investigative Tactics and Updates for Narco Cases | *** None *** | ✓ | P | | 08:00 |
| - 1-2184 | 07/28/2022 | Patrol Rifle | *** None *** | ✓ | P | | 36:00 |
| - 1-2101 | 05/24/2022 | Informant Development and Management | *** None *** | ✓ | P | | 08:00 |
| - 1-2411 | 05/04/2022 | Interview and Interrogation | *** None *** | ✓ | P | | 01:30 |
| - 1-2130 | 05/01/2022 | Automated Criminal History Systems (RAPS) | *** None *** | ✓ | P | | 00:15 |
| - 1-2058 | 04/15/2022 | SFST - Field Sobriety | *** None *** | ✓ | P | | 16:00 |
| - 1-2059 | 04/06/2022 | Good Faith & The 4th Amendment | *** None *** | ✓ | P | | 01:30 |
| - 1-2050 | 03/31/2022 | Plain View & Plain Feel | *** None *** | ✓ | P | | 01:30 |
| - 1-2065 | 03/30/2022 | Use of Force (PSP) | *** None *** | ✓ | P | | 04:00 |
| - 1-2052 | 03/29/2022 | Responding to an Unexplained Child Death | *** None *** | ✓ | P | | 06:00 |
| - 1-2024 | 02/03/2022 | Tactical Negotiation Team #2 Training | *** None *** | ✓ | P | | 00:30 |
| - 1-1979 | 01/12/2022 | Tactical Care | *** None *** | ✓ | P | | 05:00 |
| - 1-1978 | 01/12/2022 | Narcan | *** None *** | ✓ | P | | 02:00 |
| - 1-1980 | 01/12/2022 | Officer Wellness | *** None *** | ✓ | P | | 02:00 |
| **Totals For Training Completed in: 2022** | | Completed 21 of 21 Modules | | | | | 128:45 |

**Scheduled Training In: 2021**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1895 | 10/26/2021 | Driver Awareness (PSP) | *** None *** | ✓ | P | | 08:00 |

**Fontana Police Department**

# Individual Training Activity

03/24/2025



**Person:** **Garcia, Jesus** (Continued)

**Scheduled Training In: 2021** (Continued)

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1896 | 10/26/2021 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1841 | 08/31/2021 | Senate Bill 439 | *** None *** | ✓ | P | | 00:30 |
| - 1-1777 | 07/08/2021 | Strategic Communications | *** None *** | ✓ | P | | 00:30 |
| - 1-1724 | 05/21/2021 | Mental Health & De-escalation | *** None *** | ✓ | P | | 04:00 |
| - 1-1712 | 05/21/2021 | Bias Based Policing: Remaining Fair & Impartial | *** None *** | ✓ | P | | 02:00 |
| - 1-1718 | 05/21/2021 | Principled Policing- Annual Training | *** None *** | ✓ | P | | 02:00 |
| - 1-1764 | 05/08/2021 | Hate Crime Identification & Investigation | *** None *** | ✓ | P | | 01:00 |
| - 1-1765 | 05/06/2021 | Common Executime Errors | *** None *** | ✓ | P | | 01:00 |
| - 1-1687 | 04/07/2021 | Policing Mental Illness | *** None *** | ✓ | P | | 01:30 |
| - 1-1661 | 03/17/2021 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |
| - 1-1594 | 02/06/2021 | Autism Recognition and Response | *** None *** | ✓ | P | | 01:00 |
| - 1-1555 | 01/20/2021 | CPR/First Aid/AED | *** None *** | ✓ | P | | 08:00 |
| - 1-1564 | 01/20/2021 | Bloodborne Pathogens | *** None *** | ✓ | P | | 01:00 |

**Totals For Training Completed in: 2021** Completed 14 of 14 Modules 32:30

**Scheduled Training In: 2020**

| TMS # | Ended | Subject | Certification | Compl. | Grade | Score | Tng. Time |
|---|---|---|---|---|---|---|---|
| - 1-1541 | 12/28/2020 | Pursuit Policy | *** None *** | ✓ | P | | 01:00 |

**Totals For Training Completed in: 2020** Completed 1 of 1 Modules 01:00

**Totals For: Garcia, Jesus** Completed 57 of 57 Modules 285:45

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| GARCIA | JESUS | M |

| ID # | Assignment |
|---|---|
| 1375 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| JMGARCIA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 12-28-2020 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| D. LOCEY | 473 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

| Print Name | Date |
|---|---|
| JESUS M. GARCIA | 12-28-20 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| GARCIA | JESUS | M |

| ID # | Assignment |
|---|---|
| 1375 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| JMGARCIA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 03-08-21 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| CPL. T. BORDEN | 828 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name | Date |
|---|---|
| J. GARCIA | 03-08-21 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

### Officer Identification

| Last | First | Middle |
|---|---|---|
| GARCIA | JESUS | M |

| ID # | Assignment |
|---|---|
| 1375 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| JMGARCIA @fontana.org | |

### Training Specifications

| Training Date | Location |
|---|---|
| 10-26-21 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| E. STEWART | 906 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

### Attestation

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

[signature]

| Print Name | Date |
|---|---|
| JESUS M GARCIA | 10-26-21 |

# Fontana Police Department
# #7530

## SB 719 Pursuit Policy Training Attestation

INTERNAL AGENCY USE ONLY – DO NOT SEND TO POST

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| GARCIA | JESUS | M |

| ID # | Assignment |
|---|---|
| 1375 / 5210 | PATROL |

| Station | Telephone | Fax |
|---|---|---|
| Fontana Police Department | (909) 350-7700 | (909) 356-7111 |

| Email | Other |
|---|---|
| JMGARCIA @fontana.org | |

**Training Specifications**

| Training Date | Location |
|---|---|
| 12-24-22 | Fontana Police Department |

| Instructor | Instructor ID# |
|---|---|
| S. WEISKE | 946 |

| Course Name | Course # | Hours |
|---|---|---|
| Pursuit Policy | NA | 1 |

Other/Notes

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature
[signature] #1375

9

| Print Name | Date |
|---|---|
| J. GARCIA | 12-24-22 |

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| GARCIA | JESUS | M. |

| ID # | Date |
|---|---|
| 1375 | 11-08-23 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| TOMICIC | 728 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

J. GARCIA

| Print Name & ID Number | Date |
|---|---|
| J. GARCIA #1375 | 11-08-23 |

9

# FONTANA POLICE

## SB 719 Pursuit Policy Training Attestation

**Officer Identification**

| Last | First | Middle |
|---|---|---|
| GARCIA | JESUS | M |

| ID # | Date |
|---|---|
| 1375 | 11-08-23 |

**Training Specifications**

| Instructor | Instructor ID# |
|---|---|
| TOMTCTC | 728 |

**Attestation**

**Pursuant to Vehicle Code §17004.7(b)(2), I have received, read, and understand my agency's vehicle pursuit policy.**

Signature

J. GARCIA

| Print Name & ID Number | Date |
|---|---|
| J. GARCIA #1375 | 11-08-23 |

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

DIANA RIAS; TATANISHA PITTS;
DOMINIC ADAMS Sr.; and
BRITTANY MASON,

Plaintiffs,

v. Case No. 5:25-cv-00207-JGB-SHK

CITY OF FONTANA; EDWARD
BAUTISTA; JESUS GARCIA;
DANIEL PRECIE; BRIAN
ZOZAYA; and DOES 1-10, inclusive,

Defendants.
_________________________________/

STENOGRAPHIC REPORTER'S TRANSCRIPT OF

REMOTE DEPOSITION OF

DANIEL PRECIE

THURSDAY, JUNE 4, 2026

Reported Stenographically by:
KIMBERLY D'URSO, CSR 11372, RPR
Job No. 27647

APPEARANCES (Remote)

FOR THE PLAINTIFFS:

