# Fontana Police Vehicle Pursuit Training




CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001568



# Below 100

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Foundation




**Below 100 initiative was created in April of 2010, by several contributors from Law Officer Magazine and friends. It aims to reduce the line of duty deaths to 100, a number not seen since 1943.**

# CAUSES OF OFFICER DEATHS

**2020**

Automobile Collisions (29)

Gunfire (48)

Covid-19 (145)

Other ( 42 )

**2021**

Automobile Collisions (19)

Gunfire (45)

Covid-19 (218)

Other (58)

Statistics from the National Law Enforcement Officers Memorial Fund

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001571

# Fontana PD Crashes

## 2019

**Automobile Collisions Sworn (36)**

**Automobile Collisions Non-sworn (1)**

**At fault (13)**

**PCF's**

**VC 21954- pedestrians outside of crosswalk yield to vehicles**

**VC 22350- unsafe speed**

**VC 22107- unsafe turning movement**

**VC 21453(c)- enter intersection while there is a red arrow**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Fontana PD Crashes

## 2020

Automobile Collisions Sworn (33)

Automobile Collisions Non-sworn (4)

Sworn unit damage (20)

Non-sworn unit damage (3)

PCF's

VC 22106- Unsafe starting or backing

VC 22107- unsafe turning movement

VC 22350-unsafe speed

VC 21658(a)- unsafe lane change

VC 22450(a)- stop sign

VC 21453(a)- enter intersection while there is a red arrow

VC 21750(a)- overtaking and passing vehicle

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Fontana PD Crashes

## 2021

Automobile Collisions Sworn (25)

Sworn unit damage (20)

Non-sworn collisions (5)

Non-sworn unit damage (2)

PCF's

VC 22106- Unsafe starting or backing

VC 22107- unsafe turning movement

VC 22350-unsafe speed

VC 21658(a)- unsafe lane change

VC 22450(a)- stop sign

VC 21453(a)- enter intersection while there is a red arrow

VC 26451(b)- parking brake requirement

# VEHICLE INSPECTION

- A pre-shift inspection will aid in maintaining operational efficiency, reduce accidents by ensuring the vehicle is in proper operating condition, and provide the driver with confidence.

# VEHICLE INSPECTION
## Check List

- Tires: pressure, tread, sidewalls
- Wheels: cracks, loose lug nuts
- Check ALL lights: low/high beams, brake, turn signals, emergency, back-up and spots
- Trunk (fire extinguisher, flares, first aid equipment)
- Body Damage
- Mirrors
- Windshield
- Debris or trash
- Unusual Mechanical noises
- Report any damage or defects

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Vehicle Safety Equipment

- Seatbelts
- Airbags
- Anti-Lock Brakes

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001577

# OK, PLEASE BE HONEST NOW:

## HOW MANY OF YOU WOULD ADMIT THAT YOU DON'T <u>ALWAYS,</u> <u>ALWAYS</u> WEAR YOUR SEATBELTS????

# ALL OF THESE IMPACTS ARE EQUAL



# DID YOU KNOW?

## Court decisions have held the following:

Law Enforcement officers who fail to use available seat belts may, if injured, **lose their workmen's compensation** or related benefits, especially if they ignore agency policy requiring their use.

Law Enforcement officers can be required to reimburse their employers if the employers are sued and found liable on the basis of the officers negligence.






CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001580

# SAFETY BELTS

- Presently, a seatbelt is the simplest and most effective protection against injury or death in a motor vehicle collision
- **Do you wear a seatbelt?**
- A high percentage of officer deaths are traffic related
- 27315 G CVC exempts officers from wearing them, **except** when mandated by Department Policy


RSA (South Africa)
CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# AIRBAGS

## SUPPLEMENTAL RESTRAINT SYSTEM

- They DO NOT replace seatbelts
- Sensors detect a frontal impact (9-14 mph)
- Airbag inflates with inert nitrogen gas
- Corn starch residue may be present
- Airbag inflates and deflates in less than ½ second



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER
COF 001584

# THE AIRBAG COMES OUT 13 INCHES



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001585

# WHICH IS THE BEST WHEEL POSITION ?




# THE 8/4 POSITION

# Adjusting your side view mirrors

I know what my car looks like.

Although the sky looks nice.....






CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001587

**Maximize the area you can see.**



**Proper adjustment of your mirror.**



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# STEERING CONTROL
## SEATING POSITION

- ✓ Driver comfort
- ✓ Efficient vehicle control
- ✓ Wrist break over top of steering wheel
- ✓ Seated 13” from airbag
- ✓ Adjust mirrors

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001589

# Seating Position and Seatbelt



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001590

# STEERING CONTROL: SHUFFLE STEERING

- Hand positions at 8 and 4
- Hands do not leave steering wheel
- Maximizes steering accuracy
- Safer and more effective recovery
- Minimizes weight transfer
- Minimizes airbag deployment injury

# STEERING METHOD: BACKING (W/O A Camera)

- ✓ Body rotated to right
- ✓ Right hand placed on right headrest
- ✓ Vision directed over right shoulder
- ✓ Left hand on steering wheel at 12 o'clock position
- ✓ Do not stop looking over your shoulder until the vehicle comes to a complete stop

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001592

# STEERING METHOD: BACKING (with a Camera)

- ✓ Body in normal driving position
- ✓ Check left and right mirrors (if possible check rear view mirror)
- ✓ Check to ensure backup camera video and/or sensors are engaged (if applicable)

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001593

# Steering

**Over Steering**

**Under Steering**

**Front End Swing**

**Rear wheel Cheat**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER 

# OVERSTEER



Rear end slides

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001595

# UNDER STEER



Front end pushes

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Under Steer




CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001597