# Front End Swing

The portion of the vehicle that extends beyond the front axle which will extend out beyond the path of the wheels.



# Rear Wheel Cheat

- When turning the rear wheels will take the shortest route. In other words the rear wheels will track to the inside of a turn under normal conditions.



# Braking

- Threshold Braking
- Extended Release Braking
- Brake Fade
- ABS (Anti-lock Braking System)

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001600

# THRESHOLD BRAKING

- Application of braking force to the point just prior to wheel lock-up, bringing the tires to the threshold of a locked wheel slide
- More efficient at slowing a vehicle than locked wheel braking

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER 

# Extended Release Braking

- Used for smooth braking
- The greatest amount of braking pressure is applied immediately
- As the vehicle slows the amount of pressure on the brake is decreased until the vehicle comes to a stop
- This allows for smooth weight transfer

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001602

# Brake Fade

- The loss of a significant amount of the vehicles braking ability
- Caused by extreme brake usage: i.e. pursuit or improper braking
- Left foot braking
- Not acceptable
- Creates a tendency to “ride” the brake pedal causing the brake system to generate excessive heat which can lead to brake fade
- Unable to stop the vehicle

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# ABS

## In a nut shell

- PURPOSE IS TO KEEP TIRES FROM LOCKING UP
- SENSORS DETECT WHEN WHEEL IS LOCKING UP
- TAKES UP TO 30% LONGER DISTANCE TO STOP
- DO NOT PUMP THE BRAKES
- SOUNDS LIKE GRINDING ROCKS
- REMEMBER TO STEER!
- MAJOR REDUCTION ON WET SURFACES AND GRAVEL

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001604

# WEIGHT TRANSFER TYPES

- Lateral: side to side
- Occurs when vehicle moves left or right
- Longitudinal: Front to rear, rear to front
- Occurs during braking, acceleration, and deceleration
- Can never be totally eliminated
- Can be minimized through good driving techniques and smooth operation

# Roadway Position

- The position of the vehicle on the roadway that maximized speed with minimum steering and risk of loss of vehicle control while negotiating a turn
- Driving points in a turn-entry/apex/exit
- Minimizes and controls weight transfer
- Minimizes steering input
- Smoother vehicle operation




CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001607

# I can hold it, I can hold it….




CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001608

# Speed Judgment

The ability of a driver to estimate a safe vehicular speed for any given driving situation. Considerations regarding speed judgment include:

1. Roadway conditions
2. Type of driving maneuvers
3. Vehicle limitations
4. Weather conditions
5. Roadway position

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001609

# I think I can make it…




CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001610

# Defensive Driving

# COLLISION AVOIDANCE
# SPACE CUSHION

- Use the three second rule
- Perception/reaction time
- Maintain high visual horizon - look beyond the hood of your vehicle
- Look through turns

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001612

# COLLISION AVOIDANCE
# THREE SECOND RULE

- Following distance is the distance you maintain between your vehicle and the vehicle immediately in front of you
- Since you need at least 1.5 seconds to perceive and react to an emergency, a safe minimum following distance is at least 2 seconds.  3 seconds or more is better
- As road conditions deteriorate, distance should increase

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001613

# USE A HIGH VISUAL HORIZON

# DISTRIBUTE YOUR ATTENTION OVER ENTIRE ROADWAY






CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER


Look through turns
Allows the driver to anticipate roadway conditions or hazards
CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER
COF 001619

**Intersections:** Clear left, right, then left again.

**Lane change:** Signal; check mirrors.

**Blind spots:** Clear blind spots by looking over shoulders; use mirrors.

# EMERGENCY VEHICLE REGULATIONS

## 21807 CVC

- Drive with due regard for others

- Regardless of RIGHT OF WAY

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001621

# Psychological Factors
## ATTITUDE !!

- Aggression
- Over-confidence
- Lack of confidence
- Self-righteousness (I'm always right)
- Impatience
- Preoccupation
- Peer pressure
- Extreme emotions

# Environmental Factors

- Passengers
- Traffic conditions
- Condition of the roadway
- Inclement weather

# Roadway Conditions

- Wet, dry, asphalt, concrete, temperature, debris
- Road design: flat, uphill, downhill, curve, super elevation, blind spots
- Visibility: weather, daylight, night, twilight, other traffic, wind

# Vehicular Factors

- Tire Blow Out
- Stuck Throttle
- Hood Inadvertently Releases
- Engine Failure

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001627



# Civil Liabilities & Laws Regulating Police Action

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

## 314.1.1 VEHICLE PURSUIT DEFINED

A vehicle pursuit is an event involving one or more law enforcement officers attempting to apprehend a suspect who is attempting to avoid arrest while operating a motor vehicle by using high speed driving or other evasive tactics such as driving off a highway, turning suddenly, or driving in a legal manner but willfully failing to yield to an officer's signal to stop.

