**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Diana Rias, et al.<br><br>PLAINTIFF(S)<br>v.<br>City of Fontana, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br>5:25-cv-00207-JGB-ACCV<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Defendant's mandatory chambers copy of its Motion for Summary Judgment and documentary evidence in support of its motion was not bound and indexed as required by this Court's Standing Order. Parties are directed to familiarize themselves with this Court's Standing Order (Dkt. No. 9), including the subsection titled "Length and Format of Motions."

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| NOTICE OF MOTION AND MOTION for Summary Judgment | 9/7/2026 (Dkt. No. 33) |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

September 9, 2026
Date

United States District Judge/Magistrate Judge