Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**DECLARATION OF KAYLEIGH A. ANDERSEN IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR RELIEF**

Action Filed: 01/24/2025
Trial Date: N/A

I, Kayleigh A. Andersen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. On September 10, 2026 my office reached out to Plaintiffs' counsel notifying them that, because of the Court's strike of the motion, Defendants intended

MANNING | KASS

to move ex parte for relief to re-file without any change to dates unless the Court unilaterally determined any said changes were reasonable. My office also asked to stipulate to the same. Parties could not coordinate a conclusion regarding stipulation in an expedient fashion. Plaintiffs' Counsel contended they would not be able to "get back" regarding stipulation until at least Monday but all the matters therein were still not resolved. Therefore, to preserve their ability to file for relief and to not delay the request, Defendants filed the instant *ex parte* motion. However, Plaintiffs by time of filing still did not give their position regarding *ex parte* as to whether they would oppose or not. See **Exhibit A** attached hereto. **Exhibit A** is a true and accurate copy of the email correspondence between parties regarding ex parte and stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of September, 2026, at Los Angeles, California.

*/s/ Kayleigh A. Andersen*
Kayleigh Andersen

# EXHIBIT A

**Safi Henson**

| | |
|---|---|
| **From:** | Marcel Sincich <msincich@galipolaw.com> |
| **Sent:** | Friday, September 11, 2026 3:48 PM |
| **To:** | Safi Henson; dalekgalipo@yahoo.com |
| **Cc:** | Eugene P. Ramirez; Eugene Hanrahan; Kayleigh Andersen; Sandra I. Alarcon; Delia Flores; Leslie De Leon; Neema Shojai |
| **Subject:** | Re: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation |

I will have to get back to you on Monday so that I can get a final response from Dale. One of the issues he brought up is when the checks will be issued for our experts' depositions.

This has become an issue in part because Dr. O'Connor still has not been paid for his deposition in Gonzalez v. City of Hemet.

I'll talk to you on Monday. Have a good weekend.

Very Respectfully,

**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Safi Henson <Safi.Henson@manningkass.com>
**Sent:** Friday, September 11, 2026 14:44
**To:** Marcel Sincich <msincich@galipolaw.com>; dalekgalipo@yahoo.com <dalekgalipo@yahoo.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Neema Shojai <neema@shojaifirm.com>
**Subject:** RE: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Hello Counsel,
Here are finalized versions of the stipulation with the discussed dates set forth therein. Let me know if it is okay to affix your signature so we can get this one file if it is agreeable.

--Safi

**Safi Henson**
Associate

MANNING | KASS
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
Main: (415) 217-6990 Ext.: 4624
Safi.Henson@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

---

**From:** Safi Henson <Safi.Henson@manningkass.com>
**Sent:** Friday, September 11, 2026 2:04 PM
**To:** Marcel Sincich <msincich@galipolaw.com>; dalekgalipo@yahoo.com
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Neema Shojai <neema@shojaifirm.com>
**Subject:** RE: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Hello Counsel,
I was actually just following up with you right now. After discussing in office, defense counsel has surmised that, with the end of day approaching and since it seems Plaintiffs are open to stipulating, it may be best to in fact, as you've anticipated, continue all briefing by one week, including the hearing date.

So it would be-

MSJ filing: 9/14/2026
Opp filing: 9/28/2026
Reply filing: 10/12
Hearing: 10/26/2026

Just as you stated, that is our plan too. Let me know if that is agreeable. A draft stipulation is attached.

-Safi

**Safi Henson**
Associate
MANNING | KASS
101 Montgomery Street, Suite 2550

San Francisco, CA 94104
Main: (415) 217-6990 Ext.: 4624
Safi.Henson@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

---

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Friday, September 11, 2026 2:01 PM
**To:** Safi Henson <Safi.Henson@manningkass.com>; dalekgalipo@yahoo.com
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>; Neema Shojai <neema@shojaifirm.com>
**Subject:** Re: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Mr. Galipo has been in back to back depos today so I have not had a chance to consult with him.

It is still unclear what you are proposing by stipulation. Is it to refile the motion 7 days from 9/7 (filing on 9/14), with an opp due 9/28, reply due 10/12, and hearing on 10/26?

Very Respectfully,
**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Safi Henson <Safi.Henson@manningkass.com>
**Sent:** Friday, September 11, 2026 12:18
**To:** Marcel Sincich <msincich@galipolaw.com>; dalekgalipo@yahoo.com <dalekgalipo@yahoo.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Hi Counsel,

**Stip**: I am sorry but I do not understand the repeated question counsel because there aren't any proposed dates. (Please see the highlighted portion of the email chain). Defendants request for relief is to refile posthaste: i.e. today. However, should the Court sua sponte feel it necessary to move any other dates, it of course can. But Defendants request no such alteration.

