Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25−cv−00207−JGB−ACCV<br>District Judge, Jesus G. Bernal<br>Magistrate Judge, Angela C. C. Viramontes<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR RELIEF TO RE-FILE SUMMARY JUDGMENT MOTION**<br><br>*Filed concurrently with Ex Parte Application and Points and Authorities; Declaration of Kayleigh Andersen*<br><br>Action Filed: 01/24/2025<br>Trial Date: N/A |

Defendants City of Fontana, Edward Bautista, Jesus Garcia, Daniel Precie, and Bian Zozaya ("Defendants") filed an Ex Parte Application for Relief to Re-Submit their Summary Judgment Motion with compliant chambers' copies. Having reviewed the matter and considered the arguments of the parties, the Court rules as follows:

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

1. The Ex Parte Application for Relief to Re-File Summary Judgment Motion is GRANTED

2. The Court hereby permits Defendants to re-file their summary judgment motion and deliver compliant chambers' copies;

3. Defendants are hereby ordered to file their summary judgment motion on September 14, 2026 or __________________, 2026;

*and*

4. *The Court hereby, sua sponte, orders that the operative scheduling order deadlines are modified as follows*:

| **Dispositive Motion Deadlines** | **Current Dates (Doc. 34)** | **NEW Dates** |
|---|---|---|
| Deadline to file Motion for Summary Judgment | 09/07/2026 | 09/14/2026 |
| Deadline to file Opposition to Motion for Summary Judgment | 09/21/2026 | |
| Deadline to file Reply to Motion for Summary Judgment | 9/28/2026 | |
| Last Day to Hear Motion for Summary Judgment | 10/05/2026 | |

**IT IS SO ORDERED**

Dated: ____________________________

____________________________________
Hon. Jesus G. Bernal
Judge, United States District Court