UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-0207 JGB (ACCVx)** | Date | September 14, 2026 |
| Title | ***Diana Rias, et al. v. City of Fontana, et al.*** | | |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **Order: (1) GRANTING Defendants' Ex Parte Application (Dkt. No. 36); (2) ORDERING Defendants to Re-File Summary Judgment Motion by September 15, 2026; and (3) MODIFYING Scheduling Order (Dkt. No. 34.) (IN CHAMBERS)**

Before this Court is an ex parte application to resubmit their summary judgment motion with compliant chambers copies filed by Defendants City of Fontana, Edward Bautista, Jesus Garcia, Daniel Precie, and Brian Zozaya ("Defendants") on September 11, 2026. (Dkt. No. 36.) The Court **GRANTS** the ex parte application and **ORDERS** Defendants to refile their summary judgment motion and deliver compliant chambers copies **by September 15, 2026**. The Court **ORDERS** that the operative scheduling deadlines are modified as follows:

| **Deadline** | **Current Date (Dkt. No. 34)** | **New Date** |
|---|---|---|
| Deadline to file Motion for Summary Judgment | 9/7/2026 | 9/15/2026 |
| Deadline to file Opposition to Motion for Summary Judgment | 9/21/2026 | 9/21/2026 |
| Deadline to file Reply to Motion for Summary Judgment | 9/28/2026 | 9/28/2026 |
| Last Day to Hear Motion for Summary Judgment | 10/19/2026 | 10/19/2026 |

**IT IS SO ORDERED.**