**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Telephone: (619) 777-0383
Facsimile: (619) 775-1383

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON,

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25-cv-00207-JGB-SHK

[*Honorable Jesus G. Bernal*]
Magistrate Judge Angela C. C. Viramontes

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION FOR RELIEF TO REFILE SUMMARY JUDGMENT MOTION**

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 9, 2026, the Court filed its Order Striking Defendants' Motion for Summary Judgment. (Doc. 35.) At that point Plaintiffs' counsel stopped working on the opposition as there was no pending motion to oppose. On September 11, 2026, Defendants filed their *ex parte* application for relief to re-file their motion for

summary judgment. (Doc. 36.) Plaintiffs' counsel then took a significant portion of the day to draft a response. However, prior to Plaintiffs' having the opportunity to file their response, the Court granted Defendants' *ex parte* application, reinstating the same hearing date and date to file an opposition. (Doc. 37.) This created a considerable interruption in Plaintiffs' time in preparing their opposition to summary judgment by no fault of Plaintiffs. In light of the Court's ruling, Plaintiffs hereby submit this modified response merely requesting that the Court's order modify the deadline to file the opposition and reply as follows:

| **Deadline** | **Current Date (Dkt. No. 37)** | **New Date** |
|---|---|---|
| Deadline to file Motion for Summary Judgment | 9/15/2026 | 9/15/2026 |
| Deadline to file Opposition to Motion for Summary Judgment | 9/21/2026 | 9/28/2026 |
| Deadline to file Reply to Motion for Summary Judgment | 9/28/2026 | 10/05/2026 |
| Last Day to Hear Motion for Summary Judgment | 10/19/2026 | 10/19/2026 |

Respectfully submitted,

DATED: September 14, 2026

**LAW OFFICES OF DALE K. GALIPO**
**SHOJAI LAW FIRM**

By: *\/s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Neema Shoja
*Attorneys for Plaintiffs*