Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**AMENDED [PROPOSED] ORDER ON DEFENDANTS' [AMENDED] MOTION FOR SUMMARY JUDGMENT**

*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Notice of Lodging; Index of Exhibits; Declaration of Kayleigh A. Andersen; Declaration of Custodian of Records*

Date: 10/19/2026
Time: 9 a.m.
Crtrm: 1 (2nd floor)

After full consideration of the matter, this Court finds as follows:

The Court, having considered the motion for summary judgment filed by Defendants City of Fontana, Edward Bautista, Jesus Garcia, Daniel Precie, and Brian Zozaya and all of the papers and argument in support and in opposition thereof, and

all of the pleadings and other evidence, **FINDS** as follows:

1. Defendants are entitled to judgment on Plaintiffs' entire complaint for lack of causation and a use of force at all in this case;

2. Defendants are entitled to judgment on Plaintiffs' first claim for relief from Fourth Amendment Excessive Force because the incontrovertible facts demonstrate that any shows of authority or cognizable force was reasonable under the totality of the circumstances;

3. Defendants are entitled to judgment on Plaintiffs' second claim for relief from Fourteenth Amendment Familial Relations Deprivation because the incontrovertible facts demonstrate that Defendants behavior did not shock the conscience under the totality of the circumstances;

4. Furthermore, Officers are entitled to qualified immunity because there is no evidence that any of Officers violated any clearly established law;

5. The City is entitled to judgment on Plaintiffs' third claim for Monell Unconstitutional Policy or Practice because Plaintiffs and Decedents did not suffer a constitutional violation attributable under *Monell* and there exists no evidence that there existed such an unconstitutional policy or practice;

6. The City is entitled to judgment on Plaintiffs' fourth claim for Monell Failure to Train because plaintiffs and decedents did not suffer a constitutional violation attributable under *Monell* and there exists no evidence of a failure to train officers or inadequate training or deliberate indifference;

7. The City is entitled to judgment on Plaintiffs' fifth claim for Monell Ratification because plaintiffs and decedents did not suffer a constitutional violation attributable under *Monell* and the uncontroverted facts demonstrate that there was no ratification of a constitutional violation;

8. Defendants are entitled to judgment on Plaintiffs' sixth claim for relief for battery because it is derivative of the first and second claims and must fail therewith; additionally the uncontroverted facts demonstrate decedents were not

battered by Defendants;

9. Defendants are entitled to judgment on Plaintiffs' seventh claim for relief for negligence because it is derivative of the first and second claims and must fail therewith; additionally the uncontroverted facts demonstrate Plaintiffs were not injured due to negligence on Defendants' part;

10. Defendants are entitled to judgment on Plaintiffs' eighth claim for relief for a Bane Act violation because it is derivative of the first and second claims and must fail therewith; additionally the uncontroverted facts demonstrate Plaintiffs did not suffer a Bane Act violation.

11. Plaintiffs are not entitled to punitive damages.

Accordingly, the Court ORDERS as follows:

1. Defendants' motion for summary judgment as to Plaintiffs' complaint is GRANTED in full.

2. The Clerk shall enter judgment in favor of Defendants City of Fontana, Edward Bautista, Jesus Garcia, Daniel Precie, and Brian Zozaya as to all claims.

3. Plaintiff shall recover nothing from Defendants.

**IT IS SO ORDERED**

Dated: ______________________________ ______________________________

Hon. Jesus G. Bernal
Judge, United States District Court