Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**AMENDED DECLARATION OF KAYLEIGH A. ANDERSEN IN SUPPORT OF DEFENDANTS [AMENDED] MOTION FOR SUMMARY JUDGMENT**

*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Notice of Lodging; Index of Exhibits; Declaration of Custodian of Records; and (Proposed) Order*

Date: 10/19/2026
Time: 9 a.m.
Crtrm.: 1 (2nd Floor)

I, Kayleigh Andersen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA;

DANIEL PRECIE; BRIAN ZOZAYA. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. I have reviewed **Exhibit A** attached to Defendants' Index of Exhibits. **Exhibit A** is a true and correct copy of Plaintiffs' Operative Complaint;

3. I have reviewed **Exhibit C** attached to Defendants' Index of Exhibits. **Exhibit C** is a true and correct copy of relevant excerpts of Diana Rias' Responses to Defendants' Interrogatories, Set One;

4. I have reviewed **Exhibit D** attached to Defendants' Index of Exhibits. **Exhibit D** is a true and correct copy of relevant excerpts of Tatanisha Pitts' Responses to Defendants' Interrogatories, Set One;

5. I have reviewed **Exhibit E** attached to Defendants' Index of Exhibits. **Exhibit E** is a true and correct copy of relevant excerpts of Dominic Adams Sr.'s Responses to Defendants' Interrogatories, Set One;

6. I have reviewed **Exhibit F** attached to Defendants' Index of Exhibits. **Exhibit F** is a true and correct copy of relevant excerpts of Brittany Mason's Responses to Defendants' Interrogatories, Set One;

7. I have reviewed **Exhibit J** attached to Defendants' Index of Exhibits. **Exhibit J** is a true is a true and correct copy of relevant excerpts of the deposition of Detective Garrett Wolff, dated July 2, 2026;

8. I have reviewed **Exhibit K** attached to Defendants' Index of Exhibits. **Exhibit K** is a true is a true and correct copy of relevant excerpts of the deposition of Jesus Garcia, dated June 3, 2026;

9. I have reviewed **Exhibit L** attached to Defendants' Index of Exhibits. **Exhibit L** is a true is a true and correct copy of the screen capture taken by my office regarding charges sustained against Giovanni Bonilla for vehicle infractions and driving at speeds exceeding 70 miles per hour, criminal Case No. BAF230033;

10. I have reviewed **Exhibit R** attached to Defendants' Index of Exhibits. **Exhibit R** is a true is a true and correct copy of relevant excerpts of the deposition of



MANNING | KASS

Daniel Precie, dated June 4, 2026;

11. I have reviewed **Exhibit T** attached to Defendants' Index of Exhibits. **Exhibit T** is a true is a true and correct copy of the Rule 26(b) Expert Report prepared and sent by Dr. Jessee Wobrock, Ph.D regarding the forensic biomedical and biomechanical accident reconstruction of the subject incident, dated July 24, 2026;

12. I have reviewed **Exhibit U** attached to Defendants' Index of Exhibits. **Exhibit U** is a true is a true and correct copy of the Rule 26(b) Expert Report prepared and sent by Jeffrey A. Martin, J.D., M.S., C.F.V.T., an expert on police practices and human factors, regarding the subject incident, dated July 24, 2026;

13. I have reviewed **Exhibit V** attached to Defendants' Index of Exhibits. **Exhibit V** is a true is a true and correct copy of the Rule 26(b) Expert Report prepared and sent by Jeffrey A. Martin, J.D., M.S., C.F.V.T., regarding and rebutting expert Roger Clark's July 26, 2026 (sent July 27, 2026) Expert Report

14. I have reviewed **Exhibit W** attached to Defendants' Index of Exhibits. **Exhibit W** is a true is a true and correct copy of relevant excerpts of the deposition of Brian Zozaya, dated June 10, 2026

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of September, 2026, at Los Angeles, California.

*_/s/ Kayleigh A. Andersen_*
Kayleigh A. Andersen

MANNING | KASS