Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**AMENDED INDEX OF EXHIBITS IN SUPPORT OF [AMENDED] MOTION FOR SUMMARY JUDGMENT**

*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Notice of Lodging; Declaration of Custodian of Records For City of Fontana; Declaration of Kayleigh A. Andersen; and (Proposed) Order*

Date: 10/19/2026
Time: 9 a.m.
Crtrm: 1 (2nd Floor)

Defendants submit the following Index of Exhibits in support of their Motion for Summary Judgment.

/ / /

| | |
|---|---|
| **EXHIBIT A** | Plaintiffs' Complaint |
| **EXHIBIT B** | Officer Brian Zozaya Confidential Incident Report dated February 2, 2024 |
| **EXHIBIT C** | Relevant Excerpts of Diana Rias' Responses to Defendants' Interrogatories, Set One |
| **EXHIBIT D** | Relevant Excerpts of Tatanisha Pitts' Responses to Defendants' Interrogatories, Set One |
| **EXHIBIT E** | Relevant Excerpts of Dominic Adams Sr.'s Responses to Defendants' Interrogatories, Set One |
| **EXHIBIT F** | Relevant Excerpts of Brittany Mason's Responses to Defendants' Interrogatories, Set One |
| **EXHIBIT G** | Relevant Excerpts of Fontana Police Department Radio Transmissions on February 3, 2026 related to the subject incident |
| **EXHIBIT H** | Relevant Excepts of City Surveillance Camera footage of Valley and Cypress SE on February 3, 2024 at or around 10:44 p.m. |
| **EXHIBIT I** | Relevant Excerpts of the Complete Accident Report prepared by San Bernadino Sheriff's Department Major Accident Investigation Team regarding the subject incident |
| **EXHIBIT J** | Relevant Excerpts of Deposition of Detective Garrett Wolff, dated July 2, 2026 |
| **EXHIBIT K** | Relevant Excerpts of Deposition of Jesus Garcia, dated June 3, 2026 |
| **EXHIBIT L** | Screen capture of charges against Giovanni Bonilla for vehicle infractions driving at speeds exceeding 70 MPH |
| **EXHIBIT M** | Training Profile for Brian Zozaya including vehicle policy and POST |
| **EXHIBIT N** | Training Profile for Daniel Precei including vehicle policy and POST |
| **EXHIBIT O** | Training Profile for Edward Bautista including vehicle policy and POST |
| **EXHIBIT P** | Training Profile for Jesus Garcia including vehicle policy and POST |
| **EXHIBIT Q** | Body-worn Camera (BWC) footage from Brian Zozaya depicting relevant parts of the subject incident, dated February 3, 2024 |
| **EXHIBIT R** | Relevant Excerpts of Deposition of Daniel Precie, dated June 4, 2026 |
| **EXHIBIT S** | Relevant Excerpts of Fontana Police Department Policy including portions concerning including those policies related to pursuits, usage of patrol vehicles, collisions, response to calls, and medical aid |
| **EXHIBIT T** | Rule 26(b) Expert Report by Dr. Jessee Wobrock, Ph.D regarding the forensic biomedical and biomechanical accident reconstruction of the subject incident, dated July 24, 2026 |
| **EXHIBIT U** | Rule 26(b) Expert Report by Jeffrey A. Martin, J.D., M.S., C.F.V.T. police practices and human factors expert regarding the subject incident, dated July 24, 2026 |



MK MANNING | KASS

| | |
|---|---|
| **EXHIBIT V** | Rule 26(b) Expert Rebuttal by Jeffrey A. Martin, J.D., M.S., C.F.V.T. police practices and human factors expert regarding Mr. Roger Clark's July 26, 2026 (sent July 27, 2026) Expert Report |
| **EXHIBIT W** | Relevant Excerpts of Deposition of Brian Zozaya, dated June 10, 2026 |

DATED: September 15, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *_/s/ Kayleigh A. Andersen_*
Eugene P. Ramirez
Kayleigh A. Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA



MK MANNING | KASS