of tracking mode does not appear to change the suspect's driving behavior, the supervisor may choose to have ground units reengage in the pursuit, transition to surveillance mode or terminate the pursuit.

(b) Surveillance Mode- When an air unit is participating in a vehicle pursuit, a supervisor can authorize the transition to surveillance mode. While in surveillance mode ground units will shut down code three operation and discontinue involvement in the pursuit.

(1) The air unit will continue broadcasting the suspect's location as usual; updating speed, location, traffic conditions etc. The air unit may gain altitude and divert or discontinue use of the spotlight. The air unit will continue until the suspect vehicle stops or some exigency occurs. At that point a supervisor can order ground units to apprehend the suspect(s), initiate a perimeter or reengage in the pursuit.

### 314.4 SUPERVISORY CONTROL AND RESPONSIBILITIES

Available supervisory and management control will be exercised over all vehicle pursuits involving officers from this department.

The field supervisor of the officer initiating the pursuit, or if unavailable, the nearest field supervisor will be responsible for:

(a) Immediately notifying involved unit and the dispatcher of supervisory presence and ascertaining all reasonably available information to continuously assess the situation and risk factors associated with the pursuit.

(b) Engaging in the pursuit, when appropriate, to provide on-scene supervision.

(c) Exercising management and control of the pursuit even if not engaged in it.

(d) Ensuring that no more than the required number of units are involved in the pursuit under the guidelines set forth in this policy.

(e) Directing that the pursuit be terminated if, in the supervisor's judgment, it is unreasonable to continue the pursuit under the guidelines of this policy.

(f) Ensuring that assistance from air support, canines, or additional resources is requested, if available and appropriate.

(g) Ensuring that the proper radio channel is being used.

(h) Ensuring that the Watch Commander is notified of the pursuit as soon as practicable.

(i) Ensuring the notification and/or coordination of outside agencies if the pursuit either leaves or is likely to leave the jurisdiction of this department.

(j) Controlling and managing Fontana Police Department units when a pursuit enters another jurisdiction.

#### 314.4.1 WATCH COMMANDER RESPONSIBILITIES

Upon becoming aware that a pursuit has been initiated, the Watch Commander should monitor and continually assess the situation and ensure the pursuit is conducted within the guidelines and

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department


CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001519

requirements of this policy. Once notified, the Watch Commander has the final responsibility for the coordination, control, and termination of a vehicle pursuit and shall be in overall command.

The Watch Commander shall review all pertinent reports..

## 314.5 DISPATCH CENTER

If the pursuit is confined within the City limits, radio communications will be conducted on the primary channel unless instructed otherwise by a supervisor or dispatcher. If the pursuit leaves the jurisdiction of this department or such is imminent, involved units may, whenever necessary, switch radio communications to a tactical or emergency channel.

### 314.5.1 DISPATCHER RESPONSIBILITIES

Upon notification or becoming aware that a pursuit has been initiated, the dispatcher is responsible for:

(a) Clearing the radio channel of non-emergency traffic.

(b) Coordinating pursuit communications of the involved units and personnel.

(c) Broadcasting pursuit updates as well as other pertinent information as necessary.

(d) Ensuring that a field supervisor is notified of the pursuit.

(e) Notifying and coordinating with other involved or affected agencies as practicable.

(f) Notify the Watch Commander as soon as practicable.

(g) Documenting pursuit activities.

### 314.5.2 LOSS OF PURSUED VEHICLE

When the pursued vehicle is lost, the primary unit should broadcast pertinent information to assist other units in locating suspects. The primary unit or supervisor will be responsible for coordinating any further search for either the pursued vehicle or suspects fleeing on foot.

## 314.6 INTER-JURISDICTIONAL CONSIDERATIONS

When a pursuit enters another agency's jurisdiction, the primary officer or supervisor, taking into consideration distance traveled, unfamiliarity with the area and other pertinent facts, should determine whether to request the other agency to assume the pursuit. Unless entry into another jurisdiction is expected to be brief, it is generally recommended that the primary officer or supervisor ensure that notification is provided to each outside jurisdiction into which the pursuit is reasonably expected to enter, regardless of whether such jurisdiction is expected to assist.

### 314.6.1 ASSUMPTION OF PURSUIT BY ANOTHER AGENCY

Officers will relinquish control of the pursuit when another agency has assumed the pursuit, unless the continued assistance of the Fontana Police Department is requested by the agency assuming the pursuit. Upon relinquishing control of the pursuit, the involved officers may proceed, with supervisory approval, to the termination point of the pursuit to assist in the investigation. The supervisor should coordinate such assistance with the assuming agency and obtain any information that is necessary for any reports. Notification of a pursuit in progress should not be

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department


CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001520

construed as a request to join the pursuit. Requests to or from another agency to assume a pursuit should be specific.

### 314.6.2 PURSUITS EXTENDING INTO THIS JURISDICTION

The agency that initiates a pursuit is responsible for conducting the pursuit. Units from this department should not join a pursuit unless specifically requested to do so by the pursuing agency and with approval from a supervisor. The exception to this is when a single unit from the initiating agency is in pursuit. Under this circumstance, a supervisor may authorize units from this department to join the pursuit until sufficient units from the initiating agency join the pursuit or until additional information is provided allowing withdrawal of the pursuit.

When a request is made for this department to assist or take over a pursuit that has entered the jurisdiction of Fontana Police Department, the supervisor should consider:

(a) The public's safety within this jurisdiction.

(b) The safety of the pursuing officers.

(c) Whether the circumstances are serious enough to continue the pursuit.

(d) Whether there is adequate staffing to continue the pursuit.

(e) The ability to maintain the pursuit.

As soon as practicable, a supervisor or the Watch Commander should review a request for assistance from another agency. The Watch Commander or supervisor, after considering the above factors, may decline to assist in, or assume the other agency's pursuit.

Assistance to a pursuing allied agency by officers of this department will terminate at the City limits provided that the pursuing officers have sufficient assistance from other sources. Ongoing participation from this department may continue only until sufficient assistance is present.

In the event that a pursuit from another agency terminates within this jurisdiction, officers should provide appropriate assistance to officers from the allied agency including but not limited to scene control, coordination and completion of supplemental reports, and any other reasonable assistance requested or needed.

## 314.7 WHEN PURSUIT INTERVENTION IS AUTHORIZED

Whenever practicable, an officer shall seek approval from a supervisor before employing any intervention to stop the pursued vehicle. In deciding whether to use intervention tactics, officers/ supervisors should balance the risks of allowing the pursuit to continue with the potential hazards to the public arising from the use of each tactic, the officers, and persons in or on the pursued vehicle to determine which, if any, intervention tactic may be reasonable.

### 314.7.1 USE OF FIREARMS

An officer should only discharge a firearm at a moving vehicle or its occupants when the officer reasonably believes there are no other reasonable means available to avert the threat of the vehicle, or if deadly force other than the vehicle is directed at the officer or others.

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department


CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001521

Officers should not shoot at any part of a vehicle in an attempt to disable the vehicle (see the Use of Force Policy).

### 314.7.2 INTERVENTION STANDARDS

Any intervention tactic, depending upon the conditions and circumstances under which it is used, may present dangers to the officers, the public, or anyone in or on the vehicle being pursued. Certain applications of intervention tactics may be construed to be a use of force, including deadly force, and subject to the policies guiding such use. Officers should consider these facts and requirements prior to deciding how, when, where, and if an intervention tactic should be employed.

(a) Blocking should only be used after giving consideration to the following:

1. The technique should only be used by officers who have received training in the technique.
2. Supervisory approval should be obtained before using this technique.
3. The need to immediately stop the suspect vehicle or prevent it from leaving reasonably appears to outweigh the risks of injury or death to occupants of the suspect vehicle, officers, or other members of the public.
4. It reasonably appears the technique will contain or prevent the pursuit.

(b) The PIT should only be used after giving consideration to the following:

1. The technique should only be used by officers who have received training in the technique, including speed restrictions.
2. Supervisory approval should be obtained before using the technique.
3. The need to immediately stop the suspect vehicle reasonably appears to outweigh the risks of injury or death to occupants of the suspect vehicle, officers, or other members of the public.
4. It reasonably appears the technique will terminate or prevent the pursuit.

(c) Ramming a fleeing vehicle should only be done after giving consideration to the following:

1. Supervisory approval should be obtained before using the technique.
2. The need to immediately stop the suspect vehicle reasonably appears to substantially outweigh the risks of injury or death to occupants of the suspect vehicle, officers, or other members of the public.
3. It reasonably appears the technique will terminate or prevent the pursuit.
4. Ramming may be used only under circumstances when deadly force would be authorized.
5. Ramming may be used when all other reasonable alternatives have been exhausted or reasonably appear ineffective.

(d) Before attempting to box a suspect vehicle during a pursuit the following should be considered:

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department


CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001522

1. The technique should only be used by officers who have received training in the technique.
2. Supervisory approval should be obtained before using the technique.
3. The need to immediately stop the suspect vehicle reasonably appears to outweigh the risks of injury or death to occupants of the suspect vehicle, officers, or other members of the public.
4. It reasonably appears the technique will terminate or prevent the pursuit.

(e) Tire deflation devices should only be used after considering the following:

1. Tire deflation devices should only be used by officers who have received training in their use.
2. Supervisory approval should be obtained before using tire deflation devices.
3. The need to immediately stop the suspect vehicle reasonably appears to outweigh the risks of injury or death to occupants of the suspect vehicle, officers, or other members of the public.
4. It reasonably appears the use will terminate or prevent the pursuit.
5. Tire deflation devices should not be used when the pursued vehicle is a motorcycle, a vehicle transporting hazardous materials, or a school bus transporting children, except in extraordinary circumstances.
6. Due to the increased risk to officers deploying tire deflation devices, such deployment should be communicated to all involved personnel.

(f) Roadblocks should only be used after considering the following:

1. Roadblocks should only be used by officers who have received training in their use.
2. Supervisory approval should be obtained before using the technique.
3. The need to immediately stop the suspect vehicle reasonably appears to substantially outweigh the risks of injury or death to occupants of the suspect vehicle, officers, or other members of the public.
4. It reasonably appears the technique will terminate or prevent the pursuit. Roadblocks may be used only under circumstances when deadly force would be authorized.
5. Roadblocks may be used when all other reasonable alternatives have been exhausted or reasonably appear ineffective.

### 314.7.3 CAPTURE OF SUSPECTS

Proper self-discipline and sound professional judgment are the keys to a successful conclusion of a pursuit and apprehension of evading suspects. Officers shall use only that amount of force, which reasonably appears necessary under the circumstances, to accomplish a legitimate law enforcement purpose.

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department


CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001523

Unless relieved by a supervisor, the primary pursuing officer should coordinate efforts to apprehend the suspects following the pursuit. Officers should consider safety of the public and the involved officers when formulating plans for setting up perimeters or for containing and capturing the suspects.

## 314.8 REPORTING REQUIREMENTS

All appropriate reports should be completed to comply with applicable laws, policies, and procedures.

(a) The primary officer should complete appropriate crime/arrest reports.

(b) The Allied Agency Vehicle Pursuit Report (form CHP 187A) shall be filed with the CHP no later than 30 days following the pursuit (Vehicle Code § 14602.1). The primary officer should complete as much of the required information on the form as is known and forward the report to the Watch Commander for review and distribution.

(c) Any use of force by a member of this department shall be documented (See the Use of Force Policy)

(d) Injuries, medical treatment, damaged property should be documented inthe crime/ arrest report.

### 314.8.1 REGULAR AND PERIODIC PURSUIT TRAINING

The Training Sergeant shall make available to all officers initial and supplementary Police Officer Standard Training (POST) training on pursuits required by Penal Code § 13519.8, and no less than annual training addressing:

(a) This policy.

(b) The importance of vehicle safety and protecting the public.

(c) The need to balance the known offense and the need for immediate capture against the risks to officers and others (Vehicle Code § 17004.7(d)).

### 314.8.2 POLICY REVIEW

Officers of this department shall certify in writing that they have received, read, and understand this policy initially, upon any amendments, and whenever training on this policy is provided. The POST attestation form, or an equivalent form, may be used to document the compliance and should be retained in the member's training file.

## 314.9 APPLICATION OF VEHICLE PURSUIT POLICY

This policy is expressly written and adopted pursuant to the provisions of Vehicle Code § 17004.7, with additional input from the POST Vehicle Pursuit Guidelines.

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department


CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001524

# Officer Response to Calls

## 316.1 PURPOSE AND SCOPE

This policy provides for the safe and appropriate response to emergency and non-emergency situations whether dispatched or self-initiated.

## 316.2 RESPONSE TO CALLS

Officers dispatched "Code-3" shall consider the call an emergency response and proceed immediately. Officers responding Code-3 shall continuously operate emergency lighting equipment, including at minimum a steady forward facing red light, and shall sound the siren as reasonably necessary pursuant to Vehicle Code § 21055.

Responding with emergency light(s) and siren does not relieve the officer of the duty to continue to drive with due regard for the safety of all persons. The use of any other warning equipment without a red light and siren does not provide any exemption from the Vehicle Code. (VC 21056)

Officers should only respond Code-3 when so dispatched or when circumstances reasonably indicate an emergency response is required. Officers not authorized to respond Code-3 shall observe all traffic laws and proceed without the use of emergency lights and siren.

### 316.2.1 EMERGENCY RESPONSE - GUIDELINES

The following is a list of common calls that will be considered authorized for emergency response unless directed otherwise: 1. Assist an endangered officer 2. Injury or unknown injury traffic accidents 3. In progress calls where bodily harm has been committed or is likely to occur 4. Any type of call where a human life is seriously threatened and an urgent response to the scene by a police officer is imperative

### 316.2.2 NUMBER OF UNITS ASSIGNED

Normally, only one unit should respond to an emergency call Code-3 unless the Watch Commander or the field supervisor authorizes an additional unit(s).

## 316.3 REQUESTING EMERGENCY ASSISTANCE

Requests for emergency assistance should be limited to those situations where the involved personnel reasonably believe that there is an immediate threat to the safety of officers, or assistance is needed to prevent imminent serious harm to a citizen. In any event, where a situation has stabilized and emergency response is not required, the requesting officer shall immediately notify the Dispatch Center.

If circumstances permit, the requesting officer should give the following information:

- The unit number
- The location
- The reason for the request and type of emergency
- The number of units required

Copyright Lexipol, LLC 2024/01/02, All Rights Reserved.
Published with permission by Fontana Police Department



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001553

### 316.4 INITIATING CODE 3 RESPONSE

If an officer resonably believes that a Code-3 response to any call is appropriate, the officer shall notify the Dispatch Center as soon as it is practicable to do so. Generally, only one unit should respond Code-3 to any situation. Should another officer believe a Code-3 response is appropriate, the Dispatch Center shall be notified and the Watch Commander or field supervisor will make a determination as to whether one or more officers driving Code-3 is appropriate.

### 316.5 RESPONSIBILITIES OF RESPONDING OFFICERS

Officers shall exercise sound judgment and care with due regard for life and property when responding to an emergency call. Officers shall reduce speed at intersections where they do not have the right away to such a degree that they have complete control of the vehicle.

The decision to continue a Code-3 response is at the discretion of the officer. If, in the officer's judgment, the roadway conditions or traffic congestion does not permit such a response without unreasonable risk, the officer may elect to respond to the call without the use of red lights and siren at the legal speed limit. In such an event, the officer should immediately notify the Dispatch Center. An officer shall also discontinue the Code-3 response when directed by a supervisor.

Upon receiving authorization or determining a Code-3 response is appropriate, an officer shall immediately give the location from which he/she is responding.

### 316.6 COMMUNICATIONS RESPONSIBILITIES

A dispatcher shall assign a Code-3 response when an officer requests emergency assistance or available information reasonably indicates that the public is threatened with serious injury or death and immediate police response is needed. In all other circumstances, the dispatcher shall obtain authorization from the Watch Commander or a field supervisor prior to assigning units Code-3 . The dispatcher shall:

(a) Attempt to assign the closest available unit to the location requiring assistance

(b) Immediately notify the Watch Commander

(c) Confirm the location from which the unit is responding

(d) Notify and coordinate allied emergency services (e.g., fire and ambulance)

(e) Continue to obtain and broadcast information as necessary concerning the response and monitor the situation until it is stabilized or terminated

(f) Control all radio communications during the emergency and coordinate assistance under the direction of the Watch Commander or field supervisor

### 316.7 SUPERVISORY RESPONSIBILITIES

Upon being notified that a Code-3 response has been initiated, the Watch Commander or the field supervisor shall verify the following:

(a) The proper response has been initiated

Copyright Lexipol, LLC 2024/01/02, All Rights Reserved.
Published with permission by Fontana Police Department

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001554

(b) No more than those units reasonably necessary under the circumstances are involved in the response

(c) Affected outside jurisdictions are being notified as practical

The field supervisor shall monitor the response until it has been stabilized or terminated and assert control by directing units into or out of the response if necessary. If, in the supervisor's judgment, the circumstances require additional units to be assigned a Code-3 response, the supervisor may do so.

It is the supervisor's responsibility to terminate a Code-3 response that, in his/her judgment is inappropriate due to the circumstances.

When making the decision to authorize a Code-3 response, the Watch Commander or the field supervisor should consider the following:

- The type of call
- The necessity of a timely response
- Traffic and roadway conditions
- The location of the responding units

### 316.8 FAILURE OF EMERGENCY EQUIPMENT

If the emergency equipment on the vehicle should fail to operate, the officer must terminate the Code-3 response and respond accordingly. In all cases, the officer shall notify the Watch Commander, field supervisor, or the Dispatch Center of the equipment failure so that another unit may be assigned to the emergency response.

Copyright Lexipol, LLC 2024/01/02, All Rights Reserved.
Published with permission by Fontana Police Department

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001555

# Traffic Collision Reporting

## 502.1 PURPOSE AND SCOPE

The Fontana Police Department prepares traffic collision reports in compliance with the California Highway Patrol Collision Investigation Manual (CIM) and as a public service makes traffic collision reports available to the community with some exceptions.

## 502.2 RESPONSIBILITY

The Traffic Sergeant will be responsible for distribution of the Collision Investigation Manual. The Traffic Sergeant will receive all changes in the state manual and ensure conformity with this policy. The traffic sergeant may delegate responsibility for distribution of and updating the collision investigation manual.

## 502.3 TRAFFIC COLLISION REPORTING

All traffic collision reports taken by members of this department shall be forwarded to the Traffic Bureau for approval and data entry into the Records Management System.

## 502.4 REPORTING SITUATIONS

### 502.4.1 TRAFFIC COLLISIONS INVOLVING CITY VEHICLES

Traffic collision investigation reports (CHP 555) shall be taken when a City-owned vehicle is involved in a traffic collision upon a roadway or highway wherein any damage or injury results.

Whenever a traffic collision occurs involving only minor property damage and City owned property a traffic investigation report (CHP 555) is not required. whenever there is damage to a City vehicle, an Administrative Memorandum and SCAR report shall be completed by a supervisor and forwarded to the appropriate Division Commander. Photographs of the collision scene and vehicle damage shall be taken at the scene to document all property damage, injuries and the collision scene.

The responding supervisor shall be responsible for completing all necessary documentation along with a Fontana Police Department Employee Involved Traffic Collision Routing Checklist (FPD 336). These forms will then be forwarded as indicated on the routing checklist.

### 502.4.2 TRAFFIC COLLISIONS WITH POLICE DEPARTMENT EMPLOYEES

When an employee of this department, either on-duty or off-duty, is involved in a traffic collision within the jurisdiction of the Fontana Police Department resulting in a serious injury, fatality, or any injury that might cause a liabilty concern for the City a supervisor shall notify the on-call MAIT investigators and a MAIT supervisor to respond to the scene. The supervisor shall then notify the on-duty watch commander or on-call staff lieutenant, if outside normal business hours, who will approve an AOD request to contact the San Bernardino County Sheriff's Department (SBSO) Major Accident Investigation Team (M.A.I.T.) in handling the collision investigation.

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001511

The term serious injury is defined as any injury that may result in a fatality.

502.4.3 TRAFFIC COLLISIONS WITH OTHER CITY EMPLOYEES OR OFFICIALS
When any City employee or City official, either on-duty or off-duty, is involved in a traffic collision within the jurisdiction of the Fontana Police Department resulting in a serious injury, fatality, or any injury that might cause a liability concern for the City a supervisor shall notify the on-call MAIT investigators and a MAIT supervisor to respond to the scene. The MAIT supervisor shall then notify the on-duty watch commander or on-call staff lieutenant, if outside normal business hours, to determine the need, if any, to request the assistance of the San Bernardino County Sheriff's Department (SBSO) Major Accident Investigation Team (M.A.I.T.).

The term serious injury is defined as any injury that may result in a fatality.

502.4.4 TRAFFIC COLLISIONS ON PRIVATE PROPERTY
In compliance with the Collision Investigation Manual, traffic collision reports shall not be taken for traffic collisions occurring on private property, unless there is a death or injury to any person involved, a hit and run violation, or Vehicle Code violation. A collision report may be taken at the discretion of any supervisor.

502.4.5 TRAFFIC COLLISIONS ON ROADWAYS OR HIGHWAYS
Traffic collision reports shall be taken when they occur on a roadway or highway within the jurisdiction of this department under any of the following circumstances:

(a) When there is a death or injury to any persons involved in the collision

(b) When a report is requested by any involved driver

## 502.5 NOTIFICATION OF TRAFFIC BUREAU SUPERVISION
In the event of a serious injury or death related traffic collision, the Watch Commander shall notify the Traffic Sergeant or M.A.I.T. Supervisor to relate the circumstances of the traffic collision and seek assistance from the Major Accident Investigation Team as appropriate. In the absence of a Traffic Sergeant, the Watch Commander or any supervisor may assign an accident investigator or motor officer to investigate the traffic collision.

Copyright Lexipol, LLC 2023/07/19, All Rights Reserved.
Published with permission by Fontana Police Department


CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001512

# CVC 17004.7

Provides immunity to a public entity from civil liability for personal damages, death, or property damage resulting from a collision with a vehicle driven by an actual or suspected law violator pursued by a peace officer if the agency adopts a written policy with the following specified standards:

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

- Supervisory control of the pursuit, if available.
- Procedures for designating the primary pursuit vehicle and for determining the total number of involved vehicles in the pursuit.
- Procedures for coordinating operations with other jurisdictions.
- Guidelines for determining when the interest of public safety and effective law enforcement justify a pursuit and when the pursuit should not be initiated, or when it should be terminated.

# PATROL DRIVING

## DEFENSIVE DRIVING AND LEGAL ASPECTS

- 21052 CVC
- Governs the operation of motor vehicles by public officers and employees
- Law enforcement officers are subject to all the rules of the road prescribed for any citizen, operating a motor vehicle EXCEPT, when operating an emergency vehicle in accordance with state laws.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER 

# EXEMPTION

- 21055 CVC - Exempts an officer from vehicle code violations when responding to emergency calls, involved in a pursuit and engaged in rescue operations
- Driver must have a red lamp displayed to the front and sound a siren as necessary
- 21056 CVC - Does not relieve an officer from driving with <u>due regard</u>

21057 CVC – Every police officer is expressly prohibited from using a siren or driving at an illegal speed when serving as an escort of any vehicle, except when it is furnished for the preservation of life or when expediting movements of supplies and personnel during a national or state of emergency.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001649

# AUTHORIZED EMERGENCY VEHICLE

- 21806 CVC – Upon approach of emergency vehicle sounding a siren and using at least one lighted red lamp, visible to the front, motorist shall yield the right-of-way and drive immediately to the right-hand edge of the roadway and stop
- 21807 CVC – Does not relieve officer from driving with due regard
- Due Regard is so important it is in the Vehicle Code twice!!

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER 

# Exhibit S

# Fontana Police Vehicle Pursuit Training






# Below 100

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Foundation




**Below 100 initiative was created in April of 2010, by several contributors from Law Officer Magazine and friends. It aims to reduce the line of duty deaths to 100, a number not seen since 1943.**

# CAUSES OF OFFICER DEATHS

## 2020

Automobile Collisions (29)

Gunfire (48)

Covid-19 (145)

Other ( 42 )

## 2021

Automobile Collisions (19)

Gunfire (45)

Covid-19 (218)

Other (58)

Statistics from the National Law Enforcement Officers Memorial Fund

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001571

# Fontana PD Crashes

## 2019

**Automobile Collisions Sworn (36)**

**Automobile Collisions Non-sworn (1)**

**At fault (13)**

**PCF's**

**VC 21954- pedestrians outside of crosswalk yield to vehicles**

**VC 22350- unsafe speed**

**VC 22107- unsafe turning movement**

**VC 21453(c)- enter intersection while there is a red arrow**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER 

# Fontana PD Crashes

## 2020

Automobile Collisions Sworn (33)

Automobile Collisions Non-sworn (4)

Sworn unit damage (20)

Non-sworn unit damage (3)

**PCF's**

VC 22106- Unsafe starting or backing

VC 22107- unsafe turning movement

VC 22350-unsafe speed

VC 21658(a)- unsafe lane change

VC 22450(a)- stop sign

VC 21453(a)- enter intersection while there is a red arrow

VC 21750(a)- overtaking and passing vehicle

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Fontana PD Crashes

## 2021

Automobile Collisions Sworn (25)

Sworn unit damage (20)

Non-sworn collisions (5)

Non-sworn unit damage (2)

**PCF's**

VC 22106- Unsafe starting or backing

VC 22107- unsafe turning movement

VC 22350-unsafe speed

VC 21658(a)- unsafe lane change

VC 22450(a)- stop sign

VC 21453(a)- enter intersection while there is a red arrow

VC 26451(b)- parking brake requirement

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# VEHICLE INSPECTION

- A pre-shift inspection will aid in maintaining operational efficiency, reduce accidents by ensuring the vehicle is in proper operating condition, and provide the driver with confidence.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001575

# VEHICLE INSPECTION
## Check List

- Tires: pressure, tread, sidewalls
- Wheels: cracks, loose lug nuts
- Check ALL lights: low/high beams, brake, turn signals, emergency, back-up and spots
- Trunk (fire extinguisher, flares, first aid equipment)
- Body Damage
- Mirrors
- Windshield
- Debris or trash
- Unusual Mechanical noises
- Report any damage or defects

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Vehicle Safety Equipment

- Seatbelts
- Airbags
- Anti-Lock Brakes

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001577

# OK, PLEASE BE HONEST NOW:

## HOW MANY OF YOU WOULD ADMIT THAT YOU DON'T ALWAYS, ALWAYS WEAR YOUR SEATBELTS????

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# ALL OF THESE IMPACTS ARE EQUAL



# DID YOU KNOW?

## Court decisions have held the following:

Law Enforcement officers who fail to use available seat belts may, if injured, **lose their workmen's compensation** or related benefits, especially if they ignore agency policy requiring their use.

Law Enforcement officers can be required to reimburse their employers if the employers are sued and found liable on the basis of the officers negligence.





# SAFETY BELTS

- Presently, a seatbelt is the simplest and most effective protection against injury or death in a motor vehicle collision
- **Do you wear a seatbelt?**
- A high percentage of officer deaths are traffic related
- 27315 G CVC exempts officers from wearing them, **except** when mandated by Department Policy


RSA (South Africa)
CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# AIRBAGS

## SUPPLEMENTAL RESTRAINT SYSTEM

- They DO NOT replace seatbelts
- Sensors detect a frontal impact (9-14 mph)
- Airbag inflates with inert nitrogen gas
- Corn starch residue may be present
- Airbag inflates and deflates in less than ½ second



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001584

# THE AIRBAG COMES OUT 13 INCHES



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001585

# WHICH IS THE BEST WHEEL POSITION ?




## THE 8/4 POSITION

# Adjusting your side view mirrors

I know what my car looks like.



Although the sky looks nice.....




CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

Maximize the area you can see.



Proper adjustment of your mirror.



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# STEERING CONTROL
## SEATING POSITION

- ✓ Driver comfort
- ✓ Efficient vehicle control
- ✓ Wrist break over top of steering wheel
- ✓ Seated 13” from airbag
- ✓ Adjust mirrors

# Seating Position and Seatbelt



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# STEERING CONTROL: SHUFFLE STEERING

- Hand positions at 8 and 4
- Hands do not leave steering wheel
- Maximizes steering accuracy
- Safer and more effective recovery
- Minimizes weight transfer
- Minimizes airbag deployment injury

# STEERING METHOD: BACKING (W/O A Camera)

- ✓ Body rotated to right
- ✓ Right hand placed on right headrest
- ✓ Vision directed over right shoulder
- ✓ Left hand on steering wheel at 12 o’clock position
- ✓ Do not stop looking over your shoulder until the vehicle comes to a complete stop

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# STEERING METHOD: BACKING (with a Camera)

- Body in normal driving position
- Check left and right mirrors (if possible check rear view mirror)
- Check to ensure backup camera video and/or sensors are engaged (if applicable)

# Steering

Over Steering

Under Steering

Front End Swing

Rear wheel Cheat

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# OVERSTEER



Rear end slides

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# UNDER STEER



Front end pushes

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Under Steer




CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001597

# Exhibit S

# Front End Swing

The portion of the vehicle that extends beyond the front axle which will extend out beyond the path of the wheels.



# Rear Wheel Cheat

- When turning the rear wheels will take the shortest route. In other words the rear wheels will track to the inside of a turn under normal conditions.



# Braking

- Threshold Braking
- Extended Release Braking
- Brake Fade
- ABS (Anti-lock Braking System)

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 001600