Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**AMENDED DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF [AMENDED] SUMMARY JUDGMENT MOTION**

*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts; Notice of Lodging; Declaration of Custodian of Records For City of Fontana; Declaration of Kayleigh A. Andersen; and (Proposed) Order*

Date: 10/19/2026
Time: 9 a.m.
Crtrm: 1 (2nd Floor)

**TO THE COURT, PLAINTIFF, AND HIS COUNSEL OF RECORD:**

In accordance with C.D. Cal. Local Rules 5-4.2(b)(1) and 11-5.a, Defendants hereby provide notice that the following non-paper exhibits in support of Defendants' motion for summary judgment will be lodged manually via a USB drive:

1. **Exhibit G**, which is a true and accurate copy of relevant audio excerpts of Fontana Police Department Radio Transmissions on February 3, 2026 regarding the subject incident;

2. **Exhibit H**, which is a true and accurate copy of relevant excepts of City Surveillance Camera footage located at Valley and Cypress SE on February 3, 2024 at or around 10:44 p.m. regarding the subject incident;

3. **Exhibit Q**, which is a true and accurate copy of relevant excerpts of Body Camera Footage (BWC) from Brian Zozaya depicting relevant parts of the subject incident, dated February 3, 2024.

DATED: September 15, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh A. Andersen
Eugene P. Hanrahan
Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA