Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**PROOF OF SERVICE**

Action Filed: 01/24/2025
Trial Date: N/A

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St., 15th Floor, Los Angeles, CA 90017-3012.

On September 15, 2026, I served true copies of the following document(s) described as

1. **AMENDED DEFENDANTS' NOTICE OF MOTION AND [AMENDED] MOTION FOR SUMMARY JUDGMENT**

2. **AMENDED DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF [AMENDED] SUMMARY JUDGMENT MOTION**

3. **AMENDED [PROPOSED] ORDER ON DEFENDANTS' [AMENDED] MOTION FOR SUMMARY JUDGMENT**

4. **DEFENDANTS' AMENDED SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF [AMENDED] MOTION FOR SUMMARY JUDGMENT**

5. **AMENDED DECLARATION OF KAYLEIGH A. ANDERSEN IN SUPPORT OF DEFENDANTS [AMENDED] MOTION FOR SUMMARY JUDGMENT**

6. **DEFENDANTS' AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF [AMENDED] MOTION FOR SUMMARY JUDGMENT**

7. **AMENDED INDEX OF EXHIBITS IN SUPPORT OF [AMENDED] MOTION FOR SUMMARY JUDGMENT**

**8. DECLARATION OF CUSTODIAN OF RECORDS FOR CITY OF FONTANA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action as follows:

MANNING | KASS

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kayleigh Ann Andersen**

  kayleigh.andersen@manningkass.com,delia.flores@manningkass.com

- **Richard T Copeland**

  rtc@conflict-solution.com

- **Dale K Galipo**

  dalekgalipo@yahoo.com,dgilbert@galipolaw.com,blevine@galipolaw.com,evalenzuela@galipolaw.com,bjohnson@galipolaw.com,rvalentine@galipolaw.com,slaurel@galipolaw.com,CMayne@galipolaw.com,msincich@galipolaw.com,ldeleon@galipolaw.com,amonguia@galipolaw.com,coopermayne@recap.email,hlee@galipolaw.com

- **Eugene Paul Hanrahan**

  eugene.hanrahan@manningkass.com,sandra.alarcon@manningkass.com,katherine.hwang@manningkass.com

- **Eugene P Ramirez**

  Eugene.Ramirez@manningkass.com,delia.flores@manningkass.com

- **Marcel F Sincich**

  msincich@galipolaw.com,amonguia@galipolaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2026, at Los Angeles, California.

/s/ Sandra Alarcon
Sandra Alarcon