**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Telephone: (619) 777-0383
Facsimile: (619) 775-1383

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON,

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25-cv-00207-JGB-ACCV

[*Honorable Jesus G. Bernal*]
Magistrate Judge Angela C. C. Viramontes

**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

[*Filed concurrently with* Plaintiffs' Points and Authorities in Opposition to Summary Judgment; Separate Statement of Genuine Disputes and Additional Material Facts]

Hearing: October 19, 2026
Time: 09:00 a.m.
Crtrm: Courtroom 1
Trial Date: December 1, 2026

# DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the June 10, 2026, Deposition Transcript of Officer Brian Zozaya ("**Exh. 1, Zozaya Depo**").

2. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the June 4, 2026, Deposition Transcript of Officer Daniel Precie ("**Exh. 2, Precie Depo**").

3. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the June 3, 2026, Deposition Transcript of Officer Jesus Garcia ("**Exh. 3, Garcia Depo**").

4. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the June 3, 2026, Deposition Transcript of Officer Bradley Terwilliger ("**Exh. 4, Terwilliger Depo**").

5. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the July 2, 2026, Deposition Transcript of Deputy Garrett Wolff ("**Exh. 5, Wolff Depo**").

6. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the June 30, 2026, Deposition Transcript of Sergeant Christopher Macias ("**Exh. 6, Macias Depo**").

7. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant portions of the August 26, 2026, Deposition Transcript of Jeffrey Martin ("**Exh. 7, Garcia Depo**").

8. Attached hereto as "**Exhibit 8**" is a true and correct copy of the relevant portions of the San Bernardino County Sheriff's Department, Major Accident Investigation Team Report ("**Exh. 8, MAIT Report**").

9. Attached hereto as "**Exhibit 9**" is a true and correct copy of the relevant Photographs of the Scene ("**Exh. 9, Scene Photos**").

10. Attached hereto as "**Exhibit 10**" is a true and correct copy of the July 2, 2026 diagram marked by County Investigation PMK Deputy Wolff at Deposition attached thereto as exhibit 4 ("**Exh. 10, Wolff Diagram**").

11. Attached hereto as "**Exhibit 11**" is a true and correct copy of the June 3, 2026 map marked by Officer Terwilliger at deposition, attached thereto as exhibit 6 ("**Exh. 11, Marked Map**").

12. Attached hereto as "**Exhibit 12**" is a true and correct copy of the July 2, 2026 photograph attached thereto as exhibit 4 to the County Investigation PMK Deputy Wolff Deposition ("**Exh. 12, Nissan Photo**").

13. Attached hereto as "**Exhibit 13**" is a true and correct copy of the relevant portions of the June 30, 2025 City of Fontana Responses to Plaintiff Adams Sr.'s Requests for Admission, Set 1 ("**Exh. 13, City Responses to Adams RFA**").

14. Attached hereto as "**Exhibit 14**" is a true and correct copy of the relevant portions of the June 30, 2025 City of Fontana Responses to Plaintiff Mason's Requests for Admission, Set 1 ("**Exh. 14, City Responses to Mason RFA**").

15. Attached hereto as "**Exhibit 15**" is a true and correct copy of the relevant portions of the June 30, 2025 City of Fontana Responses to Plaintiff Adams Sr.'s Interrogatories, Set 1 ("**Exh. 15, City Responses to Adams ROGG**").

16. Attached hereto as "**Exhibit 16**" is a true and correct copy of the Radio Traffic audio recording from this incident produced by Defendants during discovery ("**Exh. 16, Radio Traffic**") and lodged manually hereto.

17. Attached hereto as "**Exhibit 17**" is a true and correct copy of the Surveillance Video of this incident from the Chevron Gas Station on Cherry and Valley produced by Defendants during discovery ("**Exh. 17, Valley/Cherry Video**") and lodged manually hereto.

18. Attached hereto as "**Exhibit 18**" is a true and correct copy of the Surveillance Video of this incident from the AM PM Gas Station on Cherry and Valley produced by Defendants during discovery ("**Exh. 18, Valley/Cherry Video**") and lodged manually hereto.

19. Attached hereto as "**Exhibit 19**" is a true and correct copy of the Surveillance Video of this incident from Calzona Truck Sales on Poplar and Valley produced by Defendants during discovery ("**Exh. 19, Valley/Poplar Video**") and lodged manually hereto.

20. Attached hereto as "**Exhibit 20**" is a true and correct copy of the Surveillance Video of this incident from Fontana Motors Direct on Catawba and Valley produced by Defendants during discovery ("**Exh. 20, Valley/Catawba Video**") and lodged manually hereto.

21. Attached hereto as "**Exhibit 21**" is a true and correct copy of the Surveillance Video of this incident from Yervan Truck Sales on Catawba and Valley produced by Defendants during discovery ("**Exh. 21, Valley/Catawba Video**") and lodged manually hereto.

22. Attached hereto as "**Exhibit 22**" is a true and correct copy of the Surveillance Video of this incident from the 76 Gas Station on Citrus and Valley produced by Defendants during discovery ("**Exh. 22, Valley/Citrus Video**") and lodged manually hereto.

23. Attached hereto as "**Exhibit 23**" is a true and correct copy of the Surveillance Video of this incident from the 711 Gas Station on Citrus and Valley produced by Defendants during discovery ("**Exh. 23, Valley/Citrus Video**") and lodged manually hereto.

24. Attached hereto as "**Exhibit 24**" is a true and correct copy of the Surveillance Video of this incident from the Intersection of Citrus and Valley produced by Defendants during discovery ("**Exh. 24, Valley/Citrus Video**") and lodged manually hereto.

25. Attached hereto as "**Exhibit 25**" is a true and correct copy of the Surveillance Video of this incident from the Intersection of Cypress and Valley produced by Defendants during discovery ("**Exh. 25, Valley/Cypress Video**") and lodged manually hereto.

26. Attached in support of the Declaration of Roger A. Clark as "**Exhibit 26**" is a true and correct copy the Initial Rule 26 Report of Roger A. Clark – included in Plaintiffs' Initial Expert Disclosures on July 26, 2026 ("**Exh. 26, Clark Initial Report**").

27. Attached in support of the Declaration of Roger A. Clark as "**Exhibit 27**" is a true and correct copy the Rebuttal Rule 26 Report of Roger A. Clark – included in Plaintiffs' Rebuttal Expert Disclosures on August 17, 2026 ("**Exh. 27, Clark Rebuttal Report**").

28. Attached in support of the Declaration of Felix Lee as "**Exhibit 28**" is a true and correct copy the Initial Rule 26 Report of Felix Lee – included in Plaintiffs' Initial Expert Disclosures on July 26, 2026 ("**Exh. 28, Lee Initial Report**").

29. Attached in support of the Declaration of Felix Lee as "**Exhibit 29**" is a true and correct copy the Rebuttal Rule 26 Report of Felix Lee – included in Plaintiffs' Rebuttal Expert Disclosures on August 17, 2026 ("**Exh. 29, Lee Rebuttal Report**").

30. Attached in support of the Declaration of Felix Lee as "**Exhibit 30**" is a true and correct copy the animation reconstruction of this collision incident from the camera perspective of the Nissan Point of View, which is based on the expert conclusions of Felix Lee – included in Plaintiffs' Initial Expert Disclosures on July 26, 2026 ("**Exh. 30, Nissan POV**").

31. Attached in support of the Declaration of Felix Lee as "**Exhibit 31**" is a true and correct copy the animation reconstruction of this collision incident from the camera perspective from the rear of the Nissan, which is based on the expert conclusions of Felix Lee – included in Plaintiffs' Initial Expert Disclosures on July 26, 2026 ("**Exh. 31, Nissan Rear Angle**").

32. Attached in support of the Declaration of Felix Lee as "**Exhibit 32**" is a true and correct copy the animation reconstruction of this collision incident from the camera perspective of the Garia Vehicle Point of View, which is based on the expert conclusions of Felix Lee – included in Plaintiffs' Initial Expert Disclosures on July 26, 2026 ("**Exh. 32, Police POV**").

33. Attached in support of the Declaration of Felix Lee as "**Exhibit 33**" is a true and correct copy the animation reconstruction of this collision incident from the camera perspective from an aerial point of view, which is based on the expert conclusions of Felix Lee – included in Plaintiffs' Disclosures pursuant to Rule 26 and in Response to Defendants Requests for Production included in the notice of deposition of Felix Lee ("**Exh. 33, Top View**").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of September 2026.

Marcel F. Sincich