LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (144074)
Marcel F. Sincich, Esq. (319508)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS, et al.

PLAINTIFF(S)

v.

CITY OF FONTANA, et al.

DEFENDANT(S).

CASE NUMBER:

5:25-cv-00207-JGB-ACCV

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1. Exhibit 16 - Radio Traffic.avi
2. Exhibit 17 - (Precie Depo Exhibit 7) Valley_Cherry Video.mp4
3. Exhibit 18 - AM PM on Valley_Cherry [COF 000478].avi
4. Exhibit 19 - (Precie Depo Exhibit 9) Valley_Poplar Video.mp4
5. Exhibit 20 - (Precie Depo Exhibit 10) Valley_Catawba Video.mp4
6. Exhibit 21 - Yervan Truck Sales on Vallley_Catawba [COF 000485].mov
7. Exhibit 22 - 76 Gas Station on Valley_Citrus [COF 000476].mp4
8. Exhibit 23 - 711 on Valley_Citrus [COF 000477].avi
9. Exhibit 24 - Valley_Citrus [COF 000475].avi
10. Exhibit 25 - Valley_Cypress Video.mp4
11. Exhibit 30 - Lee Decl. - Nissan POV (Bright version).mp4
12. Exhibit 31 - Lee Decl. - Nissan Rear Angle 1 (Bright version).mp4
13. Exhibit 32 - Lee Decl. - Police POV (Bright version).mp4
14. Exhibit 33 - Lee Decl. - Rias-Top View (Enhanced Bright).mp4

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________
☐ Other:

September 21, 2026
Date

/s/ Marcel F. Sincich
Attorney Name

Plaintiffs
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*