**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Tel: (619) 777-0383 | Fax: (619) 775-1383

*Attorneys for Plaintiffs.*

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA RIAS; TA-TANESHA GALBURTH; DOMONIC ADAMS Sr.; and BRITTANY MASON;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00207-JGB-ACCV<br><br>[*Honorable Jesus G. Bernal* Magistrate Judge, Angela C. C. Viramontes]<br><br>**JOINT STATUS REPORT RE MEDIATION**<br><br>**<u>Final Pre-Trial Conference</u>**<br>November 16, 2026 at 11:00 a.m.<br>**<u>Jury Trial</u>**<br>December 1, 2026 at 8:30 a.m.<br>Ctrm: 1 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** Plaintiffs Diana Rias; Ta-Tanesha Galburth; Domonic Adams Sr.; and Brittany Mason; and Defendants City of Fontana; Edward Bautista; Jesus Garcia; Daniel Precie; and Brian Zozaya hereby submit the following Status Report re. Mediation:

WHEREAS, the Parties conducted mediation with private mediator, Richard Copeland, on September 29, 2026. Although both Parties earnestly worked towards resolution of this matter, the Parties were unable to reach an agreed settlement at that time.

WHEREAS, on September 30, 2026, in continuation of the mediation session, Mr. Copeland submitted to the Parties a Mediator's Proposal for a specified amount. The Parties' responses to the Mediator's Proposal must be submitted to Mr. Copeland by October 30, 2026, which provides for the time necessary for the City of Fontana to confirm or deny acceptance of the Proposal with their governing body, which is scheduled to be presented on October 13, 2026.

WHEREAS, the Parties will submit an additional status report re. mediation on or before November 2, 2026.

Respectfully submitted,

DATED: October 6, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Neema Shojai
*Attorneys for Plaintiffs*

DATED: October 6, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Kayleigh Andersen*
Eugene P. Ramirez
Kayleigh Andersen
Eugene Hanrahan
*Attorneys for Defendants*