**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Tel: (619) 777-0383 | Fax: (619) 775-1383

*Attorneys for Plaintiffs.*

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMONIC ADAMS Sr.; and BRITTANY MASON,

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No.: 5:25-cv-00207-JGB-ACCV

[*Honorable Jesus G. Bernal* Magistrate Judge, Angela C. C. Viramontes]

**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**

**Trial**: December 1, 2026

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

By and through their counsel of record in this action, Plaintiffs DIANA RIAS; TA-TANESHA GALBURTH; DOMONIC ADAMS Sr.; and BRITTANY MASON ("Plaintiffs") and Defendants CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; and BRIAN ZOZAYA ("Defendants") (together called "the parties"), hereby present this Joint Notice of Conditional Settlement and Stipulation to Vacate all Dates and Deadlines based on the following good cause:

The parties have reached a settlement subject to approval from City of Fontana's City Council. Defense counsel is informed and believes that the settlement will be presented and recommended to City Council within the next few weeks and projects that settlement will be fully consummated by the end of November 2026. The parties will file the appropriate dismissal no later than seven (7) days after Plaintiffs' receipt of the subject settlement check. Given that the hearing on motion for summary judgment is set for October 19, 2026 and trial is set to proceed on December 1, 2026, the parties request the Court vacate all dates and deadlines, including the upcoming hearing and trial, and retain jurisdiction over this matter for sixty (60) days to fully consummate the settlement and agreement of the parties.

No later than December 1, 2026, the parties will either submit (1) a dismissal of the entire action, or (2) a Joint Status Report re. Settlement.

Respectfully Submitted,

DATED: October 16, 2026

**LAW OFFICES OF DALE K. GALIPO**
**SHOJAI LAW FIRM**

By: */s/ Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
Neema Shojai, Esq.
*Attorney for Plaintiffs*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

*/s/ Eugene P. Ramirez*
Eugene P. Ramirez
Kayleigh Andersen
Eugene Hanrahan
*Attorneys for Defendants*