**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMONIC ADAMS Sr.; and BRITTANY MASON,

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No.: 5:25-cv-00207-JGB-ACCV

[*Honorable Jesus G. Bernal* Magistrate Judge, Angela C. C. Viramontes]

**[PROPOSED] ORDER RE: JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**

**TO ALL PARTIES AND COUNSEL:**

Having reviewed the parties' Joint Status Report re. Settlement, and good cause appearing therein, it is hereby ordered as follows:

1. The parties will file the appropriate dismissal no later than seven (7) days after Plaintiffs' receipt of the subject settlement check.
2. This Court shall retain jurisdiction over this matter for sixty (60) days to fully consummate the settlement and agreement of the parties.
3. No later than December 1, 2026, the parties will either submit (1) a dismissal of the entire action, or (2) a Joint Status Report re. Settlement.

Dated: ____________________

____________________________________
Hon. Jesus G. Bernal
United States District Court