Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**[MOTION IN LIMINE NO. 1]**

**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* TO TRIFURCATE TRIAL INTO THREE PHASES: (1) LIABILITY PHASE, COMPENSATORY DAMAGES CALCULATION, AND PUNITIVE DAMAGES PREDICATE; (2) PUNITIVE DAMAGES CALCULATION, IF NECESSARY; AND (3) *MONELL* LIABILITY, *MONELL* DAMAGES CALCULATION, IF NECESSARY**

Date: 11/16/2026
Time: 9 a.m.
Crtrm.: 1 (2nd Floor)

After due consideration of all relevant pleadings, papers and records in this action; and upon such other oral and document evidence or argument as was

presented to the Court; and Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that Defendants' motion *in limine* to Trifurcate Trial Into Three Phases is granted. The Court hereby orders the trial shall be trifurcated as follows:

(1) Liability phase, compensatory damages calculation, and punitive damages predicate;

(2) Punitive damages calculation, if necessary; and

(3) *Monell* liability and *Monell* damages calculation, if necessary.

IT IS SO ORDERED.

Dated: _____________ ________________________________
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE