Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
*kayleigh.andersen@manningkass.com*
Eugene Hanrahan (State Bar No. 185826)
*Eugene.Hanrahan@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

DIANA BIAS; TATANISHA PITTS; DOMINIC ADAMS Sr., and BRITTANY MASON,

Plaintiffs,

v.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25−cv−00207−JGB−ACCV
District Judge, Jesus G. Bernal
Magistrate Judge, Angela C. C. Viramontes

**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* TO EXCLUDE TESTIMONY AND OPINIONS OF EXPERT FELIX LEE PURSUANT TO RULE 702 AND DAUBERT; MEMORANDUM OF POINTS AND AUTHORITIES**

*Filed concurrently with (Proposed) Order*

Date: 11/16/2026
Time: 9 a.m.
Crtrm.: 1 (2nd Floor)

After due consideration of all relevant pleadings, papers and records in this action; and upon such other oral and document evidence or argument as was presented to the Court; and Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that Defendants' motion *in limine* to Exclude the

opinions and testimony of Dr. Felix Lee is granted. The Court hereby orders that the testimony and opinions of Dr. Felix Lee is excluded in total.

In the alternative, the testimony and opinions of Dr. Felix Lee are excluded as follows:

1. Any testimony or opinions that are based on cumulative/duplicative, speculative information, and/or lack foundation;

2. Any testimony or opinions regarding seatbelt use and its impact on injury or survivability rates after car crashes;

3. Any testimony or opinions regarding biomechanical factors related to the vehicle collision

4. Any testimony or opinions regarding the Delta-V analysis and calculations related thereto;

Any testimony or opinions regarding the relevance of the injury probability related to analyses of biomechanical factors

**IT IS SO ORDERED**

Dated: ______________________________

______________________________
Hon. Jesus G. Bernal
Judge, United States District Court