LAW OFFICES OF DALE K. GALIPO
BY: MARCEL SINCICH, ESQ.
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
818.347.3333
msincich@galipolaw.com

SHOJAI LAW FIRM
BY: NEEMA SHOJAI, ESQ.
8880 Rio San Diego Drive, Suite 800
San Diego, California 92108
619.777.0383
neema@shojaifirm.com

FOR THE DEFENDANTS CITY OF FONTANA, EDWARD BAUTISTA, JESUS GARCIA, DANIEL PRECIE, BRIAN ZOZAYA:

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
BY: EUGENE P. RAMIREZ, ESQ.
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
213.624.6900
eugene.ramirez@manningkass.com

FOR MINOR A:

LAW OFFICES OF JAMES H. CESENA
BY: JAMES H. CESENA, ESQ.
1748 W. Katella Av., Suite 105
Orange, CA 92867
714.744.3333
jamescesena711@gmail.com

--oOo--

INDEX OF EXAMINATION

WITNESS: DANIEL PRECIE

EXAMINATION BY PAGE

MR. SINCICH................................4

EXHIBITS FOR REFERENCE

EXHIBIT DESCRIPTION PAGE

Ex 7 - Video from the Chevron gas station, on Valley and Cherry..................................66

Ex 8 - Video of Valley and Poplar...................69

Ex 9 - Video of Valley and Catawba..................71

Ex 10- Video of Valley and Catawba..................73

Ex 11- Video of Citrus gas station and Valley.......74

Ex 12- Video of Citrus gas station..................75

Ex 13- Video of Citrus intersection and Valley......76

--oOo--

--oOo--

BE IT REMEMBERED, that set on Thursday, the 4th day of June, 2026, commencing at the hour of 10:06 a.m., thereof, DANIEL PRECIE, appeared remotely in Los Angeles, California, before me, Kimberly E. D'Urso, an RPR and Certified Shorthand Reporter of the State of California, the following deposition was stenographically reported by me:

(Whereby the Certified Shorthand Reporter introduced herself on the record and administered the oath to the deponent.)

EXAMINATION

BY MR. SINCICH:

Q. Good morning, Officer Precie. Can you please state and spell your name for the record?

A. Yes. My name is Daniel Precie. D-A-N-I-E-L; last name Precie, P-R-E-C-I-E.

Q. Okay. Have you had your deposition taken before?

A. I have, yes.

Q. How many times?

A. Once.

Q. Was that work-related in law enforcement?

A. It was, yes.

collision; but was the video that you reviewed depicting things that occurred after the collision?
A. Yes.
Q. Okay. Did you review any video of the pursuit prior to the collision?
A. No.
Q. And which audio did you review?
A. I reviewed my Dispatch audio.
Q. When you say your "Dispatch audio," are you referring to transmissions that you made to Dispatch?
A. That includes that, correct. Yes.
Q. You were in a vehicle with Officer Zozaya; correct?
A. Correct.
Q. Were you the one making the radio communication during the pursuit?
A. No, I was not.
Q. Did you review any other audio?
A. Not to my knowledge.
Q. And you reviewed the MAIT report; right?
A. Correct.
Q. Okay. How long have you been a law enforcement officer with Fontana Police Department?
A. Approximately three years.
Q. At the time of the incident, how long had you

served as a law enforcement officer?
A. Six months.
Q. Were you still on probation at the time?
A. Correct.
Q. Was Officer Zozaya your field training officer?
A. He was not, no.
Q. At that time frame, did you require a field training officer?
A. No.
Q. All right. Was that your first assignment after the academy, was patrol?
A. Yes.
Q. Did you have any law enforcement experience prior to being hired with Fontana Police Department?
A. No.
Q. Any military experience?
A. No.
Q. Prior to this incident, had you been on any vehicle pursuits?
A. Yes.
Q. How many, prior to this incident?
A. Approximately four.
Q. Did some of those pursuits get up to high speeds?
MR. RAMIREZ: Vague and ambiguous as to the

term "high speed."

But you may respond.

THE WITNESS: Yes.

BY MR. SINCICH:

Q. Were they exceeding the speed limit, essentially?

A. Yes.

Q. Were any of those pursuits at night?

A. Yes.

Q. And were any of those pursuits during conditions where the road was wet?

A. Not -- not from what I remember.

Q. Okay. What about since the incident occurred, have you been involved in any vehicle pursuits?

MR. RAMIREZ: I'm going to object as irrelevant.

But you may respond "yes" or "no."

THE WITNESS: I'm sorry. Could you ask that question one more time?

BY MR. SINCICH:

Q. Yes. Have you been in any vehicle pursuits since the incident?

MR. RAMIREZ: Same objection.

But you may respond.

THE WITNESS: Yes.

MR. RAMIREZ: I would object under the Federal Right to Privacy, Penal Code Sections 832.7, 832.8; Peace Officer's Bill of Rights pursuit to Government Code Section 3300 et seq; Evidence Code Sections 1040, 1043, 1045.

However, you may respond "yes" or "no," if you're aware.

THE WITNESS: No.

BY MR. SINCICH:

Q. What was the location that you first saw the subject vehicle?

A. On Valley, as we were approaching Catawba.

Q. Which direction was your vehicle moving when you first saw the vehicle?

A. Eastbound, on Valley.

Q. And which direction was the subject vehicle facing?

A. Eastbound.

Q. And you said that was Valley and Catawba?

A. Correct.

Q. Was the subject vehicle moving when you first saw it?

A. Correct.

Q. Was it -- where was it in relation to that intersection when you first saw it?

A. It -- it was, I would say, approximately, maybe 50 feet from -- from the intersection from Catawba. We were very close approaching the intersection.

Q. So 50 feet to the west of it?

A. Correct.

Q. And were you directly behind the subject vehicle?

A. Yes.

Q. Approximately, what was your distance between your vehicle and the subject vehicle at that time?

A. Approximately, four car lengths.

Q. When you first saw the subject vehicle, did you see anything that would indicate a violation of the Vehicle Code or Penal Code?

A. Yes.

Q. What did you see when you first saw the subject vehicle?

A. I saw the rear right passenger, his body was -- he was hanging out of the window and, obviously, he didn't have his seatbelt on.

Q. How much of his body could you see?

A. Up to his torso.

Q. And when you say "torso," how much of that could you see?

A. I would say about almost -- almost to his

waistline.
Q. Do you know what color shirt he was wearing?
A. No.
Q. Is it possible that he extended the seatbelt out in order to be in that position?
MR. RAMIREZ: May call for speculation.
But you may respond.
THE WITNESS: It could be possible, but he would have to put the seat -- the seatbelt behind him.
BY MR. SINCICH:
Q. Describe the person that you saw hanging out of the window.
A. He looked like a juvenile, early -- early teenager, male. I don't recall what he was wearing. But that's all I remember right now.
Q. Did you ever put out any of that information on the radio or computer?
A. No.
Q. Were you able to identify what you believed his race to be?
A. No.
Q. Were you just too far to be able to see that detail?
A. Yes.
Q. Did you see anybody else in the vehicle at that

time?
A. No.
Q. Were you ever able to see the driver?
A. No.
Q. Were you able to tell that there was anyone else in the vehicle, except for the driver and the person that you saw hanging out of the window?
A. No.
Q. Besides that time that you saw him hanging out of the window, did you ever see him hanging out of the window any other time?
A. No.
Q. What was he doing when he was hanging out of the window?
A. He was looking at us and looking in our direction, and had his phone pointed at us, looking like he was trying to record us.
Q. Okay. How fast was the subject vehicle going at that time?
A. He was within -- within the speed limit at that time.
Q. And what was the speed limit on Valley?
A. 45.
Q. Do you recall what lane he was in?
A. Initially, he was in the Number 1 lane, and he

switched into the Number 2 lane.
Q. How long was the juvenile in the back right seat hanging out of the window?
A. I -- I don't recall exactly how long.
Q. Could use give me an estimate, please?
A. Around, maybe, 20 seconds.
Q. In that 20 seconds' time frame, did the vehicle continue going eastbound on Valley?
A. Correct.
Q. Approximately, how far down Valley did it go? Did it reach another street?
A. No.
Q. Did you or Officer Zozaya turn on the lights and sirens to initiate the pursuit?
A. Could -- could you ask that -- rephrase that question?
Q. Yeah. I'm wondering which person in your vehicle turned on the lights and sirens when you initiated the pursuit?
A. Officer Zozaya.
Q. Did Officer Zozaya turn on the lights and sirens while the young juvenile was hanging out of the window?
A. Yes.
Q. And then you said that, at some point, there

was a lane change from Number 1 to Number 2?
A. Correct.
Q. Was that also while the juvenile was hanging out of the window for that approximate 20 seconds?
A. I -- I don't recall if -- if he was hanging out of the window during the lane change, or if it was after.
Q. Okay. So is it fair to say that the lane change occurred after you recall the lights and sirens being turned on?
A. The initial lane change from the Number 1 and Number 2, that occurred before we turned our lights and sirens on.
Q. Okay. So, just so I understand the timing, the young man is hanging out of the window, and they're in the Number 1 lane; right?
A. They -- they started in the Number 1 lane.
Q. Okay.
A. So he was not hanging out the window yet.
Q. Okay. Describe to me the timeline of when he was hanging out of the window, from when you first saw him, to him hanging out the window, to him changing lanes, and when the lights and sirens first came on. If you could just describe that, so I understand the timing correctly.

A. Okay. So he started in the Number 1 lane, traveling eastbound on Valley. And he made the lane change into the Number 2 lane, with -- without his turn signal on, approaching Catawba.

And at some point the juvenile hung his body out the window, recording us, while we were approaching Catawba.

Q. And then where were you in relation to that intersection when the lights and sirens came on?

A. The lights and sirens came on just as -- before we were proceeding through Catawba.

Q. Okay. So within that 50 feet or so?

A. Correct.

Q. So how long had you seen the subject vehicle before the lights and sirens came on?

A. I don't -- I don't recall exactly how long I -- I saw the car.

Q. Could you give me an estimate, please?

A. About within a minute.

Q. Could you give me an approximate distance that you were following the subject vehicle before the lights and sirens came on?

A. We were maybe about half a block.

Q. Were you ever going westbound on Valley and passed the subject vehicle?

MR. RAMIREZ: Vague and ambiguous as to time.
But you may respond, if you ever did that.
THE WITNESS: I -- I don't recall if -- if we were going westbound prior to that.
BY MR. SINCICH:
Q. Before you were behind the subject vehicle, just west of Catawba and Valley, were you going westbound on Valley?
A. I only remember us going eastbound.
Q. Did you have any communication with Officer Zozaya between the time that you first saw the subject vehicle and the time that the lights and sirens came on?
A. Yes.
Q. What did you say to him?
A. We were just talking about how that rear passenger -- excuse me -- was hanging out of the window, recording us, and we both agreed that he was not wearing a seatbelt, and he was going to hurt himself, because it looked like he was going to probably fall out of the car.
Q. Was there any other communication?
A. Besides agreeing that we're going to make a traffic stop on the vehicle, no.
Q. Okay. How long after the lights and sirens came -- well, strike that.

When, in relation to the lights and sirens coming on, did Officer Zozaya put out on the radio that a pursuit was being initiated?
A. It was within -- within seconds.
Q. Was it seconds before or after the lights came on?
A. After.
Q. Okay. Were you still around the intersection of Catawba and Valley when that occurred?
A. Correct.
Q. Did you see any other movement that stood out to you, by the subject vehicle, after the lights and sirens came on?
A. No.
Q. At some point did the vehicle pick up speed?
A. Yes.
Q. How long after the lights and sirens came on did the vehicle start to pick up speed?
A. It was immediately.
Q. And approximately how fast was the subject vehicle going after it started to speed up?
A. It continued to pick up speeds upwards of 80 miles an hour.
Q. Did you see the collision between Officer Garcia's vehicle and the subject vehicle?

A. No.
Q. Were you still pursuing the subject vehicle at the time?
A. Yes.
Q. Were you focused on the subject vehicle during the pursuit?
MR. RAMIREZ: It's vague and ambiguous, "focused on the suspect's vehicle."
But you may respond, if you understand.
THE WITNESS: To the -- to the best of my ability, yeah.
BY MR. SINCICH:
Q. Were you looking somewhere else, besides the subject vehicle, at the moment of the impact?
A. Well, everything -- everything happened so quickly, so we were prepared to get out of the vehicle, so, obviously, I took my seatbelt off. And so, during that time, I was trying to put my seatbelt back on.
And right after that, I looked up, and I saw the vehicle veer into the center median lane; and as I drove up, the collision occurred.
Q. When did you take your seatbelt off?
A. Just as we were turning our lights and sirens on.
Q. And you said that your intent was because you

were hoping to be able to jump out of the vehicle quickly?
A. Correct.
Q. But then, by the time you got to the intersection of Cypress and Valley, you were putting it back on?
A. Correct.
Q. And why were you putting your seatbelt on?
A. For safety purposes, and it's within our policy.
Q. What does the policy state about wearing a seatbelt?
A. That we should wear our seatbelt.
Q. Do you recall anything else from the policy?
A. As in -- can you rephrase that question?
Q. Are officers required to wear their seatbelt in a moving vehicle, while on duty?
A. Correct.
Q. And it would be a Vehicle Code violation to not wear the seatbelt; correct?
A. Correct.
Q. And I think you said that the driver of the subject vehicle didn't use a turn signal?
A. Correct.
Q. Would turning or changing lanes without a turn

signal be a Vehicle Code violation, as well?
A. Correct.
Q. Generally speaking, are officers required to follow the Vehicle Code, unless they're responding to an emergency situation?
A. Correct.
Q. And in order for those exceptions to apply, is it true that the officers have to have their lights and sirens on?
A. Correct.
Q. How long was the subject vehicle in the Number 2 lane before it changed into a different lane?
A. It -- it was within seconds.
Q. And which lane did it go into, from the Number 2 lane?
A. The Number 1 lane.
Q. Was there light traffic on the road?
A. Yes.
Q. During the pursuit, other than that final collision, did you see any other collisions occur?
A. No.
Q. Did you see the subject vehicle run any stop signs?
A. No.
Q. Did you see the subject vehicle run any

stoplights?
A. I -- I don't recall if -- if he ran any red lights, at the moment.
Q. Okay. What kind of ticket or citation would you give for what you initially saw, the hanging from the window, and the not using a signal when changing lanes?
A. I would give out the violation for not wearing a seatbelt and unsafe lane change.
Q. Are those "infractions"? Is that what it's called?
A. Yes.
Q. Are those arrestable offenses?
A. No.
Q. Would they be considered fairly minor offenses, then?
A. Yes.
Q. Does your vehicle have a license plate reader on it?
A. Not all vehicles are equipped with it, so I don't -- I don't remember if our vehicle at the time had a license plate reader.
Q. Okay. Some of the vehicles, at the time of the incident, in Fontana Police Department, had one of those?

A. Yes.
Q. And how do those typically work?
A. You'd have to log into the system. And as you drive by, it will -- it will read any vehicles, whether they're parked or driving, as long as it's able to get a clear view.
Q. From your distance behind the subject vehicle, being approximately four car lengths when you first saw it, if there was a license plate reader on the vehicle, would it have a picked up that license plate, to your knowledge?
MR. RAMIREZ: May call for speculation. Lacks foundation.
But you may respond, if you know.
THE WITNESS: If it read it clearly, yes.
BY MR. SINCICH:
Q. Okay. Were the you able to see the license plate when you first saw the vehicle?
A. I don't remember seeing the license plate. So I don't -- yeah, I don't recall.
Q. As the passenger, is that one of your responsibilities, to gather that information?
A. It's -- it's not required, but that's -- it's something that you can have a discussion with your partner, what each of our responsibilities are.

Q. Is it fair to say you didn't know anything about the histories of the individuals inside the subject vehicle?
A. Correct.
Q. Were you able to run the license plate at all to get any information about the vehicle or the owner?
A. No.
Q. Did you ever request air support during the pursuit?
A. We -- we did not, because after we stated the vehicle was fleeing, our helicopter, Eagle 1, said that he was en route.
Q. Okay. Did either you or your partner call for backup?
A. No. Multiple officers put themselves en route to us.
Q. What officers put themselves en route to you?
A. There were -- there were various officers and Sergeant -- I know Sergeant Janusz, he put himself en route to it, as well.
Q. Do you know any other officers who put themselves en route?
A. Yes.
Q. Which officers?
A. Officer Terwilliger and Officer Garcia.

Q. Did Officer Bautista put himself en route?
A. Correct.
Q. According to the policy, is there a certain number of vehicles that are typically allowed to pursue in a vehicle pursuit?
A. Yes.
Q. And what's that number?
A. The primary unit, secondary unit, and a supervisor.
Q. Do you know how far your sergeant was from the incident location when he put himself en route?
A. No.
Q. Where were you in the pursuit when you knew that the sergeant was en route?
MR. RAMIREZ: It's vague and ambiguous.
But you may respond, if you understand.
THE WITNESS: I didn't -- not until after the fact, after everything was done, did we know that he was en route, because he -- you can manually put yourself on the call from the computer. So he never put out that he was en route to us.
BY MR. SINCICH:
Q. Okay. So during the pursuit itself, you didn't know that the sergeant was en route?
A. No.

Q. During the pursuit, did you know that Officer Bautista was en route?
A. No.
Q. During the pursuit, did you know that Officers Garcia and Terwilliger were en route?
A. No.
Q. Did you hear any radio communication from any other officers, requesting to join the pursuit?
A. No.
Q. According to the policy and training at the time, if officers are en route to join a pursuit, when they're responding, do they respond with lights and sirens on?
MR. RAMIREZ: May call for speculation. Lacks foundation.
But you may respond, if you know.
THE WITNESS: It depends.
BY MR. SINCICH:
Q. What does it depend on?
A. The severity of the crime.
Q. How are the officers responding supposed to learn of the severity of the crime? Where would they get that from?
A. It could be the primary officer saying what the rea- -- what the reason for the stop is.

Q. Did either you or your partner put out the reason for the stop?

A. No, not at the time. It wasn't -- everything happened so quickly, so we didn't have enough reasonable time.

Q. Approximately how long was it from the time that the lights and sirens came on, to the time of that collision?

A. It was within around 30 seconds.

Q. And that was generally on Valley, from Catawba, to just past Cypress?

A. Correct.

Q. Do you know the approximate distance between those two streets?

A. I don't know what the approximate distance is. It's under a mile.

Q. Okay. Do you recall Officer Zozaya putting out over the radio, I think it was 89.7?

A. Yes.

Q. And what was that reference to, if you know?

A. Yes. He put that out because it makes it easier in the conclusion of a pursuit, because on the CHP form, pursuit form, you have to list how -- how long that pursuit was in miles -- in miles.

Q. So the 89.7 was his odometer reading at the

time?
A. Yes, the last -- the last digits on his odometer.
Q. Do you recall what the final odometer reading was?
A. No.
Q. Did you draft any reports related to this incident?
A. No.
Q. Other than the interview with the county two months after the incident, did you have any other interviews related to this incident, other than your attorneys?
A. No.
Q. Were you injured at all in the incident?
A. No.
Q. Did you see the subject vehicle just before it reached the intersection of Cypress and Valley?
A. Yes.
Q. What lane was it in at that time?
A. The Number 1 lane.
Q. And did it stay on course in the Number 1 lane as it passed through the intersection?
A. No.
Q. Did you see it veer off what the Number 1 lane

would be, while it was inside the intersection?

MR. RAMIREZ: It's vague and ambiguous.

But if you understand, you may respond.

THE WITNESS: No. Could you rephrase -- rephrase that question?

BY MR. SINCICH:

Q. Sure. I'll ask it a different way.

After the subject vehicle got past Cypress and was on Valley, on the east side of Cypress, what lane was it in?

A. It was starting to -- to veer into the -- the center -- the center median lane.

Q. How far past the east sidewalk did you see it start to veer into the center median lane?

A. I -- I don't remember the -- the approximate distance.

Q. What would you say is the approximate distance between the sidewalk, on the east side of Cypress, and the collision location?

A. Which sidewalk?

Q. The east side, sidewalk.

A. On the north or south side of Valley?

Q. Sorry. I'm referring to like the white lines indicating -- oh, I'm sorry. I said it backwards.

MR. RAMIREZ: That changes everything.

Daniel Preece

MR. SINCICH: There it is. I see now the error in my ways. I'm saying sidewalk, but I'm thinking the crosswalk.

MR. RAMIREZ: Okay. That makes a big difference. I was wondering what you were talking about, as well, so --

BY MR. SINCICH:

Q. Okay. That makes sense.

What's the approximate distance from the east side crosswalk to the collision location?

A. I would say, about 200 feet.

Q. Okay. In that approximate 200 feet, did you see the subject vehicle in lane 1 at all?

A. Just east of -- east of Catawba -- or I'm sorry, east of Cypress, no. I only saw it when it was in that -- veering into the center median lane.

Q. Okay. Did you ever see it go into the westbound traffic lanes, before the collision?

A. No.

Q. I understand that the vehicle ended up on the north side of the road, which would be on the westbound side; is that right?

A. Correct.

Q. Did you ever see the subject vehicle braking before the collision?

A. I did not see brake lights.
Q. Did you see the subject vehicle swerve before the collision?
A. Other than veering into the center -- the center median, no.
Q. And when you say "veering into," was that like a gradual, almost like a lane change?
A. Correct.
Q. Did you ever see the subject vehicle slide at all, before the collision?
A. No.
Q. Did you ever see it, for instance, almost sideways, but sliding forward, towards the officer vehicle?
A. No.
Q. Did you ever hear anybody honk a horn prior to the collision?
A. No.
Q. Did you see Officer Bautista's vehicle prior to the collision?
A. Yes.
Q. And where was he located?
A. He was -- I don't remember exactly which -- I remember seeing his vehicle. I don't remember if he was in the center median or the Number 1, westbound lane,

but he did have his lights and sirens on.
Q. Did you ever see Officer Bautista's vehicle before he had his lights and sirens on?
A. No.
Q. Did you ever see Officer Garcia's vehicle prior to the collision?
A. I'm sorry. You said "Officer Bautista"?
Q. Excuse me. Did you ever see Officer Garcia's vehicle prior to the collision?
A. No.
Q. When you saw the subject vehicle, as you described veering to its left, did it appear to you like the driver was trying to avoid a collision?
MR. RAMIREZ: May call for speculation. Lacks foundation. Assumes facts not in evidence.
But you may respond, if you can.
THE WITNESS: No. I -- I couldn't tell.
BY MR. SINCICH:
Q. Okay. Did you and your partner put out over the radio that the pursuit was going high speed?
A. Yes.
Q. And is that a common vernacular for officers to communicate something to their partners?
A. Can you rephrase that question?
Q. Right. So I'm wondering if when you put out

"high speed," is that a common radio term that you would use?

A. You would -- you just need to put out the conditions, which involve what the speeds are.

Q. When you put out "high speed," what would that generally mean, based off of the training, to an officer hearing that?

A. Over the speed limit.

Q. Okay. And did you or your partner put out that the pursuit was passing Oleander?

A. I don't -- I don't recall that exact radio transmission.

Q. It was Officer Zozaya that was making all the radio transmissions?

A. Correct.

Q. Did you hear Officer Zozaya put out that the pursuit was approaching Cypress?

A. I heard that -- I heard "Cypress." I couldn't re- -- I can't recall if it was approaching or if we were through Cypress.

Q. Okay. If Officer Zozaya put out that the pursuit was approaching Cypress, would it be fair to say that that communication would be while you were still on the west side of the intersection?

A. Correct.

Q. I understand that Officers Garcia and Terwilliger were injured during the incident?
A. Correct.
Q. Was Officer Zozaya injured at all, to your knowledge?
A. Officer Zozaya?
Q. Zozaya.
A. No.
Q. Was Officer Bautista injured related to this incident?
A. No.
Q. And I understand -- and don't want to be insensitive, but I understand that he's no longer with us, Officer Bautista?
A. That's correct.
Q. Do you know the circumstances of his death?
MR. RAMIREZ: I'll object as to privacy.
But you can answer generally, if you know.
THE WITNESS: Yes.
BY MR. SINCICH:
Q. Could you explain to me what those circumstances are?
A. I only know that he took his own life.
Q. Did you ever communicate with Officer Bautista after the incident?

A. Yes.
Q. What did he tell you about the incident?
MR. RAMIREZ: Calls for hearsay.
But you may answer.
THE WITNESS: It's been so long ago. I don't recall -- I don't recall exactly what we had talked about.
BY MR. SINCICH:
Q. What, generally, do you recall him communicating to you?
A. Just -- just how crazy everything was with our officers getting injured, and just the overall, "How come?"
Q. Do you know how long after the incident he took his life?
A. It -- it's been maybe around a year now. So a year -- so it was over a year after the incident.
Q. Okay. Did you receive any information that it was related to this incident?
MR. RAMIREZ: The death of Officer Bautista; correct?
MR. SINCICH: Yes.
MR. RAMIREZ: Relevance.
But you may respond, if you know.
THE WITNESS: No, I don't know.

MR. SINCICH: Okay. Is now a good time to take a break? Let's take ten minutes. I appreciate you bearing with me on that last set.

We're off the record.

(Break taken.)

BY MR. SINCICH:

Q. Could you describe the pursuit, just generally speaking? How would you describe the pursuit, before the collision?

MR. RAMIREZ: Vague and ambiguous.

But you may respond, if you understand.

THE WITNESS: Very -- very, very short.

BY MR. SINCICH:

Q. Did you believe that it was a dangerous pursuit?

A. No.

Q. Is that because the speeds weren't that extremely high?

A. We -- we'll take everything into consideration. And at the time, there was very little traffic, and the visibility was good.

Q. Okay. Because Valley is a pretty flat and straight road; right?

A. Correct.

Q. Is it pretty easy to see kind of in a long

A. I -- I couldn't give an exact number. I just skimmed most of the report.
Q. Did you review something like 10 pages; or was it more like a hundred pages; or what is an estimate that you recall?
A. I reviewed all the pages that seemed important to me, such as my statement I made.
Q. When you reviewed the statement that you made, was it a summary of the statement?
A. Correct.
Q. Did you see any inaccuracies when you reviewed that?
A. Yes.
Q. What inaccuracies did you see?
A. I had said that the vehicle made the lane change initially from the Number 2 to the Number 1, but now realizing -- I realize now that it was from the Number 1 to the Number 2. So that was my error at the time.
Q. And you're referring to when you first saw the subject vehicle; right?
A. Correct.
Q. Were there any other inaccuracies in the statement that you gave to the investigators?
A. No.

Q. Do you recall telling the investigators that the patrol vehicle exited onto Valley?
A. No.
Q. Do you recall telling the investigators --
(Reporter clarification.)
BY MR. SINCICH:
Q. -- that an assisting patrol vehicle exited a business parking lot on the south side of Valley Boulevard, by turning left to travel west on Valley Boulevard?
A. Okay. Yes. The -- the first -- the first vehicle, the first responding.
Q. So are you referring to Officer Bautista's vehicle in that statement?
A. Correct.
Q. So you saw Officer Bautista's vehicle turning left?
A. Correct; when he -- he pulled out on to Valley.
Q. Did he have his lights and sirens on at that time?
A. Initially, I don't remember if he had his lights and sirens on, but he -- he did have his headlights on.
Q. Do you recall telling the investigator that as the patrol vehicle exited onto Valley Boulevard, vehicle

1 veered from the Number 1 eastbound lane into the center median of Valley Boulevard?
A. Yes.
Q. And so you're referring -- the vehicle 1 is referencing the subject vehicle; right?
A. Correct.
Q. And what you're saying to the investigators there is that, the veering into the center median lane was, as the patrol vehicle was exiting, making that left-hand turn?
A. That's correct.
Q. Are you still referencing Officer Bautista's vehicle exiting, when you're talking about the time frame when the subject vehicle veered into the center median?
A. No. I guess it was the secondary vehicle pulling out.
Q. So is it fair to say that you saw Officer Garcia's vehicle pulling out of the parking lot and turning left?
A. At the time, I -- I might have, but right now, I don't recall if I saw them pull out or not.
Q. Okay. But what were you describing to the investigators, two months after the incident, was that you did see Officer Garcia's vehicle pulling out of the

parking lot and turning left?
A. At the time, I -- I guess I did see it, yes.
Q. And is that what you were describing to the investigators?
A. Correct.
Q. And that it was at the time that Officer Garcia's vehicle was exiting the parking lot onto Valley, that's when the subject vehicle began to veer to the left, into the center median lane?
A. Yes.
Q. Would it be fair to say that, from a vehicle going eastbound on Valley, Officer Garcia's vehicle exiting the parking lot would be on the right-hand side?
A. Yes.
Q. And so as that vehicle was going eastbound on Valley, and Officer Garcia -- from the right-hand side, would he be pulling up in front of the subject vehicle?
MR. RAMIREZ: May call for speculation. Lacks foundation. Assumes facts not in evidence.
But you may respond.
THE WITNESS: Yes.
BY MR. SINCICH:
Q. And it was at that time that you saw the subject vehicle start to go to the left?
A. Correct.

Q. Would that be, from what it appeared to you, moving away from where the officer's vehicle was?

MR. RAMIREZ: Calls for speculation. Lacks foundation. Assumes facts not in evidence.

But you may respond, if you can.

THE WITNESS: Like -- like I said earlier, I don't recall -- recall seeing the collision occur, so I don't -- I couldn't say if he was trying to veer out of the officer's way, or if he was just pulling into the center median on his own.

BY MR. SINCICH:

Q. But from what you were describing, is it fair to say that him pulling -- veering to the left is moving in the opposite direction of where Officer Garcia's vehicle was coming from?

A. He was veering towards the -- the patrol vehicle, as they had already exited out of the -- the parking lot. They -- they pulled into that center median, and the suspect vehicle followed into the center median.

Q. Did you ever tell the investigator that Officer Garcia's vehicle got to the center median?

A. I don't recall.

Q. In the summary, it says: "As the patrol vehicle exited on to Valley."

That would be referencing before it got to the center median; is that fair?

A. It can.

Q. Well, when you said: "As it exited onto Valley," are you talking about as it exited the parking lot?

MR. RAMIREZ: I'm going to object as to say "he said." This is a summary. I don't see any quotes.

But you can respond the best you can, as to what you recall saying.

THE WITNESS: Yeah. I -- I don't remember exactly what I had said. It would have been nice to hear my audio. But like I said, it's just a summary of my statement.

So, I -- I don't remember if he was veering out of the way right as he was pulling on to Valley, or if he was already pulling into the center median from -- from the parking lot.

BY MR. SINCICH:

Q. Okay. And I thought you said earlier that you weren't able to see Officer Garcia's vehicle?

A. Right. Right from -- at this time now, two years later, I don't -- I don't remember seeing the vehicle. At the time two years ago, from making that statement to the MAIT investigator, I may have

remembered seeing something. But as it sits now, I don't remember seeing the vehicle pulling out.

Q. Okay. Do you recall whether or not you saw that Officer Garcia's vehicle had lights and sirens on at the time?

A. I don't -- I don't recall if he did or not.

Q. Okay. Do you recall whether or not you saw if Officer Garcia's vehicle had his headlights on at the time?

A. No.

Q. In the statement summary of the statement, that I believe you testified was a correct summary of the statement, it said that: "The subject vehicle veered into the center median and collided with the patrol vehicle."

Do you remember reading that?

A. Yes.

Q. And so that would be referencing colliding with Officer Garcia's vehicle; right?

A. Correct.

Q. At the time that you gave your statement to the investigators, do you think you recalled seeing the collision?

A. I don't -- I don't remember if I had seen it or if I was referencing what had occurred.

Q. Okay.
A. After once I -- because it was obvious, once I approached, that he collided into the patrol unit.
Q. Right. After the collision, what did you do?
A. We both -- me and Officer Zozaya, we both got out of our vehicle. I initially was going to check on the officers involved in the collision, while my partner goes to check on the -- the occupants in the suspect vehicle.
But I had seen a responding unit was already there, so they were going towards the -- our officers that were involved, so -- so I assisted Officer Zozaya with the suspect vehicle.
Q. And what did you see when you first went up to the suspect vehicle?
A. We -- we both could see that there was no driver seated in the driver's seat, so we had thought initially -- or I had thought initially maybe the -- the driver had foot bailed and fled the scene. But walking around the vehicle, I saw the -- the suspected driver was -- had got ejected.
Q. Could you tell, based off of the -- either the windshield or the window if he was ejected in either through the windshield or the driver's window?
A. No, I -- I -- I couldn't. I think -- I don't

remember which windows were broken and which one he got ejected out of.

Q. Were all of the doors closed at the time?

MR. RAMIREZ: Vague and ambiguous as to the term "closed."

But you can respond.

THE WITNESS: I mean, most of them were damaged, but it -- it -- it looked as though they were closed.

BY MR. SINCICH:

Q. On the driver's side, did it appear like the doors were closed?

A. Correct.

Q. Is this a four-door car?

A. Correct.

Q. And when you first walked up, did you see the other three passengers?

A. No. We -- after going to the passenger side, I could see that there were at least two people trapped in the vehicle.

Q. On the passenger side?

A. From the passenger side, I could -- I could see in clearly, for a better -- better visual than from the driver's side.

Q. Did you ever see the individual that was seated

behind the driver?

A. I only remember that there were two individuals in the vehicle, but I -- I don't remember exactly where their placement was.

Q. Did you see anybody attempt to render medical aid to any of the kids?

A. No.

Q. Did you see anybody attempt to check their pulse or anything like that?

A. From inside the -- we couldn't -- we couldn't get into the vehicle due to them being trapped in there, but as for the subject that was on -- on the ground that had got ejected, we were -- we were monitoring him, and we could hear that he was breathing.

Q. He was breathing; but did he appeared injured, though?

A. Correct.

Q. Is it fair to say that the only medical aid that was rendered was once the fire department and ambulance arrived?

MR. RAMIREZ: May call for speculation.

But you can respond, if you know.

THE WITNESS: That's correct. My -- my partner, he -- he -- he called for Fire to expedite to get there as quickly as possible. And they were there

within minutes.
BY MR. SINCICH:
Q. Okay. I'm going to show you what was previously marked as Exhibit 4.
Let me know when you can see my screen.
A. I can see it.
Q. Does this appear to be the location of where the collision occurred?
A. Correct.
Q. And I just want to get oriented to the traffic lines and things of that nature.
Do you see the driveway on the right-hand side of the screen?
A. Correct.
Q. Is that the driveway, in the apron that you saw the vehicles exiting the parking lot from, when they turned on to Valley?
A. Like I said, as of right now, I don't remember seeing them pull out, but that -- that was the -- the spot they had -- they did pull out of, yes.
Q. I'm just going to make it a little bit bigger, so we can see.
And then, it appears where the crosswalk is, do you see how there's a double-yellow line?
A. Correct.

Q. And then, just south of the double-yellow line, eastbound would be the Number 1 lane?
A. Correct.
Q. And then south of that would be the Number 2 lane?
A. Correct.
Q. And would this be considered a Number 3 lane, south of that; or is that just a turning lane?
A. Yes, that's considered the -- the Number 3 lane, but it's merging into the Number 2 lane.
Q. Okay. Okay. And then, on the north side going westbound, it appears that there's two left-hand turn lanes; is that fair?
A. Yes, two -- two dedicated left-turn lanes.
Q. What would be the first lane north of the double-yellow line called? What would that be called?
A. The -- the -- the one that you're hovering over, that's the Number 1 dedicate left-turn lane.
Q. And then, north of that, what would that be?
A. The Number 2 dedicated left-turn lane.
Q. And then north of that, what would that be considered?
A. Number 1 westbound lane.
Q. Okay. So the numbers kind of start over?
A. Correct.

Q. Okay. And when you say that, "He veered into the center median," could you tell by looking at this map, approximately where he started to veer into the center median, the subject vehicle?

A. Look -- looking at the map, I -- I couldn't -- I don't remember if it was -- if he had started veering over where it was partially the Number 1 dedicated left-turn lane, or if it was just past that where the center median opens up.

Q. Okay. So, there's -- there's four green markings that have the number 10 in there. Do you see that?

A. Correct.

Q. And where, in between or around, approximately, would you estimate would be the location where the subject vehicle started to veer into the center median lane?

MR. RAMIREZ: And if we start with the left hand, should we count that as number 1, Counsel, for example, then go to the right, or whatever makes it easier?

MR. SINCICH: Sure. Left to right would be easy.

THE WITNESS: I would say between the number -- the second number 10, closer to that one, in between the

second and third.
BY MR. SINCICH:
Q. Okay. So around where the first Valley Boulevard indication is?
A. Correct.
Q. Okay. And then, from looking at this map, what's your best estimate of where the collision occurred, not where the vehicles ended up, but where the collision occurred, best estimate?
A. Around the -- the fourth number 10.
Q. Okay. And as I zoomed out, I just saw that there's more number 10s.
MR. RAMIREZ: Okay.
BY MR. SINCICH:
Q. So when you were indicating the fourth number 10, once the map was zoomed out, it's actually the fifth number 10; is that fair?
A. Correct. I would -- I'd say right there, if not just -- just east of.
Q. Okay. And then, earlier when you said it was the second number 10, it would actually be the third number 10?
A. Correct.
Q. And so it would still be an indication of the first time that Valley Boulevard is labeled, reading

left to right?
A. Correct.
Q. Okay. Thank you for that clarification.
And did you see where Officer Bautista's vehicle was at the time that you saw the subject vehicle veer?
A. Yes. He was -- he was either in the -- the Number 1 or Number 2 dedicated left-turn lane, from what I can remember.
Q. So did it appear that when the subject vehicle veered, it sort of rode behind the same lane that Officer Bautista was in?
A. Correct.
Q. Okay. And I want to show you what has been previously marked as Exhibit 2.
Can you see my screen?
A. Yes.
Q. Did you see this video?
A. I have, yes.
Q. And this it is a surveillance camera showing the intersection of Valley and Cypress?
A. Correct.
Q. All right. It's 50 seconds. I'm going to press play.
(Video being played.)

BY MR. SINCICH:

Q. And when you were watching it, did you focus on the top left-hand corner to see where the other officers' vehicles were coming from?

A. Correct.

(Video is being played.)

BY MR. SINCICH:

Q. Okay. Stopping at 23 seconds.

Did you see the first patrol vehicle coming up to the apron of the driveway?

A. Yes.

Q. And that would be Officer Bautista?

A. Yes.

Q. Okay. And he's stopped on the apron; right?

A. Correct.

Q. And I'm going to press play.

(Video is being played.)

BY MR. SINCICH:

Q. At 33 seconds, I pressed pause.

Is it fair to say that Officer Bautista turned left?

A. Yes.

Q. And can you see Officer Garcia pulling up to the apron?

A. Yes.

Q. And does it appear that Officer Bautista has his lights and sirens on at the time?
A. No, not at the time of pulling out.
Q. Does it appear that Officer Garcia has his lights and sirens on?
A. No.
Q. Does it appear that his headlights are on?
A. No.
Q. I'm going to click forward. This is frame by frame.
Do you see how I'm clicking forward?
A. Yes.
(Video being played.)
BY MR. SINCICH:
Q. And I stopped at 35 seconds.
Is that when Officer Bautista turned on his emergency lights?
A. Yes.
Q. And do you see this blur on the right-hand side of the screen?
A. Yes.
Q. Is that pretty much when the subject vehicle was entering the intersection?
A. Correct.
Q. And Officer Garcia's vehicle was still at the

apron of the driveway?
A. Correct.
Q. Okay. I'm going to click forward.
(Video being played.)
BY MR. SINCICH:
Q. And I stopped at 36 seconds.
Could you tell, after looking at the map and now looking at the video, what lane the subject vehicle was in?
A. Looks like the Number 2. Number 2, eastbound lane.
Q. What we saw on the map was that there was three eastbound lanes; is that fair?
A. Correct.
Q. And so there was the right-hand turning lane that merged into Number 2?
A. Right.
Q. That would be the third lane; right?
A. Correct.
Q. And then to the left of that, north of that, would be the Number 2 lane?
A. Yes.
Q. And then north of that would be the Number 1 lane; right?
A. Yes.

Q. Okay. As I click forward a little bit more, and the subject vehicle just passed the crosswalk, is it fair to say that it's in the Number 1 eastbound lane?
(Video being played.)
THE WITNESS: Yes.
BY MR. SINCICH:
Q. And then, Officer Bautista's vehicle would be approximately in the Number 2 dedicated left-turn lane; is that fair?
A. Yes.
Q. Okay. As I click forward --
(Video being played.)
BY MR. SINCICH:
Q. If you could focus on the top left-hand corner of where Officer Garcia's vehicle was.
(Video being played.)
BY MR. SINCICH:
Q. Did you see it exiting the apron at all?
A. No, I -- not in -- not in that frame.
Q. Okay. As I click forward just a little bit, more to 37 seconds, is it fair to say that the subject vehicle is just about passing Officer Bautista's vehicle?
A. Yes.
(Video being played.)

BY MR. SINCICH:

Q. And it's still in the Number 1 eastbound lane?

A. Yes.

Q. And that's approximately parallel to where it almost seems like the sidewalk curves into a parking area; is that fair?

A. Yeah.

Q. Do you see that?

A. Yes.

Q. Is that -- at that time, he's still in the Number 1 lane?

A. Yes.

Q. I'm just going click forward a little bit more.

(Video being played.)

BY MR. SINCICH:

Q. It's still at 37 seconds.

Are you able to tell from the trajectory of the vehicle moving if, at 37 seconds, he's still in the Number 1 lane?

A. No, I can't tell.

Q. And this is your vehicle that just entered the intersection at 37 seconds?

A. Yes.

Q. Okay. Do you see the black and white, almost checkered image, on the top left-hand corner above the

V, at 37 seconds?
A. Yes.
Q. Would that be the black and white unit of Officer Garcia's vehicle?
A. Yes.
Q. And what part of the vehicle was white?
A. It would be the -- could either be the roof or the -- the driver's side.
Q. Would the engine compartment, that area be white or black?
A. That part is black.
Q. So, if we're able to see, at 37 seconds, that white portion, are we looking at the left side of Officer Garcia's vehicle?
A. I -- in that frame, I can't tell if that's the roof or the driver's side.
Q. Okay. If it's the driver's side, would it be fair to say that the vehicle would still be oriented, at 37 seconds, generally north?
A. If it -- if that is the driver's side, yes.
Q. Okay. I want to show what I'm going to mark as Exhibit 7.
(Exhibit Number 7 was marked.)
BY MR. SINCICH:
Q. A video from the Chevron gas station, on Valley

and Cherry.

Did you see that video from Valley and Cherry?

A. I don't think I did.

Q. Okay. At the beginning of the video, do you see a white vehicle that appears to be in the Number 1 lane, around the crosswalk?

A. Yes.

Q. And the way that this is oriented is that this vehicle would be on Valley, facing eastbound?

A. Yes.

Q. Are you familiar with that Chevron across from the ARCO?

A. I am.

Q. Does that look like the subject vehicle, as you see it right now?

A. Yeah, it does.

Q. All right. I'm going to press play --

(Video being played.)

BY MR. SINCICH:

Q. -- and stop at 9 seconds.

Did you see the vehicle that was going westbound in a light -- it looks like a spotlight went off?

MR. RAMIREZ: Can you replay that, please?

MR. SINCICH: Yes. From 2 seconds, pressing

play.

(Video being placed.)

MR. RAMIREZ: Move up closer if you need to.

BY MR. SINCICH:

Q. Stopping at 10 seconds.

After the white car went east, past Cherry, on Valley, it appears to pass a patrol vehicle. Do you see that?

A. Yes.

Q. Is that your patrol vehicle, with your partner?

A. I'm honestly not sure.

Q. Do you recall if you or your partner used a spotlight to light up a vehicle at some point, while you were going westbound on Valley, at the intersection of Cherry?

A. No, I don't remember.

Q. I'm going to press play.

(Video being played.)

BY MR. SINCICH:

Q. The patrol vehicle is stopped at the light right now; is that fair?

A. Yes.

Q. And then, I stopped at about 24 seconds.

Do you see the patrol vehicle beginning to make a U-turn?

A. Yes.
Q. I'll press play.
(Video being played.)
BY MR. SINCICH:
Q. And it appears, stopping at 33 seconds, that the patrol vehicle, after making the U-turn, sped forward. Did you see that?
A. Yeah. I saw -- I saw it make a U-turn to continue eastbound.
Q. Did you and your partner see the white vehicle going in the opposite direction of you, and then make a U-turn to catch up with the subject vehicle?
A. I don't recall.
Q. Okay. At least in that video, did you see the person hanging out of the window in the back left seat?
A. No.
Q. I wanted to mark as Exhibit 8, a video of Valley and Poplar.
(Exhibit Number 8 was marked.)
BY MR. SINCICH:
Q. Can you see my screen?
A. Yes.
Q. On Valley, are there some businesses that have truck parking lots that you're familiar with?
A. Yes.

Q. I'm going to press play.
(Video being played.)
BY MR. SINCICH:
Q. And I stopped at 2 seconds.
Do you see the white car, going eastbound on Valley?
A. Yes.
Q. And I'm just going to click slowly forward, frame by frame, and stop at 2 seconds still, where the white car is towards the right side of the screen.
Do you see anybody hanging out of the back window at this time?
A. No.
Q. And clicking forward.
(Video being played.)
BY MR. SINCICH:
Q. Behind the white car, stopping at 4 seconds, there's an SUV patrol vehicle?
A. Yes.
Q. Is that your vehicle?
A. I don't -- I don't -- I don't recall, but it could be.
Q. Were you and your partner following the subject vehicle since Poplar?
A. I don't remember us following him. I think we

were just traveling eastbound on Valley, and we noticed the vehicle, especially once we saw the passenger starting to hang their body out the window.

Q. Okay. I'm going to mark as Exhibit 9, a video of Valley and Catawba.

(Exhibit Number 9 was marked.)

BY MR. SINCICH:

Q. Can you see my screen?

A. Yes.

Q. I'm going to press play.

(Video being played.)

BY MR. SINCICH:

Q. Okay. Stopping at 13 seconds.

From this angle, can you see from right to left, the white vehicle and then the patrol vehicle following?

A. Yes.

Q. And then I'm just going to back up to about 3 seconds, and press play.

(Video being played.)

BY MR. SINCICH:

Q. Does that depict the approximate location and time that the -- that your vehicle began to turn on its lights and sirens?

MR. RAMIREZ: If you can enlarge that screen,

we have a green box that says: "You are viewing Marcel F. Sincich's" -- attorney for Plaintiff -- "screen," and it's blocking the upper portion of that video.

MR. SINCICH: Sometimes there's a panel of options on Zoom that you can actually drag and move it out of the way.

MR. RAMIREZ: If you can grab that there, Daniel, and see if you can get that out of the way.

THE WITNESS: Yeah, there you go.

MR. RAMIREZ: You can move it up or out of the way, or move it all the way down.

THE WITNESS: It's not -- it isn't letting me move it.

MR. RAMIREZ: Is that enough?

THE WITNESS: It only goes side to side.

MR. RAMIREZ: It only goes side to side.

MR. SINCICH: Okay. Well, this is -- this is as large as I can make the screen on mine, and I'll play it, again.

MR. RAMIREZ: Let's see if we can pick it up here.

(Video being played.)

BY MR. SINCICH:

Q. Right at the 11-second mark, the lights come on. Did you see that?

A. Yes.
Q. Okay. And I'm going to mark as Exhibit 10, another view of Valley and Catawba.
(Exhibit Number 10 was marked.)
BY MR. SINCICH:
Q. And I'm going to press play on this 8-second video.
(Video being played.)
BY MR. SINCICH:
Q. And stopped it at 6 seconds.
Did you see the patrol vehicle following the white vehicle?
A. Yes.
Q. And then, the patrol vehicle turned on its emergency lights?
A. Yes.
Q. Okay. Just backing up to 4 seconds, and then I'm clicking forward frame by frame.
This is depicting the driver's side of the vehicles; is that fair?
A. Yeah.
(Video being played.)
BY MR. SINCICH:
Q. And so this is showing the approximate time, at about 4 seconds, when the emergency lights come on?

A. Right.
Q. Now, after passing Catawba, did you eventually get to Citrus?
A. Yes.
Q. By that time, was the subject in the back left seat, still hanging out of the window?
A. I don't recall if he was still hanging out the window at that point.
Q. Is Catawba to Citrus, is that the next street over?
A. Yes, Citrus is the next major intersection.
Q. And what's the approximate distance between Catawba and Citrus?
A. Maybe, like, 0.1 or 0.2 miles.
Q. Okay.
MR. SINCICH: Did I already say I was going to mark this as 11? I'm sorry.
THE CERTIFIED STENOGRAPHER: No, you haven't.
BY MR. SINCICH:
Q. Okay. Let me mark as Exhibit 11, this video, that is a Citrus gas station and Valley.
(Exhibit Number 11 was marked.)
BY MR. SINCICH:
Q. And I'm going to press play.
(Video being played.)

BY MR. SINCICH:
Q. And on my end it kind of glitches, the video does that. Did you see that, as well?
A. Yes.
Q. But as it plays -- and I'm just clicking forward now, still at 0 seconds. But as you see the white car moving, at least by Citrus, is it fair to say that there's no one hanging out of the back left window?
A. Correct.
(Video playing.)
BY MR. SINCICH:
Q. And then, clicking forward to approximately 2 seconds, your vehicle was following, with its emergency lights on?
A. Correct.
Q. And I'm going to mark as Exhibit 12, another video of Citrus gas station.
(Exhibit Number 12 was marked.)
BY MR. SINCICH:
Q. Can you see my screen?
A. Yes.
Q. Okay. I'm going to press play.
(Video being played.)
BY MR. SINCICH:
Q. And it stopped at 7 seconds.

On Citrus, did you see the white vehicle followed by your vehicle?
A. Yes.
Q. And at least right here, the light was green; correct?
A. Correct.
Q. And there is one more video of Citrus intersection and Valley, I'll mark as Exhibit 13.
(Exhibit Number 13 was marked.)
BY MR. SINCICH:
Q. Can you see my screen?
A. Yes.
Q. Okay. I'm going to press play.
(Video being played.)
BY MR. SINCICH:
Q. At 6 seconds, the light turns green on Valley, passing Citrus; is that fair?
A. Yes.
Q. All right. I'm going to press play, and I stopped it at 9 seconds.
(Video being played.)
BY MR. SINCICH:
Q. At this time, on Valley, passing Citrus, the subject vehicle is still in the Number 1 lane; is that fair to say?

A. Yes.
Q. And I'll just finish this video.
(Video being played.)
BY MR. SINCICH:
Q. And is that when you were following, you said, approximately four lengths behind?
A. Correct.
Q. Okay.
MR. SINCICH: Okay. Thank you, Officer Precie. I don't have any further questions at this time.
I don't know if we need a break, or if anybody else has follow-up?
MR. RAMIREZ: I don't have any.
MR. CESENA: I'm fine. No, it's good.
THE CERTIFIED STENOGRAPHER: And, Mr. Ramirez, you're good; right?
MR. RAMIREZ: I need a copy, and I'm not going to be asking any questions.
THE CERTIFIED STENOGRAPHER: Mr. Cesena, are you ordering a copy?
MR. CESENA: Yes.
MR. RAMIREZ: And I'd like a rough draft.
THE CERTIFIED STENOGRAPHER: Okay.
(12:13 p.m., deposition concluded.)
--oOo--

STATE OF CALIFORNIA)
) ss:
COUNTY OF BUTTE )

I, KIMBERLY E. D'URSO, do hereby certify:

That the witness named in the foregoing deposition was present remotely and duly sworn to testify to the truth in the within-entitled action on the day and date and at the time and place therein specified;

That the testimony of said witness was reported by me in shorthand and was thereafter transcribed through computer-aided transcription;

That the foregoing constitutes a full, true and correct transcript of said deposition and of the proceedings which took place;

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

That I am a certified stenographic reporter and a disinterested person to the said action;

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 20th day of June, 2026.

______________________________

KIMBERLY D'URSO, CSR NO. 11372, RPR

ERRATA SHEET

PAGE/LINE CHANGE REASON

DECLARATION OF DEPONENT

I, ____________________, say I have read the foregoing deposition and declare under penalty of perjury under the laws of the State of California and all federal laws that my answers as indicated are true and correct.

Dated this _____ day of ______________, 2026, at ______________________, California.

______________________________

DANIEL PRECIE

Focus Litigation Solutions
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone (916) 228-4593
Production@FocusLitigationSolutions.com

June 24, 2026

Daniel Precie
c/o Eugene P. Ramirez, Esq.
eugene.ramirez@manningkass.com

Re: Diana Rias v. City of Fontana
Date of Deposition: June 4, 2026

The transcript of your deposition taken in the above-entitled matter has been transcribed. The original transcript will be held for 30 days from the date of this letter before it is sealed and forwarded to the noticing attorney.

You have the right to review, sign and make corrections to your transcript within the 30-day period. Please call the above number, or e-mail to make an appointment for your review. It is our policy not to release the original transcript and complimentary copies are not provided.

If you are represented by an attorney, we advise that you contact your attorney to discuss this matter. If you are an independent witness and have questions, please contact the attorney who requested you to testify or this office for further instructions.

If you wish to waive signature, please sign and date below and return this letter to the above address. In the event you have not read, corrected, and signed your deposition within (30) days of receipt of this letter, it may be used with the full force and effect as though it had been read, corrected, and signed.

Cc: All counsel

______________________ ________________________
DATE Daniel Precie