## 314.2 OFFICER RESPONSIBILITIES

It shall be the policy of this department that a motor vehicle pursuit shall be conducted only with red light and siren as required By Vehicle Code § 21055 for exemption from compliance with the rules of the road. The following policy is established to provide officers with guidelines for driving with due regard and caution for the safety of all persons using the highway as required by Vehicle Code § 21056.

# 314.2.1 WHEN TO INITIATE A PURSUIT

Officers are authorized to initiate a pursuit when it is reasonable to believe that a suspect is attempting to evade arrest or detention by fleeing in a vehicle. The following factors individually and collectively shall be considered in deciding whether to initiate a pursuit:

(a) Seriousness of the known or reasonably suspected crime and its relationship to community safety.

(b) The importance of protecting the public and balancing the known or reasonably suspected offense and the apparent need for immediate capture against the risks to officers, innocent motorists and others.

(c) Apparent nature of the fleeing suspect(s) (e.g., whether the suspect(s) represent a serious threat to public safety).

(d) The identity of the suspect(s) has been verified and there is comparatively minimal risk in allowing the suspect(s) to be apprehended at a later time.

(e) Safety of the public in the area of the pursuit, including the type of area, time of day, the amount of vehicular and pedestrian traffic and the speed of the pursuit relative to these factors.

(f) Pursuing officer(s) familiarity with the area of the pursuit, the quality of radio communications between the pursuing units and the dispatcher/supervisor and the driving capabilities of the pursuing officers under the conditions of the pursuit.

(g) Weather, traffic and road conditions that substantially increase the danger of the pursuit beyond the worth of apprehending the suspect.

(h) Performance capabilities of the vehicles used in the pursuit in relation to the speeds and other conditions of the pursuit.

(i) Vehicle speeds.

# 314.2.2 WHEN TO TERMINATE A PURSUIT

- Pursuits should be discontinued whenever the totality of objective circumstances known or which reasonably ought to be known to the officer or supervisor during the pursuit indicates that the present risks of continuing the pursuit reasonably appear to outweigh the risks resulting from the suspect(s)' escape.

  Officers and supervisors must objectively and continuously weigh the seriousness of the offense against the potential danger to innocent motorists and themselves when electing to continue a pursuit. In the context of this policy, the term "terminate" shall be construed to mean discontinue or to stop chasing the fleeing vehicle(s).

# CVC 17004.7

Provides immunity to a public entity from civil liability for personal damages, death, or property damage resulting from a collision with a vehicle driven by an actual or suspected law violator pursued by a peace officer if the agency adopts a written policy with the following specified standards:

- Supervisory control of the pursuit, if available.
- Procedures for designating the primary pursuit vehicle and for determining the total number of involved vehicles in the pursuit.
- Procedures for coordinating operations with other jurisdictions.
- Guidelines for determining when the interest of public safety and effective law enforcement justify a pursuit and when the pursuit should not be initiated, or when it should be terminated.

# PATROL DRIVING

## DEFENSIVE DRIVING AND LEGAL ASPECTS

- 21052 CVC
- Governs the operation of motor vehicles by public officers and employees
- Law enforcement officers are subject to all the rules of the road prescribed for any citizen, operating a motor vehicle EXCEPT, when operating an emergency vehicle in accordance with state laws.

# EXEMPTION

- 21055 CVC - Exempts an officer from vehicle code violations when responding to emergency calls, involved in a pursuit and engaged in rescue operations
- Driver must have a red lamp displayed to the front and sound a siren as necessary
- 21056 CVC - Does not relieve an officer from driving with due regard

21057 CVC – Every police officer is expressly prohibited from using a siren or driving at an illegal speed when serving as an escort of any vehicle, except when it is furnished for the preservation of life or when expediting movements of supplies and personnel during a national or state of emergency.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001649

# AUTHORIZED EMERGENCY VEHICLE

- 21806 CVC – Upon approach of emergency vehicle sounding a siren and using at least one lighted red lamp, visible to the front, motorist shall yield the right-of-way and drive immediately to the right-hand edge of the roadway and stop
- 21807 CVC – Does not relieve officer from driving with due regard
- Due Regard is so important it is in the Vehicle Code twice!!