So, under that logic, I can only suppose a 'proposed date' of filing is today: September 11, 2026. And this date pertains only to Defendants' summary judgment motion. I hope that can suffice as an answer to your question this time.

**Ex Parte**: We have to file today. Please provide to us your position regarding the ex parte by **2pm today at the very latest** so we can include within it an accurate description of the opposing party's position.

-Safi

**Safi Henson**
Associate
MANNING | KASS
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
Main: (415) 217-6990 Ext.: 4624
Safi.Henson@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

---

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Friday, September 11, 2026 12:00 PM
**To:** Safi Henson <Safi.Henson@manningkass.com>; dalekgalipo@yahoo.com
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** Re: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Can please provide the dates you are proposing in the stipulation for the filing of the motion, opposition, reply, and hearing, and if are you proposing any other dates be continued - so that we can consider the stipulation. Thank you so much.

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Safi Henson <Safi.Henson@manningkass.com>
**Sent:** Friday, September 11, 2026 10:58
**To:** Marcel Sincich <msincich@galipolaw.com>; dalekgalipo@yahoo.com <dalekgalipo@yahoo.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Hi Marcel,

Thank you for expounding in more depth as to the parties' inability to reach a stipulated agreement as to the global dates including motion practice and trial.

Defendants are filing the motion today. Defendants are not requesting any other dates be changed unless the Court unilaterally decides any other pushes of deadlines are necessary. As time is short, please let us know:

1. If you intend to oppose an ex parte request for relief (this is necessary information)
2. If you instead wish to stipulate to allow for Defendants to re-file the summary judgment motion.

Thanks

-Safi

**Safi Henson**
Associate
MANNING | KASS
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
Main: (415) 217-6990 Ext.: 4624
Safi.Henson@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

---

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Friday, September 11, 2026 10:53 AM
**To:** Safi Henson <Safi.Henson@manningkass.com>; dalekgalipo@yahoo.com
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** Re: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Hi Safi,

I hope all is well. Couple things. We did not refuse to stipulate. In fact, we circulated a draft stipulation with proposed dates. However, because we could not find an agreeable date to push the trial, plaintiffs alternatively proposed keeping the trial date and continuing the motion hearing date, but no agreement was reached. Also, the parties stipulated to allow for 2 weeks to oppose summary judgment and 2 weeks to file a reply during the early meeting of counsel, which is reflected in the parties' Rule 26(f) Report (Doc. 17) - thus, it was incumbent on the moving party to file sufficiently in advance of the hearing cut-off to honor the agreement - which is why we filed the stipulation to continue the hearing date.

I will discuss the proposal with Dale and get back to you. To assist in the discussion, please provide the dates are you proposing for the filing of the motion, opposition, reply, and hearing, and are you proposing any other dates be continued? Thanks

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Safi Henson <Safi.Henson@manningkass.com>
**Sent:** Thursday, September 10, 2026 16:13
**To:** Marcel Sincich <msincich@galipolaw.com>; dalekgalipo@yahoo.com <dalekgalipo@yahoo.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Eugene Hanrahan <Eugene.Hanrahan@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** RE: Galburth - Ramirez (PC) Ex Parte Relief or Stipulation

Hi Dale/Marcel,

In accordance with the court's standing order and LR 7-19, defense counsel is giving notice of its intent to move for ex parte relief to re-submit the summary judgment motion in light of the court's order striking the same for failure to deliver compliant chambers' copies.

You previously refused to stipulate to continue dates regarding, among other things, the summary judgment motion. However, parties ended up stipulating so as to provide Plaintiffs additional time to respond to the submitted motion. Based on these communications, defense counsel anticipates you will be unwilling to stipulate as to the following: extending the summary judgment filing, hearing, and responsive pleading dates by seven days from September 7 so as to allow Defendants to re-submit the summary judgment motion in light of the court's Order. <u>If you would like to so stipulate, please affirm</u>.

Otherwise, <u>please accept this as notice</u> of Defendants' intention to move ex parte for relief to re-submit the summary judgment motion already in Plaintiffs' possession with compliant chambers' copies.

--Safi

**Safi Henson**
Associate
MANNING | KASS
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
Main: (415) 217-6990 Ext.: 4624
Safi.Henson@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP