Eugene P. Ramirez (State Bar No. 134865)
eugene.ramirez@manningkass.com
Kayleigh A. Andersen (State Bar No. 306442)
kayleigh.andersen@manningkass.com
Eugene P. Hanrahan (State Bar No. 185826)
eugene.hanrahan@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FONTANA et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DIANA RIAS et al.,

Plaintiffs,

v.

CITY OF FONTANA et al.,

Defendant.

Case No. 5:25-CV-00207-JGB-ACCV
[Assigned to The Hon. Jesus G. Bernal]

**[MOTION *IN LIMINE* NO. 5]**

**DECLARATION OF EUGENE HANRAHAN IN SUPPORT OF MOTION IN LIMINE BY DEFENDANTS TO EXCLUDE OPINIONS OF EXPERT BENNET OMALU.**

[*Proposed Order filed concurrently*]

Trial Date: December 1, 2026

I, Eugene Hanrahan, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA. I have personal knowledge of the facts set

forth herein, and if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and accurate copy of Bennet Omalu's Rule 26 Expert Report.

3. Attached as **Exhibit B** is a true and accurate copy of relevant excerpts of the deposition of Bennet Omalu in the case of *Valenzuela v. City of Anaheim*, SACV17-0278-CJC (DFMX) on February 26, 2019.

4. Attached as **Exhibit C** is a true and accurate copy of relevant excerpts of the deposition of Bennet Omalu in the case of *Gonzales v. State of California*, 1:20-cv-00912-NONE-JLT on January 7, 2022.

5. Attached as **Exhibit D** is a true and accurate copy of the relevant excerpts of the autopsy report of Domonic Adams.

6. Attached as **Exhibit E** is a true and accurate copy of the autopsy report of Robert Rias.

7. Attached as **Exhibit F** is a true and accurate copy of the autopsy report of Omari Pitts.

8. Defendants' counsel sent Plaintiffs' counsel a comprehensive meet and confer letter inviting further discussions regarding the issues presented in this motion. On October 9, 2026, Defendants' counsel met and conferred with Plaintiff's counsel regarding the motions in limine. On October 12, 2026, Defense counsel further emailed Plaintiff's Counsel an outline of the defense arguments for the motions in limine. The parties were unable to resolve the issues informally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of October, 2026, at Los Angeles, California.



MANNING | KASS

DATED: October 16, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Eugene Hanrahan*
Eugene P. Ramirez
Kayleigh A. Andersen
Eugene P. Hanrahan
Attorneys for CITY OF FONTANA et al.

# EXHIBIT A

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**SHOJAI LAW FIRM**
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Tel: (619) 777-0383 | Fax: (619) 775-1383

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMINIC ADAMS Sr.; and BRITTANY MASON;

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No.: 5:25-cv-00207-JGB-SHK

[*Honorable Jesus G. Bernal Magistrate Judge Shashi H. Kewalramani*]

**PLAINTIFFS' RULE 26 REBUTTAL EXPERT DISCLOSURES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby designate the following retained rebuttal expert witnesses pursuant to Rule 26 of the Federal Rule of Civil Procedure. Plaintiffs reserve the right to supplement and/or amend this disclosure.

## I. RETAINED EXPERTS:

A. Roger Clark (Police Procedures)
Police Procedures Consultant, Inc.
10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, rclark9314@aol.com

Mr. Clark's Rule 26 Report is attached hereto as Exhibit 1.

B. Felix Lee (Accident Reconstruction)
Collision Reconstruction Consulting
1205 Poppy Ct
Montebello, CA 90640
Mobile: (626) 476-7245
FLee@collision-recon.com; www.collision-recon.com

Mr. Lee's Rule 26 Report is attached hereto as Exhibit 2.

C. Ryan O'Connor, M.D. (Medical Expert)
Attending Physician in Emergency Medicine
P.O. Box 86166
Los Angeles, CA 90086
(310) 990-9979

Mr. O'Connor's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 3.

D. Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP, CP, FP, NP (Anatomic Pathologist/ Clinical Pathologist/ Forensic Pathologist/ Neuropathologist/ Epidemiologist Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis [UC-Davis] President and Medical Director, Bennet Omalu Pathology [BOP], Inc.)

Bennet Omalu Pathology
1621 Executive Court
Sacramento, CA 95864
279-345-1300

Dr. Omalu's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 4.

Respectfully submitted,

DATED: August 17, 2026 **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff*

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I, Leslie De Leon, am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On August 17, 2026, I served the foregoing document described as:

**PLAINTIFFS' RULE 26 REBUTTAL EXPERT DISCLOSURES**

on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2026, at Woodland Hills, California.

*/s/ Leslie De Leon*

Leslie De Leon

SERVICE LIST

***MANNING & KASS***
***ELLROD, RAMIREZ, TRESTER LLP***
Eugene P. Ramirez (State Bar No. 134865)
Kayleigh Andersen (State Bar No. 306442)
Eugene Hanrahan (State Bar No. 185826)
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
E-mail: eugene.ramirez@manningkass.com
kayleigh.andersen@manningkass.com
eugene.hanrahan@manningkass.com
delia.flores@manningkass.com
sandra.alarcon@manningkass.com
Athena.Reddersen@manningkass.com

*Attorneys for Defendants,* CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA

***SHOJAI LAW FIRM***
Neema Shojai, Esq. (SBN 321833)
neema@shojaifirm.com
8880 Rio San Diego, Suite 800
San Diego, California 92108
Telephone: (619) 777-0383
Facsimile: (619) 775-1383

*Attorneys for Plaintiffs*

Bennet Omalu
PATHOLOGY

Phone: 279-345-1300
Fax: 866-402-6875
bennetomalu@bennetomalu.com

Autopsy and Anatomic Pathology
Clinical Pathology and Toxicology
Forensic Pathology

Neuropathology
Epidemiology
Medico-Legal Consultations

Dale Galipo, Esq
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

August 9, 2026

Dear Mr. Galipo,

**Re: Domonic Odell Adams, Jr., Deceased**
**Medico-Legal Report**

**Summary of Education, Training, and Experience**

I completed medical school in 1990 at the University of Nigeria, Enugu, Nigeria. Upon graduating from medical school, I completed a one-year clinical housemanship at the University of Nigeria Teaching Hospital in the fields of Pediatrics, Internal Medicine, General Surgery, Obstetrics, and Gynecology. After housemanship, I worked as an emergency room physician at a university hospital in Nigeria for approximately three years. I sat for and passed my United States Medical Licensing Examinations (USMLE) while I worked as an emergency room physician. I came to the United States in 1994 through a World Health Organization scholarship to become a visiting research scholar for eight months at the Department of Epidemiology, Graduate School of Public Health, University of Washington, Seattle, Washington.

In 1995, I proceeded to the College of Physicians and Surgeons of Columbia University, New York, at Harlem Hospital Center, to complete residency training in Anatomic Pathology and Clinical Pathology. In 1999, I proceeded to the University of Pittsburgh in Pittsburgh, Pennsylvania, to complete fellowship training in Forensic Pathology and Neuropathology. I hold four board certifications in Anatomic Pathology, Clinical Pathology, Forensic Pathology and Neuropathology. I also hold a Masters in Public Health (MPH) in Epidemiology from the Graduate School of Public Health at the University of Pittsburgh in Pittsburgh, Pennsylvania. I also hold a Masters in Business Administration (MBA) degree from the Tepper School of Business at Carnegie Mellon University in Pittsburgh, Pennsylvania, one of the leading business schools in the world. I am a Certified Physician Executive and an Honorary Fellow of the American Association of Physician Leadership (AAPL). I also hold a fifth board certification in Medical Management from the AAPL. I am currently licensed to practice Medicine and Surgery in the State of California.

I am currently the President and Medical Director of Bennet Omalu Pathology (BOP), a California medico-legal consulting firm, and a Clinical Professor at the Department of Medical Pathology and Laboratory Medicine, University of California, Davis. In my capacity as the

Medical Director of BOP, I am a consulting Forensic Pathologist and Neuropathologist to many hospitals in central California and to several counties in northern California. There are less than a few dozen practicing Forensic Pathologists-Neuropathologists in the United States who are board-certified in both Forensic Pathology and Neuropathology.

For over 25 years, I have been involved in over 15,000 death and injury investigations in my career as a Forensic Pathologist and Neuropathologist, which began in 1999. I have personally conducted and performed over 13,000 autopsies and death investigations and examined over 15,000 brain tissue specimens. I also perform trauma pattern analysis in both living patients and deceased patients to determine causes and mechanisms of sustenance of injuries and death. I am also involved in the evaluation of living victims of all types of injuries and trauma, including, but not limited to, victims of assault, traumatic falls, industrial and accidental injuries, medical complications and misadventures, rape, child abuse, and sports-related injuries.

I have performed autopsies and examined the medical records, occupational histories, exposure histories, autopsy tissues, and biopsy tissues of hundreds of living and deceased patients who had been occupationally exposed to asbestos, solvents, and other types of toxic agents. I have performed differential diagnosis, made disease diagnosis, and determined medical causation of diseases involving all types of occupational exposures, including asbestos-related diseases and malignancies like malignant mesothelioma.

I have been consulted and retained as an expert witness in 2,000-3,000 cases involving all types of medico-legal cases across all jurisdictions in the United States, including federal, state, county, and municipal courts and arbitration panels, in both civil and criminal cases, for the plaintiff, defense, district attorneys, and public defenders. I have been involved as an expert witness in complex class action and industrial lawsuits involving thousands of individuals and major corporations.

My areas of interest and focus include brain pathophysiology, brain injuries, and brain trauma, in both living and deceased patients. I identified Chronic Traumatic Encephalopathy (CTE) in a retired football player when I performed an autopsy and examined the brain of Mike Webster in 2002. Subsequently, I identified CTE in other high-impact, high-contact sports athletes and in military veterans suffering from Post-Traumatic Stress Disorder (PTSD). Since 2002, CTE has received international attention from the sports industry, sports medicine, and neuroscience. My work has been featured extensively in all media platforms across the world. My work and life were featured in a major Hollywood film, *Concussion*, released in December 2015 by Sony Motion Pictures, in which the renowned actor, Will Smith, played me as Dr. Omalu. Several New York Times best-selling books have also been published on my life and work, including *The League of Denial* and *Concussion*. I have published several books including my memoir, *Truth Doesn't Have a Side*, which was published in August 2017. My latest book, *Brain Damage in Contact Sports,* was published in February 2018. I have published extensively in the medical and scientific literature, authoring many scientific papers and book chapters.

I have received three honorary PhD degrees from two universities in the United States and from the Royal College of Surgeons of Ireland in recognition of my work and expertise. I have also received numerous awards from across the world in recognition of my work and expertise in both living and deceased patients. I have received the "Distinguished Service Award" from the American Medical Association (AMA), which is the most prestigious award of the AMA. I have

been honored by the United States Congress, and I have appeared on multiple occasions before committees of the United States Congress and committees of State Legislatures across the Unites States, advising them on matters relating to trauma. In 2019 and 2020, I was appointed to the Traumatic Brain Injury Board of the State of California to advise the state on matters relating to traumatic brain injuries.

Since 1999, I have testified as an expert witness in matters relating to all types of injuries and deaths in over 800 court proceedings across the United States. I have attached a copy of my curriculum vitae, which enumerates my body of work and experience in greater detail. The cases I have testified in, beginning in 2009, are enumerated at the end of my curriculum vitae.

Pursuant upon your request, I have reviewed the following materials sent to me on the case of Domonic Odell Adams Jr., deceased:

1. State of California Vehicle Code, Sections 22108, 22107, 22100, 21807, 21804, 21801, 21800, 21056, and 21055
2. Fontana Police Department, confidential incident reports
3. Letter from City of Fontana Police Department dated April 17, 2024
4. Orange County Regional Computer Forensic Laboratory (unclassified)
5. Department of California Highway Patrol – Fatality Analysis Reporting System Unit Request
6. Letter from City of Fontana Police Department to Alejandro Monguia dated April 8, 2024
7. Calls with case number: DR240001556
8. San Bernardino County – Department of Risk Management letter to Fontana Police Department dated May 31, 2024
9. Fontana Police Department Request for Copy of a Police Report
10. Letter from Adamson Ahdoot Injury Attorneys to Fontana Police Department, Re: Request for Traffic Collision Report/Police Report dated February 27, 2024
11. Detailed History for Police Event #240202116 As of 3/26/2024 16:42:53
12. Detailed History for Police Event #240202033 As of 3/26/2024 16:42:45
13. Detailed History for Police Event #240201288 As of 3/26/2024 12:42:18
14. Saturday, February 03, 2024 – Watch Commander
15. State of California, Department of California Highway Patrol, Allied Agency Pursuit Report
16. Messages From Terminal/Unit: CLETS Operator: CLETS
17. San Bernardino County Sheriff's Department, Major Accident Investigation Team – Accident Investigation Report
18. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Domonic Odell Adams, Jr.
19. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Domonic Odell Adams, Jr.
20. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Omari Malik Pitts
21. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Omari Malik Pitts
22. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Robert Andrew Rias
23. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Robert Andrew Rias
24. Surveillance and body-worn camera videos
25. Fontana Police Department – Individual Training Activity
26. Fontana Police – SB 719 Pursuit Policy Training Attestations

27. California Commission on POST – Certification Status
28. Scene photos
29. Audio recordings (radio transmissions and 911 calls)
30. Fontana Police Department, Fontana PD Police Manuals on Vehicle Pursuits, Use of Force, and Officer Response to Calls
31. Fontana Police Vehicle Pursuit Training
32. San Bernardino County Fire Department – Complete ePCR w/attachments (timeline)

In order to perform and apply a valid differential diagnosis method on this case, including, but not limited to, causation criteria[1][1] analysis, central limit theorem analysis, and clinicopathologic correlation analysis, I had to review, document, and analyze the materials sent to me in considerable depth and detail. Such differential diagnosis and review would form the foundation for my case-specific and general causation opinions in this case.

**Brief Summary of Prevailing Forensic Scenario[2,3]**
At the time of their deaths during a high-speed police pursuit on February 3, 2024, 15-year-old Robert Andrew Rias (Robert Rias) and 14-year-old Domonic Odell Adams, Jr. (Domonic Adams) were occupants in a vehicle driven by Bonilla. Their vehicle struck a Fontana Police Department patrol vehicle that drove across their path on the roadway. Robert Rias and Domonic Adams were pronounced dead at the scene. The third passenger, 15-year-old Omari Malik Pitts (Omari Pitts), survived the initial impact but succumbed to his injuries the following day, February 4, 2024, at Loma Linda University Children's Hospital Pediatric Intensive Care Unit. Autopsies which were performed on the three decedents determined the causes of death for all three teenagers as multiple blunt force trauma. The manners of death were determined to be an accident.

**San Bernardino County Sheriff - Coroner Division**
It was reported that the three teenagers, along with a fourth youth (Bonilla) who was driving, were travelling together in a white Nissan Sentra. Shortly before 10:44 p.m. on February 3, 2024, officers from the Fontana Police Department (FPD) attempted to initiate a traffic stop of the Nissan Sentra. Allegedly, the vehicle did not stop, and the officers initiated a police pursuit, which was broadcast at 10:44 p.m. The driver of the Nissan Sentra drove at high speeds heading westbound and lost control when an FPD patrol vehicle drove in front of the car. It entered a lateral spin and crashed heavily into the front of the FPD patrol vehicle at 10:45 p.m. near Valley Boulevard and Cypress Avenue in Fontana. The force of the impact forced the Nissan Sentra to come to rest with its rear curb-bound between a gray Toyota Corolla and a black Chevrolet Silverado, completely detaching the Nissan's roof and scattering debris across all lanes. No alcohol, tobacco, or illicit drugs were found inside the vehicle.

[1] Hill, AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965 May;58(5):295-300. PMID: 14283879; PMCID: PMC1898525. [These are causation criteria that long existed prior to Sir Hill for the purposes of differentia diagnosis. However, he summarized them in a speech that he gave in 1965. Since then, these criteria applied in the method of differential diagnosis became known as the Bradford Hill criteria. However, they existed and were in use prior to Sir Hill's speech].
[2] This section of the report should not be used to establish the facts in this case and is not intended to be used to establish the facts in this case.
[3] They were video clips that were submitted with the materials on this case, which were reviewed, and in part documented the prevailing terminal forensic scenario in this case.

**Emergency Response**
The San Bernardino County Fire Department was dispatched at 10:45 p.m., with engine unit ME 77 arriving at the scene at 10:52 p.m. Emergency responders found two unrestrained passengers deceased inside the vehicle:

Domonic Adams: Paramedics arrived at the patient at 10:58:40 p.m. He was located in the rear right passenger seat, was unresponsive, and showed severe facial, head, and musculoskeletal trauma. After firefighters extracted the roof to gain access, he was found pulseless, apneic, and asystolic. His Glasgow Coma Scale (GCS) at 11:11:40 p.m. was documented as 3/15. Paramedic A. Anderson officially pronounced his death at the scene at 11:11 p.m. without any resuscitation efforts.

Robert Rias was located in the front passenger seat, with extensive blunt-force injuries, including severe facial dicing, abdominal contusions, and an open compound fracture to his lower right leg. He was pronounced dead at the scene.

The vehicle's driver and the rear driver-side passenger, Omari Pitts, survived the initial crash impact. Omari Pitts was transported via American Medical Response (AMR) ambulance to Loma Linda University Medical Center (LLUMC) Children's Hospital, arriving at 11:27 p.m. The surgical team performed an exploratory laparotomy due to concerns for internal trauma and organ damage. Following surgery, he was transferred to the pediatric intensive care unit due to severe hypoxia, where his condition rapidly deteriorated. Despite advanced cardiac life support measures, Dr. Sonea Qureshi pronounced Omari Pitts deceased at 7:37 a.m. on Sunday, February 4, 2024.

**Autopsy**
An autopsy was performed on Domonic Adams (also identified as John Doe 27-24), a 14-year-old African American male, coroner case number 702401068 and autopsy number A-0298-24. The autopsy was performed at the San Bernardino County coroner's facility by Scott Luzi, MD, a forensic pathologist, on February 6, 2024 at 10:27 a.m.

General Examination: The body weighed 55.9 kilograms (123 pounds) and measured 154.9 centimeters (61 inches) in length.
Clothing: The following clothing items or personal effects were present with the body at the time of autopsy: a pair of gray socks, multi-colored briefs, white pants, a white shirt, a gray coat, a pair of multi-colored shoes, and a black face mask.
Evidence of Medical Intervention: No medical intervention was present on the body at the time of autopsy.
Radiographs: A complete set of postmortem radiographs was obtained.

Description of Injuries:

I. Multiple blunt force injuries
   A. Head and neck
      1. A 7-cm laceration lateral the right orbit exposed an open fracture of the zygomatic arch.
      2. On the right cheek were three lacerations ranging from 0.5 to 2 cm in greatest dimension.
      3. A 1-cm abrasion was on the left cheek.
      4. A 0.5-cm laceration was below the lower lip.

5. There was a 1.5-cm abrasion on the chin.
6. The oral mucosa had lacerations up to 1 cm in greatest dimension with avulsion of teeth.
7. The maxilla was fractured.
8. There was fracture-dislocation of the atlanto-occipital joint with transection of the spinal cord.

B. Torso
1. A 3 x 0.3-cm abrasion was on the lower right chest.
2. A 5 x 5-cm contusion was on the right lower quadrant of the abdomen.
3. A 5 x 3-cm abrasion was on the sacrum.
4. The right and left pleural cavities contained 250 and 200 mL of blood, respectively.
5. The peritoneum contained 100 ml of blood.
6. The posterior aspects of right ribs four through ten were fractured.
7. The sternum was fractured at the manubrium joint.
8. There was fracture-dislocation between the third and fourth thoracic vertebra with transection of the underlying spinal cord.
9. The right pubic bone was fractured.
10. The right lung was pulpified.
11. The right hemi-diaphragm was ruptured.
12. The descending aorta was transected at the arch.
13. The right renal artery was lacerated.
14. The right lobe of the liver was pulpified.

C. Extremities
1. There were no injuries of the upper extremities.
2. A 1.5 x 0.5-cm abrasion was on the proximal anterior right thigh.
3. A 2-cm laceration was on the anterior-medial left thigh.
4. An 8 x 0.5-cm wedge pattern abrasion was on the anterior left thigh.
5. The left femur was fractured.

The galeal and subgaleal soft tissues of the scalp were unremarkable. The calvarium and base of the skull were unremarkable. The dura mater was intact with no evidence of hemorrhage, venous sinus thrombosis, or tumor. The leptomeninges were thin and transparent overlying clear cerebrospinal fluid. The brain weighed 1,475 grams and showed widened gyri and narrowed sulci. The cerebral hemispheres were symmetric. The cranial nerves were unremarkable. The arterial circulation was intact and showed no plaque or aneurysm formation. Coronal sections demonstrated sharp demarcations between the white and the gray matter, without hemorrhages, degenerative changes, or masses. The ventricles were symmetric and unremarkable. The basal ganglia and thalamus were unremarkable. The cerebellum showed the usual foliated appearance with unremarkable vermis and dentate nuclei. The structures of the brainstem were unremarkable.

Diagnosis:

I. Multiple blunt force injuries

A. Head and neck
1. Open fracture, right zygoma
2. Lacerations, right cheek
3. Laceration, left cheek
4. Laceration, lower lip

5. Abrasion, chin
6. Oral mucosa lacerations
7. Fracture, maxilla
8. Fracture-dislocation, atlanto-occipital joint with transection of spinal cord

B. Torso
1. Abrasion, chest
2. Contusion, abdomen
3. Abrasion, sacrum
4. Bilateral hemothoraces
5. Hemoperitoneum
6. Multiple right rib fractures
7. Fracture, sternum
8. Fracture-dislocation, thoracic spine with transection of underlying spinal cord
9. Fracture, right pubic bone
10. Pulpifaction, right lung
11. Rupture, right hemi-diaphragm
12. Transection, aorta
13. Laceration, right renal artery
14. Pulpifaction, liver

C. Extremities
1. Abrasion, right thigh
2. Laceration, left thigh
3. Patterned abrasion, left thigh
4. Fracture, left femur

II. Other injuries: none

III. Natural disease and preexisting conditions
A. Cerebral edema
B. Mild peripheral atherosclerosis

IV. Toxicology results (femoral blood)
A. Ethanol: none detected
B. No other positive findings of toxicological significance

Cause of Death: Multiple blunt force injuries, immediate
Manner of Death: Accident

## Medico-Legal Questions

**1. Did Domonic Adams experience conscious pain and suffering, and, if so, for how long?**

Medicine is a life science, which is evidence-based. The practice of medicine is guided by established standards and generally accepted principles, which certified physicians must adhere to. The specialties and the categories of physicians who are proficiently trained, specialized, and competent in the accurate determination of the cause, mechanism, and manner of death and the mechanisms of sustenance of lethal trauma are the forensic pathologists, especially for deaths involving all types of traumas and bodily injury. The death of Domonic Adams involved serious bodily injury.

It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. Applying the clinicopathologic method of differential diagnosis, a specific documented pattern of trauma can be evaluated, translated, and applied to the determination of the mechanisms of generation, causation, and sustenance of the specified trauma pattern with a reasonable degree of medical and scientific certainty.

The patterns of injuries generated by motor vehicle crashes, blunt force trauma and acceleration-deceleration forces, and the mechanisms of generation, causation, and sustenance of these patterns of injuries are very well-established in the medical literature and are common knowledge. Based on the prevailing forensic scenario and on the generally accepted principles and common knowledge of medicine and science, and based on the global constellation, configurations, and anatomic conformations of the blunt force trauma sustained by Domonic Adams, the mechanisms of generation, causation, and sustenance of his fatal injuries can be determined with a reasonable degree of medical certainty.

It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. The patterns of traumas/injuries generated by blunt force impacts, acceleration-deceleration forces, and the mechanisms of sustenance of these patterns of traumas/injuries are very well established in the medical literature and have become common knowledge.

### Pathophysiology of Conscious Pain and Suffering

Conscious pain and suffering is initiated by widespread free nerve endings situated in the skin, soft tissues, and organs. Pain can be elicited by multiple types of stimuli classified into three broad categories: mechanical, thermal, and chemical pain stimuli. Nerve endings for pain sensations generate electrical action potentials following contact of any part of the body with an impacting surface and following all types of mechanical tissue damage caused by kinetic energy, acceleration-deceleration forces, and blunt force trauma. The fundamental mechanism of injury sustenance for blunt force trauma is kinetic energy transference, which causes mechanical destruction of tissues. Action potentials are the subcellular physiologic basis for pain and suffering and originate from voltage-gated sodium and potassium electrolyte membrane pumps in the cell membranes of nerve cells, fibers, and synapses.

It takes a few 10,000$^{ths}$ of a second to generate action potentials. Action potentials are transmitted through nerve fibers to the brain. They are transmitted in peripheral nerves in the Aδ and C fibers

for fast and slow pain, respectively, at impulse rates of 5-30 meters per second and 0.5-2 meters per second, respectively. There is therefore a double pain sensation: a fast-sharp pain and a slow pain. The sharp pain apprises the person rapidly of imminent danger and prompts the person to react immediately and remove himself from the painful stimulus or imminent danger. The slow pain becomes greater as time passes, resulting in continued intolerable pain and suffering and prompting the person to continue to try to relieve the cause of the pain and flee from imminent danger.

As a teenage male, Domonic Adams experienced all types of pain within milliseconds of body contact with an unyielding surface or transfer of high acceleration-deceleration shearing forces. One millisecond is one second divided into 1,000 parts. For the slowest nervous mechanisms of pain sensation and consciousness, a child like Domonic Adams experienced pain within 100 milliseconds.

Nerve pathways that transmit pain terminate in the spinal cord. Secondary pathways transmit the pain from the spinal cord to the brainstem and thalamus, especially to the reticular activating system of the brainstem. From the thalamus, tertiary pathways transmit pain to other basal ganglia, limbic cortex, and neocortex of the brain. Pain stimuli are transmitted to the reticular nuclei of the midbrain, pons, and medulla and to the tectal midbrain and the periaqueductal gray matter. These lower regions of the brain, i.e., brainstem, are vital for the experience of the suffering types of pain.

Animals with their brains sectioned above the midbrain, to block any impulse reaching the neocortex and cerebral hemispheres, still experience suffering from pain caused by all types of traumas. Complete removal of the somatosensory regions of the cerebral hemispheres does not preclude an animal's ability to perceive and experience pain and suffering as a primitive reflex.

The spinal reflex and cranial nerve reflex are the foundational basis for the primitive reflex of pain and suffering. The experience of pain and suffering is a primitive reflex like thirst, hunger, and fear. Pain and suffering, as a primitive reflex, is distinct from the cognitive, intellectual, and behavioral aspects and dimensions of pain and suffering which are administered and controlled by the higher centers of the brain and cerebral hemispheres and cortex. As long as the neural axis is in-part or in-whole intact, the human being will experience pain and suffering as a primitive reflex, just like thirst, hunger, and fear. This is buttressed by the fact that patients with high cervical spinal cord injuries and transections and quadriplegia still experience pain and suffering in the body distal to the level of the spinal cord injury. Even with the traumatic absence of any connectivity with the upper central nervous system, the cerebral hemispheres, and brainstem, a patient will continue to experience pain and suffering driven by the spinal reflex. This is, in part, why patients who are quadriplegic experience pain and suffering in their bodies below the levels of the spinal cord injury based upon a variety of established pathophysiological mechanisms.[2-12]

One of the factors we consider in the determination of general and case-specific causation is analogy. Is there another disease or trauma entity that is analogous to the case in question? In this case, an analogy is that of spinal cord injuries and quadriplegia. The quadriplegic patient can still experience pain and suffering below the level of the injury, which may include but are not limited to:[6]

1. Nociceptive pain
   a. Musculoskeletal pain
   b. Visceral pain

   c. Other nociceptive pain
2. Neuropathic pain
   a. At-level spinal cord injury pain
   b. Below-level spinal cord injury pain
3. Other pain
4. Unknown pain

Mechanical pain from tissue damage by blunt force trauma elicit both the fast and slow pain types. Fast pain is felt within milliseconds, while slow pain is felt within about one second. Following mechanical tissue damages and disruptions, biochemical tissue reactants like bradykinin, serotonin, histamine, prostaglandins, leukotrienes, potassium ions, substance P, acetylcholine, acute phase reactants, and proteolytic enzymes are expressed to elicit sustained secondary biochemical pain in addition to the primary fast pain directly caused by mechanical tissue damages. The biochemical pain elicited by these chemical reactants is a slow type of suffering pain. The intensity of pain is closely correlated with the rate of tissue damage from kinetic energy. Therefore, pain and suffering as a primitive reflex are parts of the cascades and outcomes of trauma and parts of the mechanisms of death.

The brain is responsible for and sustains consciousness in human beings. The region of the brain responsible for consciousness is the brainstem. The center in the brainstem, which is responsible for consciousness, is the reticular activating system, which is located deep in the central regions of the brainstem. As long as the reticular activating system remains anatomically and electrochemically intact, an individual like Domonic Adams will remain conscious and will experience pain and experience suffering. All these neural processes occur in $1{,}000^{ths}$ of a second (milliseconds). The human nervous system is one of the most efficient, effective, and optimal operating systems ever known to humankind. After centuries of empirical research, humankind has not been able to fully decipher and reproduce the operating systems of the human brain and nervous system.

Some of the primary mechanisms of death for the types of traumas sustained by Domonic Adams involve diffuse axonal injury and physical tissue damages to the neck and trunk, acute cardiorespiratory arrest, hypoxemia, hypovolemia, systemic hypotension, cerebral hypoperfusion, and eventual global, diffuse, hypoxic-ischemic cerebral injury. The human brain is a postmitotic organ and can only survive on oxygen and glucose, which are supplied by blood that come from the heart, primarily in the internal carotid arteries and the vertebral arteries. While the brain is only about 2-3% of the body weight, it receives approximately 15% of the cardiac output at a rate of 750-900 ml/min of blood. The normal range of perfusion of the brain is about 50 to 65 ml/100 g/min (80-100 ml/100 g/min for the gray matter and 20—25 ml/100 g/min for the white matter, at a rate of oxygen consumption of 3.5 ml/100 g/min). The normal brain tissue partial pressure of oxygen is 35 to 40 mmHg. Brain tissue oxygen levels below 30 mmHg may cause brain tissue injury, and at 20 mmHg, the risk of brain damage becomes exponentially elevated. The threshold for brain infarction is 10-12 ml/100 g/min of blood supply, with neuronal injury and death beginning in 60 to 180 seconds.

Being a postmitotic organ, the human brain does not have any reasonable capacity to regenerate itself. This means that when the human brain suffers any type of irreversible injury, that injury is permanent and cannot be reversed or cured by the brain or by medical therapy. There are so many types of brain injuries. Hypoxic-ischemic brain injury due to hypoperfusion or nonperfusion of the brain is only one type of brain injury. For the human brain to suffer irreversible brain injury, the

natural reserve and resilience of the brain have to be overcome. The established and generally accepted median or mean reference threshold time for irreversible brain damage to occur is three to five minutes in cumulative time. This means that irreversible brain damage can occur in less than three minutes or in more than five minutes, but with a mean or median time of close to three to five minutes.

Pain is a basic, vegetative, and primitive human reflex with a primary objective of alerting the person to remove himself from imminent danger. Given that pain is a primitive reflex, patients who are alive but are suffering from a disorder of consciousness still experience pain and suffering. There is no rigid demarcation between consciousness and unconsciousness. It is a continuum or spectrum of physiological functioning; however, there are broad, varying degrees of disorders of consciousness with broad, varying degrees of pain and suffering physiology and biochemistry.[13-16] We cannot reasonably differentiate or quantitate the degree of pain and suffering; rather, it is a qualitative question of whether a person experiences pain or not. Therefore, pain and suffering are present in all persons with disorders of consciousness and should be adequately treated.[14,17-21] In the noncommunicative, unconscious patient, the most relevant aspects of response to pain are physiologic (i.e., modification in the vital parameters, such as heart rate and respiration) and behavioral (i.e., modification in the facial expression, motor, and visual response).[21-24]

For definitional purposes, loss of consciousness can typically occur with a GCS score between six and eight, but it still depends on the clinical context and which components are impaired as part of normal variation of human indices. Even at a GCS of six, for example, an epidemiological computational and derivative simulative analysis would give probable GCS combinations which will confirm that even at an unconscious GCS of 6/15, a patient like Domonic Adams will experience pain and suffering. In relation to pain, disorders of consciousness is a continuum with a normal variation and without any rigid cut-off distinctions or demarcations. As it is very well known and well-established in the medical sciences, the GCS is not a reliable and reproducible indicator of levels of consciousness. The total GCS for each patient does not accurately reflect level of consciousness based on published diagnostic criteria for disorders of consciousness. A total GCS score may reflect different levels of consciousness in different patients; however, it is a more reliable indicator of the severity of TBI.[23,25]

**Domonic Adams' Conscious Pain and Suffering**

Domonic Adams' conscious pain and suffering sustenance began when the autonomic fright, flight, and fight reflex was instigated by the police encounter and police chase. The locus coeruleus of the brainstem autonomically released large amounts of noradrenalin to the cerebral hemispheres, and this fright, flight, and fight adrenergic response caused high levels of mental pain and suffering. His heart started pumping faster (chronotropic effect) and stronger (ionotropic effect) due to the noradrenergic/adrenergic response. His respiratory rate and general muscle tonicity increased as well due to the noradrenergic/adrenergic response. All these pathophysiologic processes culminated in high levels of conscious mental pain and suffering, accompanied by the somatic and biochemical pain and suffering caused by the somatic and biochemical responses of his body to the mental pain and suffering. Domonic Adams suffered high levels of mental, somatic, and biochemical pain and suffering when the police chase was initiated and when a police vehicle drove in the way of car he was traveling in.

Domonic Adams was fully conscious and aware of his surroundings moments prior to the impact and during the impact. His reticular activating center was completely intact and

functional. His brainstem nuclei, the frontal cortex, prefrontal cortex, basal forebrain, and limbic cortex initiated, within 10,000th of a second, action potentials, which propagated and sustained the primitive pain and suffering reflex. The documentations of the terminal events of February 3, 2024, confirm that Domonic Adams was not suffering from any disease or drug intoxication that would have brought about any form of neurological, cognitive, or mental impairment at the time of the fatal crash that could have precluded conscious pain and suffering.

The primary impact initiated secondary, post-impact movements and propulsions of the car to and onto the surrounding environment, roadway, curb, and cars before it came to rest. The primary impact, the forceful propulsion, and the secondary impacts that occurred before the car completely decelerated and came to rest resulted in the transfer of mechanical and kinetic energy and acceleration-deceleration forces to the body of Domonic Adams which caused multiple blunt force trauma, which resulted in his death.

There were therefore successive and contiguous impacts and transfers of kinetic energy and acceleration-deceleration forces. These impacts and vehicle propulsion took time to occur, and during these impacts, the momentum and forces compelled Domonic Adams' body to impact the interior and cab of the vehicle and sustain multiple blunt force impacts and acceleration-deceleration injuries. The primary and secondary impacts and propulsion transferred blunt forces, acceleration-deceleration forces, and kinetic energy to different regions and parts of Domonic Adams' body to cause blunt force trauma, tissue injuries, serious bodily trauma, and death. Each transfer of forensically significant energy and blunt force impact constituted a stimulus which generated novel action potentials that traveled to the spinal cord and brain to cause novel mental, somatic, and biochemical pain, and suffering. At this time, Domonic Adams' ongoing mental, somatic, and biochemical pain and suffering continued and intensified as the crash progressed and novel pain and suffering were generated.

As the autopsy report has documented, Domonic Adams sustained multiple blunt force injuries of the head and neck, trunk, and extremities. He did not suffer any catastrophic injuries of his brain that could have caused instantaneous loss of consciousness after the crash. In fact, his brain at autopsy was completely intact and showed evidence of congestive brain swelling and diffuse cerebral edema, physiological functions in response to the trauma which could occur only in a surviving patient.

It is pertinent to note that Domonic Adams did not suffer any catastrophic injury of brain like we would have in a major explosive or ordinance event or nuclear explosion whereby the body is splintered into bits and pieces in milliseconds. He suffered serious bodily injuries which were not expected to result in disorders of consciousness at an instance or spot death. His injuries were untreatable; however, patients with such untreatable and catastrophic injuries have known to survive for up to 10 minutes.[26] For patients whose injuries were potentially treatable, the survival time increases to two hours.[26] Even patients with near-contact gunshot wounds of the head, like the famous case of Congresswoman Giffords, do survive such extensive physical destruction of the brain, especially the upper brain.

Moments prior to impact, during the impact, and in the immediate post-impact period, he continued to experience pain and suffering caused by his blunt force traumas and injuries, the biochemical responses to his blunt force injuries. and traumatic shock.

The blunt force and acceleration-deceleration injuries his body suffered, and every biochemical tissue response he endured from the composite injuries, precipitated pathobiochemical, pathoanatomic, and pathophysiological stimuli, which generated action potentials within 10,000th of a second that were transmitted to the spinal cord and to the brain to precipitate cumulative pain and suffering.

The multimodal nature of the injury stimuli resulted in synergistic and cumulative experience of very high levels of pain and suffering. Action potentials from physical stimuli also reach the limbic system to generate mental and psychological aspects of somatic pain and suffering. The primary injuries initiated secondary tissue injuries, systemic and tissue reactive responses, which elicited novel biochemical pain and accentuated the pain and suffering. The pain and suffering he suffered were high-scale and serious because he suffered high-scale and serious bodily injuries, which resulted in traumatic death.

Following his trauma and serious bodily injuries, Domonic Adams began to develop biophysiologic deficits and evolve into the continuum and spectrum of disorders of consciousness. His primary and secondary injuries progressed, more nerve endings in his body, soft tissues, and viscera were recruited, and many more action potentials were elicited, causing increasingly higher levels of pain and suffering as his traumatic shock progressed into death. In response to this craniocerebral and spinal trauma, he went into an immediate state of spinal and neurogenic shock, which rendered him motor unresponsive.

As Domonic Adams' traumatic shock progressed, many more types of ions, peptides, proteins, and enzymes were expressed and activated, which enhanced his biochemical pain and suffering, which synergized with his preexisting pain and suffering to cause higher and progressive pain and suffering. He progressed into deeper levels of traumatic shock and disorders of consciousness. He passed through the broad continuum and spectrum of consciousness until death at the scene.

It is vital to note that the documented trauma patterns in Domonic Adams' body do not show any catastrophic injury to the brain that would have resulted in instantaneous loss of consciousness and death.

Death is a physiological process which takes time to occur and rarely occurs instantaneously. Instantaneous loss of consciousness and death would occur in instances of a nuclear annihilation or a massive bomb that splinters the entire body into bits and pieces at the instance of explosion. The distinctive anatomy of his injuries enabled him to continue to experience increasingly higher levels of pain and suffering.

Full alertness and consciousness is a GCS of 15/15, and loss of consciousness may be a GCS of 7-8/15 or less. A drop of GCS from 15/15/ to 7-8/15 does not happen at an instant following all forms of noncatastrophic injuries. Pathophysiological processes are involved, and these processes take time to occur.

Domonic Adams' loss of consciousness was progressive, without any distinctive juncture, until he went into a deep coma and died. According to medical definitions and criteria, his body continued to experience debilitating pain and suffering although he was in coma. The human body continues to experience debilitating, trauma-induced, and physiologic biochemical pain and suffering until

there is a complete cessation of all bodily functions and death. Human beings who are in a coma do experience biochemical bodily pain and suffering.

The unconscious patient remains in a state of high human suffering especially due to biochemical pain and suffering because of the ongoing biochemical and molecular responses and systems in her body, especially in response to traumatic shock. In fact, one of the clinical tests for the evaluation of the depth or severity of unconsciousness is to intentionally inflict somatic pain to an extremity of the unconscious patient and observe the patient to see if he withdraws his extremity from the source of pain, moans, or grimaces until there is complete loss of motor functioning to respond. Again, this is one of the medical reasons why the majority of unconscious patients in the intensive care unit of hospitals are on strong pain medications and narcotic analgesics like morphine and fentanyl although they are in a coma. This is also why the lowest score for the Glasgow Coma Scale is 3/15 and not 0/15, and also, in part, why analgesics and narcotic analgesics are given to patients who are under anesthesia and are components of drug panels used for anesthesia.

Although loss of consciousness and death are frequently immediate, they are rarely instantaneous since loss of consciousness and death are processes that involve cascades of pathophysiologic events. The adjective "immediate," within a forensic context and within the prevailing forensic scenario in this case, should be interpreted as loss of consciousness and death occurring as a result of blunt force trauma without the intervention of another novel or independent object, cause, or factor. It should not be forensically construed as instantaneous.

The police encounter and car chase which resulted in the death of Domonic Adams began moments prior to 10:44 p.m. on February 3, 2024. The crash occurred at about 10:45 p.m. Paramedics arrived at the scene and patient at 10:52 p.m. and 10:58 p.m., respectively. At this time Domonic Adams was unresponsive. His GCS was objectively accessed and documented at 11:11 p.m. to be 3/15.

Based on this case-specific time schedule,[4] we can apply the general causation, epidemiological, and generally accepted principles of medicine and science to reasonably deduce, derive, and determine the duration of pain and suffering based on the central limit theorem. Domonic Adams experienced conscious mental, somatic, and biochemical pain and suffering for a mean, mode, and median time of less than three to five minutes (+/- two standard deviations), beginning when police officers first encountered them and initiated a police chase and ending after the impact and crash.[5,6] He experienced pre-death pain and suffering for a mean, mode,

[4] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

[5] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

[6] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical

and median time of less than twenty-seven minutes (+/- two standard deviations), beginning when police officers first encountered them and initiated a police chase at 10:44 p.m. and ending when he was pronounced dead at 11:11 p.m.[7,8]

I have provided my opinions and conclusions with a reasonable degree of medical and scientific certainty.

I reserve the right to amend, supplement, revise and/or modify my opinions and report, up and to the time of trial, should additional information become available

Thank you.

Very truly yours,

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Clinical Pathologist, Anatomic Pathologist, Forensic Pathologist, Neuropathologist, Epidemiologist
President and Medical Director, Bennet Omalu Pathology

Endnote Citations

1. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. May 1965;58(5):295–300.
2. Burke DC. Pain in paraplegia. Paraplegia. Feb 1973;10(4):297–313. doi:10.1038/sc.1973.54
3. de Oliveira RC, de Freitas LB, Gomes RR, Cliquet A. Orthopedic Related Comorbidities in Spinal Cord-Injured Individuals. Acta Ortop Bras. Jul–Aug 2020;28(4):199–203. doi:10.1590/1413-785220202804224403

professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

7 Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

8 Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

4. Cragg JJ, Haefeli J, Jutzeler CR, et al. Effects of Pain and Pain Management on Motor Recovery of Spinal Cord-Injured Patients: A Longitudinal Study. Neurorehabil Neural Repair. Sep 2016;30(8):753–61. doi:10.1177/1545968315624777
5. D'Angelo R, Morreale A, Donadio V, et al. Neuropathic pain following spinal cord injury: what we know about mechanisms, assessment and management. Eur Rev Med Pharmacol Sci. Dec 2013;17(23):3257–61.
6. Finnerup NB, Baastrup C. Spinal cord injury pain: mechanisms and management. Curr Pain Headache Rep. Jun 2012;16(3):207–16. doi:10.1007/s11916-012-0259-x
7. Hagen EM. Acute complications of spinal cord injuries. World J Orthop. Jan 18 2015;6(1):17–23. doi:10.5312/wjo.v6.i1.17
8. Masri R, Keller A. Chronic pain following spinal cord injury. Adv Exp Med Biol. 2012;760:74–88. doi:10.1007/978-1-4614-4090-1_5
9. Yasko JR, Mains RE. Chronic pain following spinal cord injury: Current approaches to cellular and molecular mechanisms. Trends Cell Mol Biol. 2018;13:67–84.
10. Rosner J, Negraeff M, Belanger LM, et al. Characterization of Hyperacute Neuropathic Pain after Spinal Cord Injury: A Prospective Study. J Pain. Jan 2022;23(1):89–97. doi:10.1016/j.jpain.2021.06.013
11. Vierck C. Mechanisms of Below-Level Pain Following Spinal Cord Injury (SCI). J Pain. Mar–Apr 2020;21(3-4):262–280. doi:10.1016/j.jpain.2019.08.007
12. Waring WP, Maynard FM. Shoulder pain in acute traumatic quadriplegia. Paraplegia. Jan 1991;29(1):37–42. doi:10.1038/sc.1991.5
13. Zasler ND, Formisano R, Aloisi M. Pain in Persons with Disorders of Consciousness. Brain Sci. Feb 23 2022;12(3)doi:10.3390/brainsci12030300
14. Chatelle C, Thibaut A, Whyte J, De Val MD, Laureys S, Schnakers C. Pain issues in disorders of consciousness. Brain Inj. 2014;28(9):1202–8. doi:10.3109/02699052.2014.920518
15. Di Perri C, Thibaut A, Heine L, Soddu A, Demertzi A, Laureys S. Measuring consciousness in coma and related states. World J Radiol. Aug 28 2014;6(8):589–97. doi:10.4329/wjr.v6.i8.589
16. Calabro RS, Pignolo L, Muller-Eising C, Naro A. Pain Perception in Disorder of Consciousness: A Scoping Review on Current Knowledge, Clinical Applications, and Future Perspective. Brain Sci. May 20 2021;11(5)doi:10.3390/brainsci11050665
17. Schnakers C, Zasler ND. Pain assessment and management in disorders of consciousness. Curr Opin Neurol. Dec 2007;20(6):620–6. doi:10.1097/WCO.0b013e3282f169d9
18. Schnakers C, Chatelle C, Demertzi A, Majerus S, Laureys S. What about pain in disorders of consciousness? AAPS J. Sep 2012;14(3):437–44. doi:10.1208/s12248-012-9346-5
19. Pistoia F, Sacco S, Stewart J, Sara M, Carolei A. Disorders of Consciousness: Painless or Painful Conditions?-Evidence from Neuroimaging Studies. Brain Sci. Oct 8 2016;6(4)doi:10.3390/brainsci6040047
20. Fins JJ, Shapiro ZE. Pain Management, Disorders of Consciousness, and Tort Law: An Emergency Tort to Fix a Longstanding Injustice. Indiana Law Journal. 2023;98(3)(1):693–720.
21. Alvarez G, Suskauer S, Slomine B. Clinical Features of Disorders of Consciousness in Young Children. Archives of Physical Medicine and Rehabilitation. 04/01 2019;100doi:10.1016/j.apmr.2018.12.022
22. Riganello F, Soddu A, Tonin P. Addressing Pain for a Proper Rehabilitation Process in Patients With Severe Disorders of Consciousness. Front Pharmacol. 2021;12:628980. doi:10.3389/fphar.2021.628980
23. Bodien YG, Allanson J, Cardone P, et al. Cognitive Motor Dissociation in Disorders of Consciousness. N Engl J Med. Aug 15 2024;391(7):598–608. doi:10.1056/NEJMoa2400645
24. Naro A, Bramanti P, Bramanti A, Calabro RS. Assessing pain in patients with chronic disorders of consciousness: Are we heading in the right direction? Conscious Cogn. Oct 2017;55:148–155. doi:10.1016/j.concog.2017.08.009
25. Bodien YG, Barra A, Temkin NR, et al. Diagnosing Level of Consciousness: The Limits of the Glasgow Coma Scale Total Score. J Neurotrauma. Dec 2021;38(23):3295–3305. doi:10.1089/neu.2021.0199
26. Kraus J, Conroy C, Cox P, Ramstein K, Fife D. Survival times and case fatality rates of brain-injured persons. J Neurosurg. Oct 1985;63(4):537–43. doi:10.3171/jns.1985.63.4.0537

Bennet Omalu
PATHOLOGY

Phone: 279-345-1300
Fax: 866-402-6875
bennetomalu@bennetomalu.com

Autopsy and Anatomic Pathology
Clinical Pathology and Toxicology
Forensic Pathology

Neuropathology
Epidemiology
Medico-Legal Consultations

Dale Galipo, Esq
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

August 9, 2026

Dear Mr. Galipo,

**Re: Omari Malik Pitts, Deceased**
**Medico-Legal Report**

**Summary of Education, Training, and Experience**
I completed medical school in 1990 at the University of Nigeria, Enugu, Nigeria. Upon graduating from medical school, I completed a one-year clinical housemanship at the University of Nigeria Teaching Hospital in the fields of Pediatrics, Internal Medicine, General Surgery, Obstetrics, and Gynecology. After housemanship, I worked as an emergency room physician at a university hospital in Nigeria for approximately three years. I sat for and passed my United States Medical Licensing Examinations (USMLE) while I worked as an emergency room physician. I came to the United States in 1994 through a World Health Organization scholarship to become a visiting research scholar for eight months at the Department of Epidemiology, Graduate School of Public Health, University of Washington, Seattle, Washington.

In 1995, I proceeded to the College of Physicians and Surgeons of Columbia University, New York, at Harlem Hospital Center, to complete residency training in Anatomic Pathology and Clinical Pathology. In 1999, I proceeded to the University of Pittsburgh in Pittsburgh, Pennsylvania, to complete fellowship training in Forensic Pathology and Neuropathology. I hold four board certifications in Anatomic Pathology, Clinical Pathology, Forensic Pathology and Neuropathology. I also hold a Masters in Public Health (MPH) in Epidemiology from the Graduate School of Public Health at the University of Pittsburgh in Pittsburgh, Pennsylvania. I also hold a Masters in Business Administration (MBA) degree from the Tepper School of Business at Carnegie Mellon University in Pittsburgh, Pennsylvania, one of the leading business schools in the world. I am a Certified Physician Executive and an Honorary Fellow of the American Association of Physician Leadership (AAPL). I also hold a fifth board certification in Medical Management from the AAPL. I am currently licensed to practice Medicine and Surgery in the State of California.

I am currently the President and Medical Director of Bennet Omalu Pathology (BOP), a California medico-legal consulting firm, and a Clinical Professor at the Department of Medical Pathology and Laboratory Medicine, University of California, Davis. In my capacity as the

Medical Director of BOP, I am a consulting Forensic Pathologist and Neuropathologist to many hospitals in central California and to several counties in northern California. There are less than a few dozen practicing Forensic Pathologists-Neuropathologists in the United States who are board-certified in both Forensic Pathology and Neuropathology.

For over 25 years, I have been involved in over 15,000 death and injury investigations in my career as a Forensic Pathologist and Neuropathologist, which began in 1999. I have personally conducted and performed over 13,000 autopsies and death investigations and examined over 15,000 brain tissue specimens. I also perform trauma pattern analysis in both living patients and deceased patients to determine causes and mechanisms of sustenance of injuries and death. I am also involved in the evaluation of living victims of all types of injuries and trauma, including, but not limited to, victims of assault, traumatic falls, industrial and accidental injuries, medical complications and misadventures, rape, child abuse, and sports-related injuries.

I have performed autopsies and examined the medical records, occupational histories, exposure histories, autopsy tissues, and biopsy tissues of hundreds of living and deceased patients who had been occupationally exposed to asbestos, solvents, and other types of toxic agents. I have performed differential diagnosis, made disease diagnosis, and determined medical causation of diseases involving all types of occupational exposures, including asbestos-related diseases and malignancies like malignant mesothelioma.

I have been consulted and retained as an expert witness in 2,000-3,000 cases involving all types of medico-legal cases across all jurisdictions in the United States, including federal, state, county, and municipal courts and arbitration panels, in both civil and criminal cases, for the plaintiff, defense, district attorneys, and public defenders. I have been involved as an expert witness in complex class action and industrial lawsuits involving thousands of individuals and major corporations.

My areas of interest and focus include brain pathophysiology, brain injuries, and brain trauma, in both living and deceased patients. I identified Chronic Traumatic Encephalopathy (CTE) in a retired football player when I performed an autopsy and examined the brain of Mike Webster in 2002. Subsequently, I identified CTE in other high-impact, high-contact sports athletes and in military veterans suffering from Post-Traumatic Stress Disorder (PTSD). Since 2002, CTE has received international attention from the sports industry, sports medicine, and neuroscience. My work has been featured extensively in all media platforms across the world. My work and life were featured in a major Hollywood film, *Concussion*, released in December 2015 by Sony Motion Pictures, in which the renowned actor, Will Smith, played me as Dr. Omalu. Several New York Times best-selling books have also been published on my life and work, including *The League of Denial* and *Concussion*. I have published several books including my memoir, *Truth Doesn't Have a Side*, which was published in August 2017. My latest book, *Brain Damage in Contact Sports,* was published in February 2018. I have published extensively in the medical and scientific literature, authoring many scientific papers and book chapters.

I have received three honorary PhD degrees from two universities in the United States and from the Royal College of Surgeons of Ireland in recognition of my work and expertise. I have also received numerous awards from across the world in recognition of my work and expertise in both living and deceased patients. I have received the "Distinguished Service Award" from the American Medical Association (AMA), which is the most prestigious award of the AMA. I have

been honored by the United States Congress, and I have appeared on multiple occasions before committees of the United States Congress and committees of State Legislatures across the Unites States, advising them on matters relating to trauma. In 2019 and 2020, I was appointed to the Traumatic Brain Injury Board of the State of California to advise the state on matters relating to traumatic brain injuries.

Since 1999, I have testified as an expert witness in matters relating to all types of injuries and deaths in over 800 court proceedings across the United States. I have attached a copy of my curriculum vitae, which enumerates my body of work and experience in greater detail. The cases I have testified in, beginning in 2009, are enumerated at the end of my curriculum vitae.

Pursuant upon your request, I have reviewed the following materials sent to me on the case of Omari Malik Pitts, deceased:

1. State of California Vehicle Code, Sections 22108, 22107, 22100, 21807, 21804, 21801, 21800, 21056, and 21055
2. Fontana Police Department, confidential incident reports
3. Letter from City of Fontana Police Department dated April 17, 2024
4. Orange County Regional Computer Forensic Laboratory (unclassified)
5. Department of California Highway Patrol – Fatality Analysis Reporting System Unit Request
6. Letter from City of Fontana Police Department to Alejandro Monguia dated April 8, 2024
7. Calls with case number: DR240001556
8. San Bernardino County – Department of Risk Management letter to Fontana Police Department dated May 31, 2024
9. Fontana Police Department Request for Copy of a Police Report
10. Letter from Adamson Ahdoot Injury Attorneys to Fontana Police Department, Re: Request for Traffic Collision Report/Police Report dated February 27, 2024
11. Detailed History for Police Event #240202116 As of 3/26/2024 16:42:53
12. Detailed History for Police Event #240202033 As of 3/26/2024 16:42:45
13. Detailed History for Police Event #240201288 As of 3/26/2024 12:42:18
14. Saturday, February 03, 2024 – Watch Commander
15. State of California, Department of California Highway Patrol, Allied Agency Pursuit Report
16. Messages From Terminal/Unit: CLETS Operator: CLETS
17. San Bernardino County Sheriff's Department, Major Accident Investigation Team – Accident Investigation Report
18. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Domonic Odell Adams, Jr.
19. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Domonic Odell Adams, Jr.
20. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Omari Malik Pitts
21. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Omari Malik Pitts
22. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Robert Andrew Rias
23. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Robert Andrew Rias
24. Surveillance and body-worn camera videos
25. Fontana Police Department – Individual Training Activity
26. Fontana Police – SB 719 Pursuit Policy Training Attestations

27. California Commission on POST – Certification Status
28. Scene photos
29. Audio recordings (radio transmissions and 911 calls)
30. Fontana Police Department, Fontana PD Police Manuals on Vehicle Pursuits, Use of Force, and Officer Response to Calls
31. Fontana Police Vehicle Pursuit Training
32. San Bernardino County Fire Department – Complete ePCR w/attachments (timeline)

The medical records from the Loma Linda University Medical Center, where Omari Pitts was emergently transported to and where he later died, have not been received and reviewed at the time of completion of this report. They have been requested and will be reviewed when received and summarized; the conclusions and opinions may be amended accordingly, if necessary.

In order to perform and apply a valid differential diagnosis method on this case, including, but not limited to, causation criteria[1][1] analysis, central limit theorem analysis, and clinicopathologic correlation analysis, I had to review, document, and analyze the materials sent to me in considerable depth and detail. Such differential diagnosis and review would form the foundation for my case-specific and general causation opinions in this case.

**Brief Summary of Prevailing Forensic Scenario[2,3]**
At the time of their deaths during a high-speed police pursuit on February 3, 2024, 15-year-old Robert Andrew Rias (Robert Rias) and 14-year-old Domonic Odell Adams, Jr. (Domonic Adams) were occupants in a vehicle driven by Bonilla. Their vehicle struck a Fontana Police Department patrol vehicle that drove across their path on the roadway. Robert Rias and Domonic Adams were pronounced dead at the scene. The third passenger, 15-year-old Omari Malik Pitts (Omari Pitts), survived the initial impact but succumbed to his injuries the following day, February 4, 2024, at Loma Linda University Children's Hospital Pediatric Intensive Care Unit. Autopsies which were performed on the three decedents determined the causes of death for all three teenagers as multiple blunt force trauma. The manners of death were determined to be an accident.

**San Bernardino County Sheriff - Coroner Division**
It was reported that the three teenagers, along with a fourth youth (Bonilla) who was driving, were travelling together in a white Nissan Sentra. Shortly before 10:44 p.m. on February 3, 2024, officers from the Fontana Police Department (FPD) attempted to initiate a traffic stop of the Nissan Sentra. Allegedly, the vehicle did not stop, and the officers initiated a police pursuit, which was broadcast at 10:44 p.m. The driver of the Nissan Sentra drove at high speeds heading westbound and lost control when an FPD patrol vehicle drove in front of the car. It entered a lateral spin and crashed heavily into the front of the FPD patrol vehicle at 10:45 p.m. near Valley Boulevard and Cypress Avenue in Fontana. The force of the impact forced the Nissan Sentra to come to rest with its rear curb-bound between a gray Toyota Corolla and a black Chevrolet

---

[1] Hill, AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965 May;58(5):295-300. PMID: 14283879; PMCID: PMC1898525. [These are causation criteria that long existed prior to Sir Hill for the purposes of differentia diagnosis. However, he summarized them in a speech that he gave in 1965. Since then, these criteria applied in the method of differential diagnosis became known as the Bradford Hill criteria. However, they existed and were in use prior to Sir Hill's speech].
[2] This section of the report should not be used to establish the facts in this case and is not intended to be used to establish the facts in this case.
[3] They was a video clip that was submitted with the materials on this case, which was reviewed, and in part documented the prevailing terminal forensic scenario in this case.

Silverado, completely detaching the Nissan's roof and scattering debris across all lanes. No alcohol, tobacco, or illicit drugs were found inside the vehicle.

**Emergency Response**
The San Bernardino County Fire Department was dispatched at 10:45 p.m., with engine unit ME 77 arriving at the scene at 10:52 p.m. Emergency responders found two unrestrained passengers deceased inside the vehicle:

Domonic Adams: Paramedics arrived at the patient at 10:58:40 p.m. He was located in the rear right passenger seat, was unresponsive, and showed severe facial, head, and musculoskeletal trauma. After firefighters extracted the roof to gain access, he was found pulseless, apneic, and asystolic. His Glasgow Coma Scale (GCS) at 11:11:40 p.m. was documented as 3/15. Paramedic A. Anderson officially pronounced his death at the scene at 11:11 p.m. without any resuscitation efforts.

Robert Rias was located in the front passenger seat, with extensive blunt-force injuries, including severe facial dicing, abdominal contusions, and an open compound fracture to his lower right leg. His Glasgow Coma Scale (GCS) at 11:02 p.m. was documented as 3/15. He was pronounced dead at the scene at 11:11 p.m.

The vehicle's driver and the rear driver-side passenger, Omari Pitts, survived the initial crash impact. PSAP was called at 10:45:43 p.m., and paramedics were dispatched at 10:46:54 p.m. They arrived at the scene and by the patient at 10:54:18 p.m. and 10:58 p.m., respectively. Mr. Pitts exhibited altered mental status and was unresponsive. He was found partially ejected out of the back window of the car and exhibited agonal respirations. He had improvement in his respiratory effort with manual opening of the airway and administration of oxygen. His GAG reflex was intact.

At 10:58:34 p.m., his blood pressure was 168/102, pulse was 140. At 11:26:03 p.m., his blood pressure was 140/99, and his pulse was 160. He had sinus tachycardia all through this time. His GCS at 10:58:34 p.m. was 3/15, and at 11:26:03 p.m. it was 5/15, with flexion to pain.

Omari Pitts was transported via American Medical Response (AMR) ambulance to Loma Linda University Medical Center (LLUMC) Children's Hospital, arriving at 11:27 p.m. His GCS upon arrival at the hospital was 5/15. The surgical team performed an exploratory laparotomy due to concerns for internal trauma and organ damage. Following surgery, he was transferred to the pediatric intensive care unit due to severe hypoxia, where his condition rapidly deteriorated. Despite advanced cardiac life support measures, Dr. Sonea Qureshi pronounced Omari Pitts deceased at 7:35 a.m. on Sunday, February 4, 2024.

**Autopsy**
An autopsy was performed on Omari Pitts, coroner case number 702401073, autopsy number A-0301-24, on February 6, 2024, at the San Bernardino County coroner facility by Scott Luzi, MD, a forensic pathologist, beginning at 11:47 p.m.

General Examination: The body weighed 54.5 kilograms (120 pounds) and measured 177.8 centimeters (70 inches) in length.
Clothing: No clothing items or personal effects were present on the body at the time of autopsy.

Evidence of Medical Intervention: Medical intervention present on the body at the time of autopsy included: closed incision of the scalp with ostomy site of the right parietal skull, closed incision of the right chest, closed midline laparotomy incision, and external fixation of the left femur.
Tattoos: A tattoo was on the right forearm ("Tatanesha").
Radiographs: A complete set of postmortem radiographs was obtained.

Description of injuries:

I. Multiple blunt force injuries
   A. Head and neck
      1. There were no external injuries to the head and neck.
      2. A 9 x 9-cm subgaleal hemorrhage covered the right parietal scalp.
      3. Approximately 75 ml of subdural hemorrhage covered the cerebral hemispheres.
   B. Torso
      1. There were no external injuries of the torso.
      2. The right pleural cavity contained 500 ml of blood.
      3. The posterior aspect of the right ninth rib was fractured.
      4. The lower lobe of the right lung had a 9-cm laceration.
      5. The celiac trunk was lacerated at the aorta.
   C. Extremities
      1. There were no external injuries of the extremities.
      2. The left femur was fractured.

The calvarium and base of the skull were unremarkable. The brain weighed 1,300 grams and showed widened gyri and narrowed sulci. The cerebral hemispheres were symmetric. The cranial nerves were unremarkable. The arterial circulation was intact and showed no plaque or aneurysm formation. Coronal sections demonstrated sharp demarcation between white and gray matter, without hemorrhages, degenerative changes, or masses. The ventricles were symmetric and unremarkable. The basal ganglia and thalamus were unremarkable. The cerebellum showed the usual foliated appearance with unremarkable vermis and dentate nuclei. The structures of the brainstem were unremarkable. The atlanto-occipital joint was stable.

Diagnosis:

I. Multiple blunt force injuries
   A. Subgaleal hemorrhage
   B. Subdural hemorrhage
   C. Right hemothorax
   D. Laceration, right lung
   E. Laceration, celiac trunk
   F. Fracture, left femur

II. Other injuries: none

III. Natural disease and preexisting conditions
   A. Cerebral edema
   B. Pulmonary congestion and edema
   C. Cardiomegaly with left ventricular hypertrophy
   D. Mild peripheral atherosclerosis

IV. Toxicology results (blood)
   A. Ethanol: none detected
   B. Delta-9 THC: 0.52 ng/mL
   C. Fentanyl: 1.9 ng/mL
   D. Norfentanyl: 0.7 ng/mL

Cause of Death: Multiple blunt force injuries
Manner of Death: Accident

**Medico-Legal Questions**

**1. Did Omari Pitts experience conscious pain and suffering, and, if so, for how long?**

Medicine is a life science, which is evidence-based. The practice of medicine is guided by established standards and generally accepted principles, which certified physicians must adhere to. The specialties and the categories of physicians who are proficiently trained, specialized, and competent in the accurate determination of the cause, mechanism, and manner of death and the mechanisms of sustenance of lethal trauma are the forensic pathologists, especially for deaths involving all types of trauma and bodily injury. The death of Omari Pitts involved serious bodily injury.

It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. Applying the clinicopathologic method of differential diagnosis, a specific documented pattern of trauma can be evaluated, translated, and applied to the determination of the mechanisms of generation, causation, and sustenance of the specified trauma pattern with a reasonable degree of medical and scientific certainty.

The patterns of injuries generated by motor vehicle crashes, blunt force trauma and acceleration-deceleration forces, and the mechanisms of generation, causation, and sustenance of these patterns of injuries are very well-established in the medical literature and are common knowledge. Based on the prevailing forensic scenario and on the generally accepted principles and common knowledge of medicine and science, and based on the global constellation, configurations, and anatomic conformations of the blunt force trauma sustained by Omari Pitts, the mechanisms of generation, causation, and sustenance of his fatal injuries can be determined with a reasonable degree of medical certainty.

It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. The patterns of traumas/injuries generated by blunt force impacts, acceleration-deceleration forces, and the mechanisms of sustenance of these patterns of traumas/injuries are very well established in the medical literature and have become common knowledge.

**Pathophysiology of Conscious Pain and Suffering**
Conscious pain and suffering is initiated by widespread free nerve endings situated in the skin, soft tissues, and organs. Pain can be elicited by multiple types of stimuli classified into three broad categories: mechanical, thermal, and chemical pain stimuli. Nerve endings for pain sensations

generate electrical action potentials following contact of any part of the body with an impacting surface and following all types of mechanical tissue damage caused by kinetic energy, acceleration-deceleration forces, and blunt force trauma. The fundamental mechanism of injury sustenance for blunt force trauma is kinetic energy transference, which causes mechanical destruction of tissues. Action potentials are the subcellular physiologic basis for pain and suffering and originate from voltage-gated sodium and potassium electrolyte membrane pumps in the cell membranes of nerve cells, fibers, and synapses.

It takes a few 10,000$^{ths}$ of a second to generate action potentials. Action potentials are transmitted through nerve fibers to the brain. They are transmitted in peripheral nerves in the Aδ and C fibers for fast and slow pain, respectively, at impulse rates of 5-30 meters per second and 0.5-2 meters per second, respectively. There is therefore a double pain sensation: a fast-sharp pain and a slow pain. The sharp pain apprises the person rapidly of imminent danger and prompts the person to react immediately and remove himself from the painful stimulus or imminent danger. The slow pain becomes greater as time passes, resulting in continued intolerable pain and suffering and prompting the person to continue to try to relieve the cause of the pain and flee from imminent danger.

As a teenage male, Omari Pitts experienced all types of pain within milliseconds of body contact with an unyielding surface or transfer of high acceleration-deceleration shearing forces. One millisecond is one second divided into 1,000 parts. For the slowest nervous mechanisms of pain sensation and consciousness, a child like Omari Pitts experienced pain within 100 milliseconds.

Nerve pathways that transmit pain terminate in the spinal cord. Secondary pathways transmit the pain from the spinal cord to the brainstem and thalamus, especially to the reticular activating system of the brainstem. From the thalamus, tertiary pathways transmit pain to other basal ganglia, limbic cortex, and neocortex of the brain. Pain stimuli are transmitted to the reticular nuclei of the midbrain, pons, and medulla and to the tectal midbrain and the periaqueductal gray matter. These lower regions of the brain, i.e., brainstem, are vital for the experience of the suffering types of pain.

Animals with their brains sectioned above the midbrain, to block any impulse reaching the neocortex and cerebral hemispheres, still experience suffering from pain caused by all types of traumas. Complete removal of the somatosensory regions of the cerebral hemispheres does not preclude an animal's ability to perceive and experience pain and suffering as a primitive reflex.

The spinal reflex and cranial nerve reflex are the foundational basis for the primitive reflex of pain and suffering. The experience of pain and suffering is a primitive reflex like thirst, hunger, and fear. Pain and suffering, as a primitive reflex, is distinct from the cognitive, intellectual, and behavioral aspects and dimensions of pain and suffering which are administered and controlled by the higher centers of the brain and cerebral hemispheres and cortex. As long as the neural axis is in-part or in-whole intact, the human being will experience pain and suffering as a primitive reflex, just like thirst, hunger, and fear. This is buttressed by the fact that patients with high cervical spinal cord injuries and transections and quadriplegia still experience pain and suffering in the body distal to the level of the spinal cord injury. Even with the traumatic absence of any connectivity with the upper central nervous system, the cerebral hemispheres, and brainstem, a patient will continue to experience pain and suffering driven by the spinal reflex. This is, in part, why patients who are quadriplegic experience pain and suffering in their bodies below the levels of the spinal cord injury based upon a variety of established pathophysiological mechanisms.[2-12]

One of the factors we consider in the determination of general and case-specific causation is analogy. Is there another disease or trauma entity that is analogous to the case in question? In this case, an analogy is that of spinal cord injuries and quadriplegia. The quadriplegic patient can still experience pain and suffering below the level of the injury, which may include but are not limited to[6]:

1. Nociceptive pain
    a. Musculoskeletal pain
    b. Visceral pain
    c. Other nociceptive pain
2. Neuropathic pain
    a. At-level spinal cord injury pain
    b. Below-level spinal cord injury pain
3. Other pain
4. Unknown pain

Mechanical pain from tissue damage by blunt force trauma elicit both the fast and slow pain types. Fast pain is felt within milliseconds, while slow pain is felt within about one second. Following mechanical tissue damages and disruptions, biochemical tissue reactants like bradykinin, serotonin, histamine, prostaglandins, leukotrienes, potassium ions, substance P, acetylcholine, acute phase reactants, and proteolytic enzymes are expressed to elicit sustained secondary biochemical pain in addition to the primary fast pain directly caused by mechanical tissue damages. The biochemical pain elicited by these chemical reactants is a slow type of suffering pain. The intensity of pain is closely correlated with the rate of tissue damage from kinetic energy. Therefore, pain and suffering as a primitive reflex are parts of the cascades and outcomes of trauma and parts of the mechanisms of death.

The brain is responsible for and sustains consciousness in human beings. The region of the brain responsible for consciousness is the brainstem. The center in the brainstem, which is responsible for consciousness, is the reticular activating system, which is located deep in the central regions of the brainstem. As long as the reticular activating system remains anatomically and electrochemically intact, an individual like Omari Pitts will remain conscious and will experience pain and experience suffering. All these neural processes occur in 1,000$^{ths}$ of a second (milliseconds). The human nervous system is one of the most efficient, effective, and optimal operating systems ever known to humankind. After centuries of empirical research, humankind has not been able to fully decipher and reproduce the operating systems of the human brain and nervous system.

Some of the primary mechanisms of death for the types of trauma sustained by Omari Pitts involve diffuse axonal injury and physical tissue damages to the head, neck, and trunk, acute cardiorespiratory arrest, hypoxemia, hypovolemia, systemic hypotension, cerebral hypoperfusion, and eventual global, diffuse, hypoxic-ischemic cerebral injury. The human brain is a postmitotic organ and can only survive on oxygen and glucose, which are supplied by blood that come from the heart, primarily in the internal carotid arteries and the vertebral arteries. While the brain is only about 2-3% of the body weight, it receives approximately 15% of the cardiac output at a rate of 750-900 ml/min of blood. The normal range of perfusion of the brain is about 50 to 65 ml/100 g/min (80-100 ml/100 g/min for the gray matter and 20—25 ml/100 g/min for the white matter, at a rate of oxygen consumption of 3.5 ml/100 g/min). The normal brain tissue partial pressure of oxygen is 35 to 40 mmHg. Brain tissue oxygen levels below 30 mmHg may cause brain tissue

injury, and at 20 mmHg, the risk of brain damage becomes exponentially elevated. The threshold for brain infarction is 10-12 ml/100 g/min of blood supply, with neuronal injury and death beginning in 60 to 180 seconds.

Being a postmitotic organ, the human brain does not have any reasonable capacity to regenerate itself. This means that when the human brain suffers any type of irreversible injury, that injury is permanent and cannot be reversed or cured by the brain or by medical therapy. There are many types of brain injuries. Hypoxic-ischemic brain injury due to hypoperfusion or nonperfusion of the brain is only one type of brain injury. For the human brain to suffer irreversible brain injury, the natural reserve and resilience of the brain have to be overcome. The established and generally accepted median or mean reference threshold time for irreversible brain damage to occur is three to five minutes in cumulative time. This means that irreversible brain damage can occur in less than three minutes or in more than five minutes, but with a mean or median time of close to three to five minutes.

Pain is a basic, vegetative, and primitive human reflex with a primary objective of alerting the person to remove himself from imminent danger. Given that pain is a primitive reflex, patients who are alive but are suffering from a disorder of consciousness still experience pain and suffering. There is no rigid demarcation between consciousness and unconsciousness. It is a continuum or spectrum of physiological functioning; however, there are broad, varying degrees of disorders of consciousness with broad, varying degrees of pain and suffering physiology and biochemistry.[13-16] We cannot reasonably differentiate or quantitate the degree of pain and suffering; rather, it is a qualitative question of whether a person experiences pain or not. Therefore, pain and suffering are present in all persons with disorders of consciousness and should be adequately treated.[14,17-21] In the noncommunicative, unconscious patient, the most relevant aspects of response to pain are physiologic (i.e., modification in the vital parameters, such as heart rate and respiration) and behavioral (i.e., modification in the facial expression, motor, and visual response).[21-24]

For definitional purposes, loss of consciousness can typically occur with a GCS score between six and eight, but it still depends on the clinical context and which components are impaired as part of normal variation of human indices. Even at a GCS of six, for example, an epidemiological computational and derivative simulative analysis would give probable GCS combinations which will confirm that even at an unconscious GCS of 6/15, a patient like Omari Pitts will experience pain and suffering. In relation to pain, disorders of consciousness is a continuum with a normal variation and without any rigid cut-off distinctions or demarcations. As it is very well known and well-established in the medical sciences, the GCS is not a reliable and reproducible indicator of levels of consciousness. The total GCS for each patient does not accurately reflect level of consciousness based on published diagnostic criteria for disorders of consciousness. A total GCS score may reflect different levels of consciousness in different patients; however, it is a more reliable indicator of the severity of TBI.[23,25]

**Omari Pitts' Conscious Pain and Suffering**

Omari Pitts' conscious pain and suffering sustenance began when the autonomic fright, flight, and fight reflex was instigated by the police encounter and police chase. The locus coeruleus of the brainstem autonomically released large amounts of noradrenalin to the cerebral hemispheres, and this fright, flight and fight adrenergic response caused high levels of mental pain and suffering. His heart started pumping faster (chronotropic effect) and stronger (ionotropic effect) due to the noradrenergic/adrenergic response. His respiratory rate and

general muscle tonicity increased as well due to the noradrenergic/adrenergic response. All these pathophysiologic processes culminated in high levels of conscious mental pain and suffering, accompanied by the somatic and biochemical pain and suffering caused by the somatic and biochemical responses of his body to the mental pain and suffering. Omari Pitts suffered high levels of mental, somatic, and biochemical pain and suffering when the police chase was initiated and when a police vehicle drove in the way of the car he was traveling in.

Omari Pitts was fully conscious and aware of his surroundings moments prior to the impact and during the impact. His reticular activating center was completely intact and functional. His brainstem nuclei, the frontal cortex, prefrontal cortex, basal forebrain, and limbic cortex initiated, within 10,000th of a second, action potentials, which propagated and sustained the primitive pain and suffering reflex. The documentations of the terminal events of February 3, 2024, confirm that Omari Pitts was not suffering from any disease or drug intoxication that would have brought about any form of neurological, cognitive, or mental impairment at the time of the fatal crash that could have precluded conscious pain and suffering.

The primary impact initiated secondary, post-impact movements and propulsions of the car to and onto the surrounding environment, roadway, curb, and cars before it came to rest. The primary impact, the forceful propulsion, and the secondary impacts that occurred before the car completely decelerated and came to rest resulted in the transfer of mechanical and kinetic energy and acceleration-deceleration forces to the body of Omari Pitts that caused multiple blunt force traumas, which resulted in his death.

There were therefore successive and contiguous impacts and transfers of kinetic energy and acceleration-deceleration forces. These impacts and vehicle propulsion took time to occur, and during these impacts, the momentum and forces compelled Omari Pitts' body to impact the interior and cab of the vehicle and sustain multiple blunt force impacts and acceleration-deceleration injuries. The primary and secondary impacts and propulsion transferred blunt forces, acceleration-deceleration forces and kinetic energy to different regions and parts of Omari Pitts' body to cause blunt force trauma, tissue injuries, serious bodily trauma, and death. Each transfer of forensically significant energy and blunt force impact constituted a stimulus, which generated novel action potentials, which traveled to the spinal cord and brain to cause novel mental, somatic, and biochemical pain and suffering. At this time, Omari Pitts' ongoing mental, somatic, and biochemical pain and suffering continued and intensified as the crash progressed and novel pain and suffering were generated.

As the autopsy report has documented, Omari Pitts sustained multiple blunt force injuries of the head, trunk, and extremities. He did not suffer any catastrophic injuries of his brain that could have caused instantaneous loss of consciousness after the crash. In fact, his brain at autopsy was completely intact and showed evidence of congestive brain swelling and diffuse cerebral edema, physiological functions in response to the trauma that could occur only in a surviving patient.

It is pertinent to note that Omari Pitts did not suffer any catastrophic injury of brain like we would have in a major explosive or ordinance event or nuclear explosion whereby the body is splintered into bits and pieces in milliseconds. He suffered serious bodily injuries which were not expected to result in disorders of consciousness at an instance or spot death. His injuries were untreatable; however, patients with such untreatable and catastrophic injuries have known to survive for up to 10 minutes.[26] For patients whose injuries were potentially treatable, the survival time increases to two hours.[26] Even patients with near-contact gunshot wounds of the

head, like the famous case of Congresswoman Giffords, do survive such extensive physical destruction of the brain, especially the upper brain.

Moments prior to impact, during the impact, and in the immediate post-impact period, he continued to experience pain and suffering caused by his blunt force traumas and injuries, the biochemical responses to his blunt force injuries, and traumatic shock. It is pertinent to note that after the crash and sustenance of his traumas, while he was motor unresponsive from traumatic neurogenic shock, Omari Pitts was noted and described by paramedics to be responsive to pain by flexion upon infliction of pain. When he arrived at the emergency room at Loma Linda University Medical Center, he was still responsive to pain by flexion.

The blunt force and acceleration-deceleration injuries his body suffered, and every biochemical tissue response he endured from the composite injuries, precipitated pathobiochemical, pathoanatomic, and pathophysiological stimuli, which generated action potentials within 10,000th of a second, which were transmitted to the spinal cord and to the brain to precipitate cumulative pain and suffering.

The multimodal nature of the injury stimuli resulted in synergistic and cumulative experience of very high levels of pain and suffering. Action potentials from physical stimuli also reached the limbic system to generate mental and psychological aspects of somatic pain and suffering. The primary injuries initiated secondary tissue injuries, systemic and tissue reactive responses, which elicited novel biochemical pain and accentuated the pain and suffering. The pain and suffering he suffered were high-scale and serious because he suffered high-scale and serious bodily injuries, which resulted in traumatic death.

Following his trauma and serious bodily injuries, Omari Pitts began to develop biophysiologic deficits and evolve into the continuum and spectrum of disorders of consciousness. His primary and secondary injuries progressed, more nerve endings in his body, soft tissues, and viscera were recruited, and many more action potentials were elicited, causing increasingly higher levels of pain and suffering as his traumatic shock progressed into death. In response to this craniocerebral and spinal trauma, he went into an immediate state of spinal and neurogenic shock, which rendered him motor unresponsive at the scene but still responsive to pain by flexion.

As Omari Pitts' traumatic shock progressed, many more types of ions, peptides, proteins, and enzymes were expressed and activated, which enhanced his biochemical pain and suffering, which synergized with his preexisting pain and suffering to cause higher and progressive pain and suffering. He progressed into deeper levels of traumatic shock and disorders of consciousness. He passed through the broad continuum and spectrum of consciousness until death at the scene.

It is vital to note that the documented trauma patterns in Omari Pitts' body do not show any catastrophic injury to the brain that would have resulted in instantaneous loss of consciousness and death.

Death is a physiological process which takes time to occur and rarely occurs instantaneously. Instantaneous loss of consciousness and death would occur in instances of a nuclear annihilation or a massive bomb that splinters the entire body into bits and pieces at the instance

of explosion. The distinctive anatomy of his injuries enabled him to continue to experience increasingly higher levels of pain and suffering.

Full alertness and consciousness is a GCS of 15/15, and loss of consciousness may be a GCS of 7-8/15 or less. A drop of GCS from 15/15/ to 7-8/15 does not happen at an instant following all forms of noncatastrophic injuries. Pathophysiological processes are involved and these processes take time to occur.

Omari Pitts' loss of consciousness was progressive, without any distinctive juncture, until he went into a deep coma and died. According to medical definitions and criteria, his body continued to experience debilitating pain and suffering although he was in coma. The human body continues to experience debilitating, trauma-induced, and physiologic biochemical pain and suffering until there is a complete cessation of all bodily functions and death. Human beings who are in a coma do experience biochemical bodily pain and suffering.

Omari Pitts was transported to the hospital where he received emergent medical and surgical therapies. He received a myriad of composite medical and surgical procedures, including diagnostic and therapeutic procedures. Each medical and surgical procedure he received caused iatrogenic noxious stimuli and side effects, which precipitated additional and novel somatic and biochemical pain and suffering. His injuries were serious bodily injuries and were not reversed immediately upon acute care and treatment. He continued to experience pain and suffering from his injuries, sequelae of his injuries, and therapy for his injuries.

The continuum of consciousness and disorders of consciousness cannot be reasonably demarcated in controlled and uncontrolled environments. Medical science, which is not an absolute science, cannot demarcate this continuum. Medical science does not have the capacity to predict or indicate the specific time and moment an individual became unconscious. That specific time does not exist because consciousness and disorders of consciousness constitute an inseparable continuum of anatomic, physiologic, and biochemical functioning. However, Omari Pitts continued to experience increasingly higher levels of pain and suffering induced by his injuries until he attained global irreversible brain and spinal injury and lost adequate electrophysiological functioning of the brain cells, suffered brain death and persistent and advanced disorders of consciousness, and eventual somatic death.

In the post-impact period, the biochemical cycles and systems in his body expressed systemic responses and cascades which sustained biochemical pain and suffering until death. The attendant pathophysiological and biochemical responses of the body including, but not limited to, systemic inflammatory response, enzymatic, proteomic, and biochemical cyclic responses and expression, in addition, generated more and novel biochemical pain, which added to and accentuated the global pre-death biochemical pain Omari Pitts experienced.

The unconscious patient remains in a state of high human suffering, especially due to biochemical pain and suffering because of the ongoing biochemical and molecular responses and systems in her body, especially in response to traumatic shock. In fact, one of the clinical tests for the evaluation of the depth or severity of unconsciousness is to intentionally inflict somatic pain to an extremity of the unconscious patient and observe the patient to see if he withdraws his extremity from the source of pain, moans, or grimaces until there is complete loss of motor functioning to respond. Again, this is one of the medical reasons why the majority of unconscious patients in the intensive care unit of hospitals are on strong pain medications and narcotic analgesics like

morphine and fentanyl although they are in a coma. This is also why the lowest score for the Glasgow Coma Scale is 3/15 and not 0/15, and also, in part, why analgesics and narcotic analgesics are given to patients who are under anesthesia and are components of drug panels used for anesthesia.

Although loss of consciousness and death are frequently immediate, they are rarely instantaneous, since loss of consciousness and death are processes that involve cascades of pathophysiologic events. The adjective "immediate," within a forensic context and within the prevailing forensic scenario in this case, should be interpreted as loss of consciousness and death occurring as a result of blunt force trauma without the intervention of another novel or independent object, cause, or factor. It should not be forensically construed as instantaneous.

The police encounter and car chase that resulted in the death of Omari Pitts began moments prior to 10:44 p.m. on February 3, 2024. The crash occurred at about 10:45 p.m. Paramedics arrived at the scene and patient at 10:54:18 p.m. and 10:58:00 p.m., respectively. At this time, Omari Pitts was unresponsive, but his GCS was 5/15 at 11:26:03 p.m., with response to pain by flexion.

Based on this case-specific time schedule,[4] we can apply the general causation, epidemiological, and generally accepted principles of medicine and science to reasonably deduce, derive, and determine the duration of pain and suffering based on the central limit theorem. Omari Pitts experienced conscious mental, somatic, and biochemical pain and suffering for a mean, mode, and median time of about three to five minutes (+/- two standard deviations), beginning when police officers first encountered them and initiated a police chase and ending after the impact and crash.[5,6] At 11:26:03 p.m., paramedics noted that he was still experiencing pain and responding to pain by flexion, with a GCS of 5/15, which will give us a time schedule of forty-two minutes (from about 10:44 p.m. to about 11:26 p.m.). This is one of the contradictions of the GCS system as an algorithm for consciousness, for at GCS of 5/15 Omari Pitts was meant to be unconscious. He experienced pre-death pain and suffering for a mean, mode, and median time of less than nine hours (+/- two standard deviations), beginning when police officers first

---

[4] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

[5] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

[6] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

encountered them, moments prior to the police chase at 10:44 p.m., and ending when he was pronounced dead at 7:35 a.m. on February 4, 2024.[7,8]

I have provided my opinions and conclusions with a reasonable degree of medical and scientific certainty.

I reserve the right to amend, supplement, revise and/or modify my opinions and report, up and to the time of trial, should additional information become available

Thank you.

Very truly yours,

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Clinical Pathologist, Anatomic Pathologist, Forensic Pathologist, Neuropathologist, Epidemiologist
President and Medical Director, Bennet Omalu Pathology

Endnote Citations

1. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. May 1965;58(5):295–300.
2. Burke DC. Pain in paraplegia. Paraplegia. Feb 1973;10(4):297–313. doi:10.1038/sc.1973.54
3. de Oliveira RC, de Freitas LB, Gomes RR, Cliquet A. Orthopedic Related Comorbidities in Spinal Cord-Injured Individuals. Acta Ortop Bras. Jul–Aug 2020;28(4):199–203. doi:10.1590/1413-785220202804224403
4. Cragg JJ, Haefeli J, Jutzeler CR, et al. Effects of Pain and Pain Management on Motor Recovery of Spinal Cord-Injured Patients: A Longitudinal Study. Neurorehabil Neural Repair. Sep 2016;30(8):753–61. doi:10.1177/1545968315624777

7 Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

8 Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

5. D'Angelo R, Morreale A, Donadio V, et al. Neuropathic pain following spinal cord injury: what we know about mechanisms, assessment and management. Eur Rev Med Pharmacol Sci. Dec 2013;17(23):3257–61.
6. Finnerup NB, Baastrup C. Spinal cord injury pain: mechanisms and management. Curr Pain Headache Rep. Jun 2012;16(3):207–16. doi:10.1007/s11916-012-0259-x
7. Hagen EM. Acute complications of spinal cord injuries. World J Orthop. Jan 18 2015;6(1):17–23. doi:10.5312/wjo.v6.i1.17
8. Masri R, Keller A. Chronic pain following spinal cord injury. Adv Exp Med Biol. 2012;760:74–88. doi:10.1007/978-1-4614-4090-1_5
9. Yasko JR, Mains RE. Chronic pain following spinal cord injury: Current approaches to cellular and molecular mechanisms. Trends Cell Mol Biol. 2018;13:67–84.
10. Rosner J, Negraeff M, Belanger LM, et al. Characterization of Hyperacute Neuropathic Pain after Spinal Cord Injury: A Prospective Study. J Pain. Jan 2022;23(1):89–97. doi:10.1016/j.jpain.2021.06.013
11. Vierck C. Mechanisms of Below-Level Pain Following Spinal Cord Injury (SCI). J Pain. Mar–Apr 2020;21(3-4):262–280. doi:10.1016/j.jpain.2019.08.007
12. Waring WP, Maynard FM. Shoulder pain in acute traumatic quadriplegia. Paraplegia. Jan 1991;29(1):37–42. doi:10.1038/sc.1991.5
13. Zasler ND, Formisano R, Aloisi M. Pain in Persons with Disorders of Consciousness. Brain Sci. Feb 23 2022;12(3)doi:10.3390/brainsci12030300
14. Chatelle C, Thibaut A, Whyte J, De Val MD, Laureys S, Schnakers C. Pain issues in disorders of consciousness. Brain Inj. 2014;28(9):1202–8. doi:10.3109/02699052.2014.920518
15. Di Perri C, Thibaut A, Heine L, Soddu A, Demertzi A, Laureys S. Measuring consciousness in coma and related states. World J Radiol. Aug 28 2014;6(8):589–97. doi:10.4329/wjr.v6.i8.589
16. Calabro RS, Pignolo L, Muller-Eising C, Naro A. Pain Perception in Disorder of Consciousness: A Scoping Review on Current Knowledge, Clinical Applications, and Future Perspective. Brain Sci. May 20 2021;11(5)doi:10.3390/brainsci11050665
17. Schnakers C, Zasler ND. Pain assessment and management in disorders of consciousness. Curr Opin Neurol. Dec 2007;20(6):620–6. doi:10.1097/WCO.0b013e3282f169d9
18. Schnakers C, Chatelle C, Demertzi A, Majerus S, Laureys S. What about pain in disorders of consciousness? AAPS J. Sep 2012;14(3):437–44. doi:10.1208/s12248-012-9346-5
19. Pistoia F, Sacco S, Stewart J, Sara M, Carolei A. Disorders of Consciousness: Painless or Painful Conditions?-Evidence from Neuroimaging Studies. Brain Sci. Oct 8 2016;6(4)doi:10.3390/brainsci6040047
20. Fins JJ, Shapiro ZE. Pain Management, Disorders of Consciousness, and Tort Law: An Emergency Tort to Fix a Longstanding Injustice. Indiana Law Journal. 2023;98(3)(1):693–720.
21. Alvarez G, Suskauer S, Slomine B. Clinical Features of Disorders of Consciousness in Young Children. Archives of Physical Medicine and Rehabilitation. 04/01 2019;100doi:10.1016/j.apmr.2018.12.022
22. Riganello F, Soddu A, Tonin P. Addressing Pain for a Proper Rehabilitation Process in Patients With Severe Disorders of Consciousness. Front Pharmacol. 2021;12:628980. doi:10.3389/fphar.2021.628980
23. Bodien YG, Allanson J, Cardone P, et al. Cognitive Motor Dissociation in Disorders of Consciousness. N Engl J Med. Aug 15 2024;391(7):598–608. doi:10.1056/NEJMoa2400645
24. Naro A, Bramanti P, Bramanti A, Calabro RS. Assessing pain in patients with chronic disorders of consciousness: Are we heading in the right direction? Conscious Cogn. Oct 2017;55:148–155. doi:10.1016/j.concog.2017.08.009
25. Bodien YG, Barra A, Temkin NR, et al. Diagnosing Level of Consciousness: The Limits of the Glasgow Coma Scale Total Score. J Neurotrauma. Dec 2021;38(23):3295–3305. doi:10.1089/neu.2021.0199
26. Kraus J, Conroy C, Cox P, Ramstein K, Fife D. Survival times and case fatality rates of brain-injured persons. J Neurosurg. Oct 1985;63(4):537–43. doi:10.3171/jns.1985.63.4.0537

Bennet Omalu
PATHOLOGY

Phone: 279-345-1300
Fax: 866-402-6875
bennetomalu@bennetomalu.com

Autopsy and Anatomic Pathology
Clinical Pathology and Toxicology
Forensic Pathology

Neuropathology
Epidemiology
Medico-Legal Consultations

Dale Galipo, Esq
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

August 9, 2026

Dear Mr. Galipo,

**Re: Robert Andrew Rias, Deceased**
**Medico-Legal Report**

**Summary of Education, Training, and Experience**

I completed medical school in 1990 at the University of Nigeria, Enugu, Nigeria. Upon graduating from medical school, I completed a one-year clinical housemanship at the University of Nigeria Teaching Hospital in the fields of Pediatrics, Internal Medicine, General Surgery, Obstetrics, and Gynecology. After housemanship, I worked as an emergency room physician at a university hospital in Nigeria for approximately three years. I sat for and passed my United States Medical Licensing Examinations (USMLE) while I worked as an emergency room physician. I came to the United States in 1994 through a World Health Organization scholarship to become a visiting research scholar for eight months at the Department of Epidemiology, Graduate School of Public Health, University of Washington, Seattle, Washington.

In 1995, I proceeded to the College of Physicians and Surgeons of Columbia University, New York, at Harlem Hospital Center, to complete residency training in Anatomic Pathology and Clinical Pathology. In 1999, I proceeded to the University of Pittsburgh in Pittsburgh, Pennsylvania, to complete fellowship training in Forensic Pathology and Neuropathology. I hold four board certifications in Anatomic Pathology, Clinical Pathology, Forensic Pathology and Neuropathology. I also hold a Masters in Public Health (MPH) in Epidemiology from the Graduate School of Public Health at the University of Pittsburgh in Pittsburgh, Pennsylvania. I also hold a Masters in Business Administration (MBA) degree from the Tepper School of Business at Carnegie Mellon University in Pittsburgh, Pennsylvania, one of the leading business schools in the world. I am a Certified Physician Executive and an Honorary Fellow of the American Association of Physician Leadership (AAPL). I also hold a fifth board certification in Medical Management from the AAPL. I am currently licensed to practice Medicine and Surgery in the State of California.

I am currently the President and Medical Director of Bennet Omalu Pathology (BOP), a California medico-legal consulting firm, and a Clinical Professor at the Department of Medical Pathology and Laboratory Medicine, University of California, Davis. In my capacity as the

Medical Director of BOP, I am a consulting Forensic Pathologist and Neuropathologist to many hospitals in central California and to several counties in northern California. There are less than a few dozen practicing Forensic Pathologists-Neuropathologists in the United States who are board-certified in both Forensic Pathology and Neuropathology.

For over 25 years, I have been involved in over 15,000 death and injury investigations in my career as a Forensic Pathologist and Neuropathologist, which began in 1999. I have personally conducted and performed over 13,000 autopsies and death investigations and examined over 15,000 brain tissue specimens. I also perform trauma pattern analysis in both living patients and deceased patients to determine causes and mechanisms of sustenance of injuries and death. I am also involved in the evaluation of living victims of all types of injuries and trauma, including, but not limited to, victims of assault, traumatic falls, industrial and accidental injuries, medical complications and misadventures, rape, child abuse, and sports-related injuries.

I have performed autopsies and examined the medical records, occupational histories, exposure histories, autopsy tissues, and biopsy tissues of hundreds of living and deceased patients who had been occupationally exposed to asbestos, solvents, and other types of toxic agents. I have performed differential diagnosis, made disease diagnosis, and determined medical causation of diseases involving all types of occupational exposures, including asbestos-related diseases and malignancies like malignant mesothelioma.

I have been consulted and retained as an expert witness in 2,000-3,000 cases involving all types of medico-legal cases across all jurisdictions in the United States, including federal, state, county, and municipal courts and arbitration panels, in both civil and criminal cases, for the plaintiff, defense, district attorneys, and public defenders. I have been involved as an expert witness in complex class action and industrial lawsuits involving thousands of individuals and major corporations.

My areas of interest and focus include brain pathophysiology, brain injuries, and brain trauma, in both living and deceased patients. I identified Chronic Traumatic Encephalopathy (CTE) in a retired football player when I performed an autopsy and examined the brain of Mike Webster in 2002. Subsequently, I identified CTE in other high-impact, high-contact sports athletes and in military veterans suffering from Post-Traumatic Stress Disorder (PTSD). Since 2002, CTE has received international attention from the sports industry, sports medicine, and neuroscience. My work has been featured extensively in all media platforms across the world. My work and life were featured in a major Hollywood film, *Concussion*, released in December 2015 by Sony Motion Pictures, in which the renowned actor, Will Smith, played me as Dr. Omalu. Several New York Times best-selling books have also been published on my life and work, including *The League of Denial* and *Concussion*. I have published several books including my memoir, *Truth Doesn't Have a Side*, which was published in August 2017. My latest book, *Brain Damage in Contact Sports,* was published in February 2018. I have published extensively in the medical and scientific literature, authoring many scientific papers and book chapters.

I have received three honorary PhD degrees from two universities in the United States and from the Royal College of Surgeons of Ireland in recognition of my work and expertise. I have also received numerous awards from across the world in recognition of my work and expertise in both living and deceased patients. I have received the "Distinguished Service Award" from the American Medical Association (AMA), which is the most prestigious award of the AMA. I have

been honored by the United States Congress, and I have appeared on multiple occasions before committees of the United States Congress and committees of State Legislatures across the Unites States, advising them on matters relating to trauma. In 2019 and 2020, I was appointed to the Traumatic Brain Injury Board of the State of California to advise the state on matters relating to traumatic brain injuries.

Since 1999, I have testified as an expert witness in matters relating to all types of injuries and deaths in over 800 court proceedings across the United States. I have attached a copy of my curriculum vitae, which enumerates my body of work and experience in greater detail. The cases I have testified in, beginning in 2009, are enumerated at the end of my curriculum vitae.

Pursuant upon your request, I have reviewed the following materials sent to me on the case of Robert Andrew Rias, deceased:

1. State of California Vehicle Code, Sections 22108, 22107, 22100, 21807, 21804, 21801, 21800, 21056, and 21055
2. Fontana Police Department, confidential incident reports
3. Letter from City of Fontana Police Department dated April 17, 2024
4. Orange County Regional Computer Forensic Laboratory (unclassified)
5. Department of California Highway Patrol – Fatality Analysis Reporting System Unit Request
6. Letter from City of Fontana Police Department to Alejandro Monguia dated April 8, 2024
7. Calls with case number: DR240001556
8. San Bernardino County – Department of Risk Management letter to Fontana Police Department dated May 31, 2024
9. Fontana Police Department Request for Copy of a Police Report
10. Letter from Adamson Ahdoot Injury Attorneys to Fontana Police Department, Re: Request for Traffic Collision Report/Police Report dated February 27, 2024
11. Detailed History for Police Event #240202116 As of 3/26/2024 16:42:53
12. Detailed History for Police Event #240202033 As of 3/26/2024 16:42:45
13. Detailed History for Police Event #240201288 As of 3/26/2024 12:42:18
14. Saturday, February 03, 2024 – Watch Commander
15. State of California, Department of California Highway Patrol, Allied Agency Pursuit Report
16. Messages From Terminal/Unit: CLETS Operator: CLETS
17. San Bernardino County Sheriff's Department, Major Accident Investigation Team – Accident Investigation Report
18. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Domonic Odell, Adams Jr.
19. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Domonic Odell, Adams Jr.
20. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Omari Malik Pitts
21. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Omari Malik Pitts
22. San Bernardino County Sheriff's Department, Coroner Division – Autopsy Report for Robert Andrew Rias
23. San Bernardino County Sheriff's Department, Coroner Division – Report of Death Worksheet for Robert Andrew Rias
24. Surveillance and body-worn camera videos
25. Fontana Police Department – Individual Training Activity
26. Fontana Police – SB 719 Pursuit Policy Training Attestations

27. California Commission on POST – Certification Status
28. Scene photos
29. Audio recordings (radio transmissions and 911 calls)
30. Fontana Police Department, Fontana PD Police Manuals on Vehicle Pursuits, Use of Force, and Officer Response to Calls
31. Fontana Police Vehicle Pursuit Training
32. San Bernardino County Fire Department – Complete ePCR w/attachments (timeline)

In order to perform and apply a valid differential diagnosis method on this case, including, but not limited to, causation criteria[1][1] analysis, central limit theorem analysis, and clinicopathologic correlation analysis, I had to review, document, and analyze the materials sent to me in considerable depth and detail. Such differential diagnosis and review would form the foundation for my case-specific and general causation opinions in this case.

**Brief Summary of Prevailing Forensic Scenario[2,3]**
At the time of their deaths during a high-speed police pursuit on February 3, 2024, 15-year-old Robert Andrew Rias (Robert Rias) and 14-year-old Domonic Odell Adams, Jr. (Domonic Adams) were occupants in a vehicle driven by Bonilla. Their vehicle struck a Fontana Police Department patrol vehicle that drove across their path on the roadway. Robert Rias and Domonic Adams were pronounced dead at the scene. The third passenger, 15-year-old Omari Malik Pitts (Omari Pitts), survived the initial impact but succumbed to his injuries the following day, February 4, 2024, at Loma Linda University Children's Hospital Pediatric Intensive Care Unit. Autopsies which were performed on the three decedents determined the causes of death for all three teenagers as multiple blunt force trauma. The manners of death were determined to be an accident.

**San Bernardino County Sheriff - Coroner Division**
It was reported that the three teenagers, along with a fourth youth (Bonilla) who was driving, were travelling together in a white Nissan Sentra. Shortly before 10:44 p.m. on February 3, 2024, officers from the Fontana Police Department (FPD) attempted to initiate a traffic stop of the Nissan Sentra. Allegedly, the vehicle did not stop and the officers initiated a police pursuit, which was broadcast at 10:44 p.m. The driver of the Nissan Sentra drove at high speeds heading westbound and lost control when an FPD patrol vehicle drove in front of the car. It entered a lateral spin and crashed heavily into the front of the FPD patrol vehicle at 10:45 p.m. near Valley Boulevard and Cypress Avenue in Fontana. The force of the impact forced the Nissan Sentra to come to rest with its rear curb-bound between a gray Toyota Corolla and a black Chevrolet Silverado, completely detaching the Nissan's roof and scattering debris across all lanes. No alcohol, tobacco, or illicit drugs were found inside the vehicle.

---

[1] Hill, AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965 May;58(5):295-300. PMID: 14283879; PMCID: PMC1898525. [These are causation criteria that long existed prior to Sir Hill for the purposes of differentia diagnosis. However, he summarized them in a speech that he gave in 1965. Since then, these criteria applied in the method of differential diagnosis became known as the Bradford Hill criteria. However, they existed and were in use prior to Sir Hill's speech].
[2] This section of the report should not be used to establish the facts in this case and is not intended to be used to establish the facts in this case.
[3] There were video clips that were submitted with the materials on this case, which were reviewed, and in part documented the prevailing terminal forensic scenario in this case.

**Emergency Response**
The San Bernardino County Fire Department was dispatched at 10:45 p.m., with engine unit ME 77 arriving at the scene at 10:52 p.m. Emergency responders found two unrestrained passengers deceased inside the vehicle:
Domonic Adams: paramedics arrived at the patient at 10:58:40 p.m. He was located in the rear right passenger seat, was unresponsive and showed severe facial, head, and musculoskeletal trauma. After firefighters extracted the roof to gain access, he was found pulseless, apneic, and asystolic. His Glasgow Coma Scale (GCS) at 11:11:40 p.m. was documented as 3/15. Paramedic A. Anderson officially pronounced his death at the scene at 11:11 p.m. without any resuscitation efforts.

Robert Rias was located in the front passenger seat with extensive blunt-force injuries, including severe facial dicing, abdominal contusions, and an open compound fracture to his lower right leg. His Glasgow Coma Scale (GCS) at 11:02 p.m. was documented as 3/15. He was pronounced dead at the scene at 11:11 p.m.

The vehicle's driver and the rear driver-side passenger, Omari Pitts, survived the initial crash impact. Omari Pitts was transported via American Medical Response (AMR) ambulance to Loma Linda University Medical Center (LLUMC) Children's Hospital, arriving at 11:27 p.m. The surgical team performed an exploratory laparotomy due to concerns for internal trauma and organ damage. Following surgery, he was transferred to the pediatric intensive care unit due to severe hypoxia, where his condition rapidly deteriorated. Despite advanced cardiac life support measures, Dr. Sonea Qureshi pronounced Omari Pitts deceased at 7:37 a.m. on Sunday, February 4, 2024.

**Autopsy**
An autopsy was performed on Robert Rias, a 15-year-old Hispanic male, coroner case number 702401067 and autopsy number A-0300-24. The autopsy was performed on February 6, 2024, at the San Bernardino County coroner facility by Scott Luzi, MD, a forensic pathologist, beginning at 9:08 a.m.

General Examination: The body weighed 58.2 kilograms (128 pounds) and measured 170.2 centimeters (67 inches) in length.

At the time of the autopsy, the clothing items and personal effects present with the body included a tan shirt, purple boxer briefs, a pair of gray sneakers, a pair of gray-black socks, a black hooded sweatshirt, and black pants.

Evidence of medical intervention observed on the body consisted of cardiac monitor leads on the anterior torso and upper extremities.

No tattoos were present on the body. A complete set of postmortem radiographs was obtained.

Description of Injuries:
I. Multiple Blunt Force Injuries
   A. Head and Neck
      1. A 0.9 x 0.3-cm abrasion was present on the upper left orbit.
      2. A cluster of abrasions ranging from 0.2 to 2 cm covered a 15 x 8-cm area over the right cheek and chin.

3. A 1 x 1-cm subgaleal hemorrhage was observed covering the right temporal scalp.
4. A bilateral linear ("hinge" type) fracture extended across the petrous ridges.

B. Torso
1. A 0.6 x 0.3-cm abrasion was located on the central chest.
2. The right and left pleural cavities contained 150 mL and 750 mL of blood, respectively.
3. The peritoneum contained 100 mL of blood.
4. A 20 x 10-cm hemorrhage covered the retroperitoneum.
5. The posterior aspects of right ribs two through eleven were fractured.
6. The pelvis exhibited a diastatic fracture of the pubic symphysis along with bilateral pubic bone fractures.
7. The lungs showed lacerations up to 3 cm in greatest dimension.
8. The descending aorta was transected from the arch.
9. The right renal artery was lacerated.
10. The liver sustained lacerations measuring up to 10 cm in greatest dimension.

C. Extremities
1. A 1-cm linear abrasion was noted on the posterior right forearm.
2. A cluster of abrasions ranging from 0.2 to 2 cm covered an 11 x 7-cm area over the anterior right thigh.
3. A 1.5 x 0.5-cm abrasion was identified on the lateral right thigh.
4. Three lacerations ranging from 1 to 6 cm were present on the anterior right leg, with the largest laceration exposing open fractures of the tibia and fibula.
5. A cluster of abrasions ranging from 0.3 to 3 cm covered a 33 x 11-cm area over the anterior-medial left thigh.
6. A cluster of abrasions and lacerations ranging from 0.5 to 5.5 cm covered a 25 x 6-cm area over the medial left knee and leg.
7. A 2 x 1-cm abrasion was found on the left calf.

The dura mater was intact with no evidence of hemorrhage, venous sinus thrombosis, or tumor. The leptomeninges were thin and transparent overlying clear cerebrospinal fluid. The brain weighed 1,425 grams and showed widened gyri and narrowed sulci. The cerebral hemispheres were symmetric. The cranial nerves were unremarkable. The arterial circulation was intact and showed no plaque or aneurysm formation. Coronal sections demonstrated sharp demarcations between the white and gray matter, without hemorrhages, degenerative changes, or masses. The ventricles were symmetric and unremarkable. The basal ganglia and thalamus were unremarkable. The cerebellum showed the usual foliated appearance with unremarkable vermis and dentate nuclei. The structures of the brainstem were unremarkable. The atlanto-occipital joint was stable.

Diagnosis:

I. Multiple blunt force injuries
1. Abrasion, left orbit
2. Abrasions, right cheek and chin
3. Subgaleal hemorrhage
4. Basilar skull fracture
5. Abrasion, chest
6. Bilateral hemothoraces
7. Hemoperitoneum

8. Retroperitoneal hemorrhage
9. Multiple right rib fractures
10. Pelvic fractures
11. Lacerations, lungs
12. Transection, aorta
13. Laceration, right renal artery
14. Lacerations, liver
15. Abrasions and lacerations, extremities
16. Open fractures, right tibia and fibula

II. Other injuries: none

III. Natural disease and preexisting conditions
1. Cerebral edema
2. Mild peripheral atherosclerosis

IV. Toxicology results (chest blood)
1. Ethanol: none detected
2. No other positive findings of toxicological significance

Cause of Death: Multiple blunt force injuries, seconds
Manner of Death: Accident

**Medico-Legal Questions**

**1. Did Robert Rias experience conscious pain and suffering, and, if so, for how long?**

Medicine is a life science, which is evidence-based. The practice of medicine is guided by established standards and generally accepted principles, which certified physicians must adhere to. The specialties and the categories of physicians who are proficiently trained, specialized, and competent in the accurate determination of the cause, mechanism, and manner of death and the mechanisms of sustenance of lethal trauma are the forensic pathologists, especially for deaths involving all types of traumas and bodily injury. The death of Robert Rias involved serious bodily injury.

It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. Applying the clinicopathologic method of differential diagnosis, a specific documented pattern of trauma can be evaluated, translated, and applied to the determination of the mechanisms of generation, causation, and sustenance of the specified trauma pattern with a reasonable degree of medical and scientific certainty.

The patterns of injuries generated by motor vehicle crashes, blunt force trauma, and acceleration-deceleration forces, and the mechanisms of generation, causation, and sustenance of these patterns of injuries, are very well-established in the medical literature and are common knowledge. Based on the prevailing forensic scenario and on the generally accepted principles and common knowledge of medicine and science, and based on the global constellation,

configurations, and anatomic conformations of the blunt force trauma sustained by Robert Rias, the mechanisms of generation, causation, and sustenance of his fatal injuries can be determined with a reasonable degree of medical certainty.

It is a generally accepted principle and common knowledge in medicine and forensic pathology that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. The patterns of traumas/injuries generated by blunt force impacts, acceleration-deceleration forces, and the mechanisms of sustenance of these patterns of traumas/injuries are very well established in the medical literature and have become common knowledge.

**Pathophysiology of Conscious Pain and Suffering**

Conscious pain and suffering is initiated by widespread free nerve endings situated in the skin, soft tissues, and organs. Pain can be elicited by multiple types of stimuli classified into three broad categories: mechanical, thermal, and chemical pain stimuli. Nerve endings for pain sensations generate electrical action potentials following contact of any part of the body with an impacting surface and following all types of mechanical tissue damage caused by kinetic energy, acceleration-deceleration forces, and blunt force trauma. The fundamental mechanism of injury sustenance for blunt force trauma is kinetic energy transference, which causes mechanical destruction of tissues. Action potentials are the subcellular physiologic basis for pain and suffering and originate from voltage-gated sodium and potassium electrolyte membrane pumps in the cell membranes of nerve cells, fibers, and synapses.

It takes a few $10{,}000^{ths}$ of a second to generate action potentials. Action potentials are transmitted through nerve fibers to the brain. They are transmitted in peripheral nerves in the Aδ and C fibers for fast and slow pain, respectively, at impulse rates of 5-30 meters per second and 0.5-2 meters per second, respectively. There is therefore a double pain sensation: a fast-sharp pain and a slow pain. The sharp pain apprises the person rapidly of imminent danger and prompts the person to react immediately and remove himself from the painful stimulus or imminent danger. The slow pain becomes greater as time passes, resulting in continued intolerable pain and suffering and prompting the person to continue to try to relieve the cause of the pain and flee from imminent danger.

As a teenage male, Robert Rias experienced all types of pain within milliseconds of body contact with an unyielding surface or transfer of high acceleration-deceleration shearing forces. One millisecond is one second divided into 1,000 parts. For the slowest nervous mechanisms of pain sensation and consciousness, a child like Robert Rias experienced pain within 100 milliseconds.

Nerve pathways that transmit pain terminate in the spinal cord. Secondary pathways transmit the pain from the spinal cord to the brainstem and thalamus, especially to the reticular activating system of the brainstem. From the thalamus, tertiary pathways transmit pain to other basal ganglia, limbic cortex, and neocortex of the brain. Pain stimuli are transmitted to the reticular nuclei of the midbrain, pons, and medulla and to the tectal midbrain and the periaqueductal gray matter. These lower regions of the brain, i.e., brainstem, are vital for the experience of the suffering types of pain.

Animals with their brains sectioned above the midbrain, to block any impulse reaching the neocortex and cerebral hemispheres, still experience suffering from pain caused by all types of traumas. Complete removal of the somatosensory regions of the cerebral hemispheres does not preclude an animal's ability to perceive and experience pain and suffering as a primitive reflex.

The spinal reflex and cranial nerve reflex are the foundational basis for the primitive reflex of pain and suffering. The experience of pain and suffering is a primitive reflex like thirst, hunger, and fear. Pain and suffering, as a primitive reflex, is distinct from the cognitive, intellectual, and behavioral aspects and dimensions of pain and suffering which are administered and controlled by the higher centers of the brain and cerebral hemispheres and cortex. As long as the neural axis is in-part or in-whole intact, the human being will experience pain and suffering as a primitive reflex, just like thirst, hunger, and fear. This is buttressed by the fact that patients with high cervical spinal cord injuries and transections and quadriplegia still experience pain and suffering in the body distal to the level of the spinal cord injury. Even with the traumatic absence of any connectivity with the upper central nervous system, the cerebral hemispheres, and brainstem, a patient will continue to experience pain and suffering driven by the spinal reflex. This is, in part, why patients who are quadriplegic experience pain and suffering in their bodies below the levels of the spinal cord injury based upon a variety of established pathophysiological mechanisms.[2-12]

One of the factors we consider in the determination of general and case-specific causation is analogy. Is there another disease or trauma entity that is analogous to the case in question? In this case, an analogy is that of spinal cord injuries and quadriplegia. The quadriplegic patient can still experience pain and suffering below the level of the injury, which may include but are not limited to:[6]

1. Nociceptive pain
   a. Musculoskeletal pain
   b. Visceral pain
   c. Other nociceptive pain
2. Neuropathic pain
   a. At-level spinal cord injury pain
   b. Below-level spinal cord injury pain
3. Other pain
4. Unknown pain

Mechanical pain from tissue damage by blunt force trauma elicit both the fast and slow pain types. Fast pain is felt within milliseconds, while slow pain is felt within about one second. Following mechanical tissue damages and disruptions, biochemical tissue reactants like bradykinin, serotonin, histamine, prostaglandins, leukotrienes, potassium ions, substance P, acetylcholine, acute phase reactants, and proteolytic enzymes are expressed to elicit sustained secondary biochemical pain in addition to the primary fast pain directly caused by mechanical tissue damages. The biochemical pain elicited by these chemical reactants is a slow type of suffering pain. The intensity of pain is closely correlated with the rate of tissue damage from kinetic energy. Therefore, pain and suffering as a primitive reflex are parts of the cascades and outcomes of trauma and parts of the mechanisms of death.

The brain is responsible for and sustains consciousness in human beings. The region of the brain responsible for consciousness is the brainstem. The center in the brainstem, which is responsible for consciousness, is the reticular activating system, which is located deep in the central regions of the brainstem. As long as the reticular activating system remains anatomically and electrochemically intact, an individual like Robert Rias will remain conscious and will experience pain and experience suffering. All these neural processes occur in 1,000$^{ths}$ of a second (milliseconds). The human nervous system is one of the most efficient, effective, and optimal operating systems ever known to humankind. After centuries of empirical research, humankind

has not been able to fully decipher and reproduce the operating systems of the human brain and nervous system.

Some of the primary mechanisms of death for the types of traumas sustained by Robert Rias involve diffuse axonal injury and physical tissue damages to the head, neck, and trunk, acute cardiorespiratory arrest, hypoxemia, hypovolemia, systemic hypotension, cerebral hypoperfusion, and eventual global, diffuse, hypoxic-ischemic cerebral injury. The human brain is a postmitotic organ and can only survive on oxygen and glucose, which are supplied by blood that come from the heart, primarily in the internal carotid arteries and the vertebral arteries. While the brain is only about 2-3% of the body weight, it receives approximately 15% of the cardiac output at a rate of 750-900 ml/min of blood. The normal range of perfusion of the brain is about 50 to 65 ml/100 g/min (80-100 ml/100 g/min for the gray matter and 20—25 ml/100 g/min for the white matter, at a rate of oxygen consumption of 3.5 ml/100 g/min). The normal brain tissue partial pressure of oxygen is 35 to 40 mmHg. Brain tissue oxygen levels below 30 mmHg may cause brain tissue injury, and at 20 mmHg, the risk of brain damage becomes exponentially elevated. The threshold for brain infarction is 10-12 ml/100 g/min of blood supply, with neuronal injury and death beginning in 60 to 180 seconds.

Being a postmitotic organ, the human brain does not have any reasonable capacity to regenerate itself. This means that when the human brain suffers any type of irreversible injury, that injury is permanent and cannot be reversed or cured by the brain or by medical therapy. There are many types of brain injuries. Hypoxic-ischemic brain injury due to hypoperfusion or nonperfusion of the brain is only one type of brain injury. For the human brain to suffer irreversible brain injury, the natural reserve and resilience of the brain have to be overcome. The established and generally accepted median or mean reference threshold time for irreversible brain damage to occur is three to five minutes in cumulative time. This means that irreversible brain damage can occur in less than three minutes or in more than five minutes, but with a mean or median time of close to three to five minutes.

Pain is a basic, vegetative, and primitive human reflex with a primary objective of alerting the person to remove himself from imminent danger. Given that pain is a primitive reflex, patients who are alive but are suffering from a disorder of consciousness still experience pain and suffering. There is no rigid demarcation between consciousness and unconsciousness. It is a continuum or spectrum of physiological functioning; however, there are broad, varying degrees of disorders of consciousness with broad, varying degrees of pain and suffering physiology and biochemistry.[13-16] We cannot reasonably differentiate or quantitate the degree of pain and suffering; rather, it is a qualitative question of whether a person experiences pain or not. Therefore, pain and suffering are present in all persons with disorders of consciousness and should be adequately treated.[14,17-21] In the noncommunicative, unconscious patient, the most relevant aspects of response to pain are physiologic (i.e., modification in the vital parameters, such as heart rate and respiration) and behavioral (i.e., modification in the facial expression, motor, and visual response).[21-24]

For definitional purposes, loss of consciousness can typically occur with a GCS score between six and eight, but it still depends on the clinical context and which components are impaired as part of normal variation of human indices. Even at a GCS of six, for example, an epidemiological computational and derivative simulative analysis would give probable GCS combinations which will confirm that even at an unconscious GCS of 6/15, a patient like Robert Rias will experience pain and suffering. In relation to pain, disorders of consciousness is a continuum with a normal

variation and without any rigid cut-off distinctions or demarcations. As it is very well known and well-established in the medical sciences, the GCS is not a reliable and reproducible indicator of levels of consciousness. The total GCS for each patient does not accurately reflect level of consciousness based on published diagnostic criteria for disorders of consciousness. A total GCS score may reflect different levels of consciousness in different patients; however, it is a more reliable indicator of the severity of TBI.[23,25]

**Robert Rias' Conscious Pain and Suffering**

Robert Rias' conscious pain and suffering sustenance began when the autonomic fright, flight, and fight reflex was instigated by the police encounter and police chase. The locus coeruleus of the brainstem autonomically released large amounts of noradrenalin to the cerebral hemispheres, and this fright, flight, and fight adrenergic response caused high levels of mental pain and suffering. His heart started pumping faster (chronotropic effect) and stronger (ionotropic effect) due to the noradrenergic/adrenergic response. His respiratory rate and general muscle tonicity increased as well due to the noradrenergic/adrenergic response. All these pathophysiologic processes culminated in high levels of conscious mental pain and suffering, accompanied by the somatic and biochemical pain and suffering caused by the somatic and biochemical responses of his body to the mental pain and suffering. Robert Rias suffered high levels of mental, somatic, and biochemical pain and suffering when the police chase was initiated and when a police vehicle drove in the way of the car he was traveling in.

Robert Rias was fully conscious and aware of his surroundings moments prior to the impact and during the impact. His reticular activating center was completely intact and functional. His brainstem nuclei, the frontal cortex, prefrontal cortex, basal forebrain, and limbic cortex initiated, within 10,000th of a second, action potentials, which propagated and sustained the primitive pain and suffering reflex. The documentations of the terminal events of February 3, 2024, confirm that Robert Rias was not suffering from any disease or drug intoxication that would have brought about any form of neurological, cognitive, or mental impairment at the time of the fatal crash that could have precluded conscious pain and suffering.

The primary impact initiated secondary, post-impact movements and propulsions of the car to and onto the surrounding environment, roadway, curb, and cars before it came to rest. The primary impact, the forceful propulsion, and the secondary impacts that occurred before the car completely decelerated and came to rest resulted in the transfer of mechanical and kinetic energy and acceleration-deceleration forces to the body of Robert Rias that caused multiple blunt force trauma, which resulted in his death.

There were therefore successive and contiguous impacts and transfers of kinetic energy and acceleration-deceleration forces. These impacts and vehicle propulsion took time to occur, and during these impacts, the momentum and forces compelled Robert Rias' body to impact the interior and cab of the vehicle and sustain multiple blunt force impacts and acceleration-deceleration injuries. The primary and secondary impacts and propulsion transferred blunt forces, acceleration-deceleration forces, and kinetic energy to different regions and parts of Robert Rias' body to cause blunt force trauma, tissue injuries, serious bodily trauma, and death. Each transfer of forensically significant energy and blunt force impact constituted a stimulus, which generated novel action potentials, which traveled to the spinal cord and brain to cause novel mental, somatic, and biochemical pain and suffering. At this time, Robert Rias' ongoing mental, somatic, and biochemical pain and suffering continued and intensified as the crash progressed and novel pain and suffering were generated.

As the autopsy report has documented, Robert Rias sustained multiple blunt force injuries of the head, trunk, and extremities. He did not suffer any catastrophic injuries of his brain that could have caused instantaneous loss of consciousness after the crash. In fact, his brain at autopsy was completely intact and showed evidence of congestive brain swelling and diffuse cerebral edema, physiological functions in response to the trauma that could occur only in a surviving patient.

It is pertinent to note that Robert Rias did not suffer any catastrophic injury of brain like we would have in a major explosive or ordinance event or nuclear explosion whereby the body is splintered into bits and pieces in milliseconds. He suffered serious bodily injuries which were not expected to result in disorders of consciousness at an instance or spot death. His injuries were untreatable; however, patients with such untreatable and catastrophic injuries have known to survive for up to 10 minutes.[26] For patients whose injuries were potentially treatable, the survival time increases to two hours.[26] Even patients with near-contact gunshot wounds of the head, like the famous case of Congresswoman Giffords, do survive such extensive physical destruction of the brain, especially the upper brain.

Moments prior to impact, during the impact, and in the immediate, post-impact period, he continued to experience pain and suffering caused by his blunt force traumas and injuries, the biochemical responses to his blunt force injuries, and traumatic shock.

The blunt force and acceleration-deceleration injuries his body suffered, and every biochemical tissue response he endured from the composite injuries, precipitated pathobiochemical, pathoanatomic, and pathophysiological stimuli that generated action potentials within 10,000th of a second, which were transmitted to the spinal cord and to the brain to precipitate cumulative pain and suffering.

The multimodal nature of the injury stimuli resulted in synergistic and cumulative experience of very high levels of pain and suffering. Action potentials from physical stimuli also reach the limbic system to generate mental and psychological aspects of somatic pain and suffering. The primary injuries initiated secondary tissue injuries and systemic and tissue reactive responses, which elicited novel biochemical pain and accentuated the pain and suffering. The pain and suffering he suffered were high-scale and serious because he suffered high-scale and serious bodily injuries, which resulted in traumatic death.

Following his trauma and serious bodily injuries, Robert Rias began to develop biophysiologic deficits and evolve into the continuum and spectrum of disorders of consciousness. His primary and secondary injuries progressed, more nerve endings in his body, soft tissues, and viscera were recruited, and many more action potentials were elicited, causing increasingly higher levels of pain and suffering as his traumatic shock progressed into death. In response to this craniocerebral and spinal trauma, he went into an immediate state of spinal and neurogenic shock, which rendered him motor unresponsive.

As Robert Rias' traumatic shock progressed, many more types of ions, peptides, proteins, and enzymes were expressed and activated, which enhanced his biochemical pain and suffering, which synergized with his preexisting pain and suffering to cause higher and progressive pain and suffering. He progressed into deeper levels of traumatic shock and disorders of consciousness. He passed through the broad continuum and spectrum of consciousness until death at the scene.

It is vital to note that the documented trauma patterns in Robert Rias' body do not show any catastrophic injury to the brain that would have resulted in instantaneous loss of consciousness and death.

Death is a physiological process which takes time to occur and rarely occurs instantaneously. Instantaneous loss of consciousness and death would occur in instances of a nuclear annihilation or a massive bomb that splinters the entire body into bits and pieces at the instance of explosion. The distinctive anatomy of his injuries enabled him to continue to experience increasingly higher levels of pain and suffering.

Full alertness and consciousness is a GCS of 15/15, and loss of consciousness may be a GCS of 7-8/15 or less. A drop of GCS from 15/15/ to 7-8/15 does not happen at an instant following all forms of noncatastrophic injuries. Pathophysiological processes are involved, and these processes take time to occur.

Robert Rias' loss of consciousness was progressive, without any distinctive juncture, until he went into a deep coma and died. According to medical definitions and criteria, his body continued to experience debilitating pain and suffering although he was in coma. The human body continues to experience debilitating, trauma-induced, and physiologic biochemical pain and suffering until there is a complete cessation of all bodily functions and death. Human beings who are in a coma do experience biochemical bodily pain and suffering.

The unconscious patient remains in a state of high human suffering especially due to biochemical pain and suffering because of the ongoing biochemical and molecular responses and systems in her body, especially in response to traumatic shock. In fact, one of the clinical tests for the evaluation of the depth or severity of unconsciousness is to intentionally inflict somatic pain to an extremity of the unconscious patient and observe the patient to see if he withdraws his extremity from the source of pain, moans, or grimaces until there is complete loss of motor functioning to respond. Again, this is one of the medical reasons why the majority of unconscious patients in the intensive care unit of hospitals are on strong pain medications and narcotic analgesics like morphine and fentanyl although they are in a coma. This is also why the lowest score for the Glasgow Coma Scale is 3/15 and not 0/15, and also, in part, why analgesics and narcotic analgesics are given to patients who are under anesthesia and are components of drug panels used for anesthesia.

Although loss of consciousness and death are frequently immediate, they are rarely instantaneous, since loss of consciousness and death are processes that involve cascades of pathophysiologic events. The adjective "immediate," within a forensic context and within the prevailing forensic scenario in this case, should be interpreted as loss of consciousness and death occurring as a result of blunt force trauma without the intervention of another novel or independent object, cause, or factor. It should not be forensically construed as instantaneous.

The police encounter and car chase, which resulted in the death of Robert Rias, began moments prior to 10:44 p.m. on February 3, 2024. The crash occurred at about 10:45 p.m. Paramedics arrived at the scene and patient at 10:52 p.m. and 10:58 p.m., respectively. At this time, Robert Rias was unresponsive. His GCS was objectively accessed and documented at 11:02 p.m. to be 3/15.

Based on this case-specific time schedule,[4] we can apply the general causation, epidemiological, and generally accepted principles of medicine and science to reasonably deduce, derive, and determine the duration of pain and suffering based on the central limit theorem. Robert Rias experienced conscious mental, somatic, and biochemical pain and suffering for a mean, mode, and median time of less than three to five minutes (+/- two standard deviations), beginning when police officers first encountered them and initiated a police chase and ending after the impact and crash.[5,6] He experienced pre-death pain and suffering for a mean, mode, and median time of less than twenty-seven minutes (+/- two standard deviations), beginning when police officers first encountered them, moments prior to the police chase at 10:44 p.m., and ending when he was pronounced dead at 11:11 p.m..[7,8]

I have provided my opinions and conclusions with a reasonable degree of medical and scientific certainty.

I reserve the right to amend, supplement, revise and/or modify my opinions and report, up and to the time of trial, should additional information become available

Thank you.

Very truly yours,

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Clinical Pathologist, Anatomic Pathologist, Forensic Pathologist, Neuropathologist, Epidemiologist
President and Medical Director, Bennet Omalu Pathology

[4] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

[5] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

[6] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

[7] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine.

[8] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.

Endnote Citations

1. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. May 1965;58(5):295–300.
2. Burke DC. Pain in paraplegia. Paraplegia. Feb 1973;10(4):297–313. doi:10.1038/sc.1973.54
3. de Oliveira RC, de Freitas LB, Gomes RR, Cliquet A. Orthopedic Related Comorbidities in Spinal Cord-Injured Individuals. Acta Ortop Bras. Jul–Aug 2020;28(4):199–203. doi:10.1590/1413-785220202804224403
4. Cragg JJ, Haefeli J, Jutzeler CR, et al. Effects of Pain and Pain Management on Motor Recovery of Spinal Cord-Injured Patients: A Longitudinal Study. Neurorehabil Neural Repair. Sep 2016;30(8):753–61. doi:10.1177/1545968315624777
5. D'Angelo R, Morreale A, Donadio V, et al. Neuropathic pain following spinal cord injury: what we know about mechanisms, assessment and management. Eur Rev Med Pharmacol Sci. Dec 2013;17(23):3257–61.
6. Finnerup NB, Baastrup C. Spinal cord injury pain: mechanisms and management. Curr Pain Headache Rep. Jun 2012;16(3):207–16. doi:10.1007/s11916-012-0259-x
7. Hagen EM. Acute complications of spinal cord injuries. World J Orthop. Jan 18 2015;6(1):17–23. doi:10.5312/wjo.v6.i1.17
8. Masri R, Keller A. Chronic pain following spinal cord injury. Adv Exp Med Biol. 2012;760:74–88. doi:10.1007/978-1-4614-4090-1_5
9. Yasko JR, Mains RE. Chronic pain following spinal cord injury: Current approaches to cellular and molecular mechanisms. Trends Cell Mol Biol. 2018;13:67–84.
10. Rosner J, Negraeff M, Belanger LM, et al. Characterization of Hyperacute Neuropathic Pain after Spinal Cord Injury: A Prospective Study. J Pain. Jan 2022;23(1):89–97. doi:10.1016/j.jpain.2021.06.013
11. Vierck C. Mechanisms of Below-Level Pain Following Spinal Cord Injury (SCI). J Pain. Mar–Apr 2020;21(3-4):262–280. doi:10.1016/j.jpain.2019.08.007
12. Waring WP, Maynard FM. Shoulder pain in acute traumatic quadriplegia. Paraplegia. Jan 1991;29(1):37–42. doi:10.1038/sc.1991.5
13. Zasler ND, Formisano R, Aloisi M. Pain in Persons with Disorders of Consciousness. Brain Sci. Feb 23 2022;12(3)doi:10.3390/brainsci12030300
14. Chatelle C, Thibaut A, Whyte J, De Val MD, Laureys S, Schnakers C. Pain issues in disorders of consciousness. Brain Inj. 2014;28(9):1202–8. doi:10.3109/02699052.2014.920518
15. Di Perri C, Thibaut A, Heine L, Soddu A, Demertzi A, Laureys S. Measuring consciousness in coma and related states. World J Radiol. Aug 28 2014;6(8):589–97. doi:10.4329/wjr.v6.i8.589
16. Calabro RS, Pignolo L, Muller-Eising C, Naro A. Pain Perception in Disorder of Consciousness: A Scoping Review on Current Knowledge, Clinical Applications, and Future Perspective. Brain Sci. May 20 2021;11(5)doi:10.3390/brainsci11050665
17. Schnakers C, Zasler ND. Pain assessment and management in disorders of consciousness. Curr Opin Neurol. Dec 2007;20(6):620–6. doi:10.1097/WCO.0b013e3282f169d9
18. Schnakers C, Chatelle C, Demertzi A, Majerus S, Laureys S. What about pain in disorders of consciousness? AAPS J. Sep 2012;14(3):437–44. doi:10.1208/s12248-012-9346-5
19. Pistoia F, Sacco S, Stewart J, Sara M, Carolei A. Disorders of Consciousness: Painless or Painful Conditions?-Evidence from Neuroimaging Studies. Brain Sci. Oct 8 2016;6(4)doi:10.3390/brainsci6040047
20. Fins JJ, Shapiro ZE. Pain Management, Disorders of Consciousness, and Tort Law: An Emergency Tort to Fix a Longstanding Injustice. Indiana Law Journal. 2023;98(3)(1):693–720.
21. Alvarez G, Suskauer S, Slomine B. Clinical Features of Disorders of Consciousness in Young Children. Archives of Physical Medicine and Rehabilitation. 04/01 2019;100doi:10.1016/j.apmr.2018.12.022
22. Riganello F, Soddu A, Tonin P. Addressing Pain for a Proper Rehabilitation Process in Patients With Severe Disorders of Consciousness. Front Pharmacol. 2021;12:628980. doi:10.3389/fphar.2021.628980
23. Bodien YG, Allanson J, Cardone P, et al. Cognitive Motor Dissociation in Disorders of Consciousness. N Engl J Med. Aug 15 2024;391(7):598–608. doi:10.1056/NEJMoa2400645
24. Naro A, Bramanti P, Bramanti A, Calabro RS. Assessing pain in patients with chronic disorders of consciousness: Are we heading in the right direction? Conscious Cogn. Oct 2017;55:148–155. doi:10.1016/j.concog.2017.08.009
25. Bodien YG, Barra A, Temkin NR, et al. Diagnosing Level of Consciousness: The Limits of the Glasgow Coma Scale Total Score. J Neurotrauma. Dec 2021;38(23):3295–3305. doi:10.1089/neu.2021.0199
26. Kraus J, Conroy C, Cox P, Ramstein K, Fife D. Survival times and case fatality rates of brain-injured persons. J Neurosurg. Oct 1985;63(4):537–43. doi:10.3171/jns.1985.63.4.0537

# PART 1: CURRICULUM VITAE

## BENNET I. OMALU, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP

Anatomic Pathologist/ Clinical Pathologist/ Forensic Pathologist/ Neuropathologist/ Epidemiologist
Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis [UC-Davis]
President and Medical Director, Bennet Omalu Pathology [BOP], Inc.

**Bennet Omalu Pathology**
**1621 Executive Court**
**Sacramento, CA 95864**

bennetomalu@bennetomalu.com

## Honorary Doctorate Degrees:

1. Doctor of Science
   Westminster College
   Fulton, Missouri, September 15, 2016

2. Doctor of Science
   Xavier University of Louisiana
   New Orleans, Louisiana, May 7, 2016

3. Doctor of Science
   Royal College of Surgeons in Ireland
   Dublin, Ireland, June 7, 2017

## Degrees and Certifications:

1. Board Certification in Anatomic Pathology (AP)
   Diplomate, American Board of Pathology
   American Board of Pathology, July 2002.

2. Board Certification in Clinical Pathology (CP)
   Diplomate, American Board of Pathology
   American Board of Pathology, July 2003.

3. Board Certification in Forensic Pathology (FP)
   Diplomate, American Board of Pathology
   American Board of Pathology, November 2004.

4. Board Certification in Neuropathology (NP)
   Diplomate, American Board of Pathology
   American Board of Pathology, September 2005.

5. Board Certification in Medical Management
   Certified Physician Executive [CPE]
   Certifying Commission in Medical Management
   American College of Physician Executives, February 2011

6. Masters in Public Health (MPH), Epidemiology
   University of Pittsburgh, Graduate School of Public Health
   Pittsburgh, Pennsylvania, April 2004.

7. Masters in Business Administration [MBA]
   Tepper School of Business, Carnegie-Mellon University
   Pittsburgh, Pennsylvania, May 2008.

8. One year clinical Internship Certificate, general/ family practice
   University of Nigeria Teaching Hospital, Enugu, Nigeria, January 1992.

9. Bachelor of Medicine and Bachelor of Surgery (M. B., B. S.)
   University of Nigeria, Enugu, Nigeria, June 1990.

10. United States Medical Licensing Examinations (Steps I and II), September 1993.

11. United States Medical Licensing Examination Step III, May 1998.

12. Grade 1 certificate in the Theory of Music, The Royal Schools of Music, London, England, 1981.

## Professional and Post-Graduate Education and Training

| | | |
|---|---|---|
| 1. | College of Medicine,<br>University of Nigeria, Enugu, Nigeria. | July 1984 - July 1990 |
| 2. | House Physician,<br>Department of Pediatrics,<br>Enugu General Hospital, Enugu, Nigeria. | August 1990 - Dec. 1990 |
| 3. | Internship in General/ Family Practice,<br>University of Nigeria, Hospital, Enugu, Nigeria. | January 1991 - January 1992 |
| 4. | Emergency Room Physician,<br>Jos University Hospital, Jos, Nigeria. | March 1992 - October 1994 |
| 5. | Visiting/ Research Scholar,<br>Cancer Epidemiology, Dept. of Epidemiology,<br>School of Public Health, University of Washington, Seattle. | October 1994 - June 1995 |
| 6. | Pathology Residency, Anatomic/ Clinical<br>College of Physicians and Surgeons of Columbia University,<br>Harlem Hospital Center, New York City. | July 1995 - June 1999 |
| 7. | Fellowship training in Forensic Pathology,<br>Allegheny County Coroner's Office<br>University of Pittsburgh, Pittsburgh, Pennsylvania. | July 1999 - June 2000 |
| 8. | Fellowship training in Neuropathology,<br>University of Pittsburgh Medical Center<br>University of Pittsburgh, Pittsburgh, Pennsylvania. | July 2000 - June 2002 |
| 9. | Masters in Public Health: Epidemiology<br>Graduate School of Public Health<br>University of Pittsburgh, Pittsburgh, Pennsylvania | June 2002 – April 2004 |

10. Masters in Business Administration
Tepper School of Business
Carnegie Mellon University, Pittsburgh, Pennsylvania August 2005 – May 2008

## Medical Licensure

1. License of practice as a physician, unrestricted, State of Indiana 1998 - 2023

2. License of practice as a physician, unrestricted, State of Pennsylvania 1998 - 2023

3. License of practice as a physician, unrestricted, State of Hawaii 2003 - 2023

4. License of practice as a physician, unrestricted, State of California 2007 – Present

## Professional Medical Affiliations and Memberships

1. Member, American Association of Physician Leadership, 2006 – present
2. Member, American Association for the Advancement of Science [AAAS], 2005 – present
3. Fellow, College of American Pathologists (CAP), 1995 – present
4. Fellow, American Society of Clinical Pathologists (ASCP), 1995 – present
5. Member, American Association of Neuropathologists (AANP), 2002 – present
6. Member, National Association of Medical Examiners (NAME), 1999 – present
7. Member, American Academy of Forensic Sciences, 2004 – present
8. Member, United States and Canadian Academy of Pathology, 2003 – present
9. Member, International Academy of Pathology, 2003 – present
10. Fellow, American College of Epidemiology, 2004 – present
11. Member, American Association of Public Health Physicians, 2004 – present
12. Member, American Public Health Association, 2004 - present
13. Member, American Society for Investigative Pathology, 2004 - present
14. Member, American Medical Association (AMA), 2002 - present
15. Member, San Joaquin Medical Society, 2009 – present
16. Member, California Medical Society, 2009 – present
17. Member, California Society of Pathologists, 2015 - present
18. Member, Union of American Physicians and Dentists, 2007 - present
19. Member, Pennsylvania Medical Society, 2003 - 2007

20. Member, Allegheny County Medical Society, 2003 – 2007
21. Member, New York County Medical Society, 1997 - 1999
22. Member, Nigerian Medical and Dental Council, 1990
23. Member, Association of Nigerian Physicians in the Americas, 2017 - present

## Appointments

1. Consulting Forensic Pathologist-Neuropathologist, Kaiser Permanente Hospitals, Central California, February 2018 – Present.
2. Physician Associate and Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, February 2018 – Present.
3. Consulting Forensic Pathologist-Neuropathologist, Yosemite Pathology Medical Group, January 2018 – Present.
4. Consulting Forensic Pathologist-Neuropathologist, Lake County, California, February 2018 - Present.
5. Visiting Professor, Emory University, Department of Pathology and Laboratory Medicine, March 2017.
6. Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, January 2017 – Present.
7. Co-Director/Co-Founder, Taumark, Inc, Better Brain Diagnostics, May 2013 – present.
8. Chief Medical Examiner, Washington, D.C. Appointed on October 11, 2013. Declined Offer.
9. Co-Director, Brain Injury Research Institute, West Virginia University/NorthShore University Health System, November 2009 – present.
10. Visiting Professor, Department of Neurosurgery, West Virginia University, Dec. 2009 – Dec. 2011
11. Member, NFL Players Association Concussion and Traumatic Brain Injury Committee, December 2009 – 2012.
12. Visiting Professor, Rockefeller Institute of Neuroscience, Morgantown, Virginia, August 2009 – April 2010.
13. Chief Medical Examiner, San Joaquin County, California, September 2007 – March 2018.
14. Associate Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, September 2013 – January 2017.

15. Clinical Professor of Pathology, Department of Pathology, University of California, Davis, March 2012 – July 2013.
16. Associate Physician Diplomate, Medical Pathology and Laboratory Medicine, University of California-Davis Medical Center, March 2012 – July 2013.
17. Associate Clinical Professor of Pathology, Department of Pathology, University of California, Davis, May 2008 – January 2012.
18. Adjunct Assistant Professor of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania, June 2010 – 2012.
19. Assistant Clinical Professor of Epidemiology, Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, March 2004 – 2008
20. Clinical Associate Professor of Pathology and Clinical Instructor, Department of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania, May 2003 – 2009
21. Attending Forensic Pathologist, Allegheny County Coroner's Office, July 2002 – March 2007
22. Attending Forensic Neuropathologist, Allegheny County Coroner's Office, July 2002 – March 2007
23. Associate Forensic Pathologist, Allegheny County Coroner's Office, July 2000 – June 2002

## Hospital Admissions and Practice Privileges

1. University of California, Davis, Health System/ Medical Center — March 2012 to July 2013
   Department of Medical Pathology and Laboratory Medicine — February 2018 to Present
   2315 Stockton Blvd
   Sacramento, CA 95817

2. Contra Costa Regional Medical Center — January 2013 to Present
   Department of Pathology
   2500 Alhambra Avenue
   Martinez, CA 94553

3. San Joaquin General Hospital — September 2007 to Present
   Department of Pathology
   500 West Hospital Road
   French Camp, CA 95231

4. Yosemite Pathology Medical Group — August 2017 to Present
   Business Associate- Autopsy Services
   2625 Coffee Road
   Modesto, CA 95355

5. NorthBay Medical Center — June 2018 to Present
   1200 B. Gale Wilson Boulevard
   Fairfield, CA 94533

6. Adventist Health Bakersfield Hospital — 2022 to Present
   2615 Chester Avenue
   Bakersfield, CA 93301

## Journal Editorial and Peer Review Experience

1. Associate Editor, Neurosurgery Journal, Sports and Rehabilitation Section, September 2009 – 2014
2. Reviewer, Militarily Relevant Peer Reviewed Alzheimer's Disease Research Program (MRPRA), 2012: American Institute of Biological Sciences [AIBS], Scientific Peer Advisory and Review Services Panel.
3. Reviewer, Nigerian Journal of Clinical Practice, February, 2011 to 2014
4. Reviewer, Nigerian Journal of Surgery, October 2011
5. Reviewer, The Journal of Neuropsychiatry and Clinical Neurosciences, April 2012
6. Reviewer, The Journal of Forensic Nursing, June 2009, October 2012, February 2013
7. Reviewer, Forensic Science, Medicine and Pathology, November 2012

## Consulting and Peer Review Assignments

1. Consulting Forensic Pathologist/ Neuropathologist, Cyril H. Wecht and Pathology Associates Inc. June 2000 – January 2006.
2. Consulting Forensic Neuropathologist, Office of the Chief Medical Examiner, Commonwealth of Virginia: August 2006 – December 2012
3. Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Clark County, Las Vegas, Nevada, September 2007 – December 2012
4. Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Washoe County, Reno, Nevada, 2009 – present
5. Consulting Forensic Pathologist, Solano County Coroner's Office, California, 2011 - 2012
6. Consulting Neuropathologist, Conemaugh Memorial Hospital, Johnstown, Pennsylvania: August 2003 – August 2007
7. Consulting Expert Witness/Forensic Pathologist/Neuropathologist, Public Defender's Office, County of Sacramento, California, April 2010 – present.
8. Consulting Forensic Neuropathologist, Medical Examiner's Office, Allegheny County, Pittsburgh, Pennsylvania, January, 2011.
9. Consulting Forensic Neuropathologist, Medical Examiner's Office, County of Summit, Akron, Ohio. October, 2011.
10. Consulting Forensic Neuropathologist, American Forensics, Dallas, Texas. October, 2011.

### Congressional Hearing, Testimony and Briefing

The Congress of the United States

1. One Hundred and Eleventh Congress, Congress of the United States, House of Representatives, Committee on the Judiciary, Field Hearing: Legal Issues Relating to Football Head Injuries, Part II, Monday, January 4th, 2010.

2. One Hundred and Eleventh Congress, Congress of the United States, House of Representatives, Committee on the Judiciary, Judiciary Forum: Head and Other Injuries in Youth, High School, College and Professional Football, Monday, February 1, 2010.

3. One Hundred and Fourteenth Congress, Congress of the United States, House of Representatives: Dr. Omalu's Briefing on his Work and Legacy. Energy and Commerce Committee Room, 2123 Rayburn HOB. Tuesday, January 12, 2016.

California State Assembly

1. Testimony in support of AB 2007- Concussion Management for Youth Sports Leagues, Committee on Arts, Entertainment, Sports, Tourism and Internet Media, Tuesday, May 3, 2016.

2. Testimony in support of SB 1303- An act to amend Sections 24000, 24009, and 24010 of the Government Code, relating to local government [Coroner: County Office of the Medical Examiner], Senate Committee on Governance and Finance, California State Senate, April 11, 2018.

3. Testimony in support of SB 1303, Senate Committee on Public Safety, California State Senate, April 24, 2018.

4. Testimony in support of SB 1303, Assembly Committee on Local Government, California State Assembly, June 20, 2018.

5. Testimony in support of SB 1303, Assembly Committee on Public Safety, California State Assembly, June 26, 2018.

New York State Assembly

1. Testimony in support of A4448- An act to amend the public health law, in relation to prohibiting children thirteen years old and younger from playing tackle football. Roundtable discussion before Concussion movie screening to New York State Assembly and New York State Senate Members. Wednesday, May 4, 2016.

## Selected Honors, Awards, Recognition and Achievements

1. 2019 Medgar Evers Freedom Fighter Award, National Association for the Advancement of Colored People [NAACP], Stockton, California, November 16, 2019, Stockton, California.

2. Distinguished Alumnus- Medical Discovery Award, College of Medicine, University of Nigeria, Enugu, Nigeria, September 19, 2019.

3. Recognized as a member of the Trailblazer of the Lab Power List, 2019. The Pathologist, August 2019. https://thepathologist.com/power-list/2019

4. Recognized as one of the “100 Figures Who Shaped The NFL’s First Century”: “Perhaps the single most significant name in football post-2000, Bennet Omalu—the Nigerian-born doctor who first discovered evidence of brain trauma in the body of former Steelers great Mike Webster—changed the way everyone from players and coaches to administrators and concerned parents have approached the violent sport”. 100 Figures Who Shaped the NFL’s First Century. By The Sports Illustrated Staff, August 28, 2019. https://www.si.com/nfl/2019/nfl-100-most-influential-figures-all-time

5. 2019 Peace And Justice Award, California State University, Sacramento, College of Health and Human Services, Center for African Peace and Conflict Resolution, Sacramento, April 27, 2019.

6. Leadership Award, Carson Scholars Fund, April 13, 2109, San Diego, California.

7. Pioneer Award, 2019 Champions of Health Awards, National Medical Fellowships, Bay Area, March 2, 2019, Berkeley, California.

8. Appointed Member, Traumatic Brain Injury Advisory Board, California Department of Rehabilitation, State of California Health and Human Services Agency, January 1, 2019 to May 31, 2021.

9. Department of the Army, California Army National Guard, Sacramento, California, Nigerian 68W Familiarization/SES Donald Get [AFRICOM] Visit to California, Invitational Appearance Based on Military Necessity, August 27, 2018.

10. William Steiger Memorial Award, 2018: American Conference of Governmental Industrial Hygienists [ACGIH]: For Efforts Contributing to the Advancement of Occupational Health and Safety. March 2018.

11. Honorary Member Award, Academy for Sports Dentistry, June 23, 2017, San Francisco, California.

12. Residents Choice Award, 2017, Emory University School of Medicine, Department of Pathology and Laboratory Medicine, March 13, 2017.

13. Joint Members Resolution No. 116 to Commend Dr. Bennet Omalu for Exemplary Record of Medical Achievements, State of California Legislature, February 22, 2017.

14. Certificate of Recognition, Board of Supervisors, San Joaquin County, for contributions and distinguished service to San Joaquin County, January 10, 2017, Stockton, California.

15. Outstanding Achievement in Medicine Award, The San Joaquin Medical Society, Stockton, California, December 15, 2016.

16. Rescuer of Humanity Award, 2016, Values-in-Action Foundation, Cleveland, Ohio, December 6, 2016.

17. Service To Science Award, 2016 D. Walter Cohen, DDS Award, NDRI [National Disease Research Interchange], November 18, 2016, Philadelphia, Pennsylvania.

18. Distinguished Service Award [The highest award of the American Medical Association-AMA], November 12, 2016, AMA Interim Meeting, 2016, Orlando, Florida.

19. Beacon of Ethics Award, The Greater Omaha Alliance For Business At Creighton University, Better Business Bureau Annual Integrity Awards Luncheon, November 2, 2016.

20. Healing Hand Award, The El Paso Hispanic Chamber of Commerce, 26th Anniversary Fiesta Celebration and Pinata Bash, October 15, 2016.

21. Honorary Lifetime Membership, The National Honor Society in Neuroscience [Nu Rho Psi], University of Evansville, Indiana, October 13, 2016.

22. Invited Guest and Speaker, Camp Fire 2016, Santa Barbara, California, September 29 – October 2, 2016.

23. Special Tribute to Bennet Omalu, State of Michigan, The Ninety-Eighth Legislature, At Lansing, September 20, 2016.

24. The Louise Blouin Foundation Award for a Positive Impact on a Global Scale, The Eleventh Annual Awards, The Blouin Creative Leadership Summit Awards Reception, September 19, 2016, New York City.

25. Above and Beyond Award, 2016. The Network of Ethnic Physician Organization and The California Medical Association Foundation, September 17, 2016.

26. The 2016 Green Lecture Speaker, Westminster College, Fulton, Missouri, September 15, 2016.

27. 2016 Distinguished Great Immigrant, Carnegie Corporation of New York, June 30, 2016.

28. 2016 Dr. Ernst Jokl Sports Medicine Award, Unites States Sports Academy, June 29, 2016.

29. Key Note Speaker, 2016 Commencement, University of California, Davis, School of Medicine, May 28, 2016.

30. Honorary Fellow, American Association of Physician Leadership, April 15, 2016, Washington, DC.

31. Invited Speaker, W.L. Mellon Speaker Series, April 14, 2016, Tepper School of Business, Carnegie Mellon University, Pittsburgh, Pennsylvania.

32. Pioneer in Medicine Award, 2016, The Society for Brain Mapping and Therapeutics (SBMT), April 9th, 2016, 13th Annual World Congress for Brain Mapping and Therapeutics, Miami, Florida.

33. 2016 Red Cross Heroes-Spirit of the Red Cross Award. The American Red Cross, Gold Country Region. March 16, 2016.

34. Contribution to Science and Education Award, 37th Annual Young Artist Awards, The Young Artist Foundation, Los Angeles, California, March 13, 2016.

35. Congressional Honors, United States Congress, House of Representatives, for the discovery of Chronic Traumatic Encephalopathy and Raising Awareness on Repetitive Brain Trauma, Wednesday, February 3, 2016, Congressman Jerry McNerny, D-California, 9th District.

36. Invited to the Address to the Congress on the State of the Union, President Barack Obama, January 12, 2015, 114th Congress, United States House of Representatives, Guest of Honorable Jackie Speier, U.S. Representative for California's 14th Congressional District.

37. Invited Guest, 73rd Golden Globe Awards, The Hollywood Foreign Press Association, January 10, 2016, Beverly Hills, California.

38. Presented the Key to the City of Lodi by Mark Chandler, Mayor, City of Lodi, California, January 9, 2016.

39. Invited Guest, 7th Annual Governors Award, Academy of Motion Pictures Arts and Sciences, November 14, 2015, Hollywood, California.

40. Medscape Best Physicians of the Year: 2015.

41. WebMD Health Heroes Award- Scientist, 2015. November 5, 2015.

42. Founding member and director, Bennet Omalu Foundation, Inc., September 2014.

43. Member, Greater Talent Network Speakers' Bureau, New York, New York, 2015

44. Recognized as one of the "120 Great Nigerians You Never Knew". First Bank of Nigeria [since 1894], Ed Emeka Keazor, MME Media, Johannesburg, South Africa, 2014.

45. Certificate of Special Congressional Recognition, San Joaquin County Bar Association, Law Day Luncheon. April 30, 2015. Jerry Mcnerney, Member of the United States Congress.

46. Named among 20 Top Forensic Pathology Professors Online. Forensics Colleges. November 2013. [http://www.forensicscolleges.com/blog/profs/20-top-forensic-pathology-professors; http://www.ucdmc.ucdavis.edu/publish/news/newsroom/8426]

47. 2013 Alumni Achievement Award, University of Nigeria Alumni and Friends Association, U.S.A. Saturday, October 19, 2013, Los Angeles, California.

48. Founding Member, CTEM, Inc. Wheeling, West Virginia, 2013.

49. Nominated for the Potamkin Prize for Research in Pick's, Alzheimer's, and Related Diseases, American Academy of Neurology, 2012.

50. Years of Excellence In Pioneering Neuropathology Concussion Research For Athlete Populations. June 22, 2012, Sports Concussion Institute, Sixth Annual National Summit On Sports Concussion And Other Athletic Injuries.

51. America’s Top Physicians, 2007, 2008, 2009, 2010, 2011. Consumer’s Research Council of America, Washington, DC.

52. Member, Board of Directors, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, August 2010 to present.

53. Discovered and named Chronic Traumatic Encephalopathy [CTE] in American football players and American professional wrestlers, 2002 and 2007.

54. Co-Founder, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, November 2009.

55. First Chief Medical Examiner of San Joaquin County, California.

56. Honored Visiting Professor, Department of Neurosurgery, West Virginia University, October 1, 2008.

57. Founder and President, Bennet Omalu Pathology, Inc. October, 2011.

58. Identified the West Nile Virus within the neurons of an infected deceased man using fluorescent-labeled con-focal immuno-microscopy, 2004.

59. The 2002 ‘Manifesting the Kingdom’ Award, Most Reverend Donald W. Wuerl, Bishop, Catholic Diocese of Pittsburgh January 5, 2003.

60. National merit list, Masters in Public Health, Graduate School of Public Health, University of Pittsburgh, April 2004.

61. Honorary Fellowship Award, American Registry of Pathology at the Department of Environmental and Toxicologic Pathology, Armed Forces Institute of Pathology (AFIP). October, 1998.

62. College of American Pathologists (CAP) Foundation Informatics Award: Automated Information Management in the Clinical Laboratory. (Ann Arbor, Michigan) May 1998.

63. World Health Organization Research scholar Award, Cancer Epidemiology, School of Public Health, University of Washington, Seattle, Washington. October 1994 - June 1995.

64. Chief Resident, Department of Pathology, Harlem Hospital Center July 1998 - June 1999.

65. Harlem Hospital House Staff President, March 1998 - April 1999.

66. Laboratory Inspector, College of American Pathologist (CAP), Stanford University, November 2002.

67. New York state delegate, College of American Pathologists Residents Forum, July 1997 – June 1999.

68. Resident Member, Harlem Hospital Medical Board, April 1998 - March 1999.

69. Resident Member, Harlem Hospital Community Board, April 1998 - March 1999.

70. National Delegate, Committee of Interns and Residents (CIR), March 1996 - April 1999.

71. Harlem Hospital Residency Program Liaison, American Society of Clinical Pathologists, July 1997 - June 1999.

72. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: An Immunohistochemical Profile of Tumor Associated Antigens in Malignant Melanoma and Benign Melanocytic Nevi: CD44, p53 protein, Cathepsin B, Melan-A Gene Product. April 1998.

73. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: Forensic implications of the Analytical Evaluation of Human Tissues after Exposure to Cesium Chloride: Atomic Absorption Spectrometry. May 1999.

74. College Scholarship award: National Merit List, Federal Government of Nigeria. September 1979 - July 1984.

75. Producer, “Christ is King !! A Liturgical Selection”: an audio compact disc album for Saint Benedict the Moor Roman Catholic Church, Pittsburgh, Pennsylvania. November 2003.

76. President and Founder/ Principal partner, BOGE LLP, a health management and consulting company, Pittsburgh, Pennsylvania, March 2004 – 2007.

77. President and Founder/ Principal partner, Clairton Community Cultural Center, a community re-development company, Pittsburgh, Pennsylvania, 2005 – 2007.

78. President and Founder/ Principal partner, Clairton Community Health Center, a 24-hour community primary care health center, Pittsburgh, Pennsylvania, 2005 – 2007.

79. Trustee, Prostate Health and Research Foundation, a non-profit prostate health education organization, Lagos, Nigeria, March 2004 – 2007.

## Selected Invited Lectureships and Talks

1. Guest Speaker, AD in 3D- An Immersive Tour of Alzheimer's Disease and Modifiable Risk Factors. Marriott Marquis San Diego Marina, San Diego, California. April 7, 2025, Eli Lilly.

2. Guest Lecturer, Mental Effects of TBI/ CTE, Grand Rounds, Hackensack University New Jersey, Hackensack Meridian Health, Mental effects of TBI / CTE, March 19, 2025.

3. Keynote Speaker, Black Health Matters Conference 2023: "Decolonizing Health: Recentering Black Wellness and Community Empowerment", February 19, 2023, Harvard Undergraduate Black Health Advocates, Harvard University, Cambridge, Massachusetts.

4. Business Ethics Class, Dean Hanumantha R. Unnava, UC Davis Graduate School of Management, Davis, California, February 10, 2020.

5. Guest Speaker, Board of Trustees Meeting, Educational Commission for Foreign Medical Graduates [ECFMG]/ Foundation for Advancement of International Medical Education and Research [FAIMER], December 5, 2019, Philadelphia, Pennsylvania.

6. Dreamforce Fireside Chat: Bennet Omalu and Emilia Clarke, November 22, 2019, San Francisco, California, Salesforce.

7. Keynote Speech: "I practice my faith in my science- by faith the impossible becomes possible". Ministry Days 2019 convention, the Catholic Diocese of Sacramento, September 28, 2019, Sacramento, California.

8. Keynote Speech: "Truth Doesn't Have a Side". 2019 Annual Member Symposium, Beta Healthcare Group, La Jolla, California, September 26, 2019.

9. Commencement Speech, UC Davis Graduate Studies, 72nd Annual Commencement, June 13, 2019, ARC Pavilion, University of California, Davis.

10. Keynote Speech, "Don't Break the Rules, Change the Game", Courage at Our Core initiative, Progressive Group of Insurance Companies, Mayfield Village, Ohio, June 12, 2019.

11. Keynote Speech, "An Afternoon with Dr. Bennet Omalu", 2019 OhioHealth Neuroscience Symposium, May 17, 2019, OhioHealth, Columbus, Ohio.

12. Keynote Speech, "A morning with Bennet Omalu", Values Day, May 10, 2019, Annual Conference, McKinsey & Company, Chicago, Illinois.

13. Distinguished Keynote Speaker, 28th Annual Africa Peace Awards, The Center for Africa Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento, April 27, 2019.

14. Keynote Speaker, 2019 Annual Banquet, Carson Scholars Fund, San Diego, California, April 13, 2019.

15. Keynote Speaker, 2019 Cal-HOSA [Health Occupations Students of America] State Leadership Conference, Sacramento Convention Center, March 30, 2019.

16. California Military Department/ California National Guard, Key Note Speaker and Certificate of Appreciation, February 2019 Special Emphasis Observance, February 25, 2019, Sacramento, California.

17. "Don't Break the Rules, Change the Game: How Bennet Omalu Single-Handedly Changed American Football, Professional Sports, and How the World Perceives Traumatic Brain Injuries". American Academy of Neurology Annual Meeting, Los Angeles, California, April 25, 2018.

18. Keynote Speech: Conformational Intelligence and Innovation, 2018 MedHealth Summit, Michigan, United States, and Ontario, Canada. Detroit, Michigan, April 19, 2018.

19. "An Afternoon with Dr. Bennet Omalu". Florida Justice Association, World Center Marriot Hotel, Annual Meeting, Orlando, Florida, March 23, 2018.

20. "An Evening with Dr. Bennet Omalu". The Hinman Dental Society, Georgia World Congress Center, Atlanta, Georgia, March 22, 2018.

21. "NFLPA Denver Chapter Movie Night, "Concussion". Sports Legend Assistance Fund in affiliation with NFLPA Denver Chapter, Landmark Theater, Greenwood Village, Colorado, November 9, 2017.

22. "Don't Break the Rules; Change the Game". Tulsa Town Hall, Tulsa Performing Arts Center, Tulsa, Oklahoma, October 27, 2017.

23. "An Evening with Dr. Bennet Omalu". Baraboo Growth, LLC, Milwaukee Club, Milwaukee, Wisconsin, October 24, 2017.

24. "American Football, Player Safety and Health, and Future of Contact Sports". Chicago Ideas, Morningstar, Chicago, Illinois, October 21, 2017.

25. "An Evening with Dr. Bennet Omalu". Commonwealth Club Present Dr. Bennet Omalu, The Commonwealth Club, San Francisco, California, August 23, 2017.

26. "Don't Break the rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports, and how the world perceives traumatic brain injuries". Keynote

Address, Life Chiropractic College West, Wave 2017 Conference, San Francisco, California, August 5, 2017.

27. Keynote/Commencement Speaker, Conferring Ceremony, School of Medicine, Royal College of Surgeons in Ireland, Dublin, Ireland, June 7, 2017.

28. "An Evening with Bennet Omalu". North Shore University Hospital Medical Staff Society, 2017 Dinner and Awards Ceremony. Garden City, New York, May 4, 2017.

29. "An Evening with Bennet Omalu". University of North Carolina- Wilmington, Leadership Lecture, Wilmington, North Carolina, March 29, 2017.

30. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American Football, Professional Sports, and how the world perceives traumatic brain injuries." Frederick Speaker Series, Weinberg Center for the Arts, Inc. Frederick, Maryland, March 23, 2017.

31. "The Science and Humanity of Chronic Traumatic Encephalopathy". Professional Development Working Group Seminar, Department of Defense, Congressionally Directed Medical Research Programs, Ft. Detrick, Maryland, March 22, 2017.

32. "Conformational Intelligence and the Humanity of Science", Dept of Pathology and Laboratory Medicine Grand Rounds, Emory University, School of Medicine, Department of Pathology and Laboratory Medicine, Atlanta, Georgia, March 13, 2017.

33. "A Morning with Dr. Bennet Omalu", CTE, FTD: Connecting the Dots- Focus on Tau, Frontotemporal Labor Degeneration Association, The University of Texas Health Science Center, San Antonio, Texas, March 11, 2017.

34. "A Morning with Dr. Bennet Omalu", Key Note Speaker, 2017 Breakfast with Friends, Catholic Charities Community Service, Rochester, New York, March 3, 2017.

35. "An Evening with Dr. Bennet Omalu". 2017 Sanderson Lecture, Thomas J. Long School of Pharmacy and Health Sciences, University of the Pacific, Stockton, California, March 1, 2017.

36. "Concussion + The Mustard Seed Effect- How Small Steps Can Spark Big Change". Chambers Lecture Series, Boston College, Chestnut Hill, Massachusetts, February 23, 2017.

37. "The Science and Consequences of Concussions: Shedding Light on CTE Disease", UC Davis, Capitol Speaker Series, UC Center Sacramento, 1130 K Street, LL22, Sacramento, CA 95814, February 22, 2017.

38. "A Morning with Dr. Bennet Omalu, Unlocking Your Full Potential: how to have a positive impact on communities, families and the world while navigating the complexities of wealth." The Threshold Group, Sausalito, California, February 22, 2017.

39. "Chronic Traumatic Encephalopathy, My Life and My Work". Court of Appeal, 3rd Appellate District, 914 Capitol Mall, Sacramento, CA 95814, January 5, 2017.

40. "An Evening with Dr. Bennet Omalu". Banner Bon Sante Ball, Banner Health Foundation, Scottsdale, Arizona, December 10, 2016.

41. "An Evening with Bennet Omalu". Pacific Northwest Chapter, World President's Organization and Young President's Organization. Concussions in Sports meeting, Swedish Neuroscience Institute, Seattle Washington, November 9, 2016.

42. "Don't Break the Rules, Change the Game", Missouri Hospital Association, 94th Annual Convention and Tradeshow, Osage Beach, Missouri, November 3, 2016.

43. "An Afternoon with Bennet Omalu". Better Business Bureau, Inc. Annual Integrity Awards Luncheon, La Vista, Nebraska, November 2, 2016.

44. "The Science and Humanity of Chronic Traumatic Encephalopathy". Navy SEAL Foundation, Inc. Navy SEAL Foundation Mental Health and Veteran Care Convening, San Diego, California, November 1, 2016.

45. "An Afternoon with Bennet Omalu". California Primary Care Association, 2016 Annual Conference, Long Beach, California, October 27, 2016.

46. "An Evening with Bennet Omalu". University Distinguished Speaker Event, Healthy Nevada Speaker Series, University of Nevada, Reno, Nevada, October 25, 2016.

47. "A Morning with Bennet Omalu". American Academy of Physical Medicine and Rehabilitation, 2016 Annual Assembly, New Orleans, Louisiana, October 21, 2016.

48. "An Afternoon with Bennet Omalu". American Health Information Management. 2016 AHIMA Annual Convention, Baltimore, Maryland, October 19, 2016.

49. "An Evening with Dr. Bennet Omalu". Key Note Speaker, El Paso Hispanic Chamber of Commerce, Dreams and Visions to Reality Equal, Annual Fiesta Celebration, El Paso, Texas, October 15, 2016.

50. "An Evening with Bennet Omalu", Patricia H. Snyder Concert and Lecture Series, University of Evansville, Evansville, Indiana, Annual Endowed Lecture and Concert Series on Innovation, research, and healthcare, October 13, 2016.

51. "A morning with Bennet Omalu". Annual Meeting, Indiana Hospital Association, Indianapolis, Indiana, October, 6, 2016.

52. "An Evening with Bennet Omalu". University Lecture Series, Miami University of Ohio, Oxford, Ohio, October 3, 2016.

53. "An Evening with Bennet Omalu". College Endowed Lecture Series, the Anna B. Mow Symposium on Comparative Religious Ethics, Bridgewater College, Bridgewater, Virginia, September 28, 2016.

54. "Don't break the rules, change the game: How Bennet Omalu single-handedly changed American Football, Professional sports, and how the world perceives traumatic brain injuries." Spotlight Program Board's Distinguished Speaker Series, Georgia State University, Atlanta, Georgia, September 27, 2016.

55. "Don't Break the Rules, Change the Game". Key note speaker, The Brain Injury Association of Michigan, 36th Annual Fall Conference, Lansing, Michigan, September 22, 2016.

56. "An Evening with Bennet Omalu", "Lost and Found" – Thrival Innovation Day 1, Thrival Festival, Thrill Mill, Inc, Pittsburgh, Pennsylvania, September 20, 2016.

57. "The Humanity of Science and Conformational Intelligence: The Bennet Omalu Story", Westminster College Hancock Symposium, The Green Lecture, Westminster College, Fulton, Missouri, September 15, 2016.

58. "An Evening with Bennet Omalu". University of Missouri, Columbia, Annual Delta Gamma Lecture Series on Values & Ethics, Jesse Auditorium, September 14, 2016.

59. "An Afternoon with Bennet Omalu". KPMG's International Partners Meeting, Prague, Czech Republic, September 12, 2016.

60. "An Evening with Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries. University of Tennessee, Alumni Memorial Building, Cox Auditorium, Knoxville, Tennessee, August 31, 2016.

61. "An Afternoon with Bennet Omalu" Leadership Tyler. Leadership Live 2016, Tyler, Texas. August 30, 2016.

62. "A Forensic Pathologist, Chronic Traumatic Encephalopathy [CTE] and Conformational Intelligence [CI]". Keynote Speaker, American College of Legal Medicine, 22nd Annual World Congress of Medical Law, Los Angeles, California, August 10, 2016.

63. "Chronic Traumatic Encephalopathy: A Journey from Pathology Discovery to Advocacy and Beyond." Association of Pathology Chairs, 2016 Annual Meeting, San Diego, California, July 15, 2016.

64. "Don't Break the Rules, Change the Game". Keynote Address, Society of Corporate Secretaries and Governance Professionals, Annual National Conference, Colorado Springs, Colorado, June 25, 2016.

65. "Working as a Team to Seek the Truth: Bennet Omalu's Journey on Discovering CTE and Making the Movie Concussion". Key note speaker, Association of Nigerian Physicians in the

Americas [ANPA], 2016 Convention and Scientific Assembly, Las Vegas, Nevada, June 23, 2016.

66. "Interview with Dr. Omalu, moderated by Buzz Bissinger". Aspen Ideas Festival Spotlight Health, The Aspen Institute, Aspen, Colorado, June 24, 2016.

67. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries." Vizient New England CEO Executive Board Meeting, York, Maine. June 22, 2016.

68. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries" Vizient Upper Midwest Executive Board Meeting, Chicago, Illinois, June 14, 2015.

69. "Interview with Will Smith and Bennet Omalu, moderated by Jim Greenwood, CEO, BIO [Biotechnology Innovation Organization]", 2015 BIO International Convention, San Francisco, California, June 7, 2015.

70. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional Sports, and how the world perceives traumatic brain injuries". Vizient New England CEO Executive Board Meeting, Williamsburgh, Virginia, June 2, 2016.

71. 2016 Project Play Summit, The Aspen Institute, Newseum, Washington, DC, May 17, 2016.

72. A Moring with Dr. Bennet Omalu. Western Health Care Leadership Academy, California Medical Association, San Francisco, California, May 15, 2016.

73. An Evening with Dr. Bennet Omalu. Drexel Neurosciences Institute Inaugural Neurosciences Conference. Drexel Neuroscience Institute, Drexel University College of Medicine, Atlantic City, New Jersey, May 11, 2016.

74. A Morning with Bennet Omalu. US Trust President's Award Program, Bank of America/ U.S. Trust, Colorado Springs, Colorado, May 10, 2016.

75. An Afternoon with Bennet Omalu. Annual SAS Health Care and Life Sciences Executive Conference, SAS Institute, Inc., Cary, North Carolina, May 4, 2016.

76. An Afternoon with Bennet Omalu. 2016 Diversity & Inclusion Symposium, Carolinas Healthcare System, Charlotte, North Carolina, April 28, 2016.

77. An Evening with Bennet Omalu. Healthcare Business Summit, MedAssets, Las Vegas, Nevada, April 26, 2016.

78. An Evening with Bennet Omalu. The Institute For Rehabilitation and Research [TIRR], Houston, Texas, April 21, 2016.

79. The 2016 Significant Speaker Event, Gallogly Events Center, University of Colorado, Colorado Springs. An Evening with Dr. Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports, how the world perceived traumatic brain injuries, and making small steps to spark a major change. April 19, 2016.

80. Speaker, W.L. Mellon Series, Tepper School of Business, Carnegie Mellon University, April 14, 2016. The W.L. Mellon Speaker Series enables students to interact with global leaders, CEOs and management experts in student forums that encourage insightful and lively dialogue.

81. An Evening with Dr. Bennet Omalu, University of Pécs Medical School, Pécs, Hungary, April 1, 2016.

82. "A Morning with Dr. Bennet Omalu". The Head Injury Association: Head Injury Awareness Forum...Protecting School-aged Athletes from Concussion. Hauppauge, New York, March 30, 2016.

83. "Concussion: The Story Behind the Movie". 68th Annual Meeting, San Francisco Neurological Society, Sonoma, California, March 12, 2016.

84. "Don't Break the Rules, Change the Game". 11th Annual Brain Injury and Rehabilitation Conference, Liberty Station Conference Center, The Rehabilitation Center at Scripps Memorial Hospital Encinitas, San Diego, California. March 11, 2016.

85. "An Evening with Bennet Omalu". Oklahoma State University, Speakers' Board, Wes Watkins Center, Stillwater, Oklahoma, March 9, 2016.

86. "An Afternoon with Bennet Omalu". Vivo Capital Annual Limited Partner Meeting. Palo Alto, California, March 2, 2016.

87. "An Afternoon with Bennet Omalu- Discussing the Discovery of CTE". Wounded Warrior Battalion (West), Camp Pendleton, California, March 1, 2016.

88. "An Afternoon with Bennet Omalu". California Schools Employee Association and California Schools VEBA- Benefit University. Anaheim, California, February 29, 2016.

89. "An Evening with Bennet Omalu". Inspiring Minds Speaker Series, Beth El Synagogue, St. Louis Park, Minnesota, February 25, 2016.

90. "An Afternoon with Bennet Omalu". California Schools VEBA/ United HealthCare, Sacramento, California, February 23, 2016.

91. "Concussion: An Evening with Bennet Omalu". Ohio State University, Columbus, Ohio, February 18, 2016.

92. "An Evening with Bennet Omalu". Lifelong Learning Society, Florida Atlantic University, Jupiter, Florida, February 16, 2016.

93. “A Morning with Bennet Omalu”. 2016 MedAssets Healthcare Executive Forum. The Westin Kierland Resort & Spa, Scottsdale, Arizona, February 6, 2016.

94. “50 Minute Interview with Stone Phillips”. City Arts & Lectures, Nourse Theatre, San Francisco, California, February 4, 2016.

95. “An Evening with Bennet Omalu”. Frontier Forum Lecture Series, Straz Center for the Performing Arts, University of South Florida, Tampa, Florida, December 3, 2015.

96. Keynote speaker: “Courageous Truth-Seeker: One Pathologist’s Quest for a Diagnostic Breakthrough”. The College of American Pathologists Annual Conference [CAP] 2015, Nashville, Tennessee, October 4, 2015.

97. Panelist, Concussion Litigation: Past, Present and Future. California Judges Association, 2015 Mid-Year Conference. May 1-3, 2015, Indian Wells, California.

98. Keynote speaker, Law Day Luncheon 2015. The San Joaquin County Bar Association and Foundation. Thursday April 30, 2015.

99. Chronic Traumatic Encephalopathy [CTE] and Emerging In-Vivo Diagnosis. Santa Clara Valley Brain Injury Conference. Conversations on Coma to Community. February 5-7, 2015, Santa Clara Marriott, Santa Clara, California.

100. The Historical Foundation of Chronic Traumatic Encephalopathy [CTE]: The Role of the Medical Examiner. West Coast Training Conference “Games People Play”. Wednesday, April 23, 2014. County of Los Angeles Department of Medical Examiner-Coroner. Beverly Garland, North Hollywood, Los Angeles, California.

101. Emerging In-Vivo Diagnosis of Chronic Traumatic Encephalopathy. Grand Rounds Lecture, Monday, December 2, 2013. Department of Medical Pathology and Laboratory Medicine, University of California, Davis.

102. Chronic Traumatic Encephalopathy: Current Understanding of Clinicopathologic Features; A Forensic Perspective. American Academy of Neurology, 65th Annual Meeting. San Diego, March 16-23, 2013. San Diego Convention Center. March 21, 2013: Cumulative Sports Concussion and Risk of Dementia Course.

103. CTE: A Historical Perspective- Pathological Overview and Taupathy. Mild Head Injury, Concussion, and Return to Activities: Update 2013. Symposium, Friday, January 25, 2013. The University of Chicago, Section of Neurosurgery, Department of Surgery. The University of Chicago Gleacher Center, 450 North Cityfront Plaza Drive. Chicago, Illinois.

104. History, Definition and Clinicopathologic Features of Chronic Traumatic Encephalopathy [CTE]. Sports Concussion Institute, The National Summit On Sports Concussion And Other Athletic Injuries. June 22, 2012. Los Angeles, California.

105. "Pathophysiology of Traumatic Brain Injury". Manteca Unified School District, School Nurses. Manteca, California. March 19, 2012.

106. "Sociology of Health & Illness". Department of Sociology, University of Pacific, Stockton Campus, Stockton, California. March 15, 2012.

107. "Chronic Traumatic Encephalopathy and PTSD". Grand Rounds, Department of Neurosurgery, University of California, Davis, Sacramento, California, March 13, 2012.

108. "Motivational Lecture and Forensics: Becoming What You Want to Become" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 27, 2012.

109. "Youth Leadership for Change", 2012 Law Day Educational Program, San Joaquin County Bar Association. April 26, 2012.

110. "Chronic Traumatic Encephalopathy and PTSD" Full-Day Dementia Program, San Francisco Neurological Society. Sir Francis Drake Hotel, San Francisco, California, Friday, October 14, 2011.

111. "Taupathy and Chronic Traumatic Encephalopathy" Grand Rounds, Department of Pathology, University of California-Davis, Sacramento, California. April 18, 2011.

112. "Long Term Effects of Repeated Impacts to the Head in American Athletes". Brain Rehabilitation and Injury Network. Thinktank 2011, Long Beach, California. March 27, 2011.

113. "Chronic Traumatic Encephalopathy in American Athletes". Visiting Professor, Grand Rounds, University of California, San Francisco, Department of Neurology, Memory and Aging Center, March 11, 2011.

114. Motivational Lecture to One Hope School, County Operated Schools and Programs, San Joaquin County Office of Education. October 24 and 25, 2011

115. "Motivational Lecture and Forensics: the value and importance of education" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 29, 2011.

116. Employee Personal Motivation Lecture. Employee Mentoring Program, Equal Employment Opportunity Office, San Joaquin County, Administration Building, 44 North San Joaquin Street, June 16, 2011.

117. Keynote Speaker, Thirteenth Annual San Joaquin County Diversity Luncheon. San Joaquin County, California. September 30, 2010.

118. "Becoming a Forensic Pathologist: My Experience and Perspective". Guest Lecturer, First and Second Year Medical Students, School of Medicine, University of California, Davis, October 22, 2010.

119. "Chronic Traumatic Encephalopathy in Sports". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

120. "Emerging Technology in the Evaluation and Treatment of Concussion". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

121. "Epidural Hemorrhages" Visiting Professor Lecture, Neurosurgery Residents, Department of Neurosurgery, West Virginia University, August 17, 2010

122. "Pharm Parties". 10th Annual San Joaquin County Child Abuse Prevention Symposium, Stockton, California, April 14, 2010.

123. "The Forensic Pathology of Chronic Traumatic Encephalopathy". 2010 Independent Retired Players Summit and Conference, Las Vegas, Nevada, April 17, 2010.

124. "Chronic Traumatic Encephalopathy". The Amen Clinic, Newport Beach, California, March 20, 2010.

125. "The forensic pathology of Chronic Traumatic Encephalopathy in American Athletes: the journey thus far." Advanced Education Seminar, Lakewood Orthopedics & Sports Medicine, Speakers Bureau Member, Dallas, Texas, January 23, 2010.

126. "Emerging Forensic Issues of Chronic Traumatic Encephalopathy in American Athletes". Presenter, 2009 National Educational Conference, American Association of Legal Nurse Consultants, Phoenix, Arizona, April 24, 2009.

127. "The stressors in the life of a physician and forensic pathologist". Sociology of Health & Illness Course, University of the Pacific, Stockton, California, March 26, 2009.

128. "New Technologies in Neuropathology and Neuropathology of Concussion in Athletes". Presenter, Emerging Technology and Techniques in Neurosurgery, Ceasar's Palace, Las Vegas, November 8, 2008, Departments of Neurosurgery, West Virginia University, Morgantown, WV, and Allegheny General Hospital, Pittsburgh, PA.

129. "The Forensic Pathology of Chronic Traumatic Encephalopathy in Professional American Athletes". Key Note Speaker, American Association of Legal Nurse Consultants, West Virginia, Upper Ohio Valley Chapter, 2008 meeting, October 17, 2008, Wheeling, West Virginia.

130. "The Pathophysiology of Traumatic Brain Injury". Visiting Professor/Guest Lecturer, October 1, 2008, Department of Neurosurgery, West Virginia University, Morgantown, West Virginia.

131. Key Note Speaker, "Helping People One Test at a Time", National Laboratory Week, Harlem Hospital Center, New York City, April 25, 2008

132. "The Link between the Field and Dementia" Rendezvous II: An International Sports Medicine Conference, March 25, 2008, Caesars Palace, Las Vegas. 17th Annual Meeting of The American Medical Society for Sports Medicine (AMSSM) and The Canadian Academy of Sports Medicine (CASM), March 25 – 29, 2008.

133. "The Neuropathology and Delayed Sequelae of Concussion in NFL Players". The National Concussion Summit: Concussion in Sports: The Under-Recognized Public Epidemic The Sports Concussion Institute. Centinela Freeman Regional Medical Center, Marina Campus, Marina Del Rey, California at The Marriott Hotel, 4100 Admiralty Way, Marin Del Rey, CA 90292, Friday, April 20th, 2007.

134. "Football Induced Chronic Traumatic Encephalopathy" November 2006, meeting of the Pittsburgh chapter of the National Association of Neurological Nurses, Waterfront, Homestead, Pittsburgh.

135. "The forensic perspectives of traumatic brain injury". 2005 Annual Nursing Conference: traumatic brain injury, from ER management to ICU, rehab, organ donation and Trisha Meili a.k.a. Central Park Jogger. Allegheny General Hospital Pittsburgh, Pennsylvania. November 18, 2005

136. 'Mortality following bariatric surgery'. Bariatric Surgery Research Mini-symposium, Minimally Invasive Surgery Center, Department of Surgery, University of Pittsburgh, Pennsylvania, January 17, 2004.

137. "My professional life as a forensic pathologist and neuropathologist". A career development presentation to selected high school students of the Pittsburgh Public School System. April 14, 2004.

138. "My professional life as a forensic pathologist and neuropathologist". A career development presentation to students of the Saint Benedict the Moor Catholic School, 2900 Bedford Avenue, Pittsburgh, Pennsylvania 15219. March 5, 2004.

139. 'The medico-legal autopsy'. University of Pittsburgh Chapter of the American Inns of Court, Pittsburgh, Pennsylvania. April, 2002.

140. 'My professional experience as a Forensic Pathologist'. Graduating Lecture, 2002 certificate program class, The Cyril H. Wecht Institute of Forensic Sciences, School of Law, Duquesne University, Pittsburgh, Pennsylvania. November, 2002.

141. "The mechanisms of trauma in motor vehicular accidents". Surgical grand-rounds, Department of Surgery, The Mercy Hospital System, Pittsburgh, Pennsylvania. May, 2000.

## Post-Graduate Medical Teaching Experience-1

1. Supervised medical students during the Emergency Medicine rotation, University of Jos, Jos, Nigeria, January 1991-September, 1994.

2. Taught a patho-physiology course for the physician assistant program at the Harlem Hospital Center, New York, NY. July, 1996 – June, 1999.

3. Presented weekly clinico-pathologic conferences for the departments of pathology, surgery, internal medicine, obstetrics and gynecology, Harlem Hospital Center, New York, NY. July, 1995 – June, 1999.

4. Taught medical students and residents, forensic pathology and neuropathology, University of Pittsburgh, July, 1999 – June, 2002.
5. Taught a workshop in the patho-physiology course, Masters in Public Health program, Graduate School of Public Health, University of Pittsburgh, September, 2002 – 2007.

6. Supervised residents during rotation in forensic pathology, University of Pittsburgh, July, 2002 – 2007.

7. Taught monthly forensic neuropathology workshops to residents and fellows in pathology, neurology and neurosurgery, University of Pittsburgh, 2004 – 2007.

8. Taught monthly neuropathology workshops to residents in pathology, Conemaugh Memorial Hospital, Johnstown, Pennsylvania, January 2005 – 2007.

9. Presented monthly trauma rounds to surgery residents, Mercy Hospital of Pittsburgh, January 2006 – 2007.

10. Presented quarterly one-day introductory autopsy conferences for the emergency medicine technology program of Allegheny County Community College, April, 2006.

11. Forensic pathology and neuropathology grand round lectures, internal medicine, family practice and surgery residents, San Joaquin General Hospital, French Camp, California, 2009 – 2012.

12. Forensic neuropathology brain cutting workshops for pathology residents and fellows, University of California at Davis, Department of Pathology, 2009 – 2013.

13. Forensic neuropathology brain cutting workshops for neurology residents and fellows, University of Nevada, Las Vegas at the Clark County Coroner's Office, 2011 – 2012.

14. Mentoring and teaching residents and medical Students and covering the autopsy service, and forensic neuropathology service, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, March 2012 – July 2013.

15. Microscopy sessions and slides review, residents and medical students, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, September 2013 to present.

16. Grand rounds lectures, didactic lectures in laboratory management, forensic pathology and neuropathology for medical students, residents and fellows, Department of Medical Pathology and Laboratory Medicine, UC-Davis Medical School, 2008 – Present.

17. Grand Rounds, Department of Medical Pathology and Laboratory Medicine, UC-Davis, February 1, 2016: What a Pathologist can Learn from Hollywood: Dr. Omalu's Experience.

18. Brain Cutting Workshops and Signouts, Medical Students, Graduate Medical and Non-Medical Students, Residents and Fellows, Department of Medical Pathology and Laboratory Medicine, University of California- Davis Medical School. January 2018 – Present.

## Research Grant

1. $24, 750.00 grant from The Pittsburgh Foundation for a research project on Loss of heterozygosity as predictors of grade and outcome in meningiomas in collaboration with John Lee, M.D. University of Pittsburgh.

2. $200,000.00 grant from The Hazel Ruby Mcquain Charitable Trust, West Virginia to the Brain Injury Research Institute, for research into Chronic Traumatic Encephalopathy, 2010-2011.

## Boards and Committees Memberships

1. Child Death Review Board, San Joaquin County, California, 2007 – 2018

2. Infant Death Review Board, San Joaquin County, California, 2007 – 2018

3. Elder Death Review Board, San Joaquin County, California, 2007 – 2018

4. Homicide Review Committee, San Joaquin County, California, 2010 – 2015

5. San Joaquin County Trauma Audit Committee, San Joaquin County Emergency Medical Services Agency, California, 2014 – 2018

6. Member, Traumatic Brain Injury Advisory Board, State of California, 2018 - Present

## Broadway Theatre and Hollywood Motion Picture Coverage

1. Concussion, drama film, Sony Pictures, starring Will Smith as Bennet Omalu. December 25, 2015. Written and directed by Peter Landsman, produced by Scott Free Productions and the Shuman Company.

2. League of Denial: The NFL's Concussion Crisis. Documentary Movie. Frontline, Public Broadcasting Service [PBS]. October 8, 2013. http://www.pbs.org/wgbh/frontline/film/league-of-denial/?utm_source=email&utm_medium=social&utm_campaign=share_button

3. EST/Sloan presents Headstrong, by Patrick Link; directed by William Carden. The Ensemble Studio Theatre, New York City, New York. April/May 2012.

## Selected Book Coverage

1. Concussion by Jeanne Marie Laskas. Random House, New York, USA. 2015 [New York Times Best Seller]

2. League of Denial. The NFL, Concussions, and the Battle for Truth by Mark Fainaru-Wada and Steve Fainaru. Crown-Archetype, Random House, New York, USA. 2013.

3. The Death Penalty on Trial, Crisis in American Justice, by Bill Kurtis, PublicAffairs™, 2004.

## Selected Media Coverage

1. The Lost Lincoln, History Will Change. Discovery Channel TV, October 4, 2020. https://www.discovery.com/shows/the-lost-lincoln

2. Medical Examiners under Fire. CBS Sunday Morning, CBS News, June 14, 2020.

3. The Truth Seeker. Sitting Down With Bennet Omalu, President and Medical Director of Bennet Omalu Pathology, by Luke Turner, The Pathologist, September 27, 2019. https://thepathologist.com/outside-the-lab/the-truth-seeker

4. Contact sports will "cease to exist" within a generation. Adrian Proszenko. The Sidney Morning Herald. August 11, 2019. https://www.smh.com.au/sport/nrl/contact-sports-will-cease-to-exist-within-a-generation-20190809-p52fpf.html

5. Renowned Pathologist Testifies in Football Player's Lawsuit. Barbara S. Miller. The Intelligencer: Wheeling News Register. May 12, 2019. http://www.theintelligencer.net/news/community/2019/05/renowned-pathologist-testifies-in-football-players-lawuit/

6. Recognizing the patterns of truth. You may have seen the movie based on the life of Bennet I. Omalu, MD, MBA, MPH. Find out the real story behind what he has discovered in CTE and in letting science lead the way. By Kevin O'Reilly. American Medical Association Moving Medicine Magazine. Spring 2019, Volume 1, Issue 1. March 30, 2019. https://app.svwps.com/americanmedicalassociation/ama/amamag/mag.html

7. Bennet Omalu, le médecin qui a secoué le sport En faisant le lien au début des années 2000 entre dégénérescence cérébrale et pratique du football américain, ce médecin légiste a brisé un tabou. Il s'est attiré les foudres de la NFL mais ses travaux ont fait évoluer les mentalités et eu des répercussions en hockey, rugby et football. Valérie de Graffenried, Le Temps, February 15, 2019. https://www.letemps.ch/sport/bennet-omalu-medecin-secoue-sport

8. Was C.T.E. Stealing His Mind? A Gunshot Provided the Answer: Jason Hairston played briefly in the N.F.L., hunted with Donald Trump Jr. and owned a wildly successful hunting gear and apparel company. But he increasingly worried about a degenerative brain disease. John Branch, New York Times, January 31, 2019. https://www.nytimes.com/2019/01/31/sports/cte-football-hairston-super-bowl.html

9. REVEALED: Former NFL star Jason Hairston was home alone with his son, 10, when he took his life - moments after the boy said he was 'acting different' in a call to his mom, who says CTE is to blame. Chris Spargo, Daily Mail, February 2019. https://www.dailymail.co.uk/news/article-6155381/NFL-star-Jason-Hairston-home-son-10-suicide-autopsy-looks-CTE.html

10. Tout ce que je cherchais, c'est la vérité - Dr Bennet Omalu. Propos recueillis par Diane Sauvé, Journaliste, Radio-Canada Sports. January 8, 2019. https://ici.radio-canada.ca/sports/podium/68/podium-dr-bennet-omalu-commotions-concussion-cerebrales-football-will-smith-cte-etc
http://ici.radio-canada.ca/sports/podium/70/podium-connor-crisp-hockey-commotions-cerebrales-omalu-canadien-etc-cte?fromApp=appSportsAndroid&fromMobileApp=android

11. The Forensic Fighter: From Battling the NFL to challenging police shootings, Dr. Bennet Omalu has used his scalpel to expose the truth. By Gabriel Thompson, San Francisco Magazine, October 19, 2018. https://modernluxury.com/san-francisco/story/the-forensic-fighter

12. Head Drama- When Bennet Omalu, MD, identified a degenerative brain disease in NFL players, it shifted the worlds of both sports and neurology- and protocols about concussion. By Richard Laliberte, Brain&Life, Neurology For Everyday Living. American Academy of Neurology, August/September 2018.

13. Independent Autopsy Finds Police Shot Stephon Clark in the Back. Julie Small, KQED News, March 30, 2018. https://www.kqed.org/news/11658808

14. Favre and famed doctor on the NFL's concussion crisis. https://www.cnn.com/videos/tv/2018/02/01/bennet-omalu-brett-favre-amanpour.cnn/video/playlists/amanpour/ Christiane Amanpour, February 1, 2018.

15. CTE Has Been Found in a Living Brain for the First Time Ever: Dr. Bennet Omalu has made a big breakthrough. By Luke Darby, GQ magazine, November 17, ,2017. https://www.gq.com/story/cte-living-brain

16. Ex-NFL player confirmed as 1st case of CTE in living patient. By Nadia Kounang. CNN Health, November 16, 2017. http://www.cnn.com/2017/11/16/health/cte-confirmed-in-first-living-person-bn/index.html

17. Ex-NFL player confirmed as first case of CTE found in living person – researchers. By Bryan Armen Graham. The Guardian, November 16, 2017. https://www.theguardian.com/sport/2017/nov/16/cte-living-person-nfl-concussion-brain-trauma-research

18. Sacramento's Dr. Bennet Omalu and His Struggle for Sports Safety. By Seth Sandronsky. Comstock's Business Insight for the Capital Region, November 9, 2017. https://www.comstocksmag.com/web-only/sacramentos-dr-bennet-omalu-and-his-struggle-sports-safety

19. Book by 'Concussion' doctor is recommended reading for parents of football kids. By Ed Sherman Chicago Tribune, October 30, 2017. http://www.chicagotribune.com/lifestyles/books/sc-books-sports-book-roundup-1101-story.html

20. "From Hopeless to Healer: Persecuted in Nigeria, Stonewalled by the NFL- Early struggles prepared Bennet Omalu for character assassination in the U.S. By **Error! Hyperlink reference not valid.**

21. 'Concussion' doctor says kids shouldn't play these sports until they're 18. By A. Pawlowski. Health and Wellness, September 5, 2017. https://www.today.com/health/concussion-doctor-warns-against-contact-sports-kids-t115938

22. "Truth Doesn't Have a Side". Publishers Weekly, Book Review, August 2017. https://www.publishersweekly.com/978-0-310-35196-2?utm_source=Publishers+Weekly&utm_campaign=92aa48e849-EMAIL_CAMPAIGN_2017_08_23&utm_medium=email&utm_term=0_0bb2959cbb-92aa48e849-305322873

23. "Who is Bennet Omalu and why did his concussion discovery send shock waves through sport?", by Jeremy Wilson, The Telegraph, August 9, 2017. http://www.telegraph.co.uk/football/2017/08/09/bennet-omalu-did-concussion-discovery-send-shock-waves-sport/

24. New book shows a more intimate 'Side' of Dr. Bennet Omalu, by Terri Schlichenmeyer, The Philadelphia Tribune, August 22, 2017. http://www.phillytrib.com/lifestyle/new-book-shows-a-more-intimate-side-of-dr-bennet/article_e969b814-adac-5897-ac64-1eb5cc56166a.html

25. 'Concussion' doctor: No such thing as 'making football safer', by Brett Cyrgalis, New York Post, August 7, 2017. http://nypost.com/2017/08/07/concussion-doctor-no-such-thing-as-making-football-safer/

26. Dr. Bennet Omalu: CTE obsession obscuring truth about brain health of football players, by Kevin Seifert, ESPN, August 4, 2017. http://www.espn.com/nfl/story/_/id/20245394/dr-bennet-omalu-says-obsession-cte-obscuring-larger-truth-brain-health-football-players

27. Under 18s should not play rugby, says 'concussion' doctor. Leading neuropathologist calls for contact sport with risk of head blows to be limited to adults, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/under-18s-should-not-play-rugby-says-concussion-doctor-1.3105970

28. How head injuries will end sport as we know it. Dr Bennet Omalu says children should not be playing rugby or heading the ball in soccer, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/how-head-injuries-will-end-sport-as-we-know-it-1.3105943

29. http://www.post-gazette.com/local/city/2017/05/30/Bennet-Omalu-concussion-Kenneth-Reeves-homicide-trial-Allegheny-County-Pittsburgh/stories/201705300124.

30. Omalu Says NHL Docs Using 'Alternative Facts' To Refute CTE, by Zachary Zagger, Law360, New York, February 8, 2017.

31. Bennet Omalu gets involved in NHL concussion lawsuit, by Rick Westhead, TSN Canada, February 9, 2017. http://www.tsn.ca/bennet-omalu-gets-involved-in-nhl-concussion-lawsuit-1.667427

32. Thank you Dr. Omalu, by Roger Braden, Attorney at Law Magazine, Kentucky Edition, Volume 4, No. 1, 2016.

33. Physician who discovered CTE in NFL players gets AMA's highest honor, by Timothy Smith, AMA Wire, November 12, 2016. https://wire.ama-assn.org/ama-news/physician-who-discovered-cte-nfl-players-gets-ama-s-highest-honor

34. First case of CTE diagnosed in MMA fighter, by Bob Hohler, The Boston Globe, October 21, 2016. https://www.bostonglobe.com/sports/2016/10/20/first-case-cte-diagnosed-mma-fighter/SfUZnoh3Z1dT9xruTm95RO/story.html

35. Bennet Omalu - From Trauma to Triumph, Dr. Benjamin Ola. Akande, President, Westminster College, Missouri. Ladue News, St. Louis, Missouri.

36. Bennet Omalu, MD. The Physician Leader Whose Research Inspired The Movie Concussion. PIJ- Physician Leadership Journal, Bill Steiger, American Association For Physician Leadership. Volume 3, Issue 2, March/April, 2016.

37. Truth and Consequences. Hillary Louise Johnson. Sactown Magazine. April-May 2016.

38. Concussion, Bang to Rights: Science is taking big stems toward understanding the impact of concussion. The Economist, March 5, 2016. http://www.economist.com/news/science-and-technology/21693906-science-taking-big-steps-toward-understanding-impact-concussion-bang

39. Bennet Omalu receives congressional honors, by The Record. The Stockton Record Newspaper, February 5, 2016. http://m.recordnet.com/article/20160205/NEWS/160209826.

40. CTE in the NFL: The tragedy of Fred McNeill. By Nadia Kounang, CNN. February 5, 2016. http://edition.cnn.com/2016/02/04/health/fred-mcneill-cte-football-player/index.html.

41. Brain Trust. Will Smith shines a light on the dark side of the sport he loves. By Ben Reiter. Sports Illustrated Magazine. December 28, 2015.

42. The Inside Story of Concussion's Dr. Bennet Omalu and His 'Good Friend' Will Smith. By Johnny Dodd. People Magazine. December 24, 2015.

43. The Doctor the NFL Tried to Silence. League physicians sought to discredit Bennet Omalu's autopsy study showing widespread brain damage in former Steelers star Mike Webster. By Jeanne Marie Laskas. World Street Journal. November 24, 2015.

44. Greater Good. Health Heroes- Scientist. WebMD. November-December 2015 issue.

45. Concussion Pathologist Play by Will Smith Tells His Story. Pam Harrison. Medscape Medical News. Medscpae.com. October 4, 2015.

46. Gridiron Dementia. Nicholas Ducassi. Carnegie Mellon Today. May 2015 issue.

47. Will Smith to play Bennet Omalu, who changed the way we think about football. Alyssa Rosenberg. The Washington Post, June 5, 2014 [http://www.washingtonpost.com/news/act-four/wp/2014/06/05/will-smith-to-play-bennet-omalu-who-changed-the-way-we-think-about-football/]

48. Will Smith to Star In NFL Concussion Drama (EXCLUSIVE): Sony's untitled thriller based on GQ article 'Game Brain'. Justin Kroll. Variety, June 3, 2014. [http://variety.com/2014/film/news/will-smith-to-star-in-movie-about-nfl-concussions-exclusive-1201210878/]

49. Dorsett, others show signs of CTE. By William Weinbaum and Steve Delsohn | ESPN.com, November 6, 2013. [http://espn.go.com/espn/otl/story/_/id/9931754/former-nfl-stars-tony-dorsett-leonard-marshall-joe-delameilleure-show-indicators-cte-resulting-football-concussions].

50. "S.J.'s chief medical examiner declines job offer from D.C." by Jennie Rodriguez-Moore. The Stockton Record. October 27, 2013.

51. Public Broadcasting Corporation, Frontline, "The League of Denial", October 8, 2013.

52. ESPN.com, January 22, 2013. "CTE found in living ex-NFL players" by Steve Fainaru *and* Mark Fainaru-Wada

53. The New York Times, April 26, 2012. "Veterans and Brain Disease" by Nicholas D. Kristof.

54. Gehirn&Geist, February 9, 2012, Bidredaktion, SCHÄDEL-HIRN-TRAUMATA, Krieg im Kopf [German]; by Sharon Weinberger

55. "Gun linked to Gilley in killing" by Jennie Rodriguez-Moore. The Stockton Record. April 17, 2012.

56. Nature 477**,** 390-393 (September 2011) Bombs' hidden impact: The brain war. Wartime explosions may be creating an epidemic of brain damage — and a major challenge for scientists; by Sharon Weinberger.

57. Faculty Newsletter, UC Davis Health System, February – March 2011: Brain Trauma Expert Bennet Omalu Teaches Forensic Neuropathology; Published by the Faculty Development Office.

58. ESPN The Magazine, January 10, 2011: Coming to a head: When the NFL reversed field on concussions, it spawned a medical gold rush that pits scientist against scientist in a quest for cures, treatments and dead men's brains; by Peter Keating.

59. The Patriot-News, December 26, 2010: 2010: The year of the concussion; by Stefanie Loh.

60. CNN.com, November 24, 2010: Ex-NFL stars after concussion: Lives unraveled; by Stephanie Smith, CNN medical producer.

61. CNN.com, November 22, 2010, Warner: Playing through concussion 'part of the game'; by Stephanie Smith, CNN Medical News.

62. The Patriot-News, August 22, 2010: What Chris Henry taught us: how an autopsy of the former Cincinnatic Bengals' receiver's brain has helped doctors further research about concussions in football, by Stefanie Loh.

63. The New York Times, June 28, 2010: Former Bengal Henry Found to Have Had Brain Damage, by Alan Schwarz.

64. "Gray jury report unveils details of Huckaby case" by Scott Smith. The Stockton Record. June 19, 2010.

65. The Associated Press, June 18, 2010: Forensic Pathologist: Disposal of Sandra Cantu's Body Likely Premeditated.

66. Fox News Network, American News HQ, Shannon Bream, Sunday, February 7, 2010.

67. ESPN Television, Outside the Lines, Concussions in Football, Sunday, February 7, 2010.

68. Stars and Stripes, "Doctors study link between combat and brain disease." January 23, 2010, by Seth Robbins.

69. The Sydney Morning Herald, Australia, "US football players face head injury time bomb." January 10, 2010, by Ed Pilkington.

70. Guardian Newspaper, United Kingdom, "Ticking timebomb in US colleges as American football head injuries linked to dementia: As NFL bows to pressure and changes its rules, a Congressional hearing has opened into fears of long-term brain damage." January 4, 2010, by Ed Pilkington.

71. ESPN.COM, "Doctors: Wrestler had brain damage", December 9, 2009, by Greg Garber.

72. "S.J. medical examiner details gruesome scene", by Scott Smitt. The Stockton Record. November 20, 2009.

73. ABC Television, Nightline: Driven Mad? What long-term brain injuries can football players sustain? October 16, 2009, by Martin Bashir and Roxanna Sherwood.

74. GQ Magazine: Blowing the whistle on the NFL: a shocking look at what the modern game is doing to players' brains. October 2009, by Jeanne Marie Laskas.

75. Science Journal: A late hit for pro football players: emerging research suggests that hard knocks on the field may cause delayed brain damage in retired athletes. August 7, 2009, by Greg Miller.

76. Canadian Broadcasting Corporation- Television Documentary: Head Games. The Fifth Estate. Aired on Wednesday November 19, 2008 on CBC-TV.

77. Canadian Broadcasting Corporation-Television Documentary: A fight to the death. Concussions in Sports. Aired on February 6 and 10, 2008 on CBC-TV and on February 8 on CBC Newsworld.

78. State Journal: Sports Research Group Wants Action, WVU's Bailes, others hope findings lead to more education about concussions. September 13, 2007; by Juliet A. Terry.

79. Science Daily: Wrestler Chris Benoit Brain's Forensic Exam Consistent with Numerous Brain Injuries. September 6, 2007.

80. USA Today: NFL begins debate about concussions at summit. Wednesday, June 20, 2007; by Gary Mihoces.

81. USA Today: Concussion force hard look inward around NFL. Tuesday, June 19, 2007; by Gary Mihoces.

82. New York Times: PRO FOOTBALL; Lineman, Dead at 36, Sheds Light on Brain Injuries. Friday, June 15, 2007; by Alan Schwarz.

83. USA Today: NFL disputes doctor's diagnosis of "footballer's dementia". Monday, June 18, 2007; by Gary Mihoces.

84. Neuroscene Podcast: "Dementia of Football": The next major public health issue in sports. Friday, June 15, 2007. http://www.neuroscene.com.

85. HBO Sports, RealSports with Bryant Gumbel, Concussions in the NFL, May 7, 2007.

86. Head Games, Football's Concussion Crisis, by Christopher Nowinski, The Drummond Publishing Group, 2007.

87. New York Times: Pro football, expert ties ex-player's suicide to brain damage from football. Thursday, January 18, 2007; by Alan Schwarz.

88. Washington Post: "Brain chaser" tackles effects of NFL hits. Wednesday April 25, 2007; by Les Carpenter.

89. Football Concussions Linked to Depression, Cognitive Impairment—Experts Seek Prospective Studies, by Stephanie Cajigal, Neurology Today Volume 7(5), 6 March 2007, pp 1, 22–23. Lippincott, Williams and Wilkins, 2007 AAN Enterprises, Inc.

90. Concussions in Collision Sports, by Alyssa Banotal, Advance, for Speech-Language Pathologists and Audiologists, The Nation's Speech-Language and Audiology Weekly. May 14, 2007 Vol. 17 No. 20, pp 6-8, 42.

91. Gastric bypass surgery patients often find it's not a cure for depression. Wednesday, June 29, 2005 by Alana Samuels.

92. Pittsburgh profiles, interview with Elaine Effort on KQV news radio, AM 1410, Pittsburgh, Pennsylvania, Sunday, April 25th, 2004.

93. Recorded mass, part of parish evangelization effort. Pittsburgh Catholic. Friday, January 24, 2003 by Patricia Bartos.

94. Pittsburgh Post-Gazette: Suicide rose during '90s, peaked in '97. Sunday, November 16, 2003; by Jim McKinnon.

95. New Pittsburgh Courier: Omalu joins coroner's office. Saturday, July 17, 1999; by Treshea N. Wade.

# PART 2: BIBLIOGRAPHY

## Books and Book Chapters

1. Play Hard Die Young: Football dementia, depression and death. By Bennet Omalu, M.D., NeoForenxis Books, Lodi, California, February 2008.

2. A Historical Foundation of CTE in Football Players: Before the NFL, There was CTE. By Bennet Omalu, M.D. Bennet Omalu, Lodi, California, July 2014.

3. Omalu, B. Chronic Traumatic Encephalopathy in Concussion, Niranjan A and Lunsford LD eds. Progress in Neurological Surgery, Vol. 28. Karger, New York, New York, 2014.

4. Omalu, B. Neuropathology of Chronic Traumatic Encephalopathy in Handbook of Neurological Sports Medicine, Concussion and Other Nervous System Injuries in the Athlete. Petraglia AL, Bailes JE, Day AL eds. Human Kinetics, Champaign, Illinois, 2015.

5. Omalu, B. The Pathologist is the “Salt” of Patient Care. The Healing Art of Pathology. Bui MM, Galagan KA eds. CAP Press, 2016.

6. Truth Doesn’t Have a Side: My Alarming Discovery about the Danger of Contact Sports. By Bennet Omalu, with Mark Tabb [contributor]. Zondervan Books, HarperCollins Christian Publishers, August, 2017.

7. Brain Damage in Contact Sports: What Parents Should Know Before Letting Their Children Play. Neo-Forenxis Books, February 2018.

8. Evaluation of head, neck and spinal cord for injury and disease. Omalu, BI and Hammers JL. In Medical Legal Handbook, Hammers JL, Fitzsimmons, RP eds. Juris Publishing, Inc, 2018, Huntington, New York.

## Peer-Reviewed Scientific Journal Publications - 1


1. Boakye K, Omalu B, Thomas L. Fallopian Tube and Pulmonary Sarcoidosis. A Case Report. J Reprod Med. 1997 Aug; 42(8):533-535.

2. Harris A, Levy E, Kanal E, Pollack A, Cayhill AM, Omalu BI, Albright AL. Infectious aneurysm clipping by MRI/ MRA wand guided protocol: a case report and technical note. Pediatric Neurosurgery. 2001 Aug;35(2):90-3.

3. Levy EI, Harris AE, Omalu BI, Hamilton R, Branstetter BF, Pollack IF. Sudden death from fulminant acute cerebellitis. Pediatric Neurosurgery. 2001 Jul;35(1):24-8.

4. Uma P, Lacomis D, Omalu B. Amiodarone induced neuromyopathy: three cases and review of the literature. Journal of Clinical Neuromuscular Disease. 2002 March;3(3):97-105.

5. Omalu BIHT, Wiley CA, Hamilton RL. February 2003: a 53-year-old male with new onset seizures. Brain Pathology. 2003 Jul;13(3):419-20, 423.

6. Harris AE, Lee JYK, Omalu B, Flickinger JC, Kondziolka D, Lunsford LD. The effect of radiosurgery during management of aggressive meningiomas, Surgical Neurology. 2003 October, 60 (4): 298-305

7. Centeno JA, Pestaner JP, Omalu BI, Torres NL, Field F, Wagner G, Mullick FG.TH Blood and Tissue Concentration of Cesium after Exposure to Cesium Chloride: A Report of Two Cases. Biol Trace Elem Res. 2003;94(2):97-104.

8. Omalu BI, Dominick JT, Uhrich TG, Wecht CH. Fatal constriction of an 8-year-old child by her parents' pet python: a call for amendment to existing laws on the ownership of exotic wildlife to protect children from avoidable injury and death, Child Abuse & Neglect, 2003 Sep;27(9):989-91.

9. Omalu BI, Abdulrazek SA, Guoji W, Lipkin WI, Wiley CA.T Fatal Fulminant Pan-Meningo-Polioencephalitis Due to West Nile Virus. Brain Pathology 2003;T13[4]:465-472.

10. Ionescu DN, Sasatomi E, Aldeeb D, Omalu BI, Finkelstein SD, Swalsky PA, Yousem SA.. Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas. American Journal of Surgical Pathology 2004;28(2):207-14.

11. Omalu B, Abdulrezak SM, Rozin L, Ladham S, Wecht CH. Post-mortem grading of cerebral contusions: a proposed modification of the Adams' contusion index with re-definition of anatomic markers. Forensic Science, Medicine and Pathology. June 2005;1(2):105-112.

12. Omalu BI, Luckasevic T, Abdulrezak SM, Rozin L, Wecht CH, Kuller LH. Post-bariatric surgery deaths, which fall under the jurisdiction of a coroner. Am J Forensic Med Pathol. 2004 Sep; 25(3):237-242.

13. Lee JYK, Finkelstein S, Hamilton RL, Rekha R, King Jr. JTK, Omalu B. Loss of Heterozygosity Analysis of Benign, Atypical, and Anaplastic Meningiomas. Neurosurgery 2004; 55(5):1163-1173.

14. Koehler SA, Weiss H, Songer TJ, Rozin L, Shakir A, Ladham S, Omalu B, Dominick J, Wecht CH. Deaths among criminal suspects, law enforcement officers, civilians and prison inmates. A coroner-based study. The American Journal of Forensic Medicine and Pathology 2003; 24(4):334-338.

15. Omalu B, Diagnosis of traumatic diffuse axonal injury. Am J Forensic Med Pathol. 2004; 25(3):270-271.

16. Koehler SA, Luckasevic TM, Rozin L, Shakir A, Ladham S, Omalu B, Dominick J, Wecht CH. Death by chainsaw: fatal kickback injuries to the neck. Journal of Forensic Sciences 2004;49(2):345-50.

17. Koehler SA, Shakir A, Ladham S, Rozin L, Omalu B, Dominick J, Wecht CH. Cardiac concussion: Definition, Differential Diagnosis, and Cases Presentation and the Legal Ramification of a Misdiagnosis. Am J Forensic Med Pathol. 2004 Sep; 25(3): 205-208.

18. Koehler SA, Ladham S, Rozin L, Shakir A, Omalu B, Dominick J, Wecht CH. The risk of body packing: a case of a fatal cocaine overdose. Forensic Sci Int. 2005 Jun 30;151(1):81-4.

19. Omalu BI, Dekosky ST Minster RL, Kamboh MI,.Hamilton, R, Wecht CH. Chronic Traumatic Encephalopathy in a National Football League Player. Neurosurgery. 2005 Jul;57(1):128-34.

20. Omalu BI, Cho P, Shakir AM, Agumadu UH, Rozin L, Kuller LH, Wecth CH. Suicides following bariatric surgery for the treatment of obesity. Surgery for Obesity and Related Diseases. 2005 Jul-Aug;1(4):447-449.

21. Omalu BI, Macurdy KM, Koehler ST, Nnebe-Agumadu UH, Shakir A, Rozin L, Wecht CH. Forensic pathology and forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review (1990 – 1999). Forensic Science, Medicine and Pathology. June 2005;1(2):125-138.

22. Omalu BI, Mancuso JA, Cho P, Wecth CH. Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave, The Journal of Forensic Sciences. November 2005;1453-1458.

23. Brown MJ, Willis T, Omalu B, Leiker R. Deaths resulting from hypocalcemia after administration of edetate disodium: 2003-2005. Pediatrics, 2006 August; 118(2): e534-6.

24. Lindner JL, Omalu BI, Buhari A, Shakir A, Rozin L, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. Am J Forensic Med Pathol 2007; 28: 292–298.

25. Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Wecht CH. Chronic Traumatic Encephalopathy in a National Football League Player. Neurosurgery. May 2006;58(5):E1003

26. Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Shakir A, Wecht CH. Chronic traumatic encephalopathy in a national football league player: part II. Neurosurgery. 2006 Nov;59(5):1086-1092.

27. Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. Arch Surg 2007;142(10):923-928.

28. Omalu BI, Lindner JL, Janssen JK, Nnebe-Agumadu U, Weedn V. The role of environmental factors in the causation of sudden death in infants: two cases of sudden unexpected death in two unrelated infants who were cared for by the same babysitter. Journal of Forensic Sciences, 2007, November; 52(6).

29. Omalu BI, Shakir AM, Lindner JL, Tayur SR. Forecasting as an operations management tool in a medical examiner's office. Journal of Health Management, Vol. 9, No. 1, 75-84 (2007)

30. Omalu BI, Lindner JL, Parwani AV, Balani J, Shakir A, Ness RB. Is there an association between coronary atherosclerosis and carcinoma of the prostate in men aged 50 years and older? An autopsy and coroner based post-mortem study. Nigerian Journal of Clinical Practice, January-March 2013, 16(1).

31. Omalu BI, Bailes J, Hammers J, Fitzsimmons, RP. Chronic traumatic encephalopathy, suicides and parasuicides in professional American athletes: the role of the forensic pathologists. Am J Forensic Med Pathol Volume 31, Number 1, March 2010.

32. Omalu BI, Hammers J, DiAngelo C, Moore S, Luckasevic T. Autopsy features of sudden death due to isolated eosinophilic coronary arteritis: report of two cases and review of literature. J Forensic Nurs. 2011 Sep;7(3):153-6.

33. Omalu B. Pathophysiological nervous system consequences of conducted electrical devices and sudden, unexpected death. J Forensic Nurs. 2011 Mar;7(1):51-3

34. Tindle HA, Omalu B, Courcoulas A, Marcus M, Hammers J, Kuller LH. Risk of suicide after long-term follow-up from bariatric surgery. Am J Med. Nov;123(11):1036-1042.

35. Omalu B, Bailes J, Hamilton RL, Kamboh MI, Hammers J, Case M, Fitzsimmons R. Emerging Histomorphologic Phenotypes of Chronic Traumatic Encephalopathy [CTE] in American Athletes. Neurosurgery. 2011 Jul;69(1):173-83; discussion 183.

36. Omalu B, Hammers J, Bailes J, Hamilton RL, Kamboh MI, Webster G, Fitzsimmons R. Chronic traumatic encephalopathy in an Iraqi war veteran with posttraumatic stress disorder who committed suicide. Neurosurgical Focus 31 (5): E3, 2011.

37. Omalu B, Hammers J, Luckasevic T. Diagnosis of hemorrhagic stroke in an exhumed brain after three years of burial in a deep grave. Journal of Forensic Sciences. 2012;57(6):1665-8.

38. Small GW, Kepe V, Siddarth P, Ercoli LM, Merrill DA, Donoghue N, Bookheimer SY, Martinez J, Omalu B, Bailes J, Barrio JR. PET scanning of brain tau in retired National Football League players: preliminary findings. American Journal of Geriatric Psychiatry. 2013;21(2):138-44.

39. Turner RC, Lucke-Wold BP, Robson MJ, Omalu BI, Petraglia AL, Bailes JE. Repetitive traumatic brain injury and development of chronic traumatic encephalopathy: a potential role for biomarkers in diagnosis, prognosis and treatment? Frontiers in Neurology. 2012;3:186

40. Bailes J, Petraglia A, Omalu B, Nauman E, Talavage T. The role of subconcussion in repetitive mild traumatic brain injury. J Neurosurg. 2013; 119(5): 1235-45.

41. Omalu B. Chronic traumatic encephalopathy. Prog Neurol Surg. 2014;28:38-49.

42. Lucke-Wold BP, Turner RC, Logsdon AF, Nguyen L, Bailes JE, Lee JM, Robson MJ, Omalu BI, Huber JD, Rosen CL. Endoplasmic reticulum stress implicated in chronic traumatic encephalopathy. J Neurosurg. 2015 Sep 18:1-16. [Epub ahead of print]

43. Barrio JR, Small GW, Wong KP, Huang SC, Liu J, Merrill DA, Giza CC, Fitzsimmons RP, Omalu B, Bailes J, Kepe V. In vivo characterization of chronic traumatic encephalopathy using [F-18]FDDNP PET brain imaging. Proc Natl Acad Sci U S A. 2015 Apr 21;112(16):E2039-47. Epub 2015 Apr 6. Erratum in: Proc Natl Acad Sci U S A. 2015 Jun 2;112(22):E2981.

44. Raji CA, Merrill DA, Barrio JR, Omalu B, Small GW. Progressive Focal Gray Matter Volume Loss in a Former High School Football Player: A Possible Magnetic Resonance Imaging Volumetric Signature for Chronic Traumatic Encephalopathy. Am J Geriatr Psychiatry 2016, 24:10; 784-790.

45. Omalu B, Small GW, Bailes J, Ercoli LM, Merrill DA, Wong, K, Huang S, Satyamurthy N, Hammers JL, Lee J, Fitzsimmons RP, Barrio JR. Postmortem autopsy confirmation of antemortem [F-18]FDDNP-PET scans in a football player with chronic traumatic encephalopathy. Neurosurgery, November 10, 2017. E-published.

46. Lucke-Wold B, Seidel K, Udo R, Omalu B, Ornstein M, Nolan R, Rosen C, Ross J. Role of Tau Acetylation in Alzheimer's Disease and Chronic Traumatic Encephalopathy: The Way Forward for Successful Treatment. J Neurol Neurosurg. 2017;4(2). Epub 2017 Dec 7.

47. Pombo R, Johnson E, Gamboa A, Omalu B. Autopsy-proven Mirtazapine Withdrawal-induced Mania/Hypomania Associated with Sudden Death. J Pharmacol Pharmacother. 2017 Oct-Dec;8(4):185-187.

48. Chen ST, Siddarth P, Merrill DA, Martinez J, Emerson ND, Liu J, Wong K, Satyamurthy N, Giza CC, Huang S, Fitzsimmons RP, Bailes J, Omalu B, Barrio JR, Small GW. FDDNP-PET Tau Brain Protein Binding Patterns in Military Personnel with Suspected Chronic Traumatic Encephalopathy. Journal of Alzheimer's Disease 2018 65(1):79-88.

49. Nassir Ghaemi S, Mauer S, Omalu BI. Lithium treatment for chronic traumatic encephalopathy: A proposal. Bipolar Disord. 2019 Feb 12. doi: 10.1111/bdi.12757.

50. Omalu B, Diu S, Paudel N, Parson SJ, Hammers JL. Autopsy Cardiac Troponin I Plasma Levels Can Be Elevated in Myocardial Infarction Type 3: A Proposal to Modify the Definition of Myocardial Infarction Type 3. Am J Forensic Med Pathol. 2021 Jan 19. doi: 10.1097/PAF.0000000000000662. Epub ahead of print. PMID: 33491951.

51. Omalu, Bennet MD, MBA, MPH; Hammers, Jennifer DO Letter: Recommendation to Create New Neuropathologic Guidelines for the Post-Mortem Diagnosis of Chronic Traumatic Encephalopathy, Neurosurgery: July 2021 - Volume 89 - Issue 1 - p E97-E98 doi: 10.1093/neuros/nyab138

52. Omalu, Bennet MD, MBA, MPH*; Hammers, Jennifer DO‡ In Reply: Recommendation to Create New Neuropathologic Guidelines for the Postmortem Diagnosis of Chronic Traumatic Encephalopathy, Neurosurgery: January 2022 - Volume 90 - Issue 1 - p e21-e23 doi: 10.1227/NEU.0000000000001768

53. Omalu B, Hammers J. Letter: Traumatic Encephalopathy Syndrome [TES] Is Not Chronic Traumatic Encephalopathy [CTE]: CTE Is Only a Subtype of TES. Neurosurgery. 2021 Aug 16;89(3):E205-E206. doi: 10.1093/neuros/nyab231. PMID: 34271585.

54. Shergill A, Conner P, Wilson M, Omalu B. Accuracy and validity of determined cause of death and manner of death following forensic autopsy prosection. J Clin Pathol. 2023 Jun 12:jcp-2023-208876. doi: 10.1136/jcp-2023-208876. Epub ahead of print. PMID: 37308286.

## Abstract Presentations and Publications - 1

1. Omalu B, Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

2. Omalu B, Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

3. Omalu B, Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product.

4. Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

5. Omalu B, Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

6. Omalu B, Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

7. Omalu B, Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product. Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

## Abstract Presentations and Publications - 2

8. Omalu H, Omalu B. Hepatitis B virus markers and liver function in patients with homozygous sickle cell disease. Library Archives, Department of Pediatrics, College of Medicine, University of Nigeria:March 1992.

9. Omalu B. Knowledge, attitude and practice of contraception among university students in Enugu, Nigeria. Library Archives, Department of Public Health, College of Medicine, University of Nigeria: May 1989.

10. Omalu B, Hamilton R, Rolston R, Jaumotte J, Swalsky P, Finkelstein S. Mirodissection-based mutational profiling of meningiomas: meningioma grading and fractional allelic loss index. Platform presentation at the American Association of Neuropathologists national meeting, Denver, Colorado, June 20-23, 2002.

11. Omalu B, Koehler SA, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. Forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review, 1991-1999. Platform presentation at the National Association of Medical Examiners national meeting, Sherveport, Louisiana, .September 27 - October 3, 2002,

12. Koehler SA, Omalu B, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. The methods of suicide and seasonal patterns by Age, Sex, and Race: A 10-year Forensic Epidemiological study of Suicides in Allegheny County, Pa:1990-1999. Platform presentation at the International Assocaition of Forensic Nurses 10th Annual Scientific Assembly, Minneapolis, Minnestoa, October 9-12 2002

13. Omalu B, Lee JYK, Hamilton R, Finkelstein S. Loss of heterozygosity analysis of meningiomas as predictors of grade. Oral poster presentation at the 52P^ndP Annual Meeting of the Congress of Neurological Surgeons, Philadelphia, Pennsylvania, September 23-25, 2002.

## Abstract Presentations and Publications - 3

14. Ionescu DN, Omalu BI, Finkelstein SD, Swalsky PA, Trusky C, Lomago D, Yousem SA. Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas. Abstract presentation at the 92PndP Annual meeting of the United States and Canadian Academy of Pathology, Washington DC, March 22-28, 2003.

15. Omalu B, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the 79th Annual Meeting of the American Association of Neuropathologists, Orlando, Florida., June 19-22, 2003.

16. Omalu B, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the Annual Meeting of the National Association of Medical Examiners, San Jose, California, September 19 – 24, 2003.

17. Lee JYK, Omalu B, Hamilton R, King JT, Finkelstein S. Loss of Heterozygosity Analysis of Meningiomas: A Population Study. Abstract presentation at the 53PrdP Annual Meeting of the Congress of Neurological Surgeons, Denver Colorado, October 18-23, 2003.

18. Luckasevic TM, Omalu BI, “Sudden and Unexpected Death Following Bariatric Surgery for Morbid Obesity.” Poster Presentation at the United States and Canadian Association of Pathology 2004 Annual Meeting, Vancouver, British Columbia, Canada; March 6 – 12, 2004.

19. Omalu BI, "Diagnosis of Alzheimer’s disease in an exhumed decomposed brain after twenty months of burial in a deep grave”. Poster Presentation at the American Association of Neuropathologists (AANP) 2004 Annual Meeting, Cleveland, Ohio, June 24-27, 2004.

## Abstract Presentations and Publications - 4

20. Omalu BI, "Chronic traumatic encephalopathy and the National Football League" Poster Presentation at the American Association of Neuropathologists (AANP) 2004 Annual Meeting, Cleveland, Ohio, June 24-27, 2004.

21. Omalu BI, "Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave". Poster Presentation at the National Association of Medical Examiners (NAME) 2004 Annual Meeting, Nashville, TN, September, 10-15, 2004.

22. Omalu BI, "Chronic traumatic encephalopathy and the National Football League" Poster Presentation at the National Association of Medical Examiners (NAME) 2004 Annual Meeting, Nashville, TN, September, 10-15, 2004.

23. Ionescu DN, Naus GJ, Shakir AM, Omalu BI. Autopsy findings, manner and cause of death in nursing home deaths investigated by the Allegheny county coroner's Office, Pennsylvania: a five year retrospective review. Poster Presentation at the United States and Canadian Academy of Pathology 2005 Annual Meeting, San Antonio, Texas, February 26 – March 4, 2005.

24. Lindner JL, Omalu BI, Alhaji B, Shakir AM, Silverman JF, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. United States and Canadian Academy of Pathology 2006 Annual Meeting, Atlanta, Georgia, February 11 – 17, 2006.

25. Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for pennsylvania residents, 1995 to 2004. American Diabetes Association, 66P$^{thP}$ scientific session, June 9P$^{th}$ – 13P$^{th}$, 2006, Washington, DC.

## Abstract Presentations and Publications - 5

26. Omalu BI, Lindner JL, Hamilton RL, Minster RL, Kamboh MI, Abdulrezak AM, DeKosky ST. A comparison of chronic traumatic encephalopathy in two national football league players. American Association of Neuropathologists, 26th International Congress of Neuropathology, September 10 – 15, September 10th – 15th, 2006, San Francisco, California.

27. Lindner JL, Omalu BI, Shakir AM. Nursing home deaths, which fall under the jurisdiction of the medical examiner. An eleven year retrospective review. 2006 national meeting of the National Association of Medical Examiners. October 2006, San Antonio, Texas.

28. Lindner JL, Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. 2006 national meeting of the National Association of Medical Examiners. October 13 – 17, 2006, San Antonio Texas

29. Omalu BI. The emerging role of forensic pathologists in identifying cases of chronic traumatic encephalopathy in NFL players. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

30. Lindner JL, Omalu BI. The role of environmental factors in the causation of sudden death in infants: two cases of sudden unexpected death in two unrelated infants who were cared for by the same babysitter. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

31. Lindner JL, Omalu BI. Forecasting as an operations management tool in a medical examiner's office. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

## Abstract Presentations and Publications - 6

32. Bailes J, Omalu BI. Spectrum of Consequences of Sports-Related Mild Traumatic Brain Injury. 2008 annual meeting of the American Academy of Neurological Surgeons, September 8, Phoenix, Arizona.

33. Bailes JE, Omalu B: Chronic Traumatic Encephalopathy: Autopsy analysis in professional and contact sport athletes. Presented at: American Academy of Neurological Surgery 71st annual meeting, West Palm Beach, Florida, November 2009.

34. Omalu B, Chronic Traumatic Encephalopathy: My Understanding of What We Can do Moving Forward. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

35. Omalu B, CTE and FDDNP: Blast and Non-Blast Variants. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

36. Omalu B, Chronic Traumatic Encephalopathy, Conformational Intelligence and the Law. April 23, 2017. Association of Defense Trial Attorneys, 2017 Annual Meeting, April 19-23, 2017, Monterey, California.

## Internet, Newspaper and Newsletter Articles and Publications

1. Guest View: Autopsy of George Floyd did not reveal the truth. Stockton Record, Opinion, June 13, 2020. https://www.recordnet.com/opinion/20200613/guest-view-autopsy-of-george-floyd-did-not-reveal-truth

2. It’s time to stop fooling ourselves about the harm of heading a football. Daily Mail, October 28, 2019. https://www.dailymail.co.uk/news/article-7347433/Dr-Bennet-Omalu-says-contact-sports-banned-Australia.html.

3. CTE Discoverer: We Shouldn’t Be Surprised That Aaron Hernandez Had CTE. Op-Ed Contribution, Fortune.com, September 26, 2017. http://fortune.com/2017/09/26/bennet-omalu-cte-aaron-hernandez/?iid=sr-link1

4. Concussions and NFL: How the name CTE came about. CNN, Political Op-Eds/ Social Commentary Contribution. December 22, 2015.

5. Don't Let Kids Play Football. New York Times Op-Ed Contribution, December 7, 2015.

6. Founder, http://www.Neo-Forenxis.com, an internet medico-legal consulting and autopsy service company, September 2006.

7. Ionescu DN, Janssen JK, Omalu BI. A 49-year-old white woman found dead in her bed. Clinical pathology case of the month, Department of Pathology, University of Pittsburgh. http://path.upmc.edu/casemonth/cp-casemonth.html, November 2004, Case 407, Forensic Toxicology.

8. Omalu B, A forensic perspective of suicide. Coroner's Gazette, Allegheny County Coroner's Office: 2000 June; 6:4-8.

9. Dr. Bennet Omalu, Sacrament of marriage protective factor against suicide, Commentary, Pittsburgh Catholic Newspaper; Page 5, Friday, February 20, 2004

10. Bennet I. Omalu, MD, MPH, Announcing Beta-Amyloid Precursor Protein Immunohistochemistry for the Forensic Pathology Practice. A newsletter circulated to all members of the National Association of Medical Examiners, March 2004.

**PART 3: COURT TESTIMONIES**

**CRIMINAL CASES**

**NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.**

1. The People of the State of California vs. Amera Khalid Addi. Superior Court of California, County of San Joaquin, California. Trial, June 4, 2009. LF010386.

2. The People of the State of California vs.Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, June 8, 2009. SF111174.

3. The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 28, 2009. SF111178.

4. The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 24, 2009. SF111555.

5. The People of the State of California vs. Terrance Graham. Supeior Court of California, County of San Joaquin, California. Preliminary Hearing. July 20, 2009. SF111544.

6. The People of the State of California vs. Melissa Huckabee. Superior Court of California, County of San Joaquin. California. Grand Jury. July 21, 2009. DA# 2535.

7. The People of the State of California vs. Chanreasmey Prum, Rattany Uy, Michael Andrew Garduno, Deandre Cole. Superior Court of California, County of San Joaquin, California. Trial. August 4, 2009. SF107288.

8. The People of the State of California vs. Raymond Lee Dale. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 5, 2009. MM118508.

9. The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 25, 2009. SF111696.

10. The People of the State of California vs. Daniel Seth Maciel, Jaime Ledezma Baro, Travis Leon Carter, Debbie Rosemarie Perez, Roy Allen Thierry. Superior Court of California, County of San Joaquin, California. Trial. September 18, 2009. SF105792.

11. The People of the State of California vs. Dejon Whitfield, Djuane Hicks, Edward Adams. Superior Court of California, County of San Joaquin, California. Grand Jury. September 23, 2009. DA# 2550.

12. The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 15, 2009. SF112270.

13. The People of the State of California vs. Sidney Kelley, David Depron, Erica Crystal Vergara, Amanda Nicole Newitt. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 20, 2009. SF107969.

14. The People of the State of California vs. Terry Lynn Herron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2009. SF112494.

15. The People of the State of California vs. Mario Pena. Superior Court of California, County of San Joaquin, California. Trial. November 4, 2009. MF031224.

16. The People of the State of California vs. Jorge Morgan, Robert Anthony Plunkett-Morgan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 19, 2009. SF112590.

17. The People of the State of California vs. Jeffrey Haworth. Superior Court of California, County of San Joaquin, California. Trial. January 5, 2010. SF112033.

18. The People of the State of California vs. Joel Ladon Lewis, Gerell Lee Whatley, Delisa Rochelle Bryant. Superior Court of California, County of San Joaquin, California. Trial. January 22, 2010. SF110732.

19. The People of the State of California vs. Verra Torres. Superior Court of California, County of San Joaquin, California. Grand Jury. January 27, 2010. DA# 2571.

20. The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 3, 2010. SF113247.

21. The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Trial. February 18, 2010. SF111555.

22. The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 19, 2010. SF113004.

23. The State of Nevada vs. Victor Olusegun Fakoya. Clark County District Court, Nevada. Trial. February 24, 2010. 08F22346X/C249790.

24. The People of the State of California vs. Anthony Adell Hubbard. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 2, 3, 2010. SF113328.

25. The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin. Trial. March 10, 2010. SF111174.

26. Commonwealth of Virginia vs. Elmer Jonathan Midence. Circuit Court of Fairfax County, Virginia. Trial. March 11, 2010. FE-2009-0000914.

27. The People of the State of California vs. Ghanem Valdimar Elsumeri. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 23, 2010. SF113429.

28. The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez, Elvis Mendoza, Cecilia Naomi Colon, Maria De La Luz Martinez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113131.

29. The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113697.

30. The People of the State of California vs. Baljit Singh. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 7, 2010. SF113711.

31. The People of the State of California vs. Antonio Perez Ford. Superior Court of California, County of San Joaquin, California. Trial. May 12, 2010. SF106558.

32. The People of the State of California vs. James Washington. Superior Court of California, County of Sacramento, California. Trial. May 18, 2010. 08F04720.

33. The People of the State of California vs. Jose Rodriguez Cardenas, Ramon Enriquez Mendez. Superior Court of California, County of San Joaquin, California. Trial. May 20, 2010. SF106859.

34. The People of the State of California vs. Arthur Carlos Garcia. Superior Court of California, County of San Joaquin, California. Trial. May 26, 2010. SF107299.

35. The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 2, 2010. SF113295.

36. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 8, 2010. SF114327.

37. The People of the State of California vs. Ricardo David Tabios. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. July 13, 2010. SF112508.

38. The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. July 14, 2010. SF114042.

39. The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County of San Joaquin, California. Trial. August 3, 2010. SF111178.

40. The People of the State of California vs. Jose Luis Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 9, 2010. SF114511.

41. The People of the State of California vs. Siphanna Touch, Dinunn Chan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 30, 2010. SF114812.

42. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 8, 2010. SF114626.

43. The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 14, 2010. SF114825.

44. The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of San Joaquin, California. Trial. September 28, 2010. SF113697.

45. The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin, California. Trial. October 1, 2010. SF113004.

46. The People of the State of California vs. Mitchell Barron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 12, 2010. SF114979.

47. The People of the State of California vs. Kevin Harrison. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 18, 2010. SF115281.

48. The People of the State of California vs. Maria Colunga and Elias Armenta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2010. SF111623.

49. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 29, 2010. SF115481.

50. The People of the State of California vs. Patrick Devora. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 1, 2010. SF115194.

51. The People of the State of California vs. Nicholas Ferrell Emmett. Superior Court of California, County of Sacramento, California. Preliminary Hearing. November 5, 2010. 09F04994.

52. The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez. Superior Court of California, County of San Joaquin, California. Trial. November 9, 2010. SF113131.

53. The People of the State of California vs. Douglas Andre Thomas, Jr. Superior Court of California, County of Sacramento, County of San Joaquin, California. Preliminary Hearing. November 19, 2010. SF114273.

54. The People of the State of California vs. Gregory Michael Rice. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 30, 2010. SF114606.

55. The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Trial. December 1, 2010. SF112270.

56. The State of Nevada vs Victor Olusegun Fakoya. Clark County District Court, Clark County, Nevada. Trial. December 6, 7, 2010. 08F22346X/C249790.

57. The People of the State of California vs. Marco Antonio Rios. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 29, 2010. SF115976.

58. The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2011. SF115727.

59. The People of the State of California vs. Tiffany Ann Holmes. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 18, 2011. SF115318.

60. The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115873.

61. The People of the State of California vs. Alexander Suliven. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115230.

62. The People of the State of California vs. Baljit Singh. Superior Court of California, County of San Joaquin, California. Trial. February 3, 8, 2011. SF113711.

63. The People of the State of California vs. Michael Sokkhorm May, Kaller Sam, Ron Korm, Jereme Sin, Allen Phalit, Eddi Yam, Savann Rang and Ly Jan So. Superior Court of California, County of San Joaquin, California. Grand Jury. February 9, 2011. DA#2598.

64. The People of the State of California vs. Edgar Jose Canseco. Superior Court of California, Count of San Joaquin, California. Preliminary Hearing. March 1, 2011. SF115887.

65. The People of the State of California vs. Alphonze Fitzhugh. Superior Court of California, County of San Joaquin, California. Grand Jury. March 3, 2011. DA#2632.

66. The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. March 14, 2010. SF115628.

67. The People of the State of California vs. Noah Eugene Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. Preliminary Hearing. March 22, 2011. SF116082.

68. The People of the State of California vs. Benjamin Serratos III. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, March 28, 2011. SF115116.

69. The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Jury Trial. March 29, 2011. SF113247.

70. The People of the State of California vs. Genaro Torres Jr. Superior Court of California, County of San Joaquin, California. Grand Jury. April 7, 2011. DA# 2638.

71. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 22, 2011. SF115112.

72. The People of the State of California vs. Jose Rodriguez Cardenas. Superior Court of California, County of San Joaquin, California. Trial. April 27, 2011. SF106859.

73. The Commonwealth of Virginia vs. Antonio B. Rueda [AKA: Antonio Barron]. Floyd County Circuit Court, Virginia. Trial. May 5, 2011. CR10-09.

74. The People of the State of California vs. Brandon Cole Lagorio. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. LF012214.

75. The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. SF115784.

76. The People of the State of California vs. Ignacio Felix. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 16, 2011. SF116259.

77. The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Trial. May 17, 2011. SF115727.

78. The People of the State of California vs. Georgina Nunez, Hamid Abid Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 6, 2011. SF117178.

79. The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Trial. June 17, 21, 2011. SF114825.

80. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Trial. June 30, 2011. SF114626.

81. The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County of San Joaquin, California. Trial. July 21, 2011. SF114042.

82. Commonwealth of Virginia v. Stephanie Renee Scates. Circuit Court of the County of Pittsylvania, Virginia. Trial. July 25, 2011. CR10000525-00/CR10000850-00.

83. The People of the State of California vs. Jose Antonio Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 2, 2011. SF116354.

84. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Trial. August 17, 2011. SF115481.

85. The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Trial. September 1, 2011. SF111174.

86. The People of the State of California vs. Courtney Brown. Superior Court of California, County of San Joaquin, California. Grand Jury Testimony. September 12, 2011. SP07-42491.

87. The People of the State of California vs. Howard Daniel Smith. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 20, 2011. SF117208.

88. The People of the State of California vs. Alberto Francisco Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 21, 2011. SF116240.

89. The People of the State of California vs. Patricia Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 26, 2011. SF116883.

90. The State of Maryland vs. David Bolding. Circuit Court for Prince George's County, Maryland. Trial. October 13, 2011; October 17, 2011. 101221X.

91. The People of the State of California vs. Djuane Nunley, Dorjan Lyndell and Marcus McCliman. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 14, 2011. SFII8124.

92. The State of Nevada vs. Cody Brian Wallace. Justice Court of Walker River Township, County of Lyon, State of Nevada. Preliminary Hearing. October 16, 2011. 10 CR 00385 3H

93. The People of the State of California vs. Luciano Michael Mejia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 28, 2011. SF117784.

94. The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. Trial. December 9, 2011. SF115628.

95. The Commonwealth of Virginia vs. Junior Kamper Spradlin. In the Circuit Court of Washington County, Virginia. Trial. December 13, 2011. CR11-594.

96. The People of the State of California vs. Bianca Armstead. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 15, 2011. SF116605.

97. The People of the State of California vs. Xavier Spivey, Stedviano Mayes. Superior Court of California, County of San Joaquin, California. Grand Jury. December 15, 2011. 11-24963/GJ-2011-4013055.

98. The People of the State of California vs. Michael Harmon. Superior Court of California, County of Sacramento, California. Trial. December 19, 2011. 11F06107.

99. The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 20, 2011. SF118629.

100. The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San Joaquin, California. Jury Trial. December 23, 2011. SF113295.

101. The People of the State of California vs. Gonzalo Riquelme, Miguel Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2012. SF118647.

102. The People of the State of California vs. Howard Lamont Eady. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 9, 2012. SF117609.

103. The People of the State of California vs. Fernando Valdez. Superior Court of California, County of San Joaquin, California. Trial. January 19, 2012. SF115526.

104. The People of the State of California vs. Donald Lee Wilson. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 23, 2012/March 1, 2012/March 5, 2012. SF118090.

105. The People of the State of California vs. Noah Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 2, 2012. SF116082 (A).

106. The State of Nevada vs. Lisanewerk Gebresilassie. Las Vegas Justice Court, Clark County, Las Vegas, Nevada. Preliminary Hearing. February 8, 2012. 11F17023X.

107. The People of the State of California vs. Benjamin Serrotos, III. Superior Court of California, County of San Joaquin, California. Trial. February 15, 2012. SF115116.

108. The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Trial. February 28, 2012. SF118511.

109. The People of the State of California vs. Eddie Sandoval Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 29, 2012. SF119144.

110. The People of the State of California vs. Feliciano Lopez and Alajandro Sanchez. Superior Court of California, County of San Joaquin, California. Grand Jury. March 2, 2012. S010-09651.

111. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2012. SF118835.

112. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 16, 2012. SF118737.

113. The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 17, 2012. SF119652.

114. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 24, 2012. SF119095.

115. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 2, 2012. SF114626.

116. The People of the State of California vs. Jonathan Casas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 14, 2012. SF119416.

117. The People of the State of California vs. Edgar Canseco, Emmanuel Mendoza. Superior Court of California, County of San Joaquin, California. Trial. June 1, 2012. SF115887.

118. The People of the State of California vs. Richard Gonzalez, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF119941.

119. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF117439.

120. The People of the State of California vs. Alberto Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin. Jury Trial. August 8, 2012. SF116240.

121. The People of the State of California vs. Link Rhodes, III. Superior Court of California, County of San Joaquin. Preliminary Hearing. July 18, 2012. SF120193.

122. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin. Jury Trial. August 23, 2012. SF115481.

123. The People of the State of California vs. Demetrius Anderson. Superior Court of California, County of San Joaquin. Grand Jury. August 23, 2012. SP12-01979.

124. The People of the State of California vs. Manuel Guzman. Superior Court of California, County of Sacramento. Jury Trial. August 30, 2012. IIFO5045.

125. The People of the State of California vs. Robert Antonio Barnes, Carlos Alberto Hernandez. Superior Court of California, County of San Joaquin. Jury Trial. September 7, 2012. SF117037.

126. The People of the State of California vs. Ashik Ali Zane. Superior Court of California, County of San Joaquin. Preliminary Hearing. September 10, 2012. SF118453.

127. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2012. SF119970.

128. The People of the State of California vs. Terrell Lamont Washington and Link Rhodes. Superior Court of California, County of San Joaquin, California. Grand Jury. October 2, 2012. SP12-10681.

129. The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. July Trial. October 4, 2012. SF118629.

130. The People of the State of California vs. Stephen Carriero. Superior Court of California, County of San Joaquin, California. Grand Jury. October 15, 2012. TP12-04806.

131. The People of the State of California vs. Djuane Nunley, Durjan Lyndell Daniels and Marcus Mccliman. Superior Court of California, County of San Joaquin, California. Jury Trial. October 31, 2012. SF118124.

132. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Jury Trial. November 8, 2012. SF118835.

133. The State of Nevada vs. Kevin Lee Travis. Justice's Court of New River Township, County of Churchill, State of Nevada. Preliminary Hearing. November 9, 2012. 12-CR-00041.

134. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 4, 2012. SF120760.

135. The State of Nevada vs. Robert Schnueringer, Zach Kelsey, and Andrue Jefferson. Second Judicial District Court of the State of Nevada. County of Washoe. Trial. December 10, 2012. WCSO WC12-001241.

136. The People of the State of California vs. Yor Xiong. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 11, 2012. SF120774.

137. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Trial. December 20, 2012. SF119095.

138. The People of the State of California vs. Isaac Martinez. Superior Court of California, County of San Joaquin, California. Grand Jury. December 20, 2012. SO11-21376.

139. The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Jury Trial. January 16, 2013. SF115784.

140. The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of Calfornia, County of San Joaquin, California. Jury Trial. February 6, 2013. SF111696.

141. The State of Nevada vs. Diego Nochebuena. Eight Judicial District Court, Clark County, Nevada. Motion Hearing. February 28, 2013. C-11-270267-1.

142. The People of the State of California vs. Stedvieno Mayes, Xavier Spivey and Shameka Evans. Superior Court of California, County of San Joaquin, California. Jury Trial. March 5, 2013. SF119150.

143. The People of the State of California vs. Brandon Riberal, Raymond Vallis, Rocky Riberal, Vincente Yanez, Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Grand Jury. March 11, 2013. SP12-11070.

144. The People of the State of California vs. Jay Loren Prater. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 25, 2013. SF120867.

145. The People of the State of California vs. Otilio Garcia. Superior Court of California, County of San Joaquin, California. Grand Jury. March 26, 2013. SO12-28688.

146. The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County of San Joaquin, California. Grand Jury. April 9, 2013. S082-01452.

147. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 10, 2013. SF121232.

148. The People of the State of California vs. Michael Sokkhorm Muy, Kailler Sam, Ron Korm. Superior Court of California, County of San Joaquin, California. Jury Trial. April 25, 2013. SF116876.

149. The People of the State of California vs. James Elron Mings. Superior Court of California, County of Yolo, California. Jury Trial. May 7, 2013. 13-0828.

150. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Motion Hearing. May 22, 2013. 11F05744.

151. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. May 29 and 30, 2013. CR23981.

152. People of the State of California vs. Angelo Dunya Wright. Superior Court of California, County of Sacramento, California. Jury Trial. June 10, 2013. 11F07773.

153. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Jury Trial. June 18, 2013. 11F05744.

154. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Motion Hearing. June 24, 2013. SF119970.

155. The State of Nevada v. Paul Mathew Revell. Second Judicial District Court of the State of Nevada, County of Washoe, Reno, Nevada. Discovery Motion Hearing. August 9, 2013. CR12-1874.

156. Yolo County Grand Jury, California, Samuel Stone, #A12-0691, Office of the District Attorney, Yolo County, Woodland, California. Grand Jury Testimony. August 20, 2013.

157. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2013. SF125241.

158. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Jury Trial. September 13, 2013. SF118737.

159. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. September 27, 2013. SF114327.

160. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. October 4, 2013. SF114327.

161. The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 8, 2013. SF123417.

162. The People of the State of California vs. Edgar Frayre. Superior Court of California, County of San Joaquin, California. Grand Jury. October 9, 2013. SP13-31815.

163. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Trial. October 24, 25, 2013; November 18, 2013. SF119970.

164. The People of the State of California vs. Miguel Araiza, Jr. Superior Court of California, County of San Joaquin, California. Trial. November 26, 2013. SF119827.

165. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Trial. December 4, 2013. SF120760.

166. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. December 19, 20, 2013. CR23981.

167. The People of the State of California vs. Miguel Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 6, 2014. SF124973.

168. State of Nevada vs. Patrick Cody McCormick. Fourth Judicial District of the State of Nevada in and for the County of Elko, Nevada. Evidentiary Hearing. January 7, 2014. CR-FP-95-6248.

169. The People of the State of California vs. Jesse Leon Helm. Superior Court of California, County of San Bernardino, Victorville Superior Court, California. Preliminary Hearing. January 9, 2014. FV11201162.

170. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Jury Trial. February 25, 2014. SF125241.

171. State of Nevada vs. Leonardo Cardoza. In the Justice Court of Carson Township in and for Carson City, State of Nevada, Carson City, Nevada. Jury Trial. February 27, 2014. 13 CR 00059 1B.

172. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Jury Trial. February 28, 2014. SF121232.

173. The People of the State of California vs. Brandon Rocky Riberal, Raymond Valles, Rocky Riberal, Vincente Yanez and Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Jury Trial. March 18, 2014. SF123374.

174. The People of the State of California vs. Christopher Robinson. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 21, 2014. SF126631.

175. The People of the State of California vs. Stephen James Rodriguez, Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 26, 2014. SF125294.

176. The People of the State of California vs. Michael McKuin. Superior Court of California, County of San Joaquin. Grand Jury Hearing. March 27, 2014. SO13-00014.

177. The People of the State of California vs. Joshua Adam Franklin. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 27, 2014. SF124959.

178. The People of the State of California vs. Juan Julius Barnes, Terrance Lee Adams and Deandre Lamont Adams. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 1, 2014. SF124679.

179. The People of the State of California vs. Jerome Sidney Deavila. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 3, 2014. SF123201.

180. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Jury Trial. April 9, 2013. SF117439.

181. The People of the State of California vs. Yvonne Nichole Gallardo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2014. SF125711.

182. The People of the State of California vs. Quentin Paul Stone. Superior Court of California, Yolo County, California. Jury Trial. May 6, 2014; May 15, 2014. 13003357.

183. The People of the State of California vs. Sergio Reyes. Superior Court of California, County of Sacramento, California. Jury Trial. May 7, 2014. 13F07721.

184. The People of the State of California vs. Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2014. SF125294.

185. The People of the State of California vs. Derrick Ware, Dameon Spragans and Robert McNeally. Superior Court of California, County of Contra Costa, California. Jury Trial. May 15, 2014. 5110797-8.

186. The People of the State of California vs. John Sylvester Collier, III. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 16, 2014. SF125355.

187. The People of the State of California vs. Eric Mitchell. Superior Court of California, County of Sacramento, California. Jury Trial. May 21, 2014. 13FO5850.

188. The People of the State of California vs. Zane Ali Ashik. Superior Court of California, County of San Joaquin, California. Jury Trial. August 8, 2014. SF118453.

189. The People of the State of California vs. Dwight Wilson Slay, Jr. and Latima Denise Coleman. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 19, 2014; August 26, 2014. SF127718.

190. The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 20, 2014. SF127084.

191. The People of the State of California vs. David Plan and Brandon Gann. Superior Court of California, County of San Joaquin, California. Jury Trial. September 3, 2014. SF122517.

192. The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of San Joaquin, California. Jury Trial. September 19, 2014. SF119652.

193. The People of the State of California vs. Gary Miguel. Superior Court of California, County of Sacramento, California. Jury Trial. October 3 and 6, 2014. 13F03791.

194. The People of the State of California vs. Christopher Robinson. Superior Court of California, County of San Joaquin, California. Jury Trial. October 14, 2014. SF126631.

195. The People of the State of California vs. Juan Julius Barnes and Deandre Lamont Adams. Superior Court of California, County of San Joaquin, California. Jury Trial. October 17, 2014. SF124679.

196. The People of the State of California vs. Christopher Emery, Steve Schleimer, Joseph Dibartolomeo and Brian Ice. Superior Court of California, County of San Joaquin, California. Grand Jury. October 27, 2014. SO13-23454.

197. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2014. SF126699.

198. The State of Nevada vs. Paul Mathew Revell. Second Judicial District Court, State of Nevada, County of Washoe. Jury Trial. November 13 and 19, 2014. CR12-1874/D03.

199. The People of the State of California vs. Robert Thomas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 14, 2014. SF127496.

200. The People of the State of California vs. Nicholas Medina. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 20, 2014. SF127256.

201. State of Nevada vs. Brittany Michelle Paugh. In the Justice Court of Carson Township and for Carson City, State of Nevada. Sentencing Hearing. December 30, 2014. 14 CR 00017 1B.

202. The People of the State of California vs. Jorge Aceves-Cortez. Superior Court of California, County of Kern, California. Jury Trial. January 12, 13, 2015. BF151070A.

203. The People of the State of California vs. Francisco Javier Gonzalez Rivera. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 3, 2015. SF129196.

204. The State of Nevada vs. Tatiana Leibel. In the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas, Nevada. Jury Trial. February 4, 2015. 14-CR-0062.

205. The People of the State of California vs. Coleen Iva Marie Torres. Superior Court of California, County of San Joaquin, California. Jury Trial. March 3, 2015. SF125122.

206. The People of the State of California vs. Brian Michael Hrenko. Superior Court of California, County of San Joaquin, California. Jury Trial. March 18, 2015. SF125618.

207. The People of the State of California vs. Kenneth Charles Stringfellow. Superior Court of California, County of Plumas, California. Jury Trial. March 30, 2015. F13-00929.

208. The People of the State of California vs Keith Darnell Denegal, Jr. Superior Court of California, County of San Joaquin. California. Preliminary Hearing. April 6, 2015. SF129019.

209. The People of the State of California vs Yor Xiong. Superior Court of California, County of San Joaquin, California. Jury Trial. April 7, 2015. SF120774.

210. The People of the State of California vs Charlie Srey. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 13, 2015. SF127198.

211. The People of the State of California vs Terrance Jerome Boone, Christon Williams Clark Jones. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2015. SF129328.

212. The People of the State of California vs. Zachary Hurlburt-Erhardt. Superior Court of California, County of San Joaquin, California. Grand Jury Hearing. May 7, 2015. MP14-25661.

213. The People of the State of California vs. Bryan Scott and Valentina Ann Paz. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 12, 2015. SP14-00215.

214. The People of the State of California vs. Juan Cristobal Sanchez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 21, 2015. SO14-17957.

215. The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Deposition. May 29, 2016 and July 1, 2016. CR14-18.

216. The People of the State of California vs. Aaron Kajaun Mckenzie. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 8, 2015. SP12-10681.

217. The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California, County of San Joaquin, California. Jury Trial. June 17, 2015. SP13-09851.

218. The People of the State of California vs. Robert Lee White. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 30, 2015. SP14-29281.

219. The People of the State of California vs. Fabian Scrivens. Superior Court of California, County of San Joaquin, California. Jury Trial. July 8 and 9, 2015. SP12-30066.

220. The People of the State of California vs. Eugene Gaines and Derrick McDowell. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 12, 2015. SP15-05441.

221. The State of Mississippi vs. Patricia Redman. In the Circuit Court of Desoto County, Mississippi. Jury Trial. August 20, 2015. CR2014-0604GCD.

222. The People of the State of California vs. Richard Howard Watkins. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 21, 2015. MP14-07142.

223. The People of the State of California vs. Anthony Blackowl. Superior Court of California, County of Sacramento, California. Jury Trial. September 1, 2015. 12FO5374.

224. The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County of San Joaquin, California. Jury Trial. October 21, 2015. SO82-01452.

225. The People of the State of California vs. John Wilburn. Superior Court of California, County of Kern, California. Jury Trial, November 2-3, 2015. BF150017A.

226. The People of the State of California vs. Grant Maurice Lavender. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 11, 2015. SP15-33905.

227. The People of the State of California vs. Andy Hem. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 13, 2016. SP14-37451.

228. The People of the State of California vs. Leo Avita. Superior Court of California, County of San Joaquin, California. Grand Jury. January 13, 2016. SP14-25269.

229. The State of Nevada vs. Cody Brian Wallace. The Third Judicial District Court of the State of Nevada, County of Lyon. Jury Trial. February 15, 2016. CR 7960.

230. The People of the State of California vs. Ralph Hauerta Gamboa, Jesus Rodriguez and Sirenia Alcauter. Superior Court of California, County of San Joaquin, California. Prelminary Hearing. February 24, 2016. SP15-23069.

231. The People of the State of California vs. Christopher Lee Emery, Brian Andrew Ice, Stephen Charles Schleimer and Joseph Anthony Dibartolomeo. Superior Court of California, County of San Joaquin, California. Jury Trial. February 26, 2016. SO13-23454.

232. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California, County of San Joaquin, California. Jury Trial. March 3, 2016. MP14-01081.

233. The People of the State of California vs. Salvador Alexander Castro, II and Joseph Anthony Castro. Superior Court of San Joaquin County, California. Jury Trial. March 16, 2016. SP15-19945.

234. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of San Joaquin County, California. Preliminary Hearing. March 21, 2016.

235. The People of the State of California vs. Grant Maurice Lavender. Superior Court of San Joaquin County, California. Jury Trial. April 5, 2016. SP15-33905.

236. The People of the State of California vs. Darnell Leshawn White and John Doe. Superior Court of San Joaquin County, California. Preliminary Hearing. April 18, 2016. SP15-40792.

237. The People of the State of California vs. Zachary Hurlburt Erhardt. Superior Court of San Joaquin County, California. Jury Trial. April 29, 2016. CR-2015-4095760.

238. The People of the State of California vs. Bryan Scott Cook. Superior Court of San Joaquin County, California. Jury Trial. May 5, 2016. SP14-00215.

239. The People of the State of California vs. Darnell Leshawn White. Superior Court of San Joaquin County, California, Jury Trial. July 5, 2016. SP15-40792.

240. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of California, Count of Riverside, California, Jury Trial. July 12, 2016. INF1401570.

241. The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson. Superior Court of the State of California, County of San Joaquin, California, Jury Trial. July 13, 2016. SP14-06371.

242. The People of the State of California vs. Derrick Allen Brown. Superior Court of California, County of Riverside, California, Jury Trial. July 20, 21, 2016. RIF1400959.

243. The People of the State of California vs. Nicholas Medina. Superior Court of the State of California, Jury Trial. August 9, 2016. SP14-8019.

244. The People of the State of California vs. Sarah Josephine Zavala. Superior Court of the State of California, Preliminary Hearing. August 9, 2016. SP16-11551.

245. The People of the State of California vs. Terrance Jerome Boone and Christon Williams Clark Jones. Superior Court of the State of California, San Joaquin County. Jury Trial. August 19, 2016. TP14-37534.

246. The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Jury Trial, August 24, 2016. CR14-18.

247. The People of the State of California vs. Michael McKuin. Superior Court of the State of California, San Joaquin County. Jury Trial. August 26, 2016. SO13-00014.

248. The People of the State of California vs. Robert Baguindo. Superior Court of the State of California, San Joaquin County. Preliminary Hearing. September 8, 2016. SP16-19073.

249. The People of the State of California vs. Randy Howard Francis. Superior Court of the State of California, San Joaquin County. Jury Trial. October 4, 2016. SP15-09500.

250. The People of the State of California vs. Darnell Deangelo Dorsey. Superior Court of the State of California, Yolo County. Jury Trial. October 17, 2016. 14000394.

251. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of California, County of Riverside. Jury Trial. October 26, 2016. INF1401570.

252. The People of the State of California vs. Sarath Lon. Superior Court of the State of California, County of San Joaquin. Grand Jury. November 16, 2016. SP16-21917.

253. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of the State of California, County of San Joaquin. Jury Trial. November 29, 2016. MP14-01081.

254. The People of the State of California vs. Marilyn Jean Gibson. Superior Court of California, County of Sacramento. Jury Trial. December 22, 2016. 16MI010914.

255. The People of the State of California vs. Rocky Allen Overturf. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 2, 2017. EP16-01034.

256. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 6, 2017. SP16-18157.

257. The People of the State of California vs. Robert Lee White. Superior Court of California, County of San Joaquin. Jury Trial. February 17, 2017. SP14-29281.

258. The People of the State of California vs. Vesan Jordan Sem. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 20, 2017. SO16-09783.

259. The People of the State of California vs. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 27, 2017. LP16-07073.

260. The People of the State of California vs. Andrew Loren Sanchez. Superior Court of California, County of Merced. Jury Trial. April 11, 2017. 15CR-03437.

261. The People of the State of California vs. Andy Hem. Superior Court of California, County of San Joaquin. Jury Trial. May 9, 2017. SP14-37451.

262. The People of the State of California vs. Joel Lewis. Superior Court of California, County of San Joaquin. Jury Trial. May 24, 2017. SP08-55867.

263. The Commonwealth of Pennsylvania vs. Kenneth Reeves. In the Court of Common Pleas of Allegheny County, Pennsylvania. Jury Trial. May 30, 2017. CC 201501958.

264. The People of the State of California vs. James Philip Valadez. Superior Court of California, County of San Joaquin. Jury Trial. June 14, 2017. SP16-13114.

265. The People of the State of California vs. Juancarlos Villalpando-Lua and Guillermo Ivan Ibarra. Superior Court of California, County of San Joaquin. Jury Trial. August 25, 2017. SP15-28354.

266. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Preliminary Hearing. September 8, 2017. TP15-06732.

267. The People of the State of California vs. Richard Howard Watkins. Superior Court of California, County of San Joaquin, Jury Trial. September 21, 2017. MP14-07142.

268. The People of the State of California vs. Gina Nicole Bailey, FCR318645. Superior Court of California, County of Solano, Jury Trial. November 16, 2017 and December 1, 2017. DA No. F155224.

269. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of San Joaquin, Jury Trial. December 7, 2017. SP16-18157.

270. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Jury Trial. December 8, 2017. TP15-06732.

271. The People of the State of California vs. Erek Williams and Breonia Lynette Campbell. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 18, 2017. SP17-12865.

272. The People of the State of California vs. Alexis Roldan and Nicholas Andre Banles. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 27, 2017. SP17-24957.

273. The People of California vs. David Kenneth Lee. Superior Court of California, County of Del Norte, Crescent City, California, Jury Trial. February 1, 2018. CRF17-9152.

274. The People of the State of California v. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. March 7, 2018.

275. The People of the State of California v. Israel Roman. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 11, 2018, SP17-16695.

276. The People of the State of California v. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 12, 2018, SP16-3809.

277. The People of the State of California v. Ralph Hauerta Gamboa, Jesus Rogriguez and Sirenia Alcauter. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. April 24, 2018, SP15-23269.

278. The People of the State of California v. Eugene Gaines and Derrick Emari. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. June 20, 2018, SP15-05441.

279. The People of the State of California v. LaAndre Anthony Hale. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 9, 2018, SP15-39489.

280. The People of the State of California v. David Khouny Pech. Superior Cout of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 15, 2018, SP17-33948.

281. The People of the State of California v. Arthur Dean Combs. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 23, 2018, SP17-32445.

282. The People of the State of California, Grand Jury, John Hampton, III, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 13, 2019. SP11-26687.

283. The People of the State of California, Grand Jury, Daniel Tereso Stoutt Ibara, Jr. Deceased; Neftali Del Carmen Gonzalez Castaneda, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 20, 2019. SP18-15839.

284. The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, April 4, 2019. Jury Trial. SP17-05986.

285. The People of the State of California vs. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, May 1 and May 3, 2019. Jury Trial. SP16-38092.

286. The People of the State of California vs. Carlos Hernandez, Juan Del Mar Lopez et al. Superior Court of California, County of San Joaquin, Stockton, California, May 2, 2019. Jury Trial. Case No. SP17-23762.

287. The People of the State of California vs. Jimmie Lee Evans. Superior Court of California, County of San Joaquin, Stockton, California, May 23, 2019. Jury Trial. Case No. SP17-11875.

288. The People of the State of California vs. Jontell Jaymar Roots. Superior Cout of California, County of San Joaquin, Stockton, California, August 21, 2019. Jury Trial. Case No. SP17-35282.

289. The People of the State of California. Grand Jury. San Joaquin County, Stockton, California. September 16, 2019. SP15-37123.

290. The People of the State of California vs. Chalsey Sapaipatuitui Maynard. Superior Court of California, County of San Joaquin, Stockton, California, September 18, 2019. Preliminary Hearing. Case No.: SP17-27704.

291. The People of the State of California vs. Clarence Keith Bailey. Superior Court of California, County of San Joaquin, Stockton, California, October 16, 2019. Jury Trial. Case No.: SP17-33283.

292. The People of the State of California vs. Raul Hyce. Superior Court of California, County of Sacramento, Sacramento, California, October 28, 2019. Jury Trial. Case No.: 16FEO22561.

293. The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, October 30, 2019. Jury Trial. Case No.: SP17-05986.

294. The People of the State of California vs. Brandon Dozier. Superior Court of California, County of Los Angeles, Pomona, California, December 16, 2019. Jury Trial. Case No.: KA114829.

295. The People of the State of California vs. Nicklos Andrew Zapata. Superior Court of California, County of San Joaquin, Stockton, California, December 17, 2019. Preliminary Hearing. Case No.: LP17-01069.

296. The People of the State of California vs. David Khouny Pech. Superior Court of California, County of San Joaquin, Stockton, California, February 11, 2020. Jury Trial. Case No.: SP17-33948.

297. The People of the State of California vs. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin, Stockton, California, February 14 and 19, 2020. Jury Trial. Case No.: LP16-07073.

298. The People of the State of California vs. Jorge Aceves-Cortez. Superior Court of California, County of Kern, Bakersfield, California, September 28, 2020. Brady Hearing. Case No.: BF151070A.

299. The People of the State of California vs. Mavrick William Fisher. Superior Court of the State of California, County of Lake, Lakeport, California, November 3, 2020. Case No.: CR955266.

300. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of the State of California, County of San Joaquin, Stockton, California, October 19, 2021. Case No: SP15-32300.

301. The People of the State of California vs. James Peter Stancampiano. Superior Court of the State of California, County of San Joaquin, Stockton, California, October 25, 2021. Case No: TP10-06949.

302. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of California, County of San Joaquin, Stockton, California, January 25, 2022. Case No: SP15-32300.

303. The People of the State of California vs. Ryan Scott Blinston. Superior Court of California, County of Butte, Oroville, California. Trial, May 9, 2022. Case No.: 21CF02562.

304. The People of the State of California vs. Ray Cain, Jr. Superior Court of California, County of Tehama, Red Bluff, California. Trial, September 6, 2022. Case No.: 22CR493.

305. The People of the State of California vs. Tammy Sue Grogan-Robinson. Superior Court of the State of California for Lake County, Lakeport, California. Trial, November 3, 2022. Case No.: CR961579.

306. The People of the State of California vs. Hrach Grigoryan. Superior Court of the State of California, County of Los Angeles, California. Trial, February 21 and 22, 2023.

307. The People of the State of California vs. Dino Blackbear Lincoln, Corina Amanda Carrio, and Caytlin Marie Collicott. Superior Court of California, Mendocino County, Ukiah, California. Trial, May 8, 2023. Case No: 21CR02023-A.

308. The People of the State of California vs. Henry Hall. Superior Court of California in and for the City and County of San Francisco, San Francisco, California. Trial, September 8, 2023. Case No.: SCN 218468 MCN 10027848.

309. The People of the State of California, County of Amador vs. Jared Stephen Wilkinson. Superior Court of California, County of Amador, Jackson, California. Preliminary Hearing, November 14, 2023. Case No.: 22CR31709.

310. The People of the State of California, County of San Joaquin vs. Jesus Martinez, Daniel Maya, Salvador Enriquez Vega and Adrian Henry. Superior Court of California, County of San Joaquin, Stockton, California. Trial, May 7, 2024. Case No.: SP18-15839.

311. The People of the State of California, County of Mendocino vs. Clinton Marcus Maxwell. Superior Court of California, County of Mendocino, Ukiah, California. Trial, April 11, 2025. Case No.: 23CR01896.

312. The People of the State of California, County of San Joaquin vs. Daniel Hunter Winkler. Superior Court of California, County of San Joaquin, Stockton, California. Trial, June 20, 2025. Case No.: SP17-30241.

313. The People of the State of California, County of Mendocino vs. Fletcher Ross Pinkham. Superior Court of California- Ukiah B, County of Mendocino, Ukiah, California. Preliminary Hearing, August 15, 2025. Case No.: 24CR03679.

314. The People of the State of California vs. Antony Bedrigjo Dignan. Superior Court of California, County of Kings, Hanford, California. Preliminary Hearing, November 3, 2025. Case No.: 25CM-0521.

315. The People of the State of California vs. Edward Two Feathers Steele. Superior Court of California, County of Mendocino, Ukiah B, California. Jury Trial, December 10, 2025. Case No.: 22CR01964.

316. The People of the State of California vs. Elijah A. Jordan-Brooks. Superior Court of California, County of Alameda, Oakland, California. Jury Trial, March 17, 2026. Case No.: 21-CR-006051B

## PART 4: COURT TESTIMONIES- CIVIL CASES

**NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.**

1. Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, File No.: 02-C-9500, West Virginia. December 4, 2007. 00-C-46-RI. Deposition.

2. Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. New Hanover County, The General Court of Justice, Superior Court Division, North Carolina. August 4, 2008.7-CVS-4453. Deposition.

3. Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. The General Court of Justice, Superior Court Division, New Hanover County, North Carolina. February 23, 2009. 7-CVS-4453. Trial.

4. Robert T. Pritchard, Sr. and Elizabeth Ann Pritchard, his wife Vs. Dow Agro Sciences, a division of Dow Chemical Company, Southern Mill Creek Products of Ohio, and Risidex Corporation. United States District Court for the Western District of Pennsylvania. June 26, 2009. 07-CV-01621 (W.D. Pa.). Deposition.

5. Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, West Virginia. June 29, 2009. File No.: 02-C-9500. 00-C-46-RI. Deposition.

6. McConnell Vs. Dunfee et al. Philadelphia Court of Common Pleas, February Term, 2007, Pennsylvania. October 19, 2009. 001123. Trial.

7. Dolores J. Kennedy Vs. Ajex Magnethermic Corp, et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 595757. Deposition.

8. Clemmy L. Womack Vs. A.O. Smith Corporation et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 04-523048. Deposition.

9. Jody Lynn Scanlon Vs. Life Insurance Company of North America. United States District Court, Western District of Washington at Seattle. November 13, 2009. C08-0256-JCC. Summary Judgment.

10. George Wertz, Administrator of the Estate of Micahel Dolinskas Vs. Showe Management Corporation and Jeffersonville Green Limited Partnership. Common Pleas Court, Franklin County, Ohio. January 8, 2010. 08 CVH 11428. Deposition.

11. Dalton W. and Alice Faye Holler Vs. David W. Mallow. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 329-2008. Deposition.

12. Kevan Colledge and Casey Colledge Vs. David Mallow, Mallow Home Improvement, LLP. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 707-2008. Deposition.

13. Richard and Karen Roberts on behalf of the minor children Diedre Roberts and Delaney Roberts Vs. Marletta Salzman, Karen Pihakis et al. Court of Common Pleas of Allegheny County, Orphans Court Division, Pennsylvania. March 17, 2010. 09-326. Trial.

14. Laura K. Balombini, Personal Representative of the Estate of William E. Goddard, Deceased Vs. Adience, Inc., et al. Court of Common Pleas Cuyahoga County, Ohio. April 28, 2010. 674360. Deposition.

15. Marlene Seigfried, Executrix of the Estate of William Seigfried, and Marlene Seigfried in her own right Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. April 30, 2010. MDL 875 [E.D. Pa. No. 2:09-cv-66150-ER]. Deposition.

16. Estate of Thomas Synder Vs. Adience, Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-664830. Deposition.

17. Estate of Ross E. Hockemeyer Vs. Aqua Chem Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-673791. Deposition.

18. Johana Azenas, Personal Representative of the Estate of Brianna Azenas Castillo Vs. Inova Healthcare Services d/b/a Inova Fairfax Hospital et al. Circuit Court for Fairfax County, Virginia. June 28, 2010. 2008-12969. Deposition.

19. Joann Reisinger, et al Vs. Dwight C. Holzhauser et al. Court of Common Pleas, Cuyahoga County, Ohio. August 9, 2010. 595346. Deposition.

20. Teresa Carretta, Individually and as Special Administratrix of the Estate of Alfred Carretta Vs. May Trucking Company. United States District Court, District of Southern Illinois. August 11, 2010. 09-158-MJR. Deposition.

21. Marlene Seigfried, Individually and as Executrix of the Estate of William Seigfried Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. September 13, 2010. 2:09-cv-66150-ER. Deposition.

22. Florence King, Executrix of the Estate of John R. King, Deceased Vs. Crane Co.'s. Court of Common Pleas of Cuyahoga County, Ohio. September 13, 2010. CV-08-664120. Deposition.

23. David Earley, Timothy Wells and Tiffani Talbert, Administratrix of the Estate of Gerald Talbert Vs. Structural Group, Inc., Pullman Power, LLC, Ohio Power Company, American Electric Power Company, Inc., Fiberglass Structural Engineering, Inc., Ershings, Inc., and John Does 1-5. Circuit Court of Marshall County, West Virginia. October 12, 2010. 06-C-153M. Deposition.

24. Shelly Bryant, individually and as administratrix of the Estate of Shelton Flowers, Deceased Vs. Loews Montgomery Cinemas, Inc,; Loews Cineplex Entertainment Corporation; AMC

Entertainment Inc.; Marquee Holdings Inc.; LCE Holdings, Inc. Court of Common Pleas of Allegheny County, Pennsylvania. November 2, 2010. GD 07-023755. Deposition.

25. Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. November 29, 2010. YYK AU 54912. Deposition.

26. Joseph and Toni Pinasco, individually and Estate of Joseph Pinasco, Jr. Vs. State of California, California Highway Patrol, M. Walling, S. Coffman and Does 1 thru 50, inclusive. United States District Court, Eastern District of California. December 13, 2010. 09CV-777 MCE KJM. Deposition.

27. Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar. Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. December 14, 2010. YYK AU 54912. Arbitration Testimony.

28. Tommy J. Robinson, et al Vs. Borg-Warner Corporation, et al. Court of Common Pleas, Cuyahoga County, Ohio. January 4, 2011. 698837. Deposition.

29. Andrew Silverstein, Leonard A. Silverstein and Ellen Frauenthal Vs. Simpsonwood United Methodist Conference and Retreat Center, Inc.; Aramark Corporation, and Aramark Management Services Limited Partnership. State Court of Gwinnett County, State of Georgia. Civil Action File No.: 08C-04113-3. May 6, 2011. Deposition.

30. Dallas Edens vs. Joseph Christopher Wehman, MD, University of Miami School of Medicine and Public Health Trust of Miami-Dade County, Florida, Jackson Memorial Hospital/Jackson Health System. In the Circuit Court of the 11th Judicial Circuit in and for Dade County, Florida. Civil Division. Case No. 09-65401. September 2, 2011. Deposition.

31. Rebecca Alejandres et al vs. County of San Joaquin et al, Jin-Mei Woan, MD, Alan Uyeno, MD and Sutter Tracy Community Hospital et al. Superior Court of California, County of San Joaquin, Unlimited Jurisdiction. Consolidated Case Number: 39-2008-00195896-CU-PO-STK. November 4, 2011.

32. Joseph and Toni Pinasco, individually, et al. vs. State of California, et al. United States District Court for the Eastern District of California. Trial. January 11, 2012. Civil Action No. 2:09-cv-00777 KJM CKD.

33. Duane Barkley et al vs. Regional Medical Center of San Jose et al. Superior Court of The State of California, County of Santa Clara. Deposition. February 13, 2012. Case No. 110 CV 179398.

34. Jacob Hussain Saheb, Individually and Administrator for the Estate of Sheik Reza Saheb, Deceased, Plaintiff vs. Michael Glynn Fulton, Danhil Containers II, Ltd.; Danhill Containers Management, LC, Defendants. 237th District Court of Lubbock County, Texas. Case No. 2010-553,317. Deposition. March 24, 2012.

35. Duane Barkley, Kevin Jones II, Kanisha Jones, a minor, Tanisha Jones, a minor. Vs. Regional Medical Center of San Jose, James Hinsdale, MD, Conway Lien, MD, Christopher Traver, MD, David Yeh,

MD and Does 1 to 50. Superior Court of the State of California, County of Santa Clara, California. Case No.: 110 CV 179398. Deposition. April 5, 2012.

36. Asima Gul, an individual, and as a successor in interest, and as guardian ad litem for Aaminah Asif Ajmal vs. Garda Security Inc.; Garda CL West, Inc.; Garda World Security Corporation; Jose De Jesus Zinga; and Does 1 through 50, inclusive. Superior Court of the State of California, County of San Joaquin, California. Case No.: 39-2010-00234481-CU-PO-STK. Deposition. June 25, 2012.

37. Sandra Jacobs, individually and as personal representative of the Estate of Richard Owens vs. Harold G. Morse, M.D.; Hospital Medicine Consultants of Anerson, LLC and AnMed Health. In the Court of Common Pleas, State of South Carolina, County of Anderson. C. A. No. 2010-CP-04-530; C.A. No. 2010-CP-04-531. Deposition. January 4, 2013.

38. Glenn Shiner and Beth Shiner, His Wife, Appellants vs. Ralph W. Ralston, Jr., Executor of the Estate of Ralph W. Ralston, Sr., Deceased, Genuine Parts Company, and Suntrust Leasing Corporation. In the Superior Court of Pennsylvania. No. 1791 MDA 2011. Appeal from the Order entered September 28, 2011, in the Court of Common Pleas of Centre County, Civil Division, at No: 09-2216. Before: Bowes, Ott, and Strassburger. Filed February 22, 2013. Summary Judgement

39. Mandy Eisenbeis, Patricia Towle, Madisun Eisengeis, by and through her Guardian ad Litem, Mandy Eisenbeis vs. California Transplant Donor Network, County of San Joaquin, Lodi Funeral Home Inc. and Does 1 to 100. Superior Court of California, County of San Joaquin, California. Case No. 39-2012-00277909-cu-po-stk. Deposition, March 27, 2013.

40. Sunbridge Stockton Rehabilitation Center vs. State of California. Superior Court of California, County of San Joaquin, California. Case No. 39-2011-00270702-CU-JR-STK. Deposition, April 30, 2013.

41. Yolo County DESS in Re: Stone. Yolo County Superior Court. The People of the State of California, Yolo County, California. Case No. JV 12-441, 12-443. Court Room Hearing and Testimony. May 1, 2013.

42. Asima Gul et al vs. Garda Security, Inc. et al. San Joaquin Superior Court, Unlimited Civil Jurisdiction, California. Case No. 39-2010-00234481-CU-STK. Trial. July 18, 2013.

43. Mohammed Al-Qarawi vs Dominican University et al. Superior Court of California, County of San Francisco, California. Case No. CGC-11-510757. Deposition. August 7, 2013.

44. Daniel Cook, Jr. vs. CSX Transportation, Inc. Jefferson Circuit Court, Division 7, Commonwealth of Kentucky. Case No. 09-CI-012026. Deposition. January 27, 2014.

45. Melissa Humphreys et al vs. State of California. San Joaquin County Superior Court, California. Case No. 39-2009-00223770 CU PO STK. Deposition. February 7, 2014.

46. James G. Brian and Karen A. Brain, his wife vs. Association of Independent Oil Distributors, E.I. Du Pont De Nemours Corporation, The Lincoln Electric Company, Martin-Senour Paints, Genuine Auto Parts Company, Safety-Kleen Corporation, The Sherwin Williams Company, Zep, Inc, L Ronald

Valletti and Joan Valletti d/b/a National Autobody Supply. The Court of Common Pleas of Westmoreland County, Pennsylvania. Case No. 3413 of 2011. Deposition. March 7, April 10, May 13, June 24, June 25, 2014

47. Shirley Oliver and Julian Oliver vs. Progressive Mountain Insurance Company. In the State Court of Fulton County, State of Georgia. File No. 11EV013248B. Deposition. May 7, 2014.

48. James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Deposition. November 25, 2014. 12-2-01791-1.

49. James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Jury Trial. January 15, 2015. 12-2-01791-1.

50. Oscar Rodriguez, Deceased vs. Savemart Supermarkets, permissibly self-insured, administered by Pegasus Risk Management. The Division of Workers Compensation of the State of California. Deposition. January 29, 2015. ADJ9510659.

51. Estate of Lonnie Lamont Ashlock, Ashlock Family 2013 Trust, Gabriel Ashlock vs Stacey Carlson. Superior Court of the State of California, County of Stanislaus, California. Jury Trial. February 11, 2015. 445230 [consolidated 445304 and 445360].

52. Paul H. Musciantonio, Esq. [Estate of Tanya Wilson, Estate of LaTonya Brown] vs US Securities Associates. In the Court of Common Pleas, Commonwealth of Pennsylvania, County of Philadelphia, No. 00653. Jury Trial. February 20, 2015. Civil Action No.: 111200653.

53. Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi vs. County of San Joaquin; Sheriff Steve Moore, in his Official Capacity as Sheriff of San Joaquin County and Steve Moore, Individually. In the United States District Court, Eastern District of California. Deposition. August 10, 2015. Case No. 2:13-CV-00266-MCE-DAD.

54. Martin Watson, surviving widow vs. Life Insurance Company of North America. In the United States District Court, Western District of Washington, At Seattle. Deposition. January 5, 2016. Case No. 2:15-cv-00271-MJP.

55. Fatimah K Phoenix, Individually, and Jesse Calloway and Fatimah K. Phoenix, as Co-administrators of the Estate of Vidal C. Calloway, Deceased, Plaintiffs v. Wal-Mart Stores, Inc., Wal-Mart Stores East, LP (Delaware), U.S. Security Associates, Michael L. Burton, Jaiviere N. Pruitt, and Philler Roberts, Defendants. In the State Court of Dekalb County, State of Georgia. Deposition, February 11, 2016. Civil Action File No. 13A48475-5.

56. Megan Lewis-Whiteman, Individually and in her own rights as Executrix of the Estate of Rodney L. Whiteman, Deceased v. Continental Motors, Inc., et al v. United States of America, and Elizabeth C. Snider, Individually and as Executrix of the Estate of Daniel Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider, v. Sterling Airways, Inc., et al., v. United States of America. In

the United States District Court for the Eastern District of Pennsylvania. Deposition, February 27, 2016. Civil Action No. 2:13-cv-02950-JCJ; 2:13-cv-02949-JCJ.

57. Nelson Torres [Deceased] vs. Alternative Service Concepts, LLC. State of California, Department of Industrial Relations, Division of Workers' Compensation. Workers' Compensation Appeals Board. Case No. ADJ9586179. Deposition, March 4, 2016.

58. Elizabeth C. Snider, Individually and as Administratrix of the Estate of Daniel A. Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider vs. Sterling Airways, Inc., et al. Unites States District Court for the Eastern District of Pennsylvania. Case No. 2:13-CV-02949. Jury Trial, January 31, 2017.

59. Jeremiah J. Cross, deceased, by and through his personal representative, Valerie Steel, Plaintiff vs. XPO Express, Inc., et al., Defendants. United States District Court, District of South Carolina, Florence Division. Civil Action No: 4:15-02480 BHH, -2481, 2773, 1253, 1254. Deposition, May 22, 2017, Sacramento, California.

60. Dr. Alan Sampson, MD and Kathy Sampson on behalf of the Estate of Andrew Sampson, plaintiffs vs. Ukiah Valley Medical Center; Debbie L. Marks, MD; Pacific Redwood Medical Group; Calstar; & The Department of California Highway Patrol; and Does 1 through 10. United States District Court, Northern District of California, Civil Action NO.: 3:15-cv-00160-WHO. Deposition, June 27, 2017, San Francisco, California.

61. Nicole Albaum, an individual vs. Ravinderpal Singh, an individual; Surinderpal Singh, an individual, and doing business as SBT Trucking; SBT Trucking, a California Corporation, Assured Aggregates Company, Inc., a California Corporation; Gagliasso Trucking, Inc. a California Corporation; Don Chapin Company, Inc. and Does 1-20, inclusive. In the Superior Court of the State of California in and for the County of Santa Clara. Case No. 114CV268097. Deposition, July 6, 2017, Sacramento, California.

62. Breanna Cooke, individually and as Co-Successor-In-Interest for Decedent James Cooke, et al, vs. Jeremy Edens, in his individual and official capacity as Police Officer of the City of Stockton, et al. United States District Court for the Eastern District of California. Case No.: 2:14-CV-00908-KJM-KJN. Deposition, July 14, 2017, Stockton, California.

63. Remy Giannini and Darleen Giannini vs. Hank Siefel and Does 1 through 25, Inclusive. Superior Court of California, County of Placer. Case No. SCV0034577. Deposition, August 18, 2017, Sacramento, California.

64. Estate of Johnathan Rose et al vs. County of Sacramento, et al. United States District Court, Eastern District of California. Case No. 2:13-CV-01339-TLN-EFB. Jury Trial, September 20 and 22, 2017, Sacramento, California.

65. Keith Dahl, in his Personal Capacity and as Personal Representative of the Estate of Brandon Dahl, Deceased vs. Mason County, et al. United States District Court, Western District of Washington. Case No. 3:16-CV-05719-RBL. Deposition, November 17, 2017, Sacramento, California.

66. Marian Ahumada vs. Benjamin Wiederhold, Dignity Health, St. Joseph's Medical Center, Apexx Physicians Medical Corporation, Inc. and Does 1 through 100. Superior Court of California, County of San Joaquin Unlimited Civil Jurisdiction. Case No. STK-CV-UMM-2015-0012012. Deposition, December 18, 2017, Stockton, California.

67. James Martell and Colleen Mingeaud, individually and as co-personal representatives of the Estate of Marlene Martell vs. Aegis Senior communities, LLC, dba Aegis Living, a Washington limited liability company. Superior Court of Washington For King County. Case No. 16-2-16256-8 SEA. Deposition, January 5, 2017, Sacramento, California.

68. Angelina Vuong vs. FMC Technologies, Inc ET AL. Superior Court of California, County of Alameda. Case No. RG16803957. Deposition, January 10, 2017, Walnut Creek, California.

69. Filiberto Valencia Sr., et al vs. City of Stockton, et al. United States District Court, Eastern District of California, Case No. 2:16-CV-02081-JAM-AC. Deposition, January 11, 2017, Stockton, California.

70. Remy Giannini and Darleen Giannini vs. Hank Stiefel, et al. Placer County Superior Court, Roseville, California, Case No. SCV0034577. Jury Trial, January 23 and 24, 2018, Roseville, California.

71. Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, February 8, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

72. Debra Ploetz, Individually and on Behalf of the Estate of Gregory Ploetz, Deceased vs. National Collegiate Athletic Association. District Court, Dallas County, Texas, 95th Judicial District, Deposition, Sacramento, California, March 2, 2018. Case No. DC-17-00676.

73. Jerry Sims, Kara Sims, Khloe Sims & Krystal Scherer vs. The Permanente Medical Group, Inc., et al. Superior Court of California, In Re: Arbitration. Deposition, Folsom, California, March 12, 2018. Case No. 14694.

74. Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Frye Hearing, May 29, 2018. Civil Division A.D. No. 14-10067.

75. Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Deposition, June 14, 2018, Sacramento, California, Civil Division A.D. No. 14-10067.

76. Sara L. Lacy vs. Snohomish County. Superior Court for the State of Washington, King County, Washington, Deposition, June 15, 2018, Sacramento, California, Case Number: 16-2-21526-2 SEA.

77. Thomas Knowles, by and through his successor-in-interest, Seana Knowles; Seana Knowles, individually; Frank Knowles, individually; Geraldine Bakersville, individually; and Ann Clark,

individually, v. Windsor El Camino Care Center, LLC; and Does 1 through 50, inclusive. Superior Court of the State of California For the County of Sacramento, Deposition, July 10, 2018, Sacramento, California, Case No.: 34-2015-00186245.

78. Jeffrey Sutherland and Beverly Tobey vs. City of Manteca; Manteca Police Department; County of San Joaquin; and Does 1-100, inclusive. Superior Court of the State of California, County of San Joaquin, Deposition, July 16, 2018, Stockton, California, Case No.: STK-CV-UPI-2016-0000290.

79. Marian Ahumada vs. Benjamin Wiederhold et al, Superior Court of California, County of San Joaquin, Jury Trial, August 22, 2018, Stockton, California, Case No.: STK-CV-UMM-2015-0012012.

80. Jacqueline Ann McCann, Deceased, by and through her PRs, Constance Huff and Ray Huff vs. XPO Express, Inc. et al. United States District Court for the District of South Carolina, Jury Trial, August 30, 2018, Charleston, South Carolina, Case No.: 2:16-CV-1254-BHH.

81. Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, September 24, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

82. Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Deposition, September 26, 2018, Los Angeles, California. Case No. BC 656353.

83. Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Jury Trial, October 24, 2018, Los Angeles, California. Case No. BC 656353.

84. Sarah L. Lacy, in her personal capacity and as personal representative of the Estate of Cecil D. Lacy, Jr. Deceased, vs. Snohomish County. Superior Court of the State of Washington, in and for the County of King. Jury Trial, October 25, 2018, Seattle, Washington. Case No. 16-2-21526-2.

85. Angela Ainley, individually; Patrick Jackson, individually; Angela Ainley and Patrick Jackson, as joint personal representatives of the Estate of Kris Jackson; the estate of Kris Jackson vs. City of South Lake Tahoe, a municipal corporation; Joshua Klinge, individually and as a police officer for the City of South Lake Tahoe; Brian Uhler, individually and in his capacity as the City of South Lake Tahoe Chief of Police; and does 1 through 25, inclusive. United States District Court, Eastern District of California. Deposition, November 13, 2018, Santa Ana, California, Case No. 2:16-CV-00049 TLN-CKD.

86. Anna Morsaw, as personal representative of the Estate of Jordan Parsons, deceased, vs. Dennis Wright, Patricia Fuller, and BSB Delray, LLC, d/b/a Buddha Sky Bar. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. Deposition, November 15, 2018, Stockton, California, Case No.: 502016CA007649XXXXMB.

87. Savanna Smith, Thanh-Thanh Hoang both individually and in her capacity as successor in interest to Luke Smith, deceased vs. County of Santa Cruz; Sheriff Jim Hart, Deputy Chris Vigil, Sergeant Jacob Ainsworth, Deputy Jeffery Eisner, Deputy Emma Ramponi, City of Capitola, City of Capitola Police Depart, Chief Terry Mcmanus, Officer Pedro Zamora, City of Watsonville, City of Watsonville Police Department, Chief David Honda, Officer Noe Hernandez and Does 4-50. United States District Court, Northern District of California. Deposition, February 22, 2019, Pleasant Hill, California, Case No.: C17-05095 LHK.

88. Fermin Vincent Valenzuela vs. City of Anaheim et al. United States District Court, Central District of California. Deposition, February 26, 2019, Los Angeles, California, Case No.: SACV17-0278 CJC [DFMx], Consol. w/Case No. SACV17-2094 CJC [DFMx].

89. Adrian Robinson, Jr. v Philadelphia Eagles, LLC. Commonwealth of Pennsylvania Department of Labor and Industry, Bureau of Workers' Compensation. Deposition, March 1, 2019, Stockton, California, Case No.: BCN- 8025026.

90. Dustin Winding vs. Ford Motor Company. In the Circuit Court of Clay County, Missouri. Deposition, March 15, 2019, Oakland, California, Case No.: 16CY-CV00868.

91. Diem Ho, individually and as gardian ad litem for minors Alex Tran and Sabell vs. Dignity Health et al. Superior Court of San Joaquin County, California, Jury Trial, March 22, 2019. Case No: STK-CV-UMM-2016-11133.

92. Mathew Onyshko and Jessica Onyshko, his wife, vs. National Collegiate Athletic Association, in the Court of Common Pleas, Washington County, Pennsylvania, Jury Trial, May 8, 2019. Case No: 2014-3620.

93. Antonio Pulido, an individual; Yolanda Mejia, an individual vs. Alameda Unified School District, City of Alameda, State of California and Does 1 through 30. Superior Court of the State of California, County of Alameda, Deposition, May 31, 2019, Stockton, California. Case No.: RG17859762.

94. Mary H. Garcia, Individually, and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. Deceased, et al. vs. County of Riverside et al. United States District Court, Central District of California, Eastern Division. Deposition, June 3, 2019, Sacramento, California. Case No. 5:18-CV-839-SJO [ASx].

95. A.B., a minor, individually and as successor in interest to decedent Kristopher Birtcher, by and through her guardian ad litem, Ryan Birtcher, Michael Birtcher, individually; and Catherine Birtcher, individually v. County of San Diego; San Diego Sheriff's Department, William D. Gore, Sheriff; Drew Beatty; Adrian Carrillo; Roland Garza; Joseph Kodadek; John Robledo; Scott Rossall; Frank Stalzer; Scott Winter and Does 1-10, Inclusive. United States District Court, Southern District of California. Deposition, August 14, 2019, Alameda, California. Case No. 18cv01541-MMA-LL.

96. Estate of Brianna Suarez, an alleged disabled person by and through Juan Suarez, temporary guardian of Brianna Suarez's Estate and Person vs. Loyola University Medical Center, an Illinois Corporation; and Camilo Gomez, M.D., Individually. In the Circuit Court of Cook County, Illinois,

County Department, Law Division. Deposition, November 4, 2019, Sacramento, California. Case No. 16 L 12024.

97. Fermin Vincent Valenzuela vs. City of Anaheim et al. United States District Court, Central District of California. Jury Trial, November 15, 2019, Los Angeles, California. Case No. SACV17-0278 [DFMx] and SACV17-2094 CJC [DFMx].

98. Antonio Pulido, an individual; Yolanda Mejia, an individual vs. Alameda Unified School District, City of Alameda, State of California and Does 1 through 30. Superior Court of the State of California, County of Alameda, Jury Trial, December 2 and 3, 2019, Oakland, California. Case No.: RG17859762.

99. J.G., a minor, individually and as successor-in-interest to decedent, Mario Guevara, by and through her Guardian ad litem Susie Castro et al vs City of Colton: Michael Sandoval; and Does 2-10, inclusive. United States District Court, Central District of California, Deposition, December 30, 2019, San Francisco, California. Case No.: 5:18-cv-02386-RGK.

100. The Estate of Vu Anh Ngo and Tina Ngo, individually and as successor in interest to Vu Anh Ngo vs. County of Riverside, Joshua Greco, and does 1-25, inclusive. Superior Court of the State of California, County of Riverside, Riverside Hall of Justice. Deposition, January 9, 2020, San Francisco, California. Case No. RIC1902381.

101. Demajay Williams, an individual; a minor by and through her guardian ad litem Desiree Renee Wilson; a minor by and through her guardian ad litem Danielle Banks; and Tammy Johnson Williams, an individual, Larisa Washington, individually and as successor in interest to the Estate of Roderick D. Williams, Jr. v. Kohl's Department Stores, Inc., a Delaware corporation; Kohl's Illinois, Inc., a Nevada corporation; County of Riverside, a California municipal entity; Riverside County Sheriff's Department, a California municipal entity; Deputy Gordon Mitchell, an individual; Deputy Justin Tibbetts, an individual; and Does 1-30, inclusive. United States District Court, Central District of California, Eastern Division. Case No. 5:19-cv-00397-JGB-SHKx, 5:19-cv-00405-JGB-SHKx, 5:19-cv-00864-JGB-SHKx. Deposition, March 16, 2020, Sacramento, California.

102. Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Deposition, June 15, 2020, Sacramento, California.

103. Sheila Varner vs. LH 2007 Properties, LLC, John Doe Owner and John Doe II. In the State Court of Cobb County, State of Georgia. Case No. 16-A-2609. Deposition, October 12, 2020, Sacramento, California.

104. Mary Starks, individually and as successor in interest to Rickie Starks vs. County of Los Angeles, a municipal entity, Deputy Taylor Ingersoll, an individual, and Deputy Edwin Barajas, an individual, and Does 1-10, inclusive. Superior Court of the State of California, County of Los Angeles, Central District. Case No. 19STCV38462. Deposition, October 24, 2020, Via Zoom, Sacramento, California.

105. Mussalina Muhaymin as personal representative of the estage of Muhammad Abdul Muhaymin, Jr., vs. City of Phoenix, an Arizona municipal corporation, Antonio Terango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobe, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbinger, Officer James Clark, Officer Dennis Lerous, Officer Ryan Nielson, Officer Steven Wong, and Doe Supervisors 1-5. In the United States District Court for the District of Arizona, Case No.: 17-cv-04565-PHX-SMB. Deposition, October 26, 2020, Sacramento, California.

106. Los Angeles County Medical Examiner Coroner. Re: Andres Guardado, Coroner's Case No. 2020-05405, Coroner Inquest. Testimony, November 30, 2020. Virtual, Sacramento, California.

107. Teresa Perkins as successor-in-interest to decedent Justin Perkins; and David Michael Perkins vs. City of Anaheim et al. In the Unites States District Court, Central District of California, Case No.: 8:19-cv-00315-JLS-JDE. Deposition, December 4, 2020. Virtual, Sacramento, California.

108. Cindy M. Alejandre et al v. County of San Joaquin et al. United States District Court for the Eastern District of California. Case No.: 2:19-cv-00233-WBS-KJN. Deposition, January 18, 2021, Virtual, Sacramento, California.

109. Catherine Escalante, as personal representative of the Estate of John C. Okoye, Deceased, vs. Restore Care of North Alabama, LLC; Choice Medicine, HWY 53 Medical Center; Celia W. Lloyd-Turney, MD et al. In the Circuit of Madison County, Alabama. Civil Action #: CV 2017-901490. Deposition, February 5 and 12, 2021, Virtual, Sacramento, California.

110. James Stewart, Individually and as successor in interest to Decedent Jahmal Derrick Stewart vs. County of Yuba, a municipal corporation et al. Unites States District Court of Eastern District of California. Case No. 2:19-cv-01744 TLN-DB. Deposition, February 12, 2021, Virtual, Sacramento, California.

111. Cindy M. Alejandre et al v. County of San Joaquin et al. United States District Court for the Eastern District of California. Case No.: 2:19-cv-00233-WBS-KJN. Rebuttal to Defense Expert Reports, Deposition, March 22, 2021, Virtual, Sacramento, California.

112. Robert Ansara, as special administrator of the estate of Kay Garfield, Deceased et al vs. Medicwest Ambulance, Inc., Robert Luis Thompson; Benjamin Andrew Hartnell, Jr.; Yutaro Kobayashi, Does 1-20, and Rote Business Entities 1-20 inclusive, District Court, Clark County Nevada. Case No.: A-18-779407-C. Deposition, March 29, 2021, Virtual, Sacramento, California.

113. Michelle Himes; Marcia Benjamin; and Daniel Benjamin, Plaintiffs vs. Somatics, LLC. United States District Court, Central District of California. Case No.: 2:17-CV-06686-RGK-JCx. Deposition, May 8, 2021, Virtual, Sacramento, California.

114. Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Court Room Trial Testimony, May 12, 2021, Santa Ana, California.

115. Mildred Collins-Williams as administrator of the estate of Tijuana Frazier and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier vs. Contour Eastwyck LLC. The United States District Court for the Northern District of Georgia, Atlanta Division. Case No. 1:20-CV-03129-CAP. Deposition, July 12, 2021, Virtual, Sacramento, California

116. The Estate of Vu Anh Ngo and Tina Ngo, individually and as successor in interest to Vu Anh Ngo vs. County of Riverside, Joshua Greco, and does 1-25, inclusive. Superior Court of the State of California, County of Riverside, Riverside Hall of Justice. Trial, July 19, 2021, Riverside, California. Case No. RIC 1902381.

117. B.P., a minor, D.K., a minor, R.P., a minor and A.S., a minor, individually by and through their guardian Ad Litem Aja M. Kane and Megan Cash Pantalion, individually, and each as successor-in-interest to decedent Casey Pantalion vs. County of San Bernardino et al. United States District Court, Central District of California. Deposition, September 3, 2021, Virtual, Sacramento, California. Case No. 5:19-cv-01243-JGB-SP.

118. Ron Ely v. County of Santa Barbara et al. United States District Court, Central District of California. Deposition, September 13 and 20, 2021, Virtual, Sacramento, California. Case No. 2:20-cv-06549 DMG [SKx].

119. Jami Lucas et al vs. County of Fresno and Jared Mullis. United States District Court for the Eastern District of California. Deposition, October 18, 2021, Virtual, Sacramento, California. Case No. 1:18-cv-01488-DAD-EPG.

120. Hector A. Hernandez; and Maria Ibarra as co-successors-in-interest for Decedent Hector Hernandez vs. County of Alameda, a municipal corporation; WellPath, a professional corporation; and Does 1-50, inclusive, individually, jointly and severally. United States District Court, Northern District of California. Deposition, October 25, 2021, Virtual, Sacramento, California. Case No: C20-2884 HSG.

121. Paola French and Russell French vs. City of Los Angeles, et al. United States District Court of the Central District of California. Trial, October 26, 2021, Riverside, California. Case No: 5:20-CV-00416-JGB-SP.

122. Denise Smart v California Highway Patrol, a state agency California Highway Patrol Officer Paul brian Shadwell, and Does 1 through 10, individually, jointly and severally. United States District Court for the Eastern District of California, Sacramento Division. Deposition, October 29, 2021, Virtual, Sacramento, California. Case No. 2:17-cv-01075-TLN-JDP.

123. Suratun Hassan, as surviving spouse of Malik Abdul-Hassan, deceased, and as personal representative / administrator of the Estate of Malik Abdul-Hassan v. The Kroger Co., Court of Dekalb County, State of Georgia, Deposition, January 21, 2022, Virtual, Sacramento, California. Case No. 18A68687.

124. Beatric Mapanda, Feliex Mapanda vs. Mark Edward Kuhn, Ind, and DBA Hill View Funeral Chapel et al. United States District Court for the Eastern District of California, Deposition, February 7, 2002, Virtual, Sacramento, California. Case No. 1:20-CV-01676-EPG.

125. Eric Houston, as an individual and as administrator and personal representative of the estate of Clyde Houston v. Roland Manago, as an individual, Amethyest Care Home, LLC, a Nevada Limited Liability Company; Does I-X, and Roe Business Entities XI-XX, inclusive. District Court of Clark County, Nevada, Deposition, February 14, 2022, Virtual, Sacramento, California. Case No. A-20-822532.

126. Francis J. Kerrigan and Carole Meikle vs. Orange County, Chapman Funeral Homes and Does 1 through 50 inclusive. Superior Court of the State of California for the County of Orange. Deposition, February 21, 2022, Virtual, Sacramento, California. Case No. 30-2018-00973047-CU-CR-CJC.

127. Karol Hargis Davis and John Mark Davis, Individually and on behalf of the Estate of John Thomas Davis, Deceased vs. National Collegiate Athletic Association. County Court of Dallas County, Texas. Deposition, February 25, 2022, Virtual, Sacramento, California. Case No. CC-20-01121-D.

128. Rosalinda Ibarra v. Cheyenne Lee, Scott Walton, Sheriff of Rogers County in his official capacity, and The Board of County Commissioners of Rogers County. United States District Court for the Northern District of Oklahoma. Deposition, March 28, 2022, Virtual, Sacramento, California. Case No: 20-CV-00598-TCK-JFJ.

129. Jeanne LLera and Jorge L. Gomez, as appointed co-special administrators of the estate of Jorge A. Gomez; Jeanne LLera; and Jorge L. Gomez v. Las Vegas Metropolitan Police Department; Ryan Fryman; Dan Emerton; Vernon Ferguson; Andrew Locher; Joh Squeo; and Does 2-10 inclusive. United States District Court, District of Nevada. Deposition, April 1, 2022, Virtual, Sacramento, California. Case No.: 2-20-cv-01589-RFB-BNW.

130. Estate of Eric Esteban Briceno, Deceased, through his successor in interest Blanca Luisa Briceno, individually and as successor in interest; and Juan Manuel Briceno, individually and as successor in interest v. County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Alex Villanueva, Sergeant Joseph Bernas, Sergeant Isaias Marin, Captain Richard Mejia, Deputy Jennifer Romero, and Deputy Danny Glavez, individually and in their capacities as peace officers. United States District Court Central District of California. Western Division. Deposition, April 4, 2022, Virtual, Sacramento, California. Case No.: 2:21-cv-01388-SB [Ex].

131. Francis J. Kerrigan and Carole Meikle vs. Orange County, Chapman Funeral Homes and Does 1 through 50 inclusive. Superior Court of the State of California for the County of Orange. Trial, April 12, 2022, Central Justice Center, Santa Ana, California. Case No. 30-2018-00973047-CU-CR-CJC.

132. Stephen Clark; Se'Quette Clark; A.C., a minor, by and through his Guardian Ad Litem, Rajneesh Manni, C.C., a minor, by and through his Guardian Ad Litem, Rajneesh Manni; Sequity Eddy Thompson; and Tommy Lee Thompson vs. City of Sacramento, Terrence Mercadel; Jared Robinet; and Does 1-10, inclusive. United States District Court, Eastern District of California. Deposition, April 18, 2022, Virtual, Sacramento, California. Case No.: 2:19-cv-00171-JAM-EFB.

133. Ann Rosalia and Eric Rosalia, J.R., as successors-in-interest to Decedent Eric Rosalia; and Maria Martinez, Elias Jimenez, and A.R., a minor, by and through her guardian ad litem, Yvonne Deguair, individually vs. City of Hayward, a municipal entity; Nesar Naik, individually and in his official capacity as a police officer for the City of Hayward Police Department; and Does 1-50, inclusive, individually and in their official capacities as police officers for the City of Hayward Police Department. United States District Court, Northern District of California. Deposition, April 18, 2022, Virtual, Sacramento, California. Case No.: 3:21-cv-00380-VC.

134. Walter Pettaway, as administrator, the Estate of Joseph Lee Pettaway, Deceased vs. Nicholas D. Barber et al. In the United States District Court for the Middle District of Alabama, Northern Division. Deposition, April 25, 2022, Sacramento, California. Case No.: 2:19-CV-00008.

135. Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Court Room Trial Testimony, May 26, 2021, Santa Ana, California.

136. Shane Skillpa, individually vs. Pennsylvania Interscholastic Athletic Association, Inc.; Western Pennsylvania Interscholastic Athletic League; and West Mifflin Area School District. In the Court of Common Pleas of Allegheny County, Pennsylvania. Frye Hearing, July 11, 2022, Virtual, Sacramento, California. Civil Division No. GD 17-002366.

137. Alana Gee, Individually and as Executor of the Estate of Matthew Gee, Deceased, Plaintiff, v. National Collegiate Athletic Association, Defendant. In the Superior Court of the State of California, County of Los Angeles. Deposition, September 13, 2022, Sacramento, California. Case No. 20STCV43627.

138. Shane Skillpa, individually vs. Pennsylvania Interscholastic Athletic Association, Inc.; Western Pennsylvania Interscholastic Athletic League; and West Mifflin Area School District. In the Court of Common Pleas of Allegheny County, Pennsylvania. Trial Testimony, September 19, 2022, Pittsburgh, Pennsylvania. Civil Division No. GD 17-002366.

139. Ron Ely v. County of Santa Barbara et al. United States District Court, Central District of California. Trial Testimony, October 11, 2022, Los Angeles, California. Case No. 2:20-cv-06549 DMG [SKx].

140. Alana Gee, Individually and as Executor of the Estate of Matthew Gee, Deceased, Plaintiff, v. National Collegiate Athletic Association, Defendant. In the Superior Court of the State of California, County of Los Angeles, Trial Testimony, November 4, 2022. Case No.: 20STCV43627.

141. Jeffrey Thelen v. Somatics LLC and Electrika, Inc. United States District Court, Middle District of Florida, Tampa Division. Virtual Deposition, November 14, 2022, Sacramento, California. Case No.: 8:20-CV-01724-TPB-JSS.

142. AKAYSIA PEARSON, COLTRANE PEARSON, JR., KALIYAH PEARSON, and N.P., by and through her guardian ad litem Galina Karsh, individually and as a successor in interest to Coltrane Pearson, deceased, Plaintiffs, v. STATE OF CALIFORNIA, et al., Defendants. United States District Court for the Northern District of California, San Francisco Division. Deposition, November 7 and 15, 2022, Sacramento, California. Case NO.: 3:20-cv-5726-CRB (LB).

143. REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE; HARRIETT JEFFERSON; and RUFUS JEFFERSON, Plaintiffs, vs. CITY OF SACRAMENTO; DAVID MOWER; JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO; SEAN HOLLEMAN; CLINTON SIMONS; ERIC MUNSON, and DOES 11-20, Defendants. United States District Court, Eastern District of California. Deposition, November 19, 2022, Sacramento, California. Case No.: 2-22-cv-00313-TLN-JDP.

144. Tammy Murillo, an individual and as Successor in Interest to Jesse Murillo, Deceased vs. City of Los Angeles, a Government Entity and Does 1 to 50 Inclusive. United States District Court, Central District of California. Deposition, November 29, 2022, Sacramento, California. Case No.: 2:21-cv-08738 FMO [AGRx]

145. HECTOR HERNANDEZ, individually; C.H. and H.R. by and through their Guardian, ASHLEY CHADWICK, individually and as successors-in- interest of HECTOR HERNANDEZ, deceased, Plaintiffs, vs. CITY OF FULLERTON; FULLERTON POLICE DEPARTMENT, public entities; CORPORAL JONATHAN FERRELL, and DOES 1 through 50, individually and as peace officers, inclusive, Defendants. Unites States District Court, Central District of California. Deposition, December 5, 2022, Sacramento, California. Case No. 8:20-cv-01747-MEMF-JD.

146. KAREN CARROLL, et al. Plaintiffs, v. BRUNSWICK CORPORATION, SEA RAY BOATS, and BRUNSWICK BOAT GROUP. United States District Court for the Western District of Missouri, Central District. Deposition, December 9, 2022, Virtual, Sacramento, California. Case No.: 2:21-CV-4136.

147. RODNEY MYERS, JR., DIAMOND AMARI MYERS, a minor, by and through her Guardian Ad Litem, SHAWNIKA COLLINS, Plaintiffs, vs. COUNTY OF LOS ANGELES; CITY OF COMPTON; and DOES 1-100, inclusive,Rodney Myer, Jr v. City of Compton, Defendants. Superior Court of the State of California for the County of Los Angeles. Deposition, December 16, 2022, Virtual, Sacramento, California. Case No.: BC680294.

148. CECILIA VARGAS; ARIANA SALAS, individually and as a successor-in-interest to RUBEN ESCUDERO, deceased, Plaintiffs, vs. COUNTY OF SAN BERNARDINO; H. MIRANDA; S. CARTER; Z. VOGEL, J. MATA; Z. PRITCHETT; J. JIMENEZ; A. MATA; T. KAUTZ; J. ATTLESEY; RODRIGUEZ (first initial unknown) and DOES 1-10, inclusive, Defendants. Unites States District Court Central District of California. Deposition, January 3, 2023, Virtual, Sacramento, California. Case No: 5:20-cv-02646-JGB-KK.

149. ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian ad Litem for J.C.N., Kimone Nunis, Oral W. Nunis, Andre Nunis and Ludecea Nunis, as Successors-in-Interest to Decedent Oral W. Nunis, Plaintiffs, vs. CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive, Defendants. United States District Court, Southern District of California. Deposition, January 06, 2023, Virtual, Sacramento, California. Case No. 3:21-cv-1627-AJB-DEB.

150. MILDRED WHITTIER, on behalf of the estate of Julius Whittier, deceased, Plaintiff, vs. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Defendant. IN THE COUNTY COURT OF DALLAS COUNTY, TEXAS COUNTY COURT AT LAW NO. 3. Deposition, January 09, 2023, Virtual, Sacramento, California. CAUSE NO. CC-20-02912-C.

151. ANGELINA SMALLS, as the personal representative of THE ESTATE OF BENNIE BRANCH, and BRENDELIN BRANCH, individually, Plaintiffs, v. CITY OF TACOMA; RYAN BRADLEY and "JANE DOE" BRADLEY, individually and the marital community comprised thereof; and DOES 1-10, inclusive, Defendants. United States District Court for the Western District of Washington at Tacoma. Deposition, January 13, 2023. Virtual, Sacramento, California. No. 3:22-CV-05043 BJR.

152. SOPHIA BHANDARI, individually and as Successor in Interest to TONY GARZA WILSON, Deceased, and SIERRA WILSON and TONY PHILIP WILSON, individually, Plaintiff, v. NATIONAL CITY, a municipal corporation, NATIONAL CITY POLICE DEPARTMENT, CHIEF JOSE TELLEZ, OFFICERS JONATHAN TAYLOR and EVAN DAVIS; and CORPORAL CHARLES STEVENS, and DOES 1-50, inclusive, Defendants. United States District Court, Southern District of California. Deposition, January 30, 2023. Virtual, Sacramento, California. Case No.: 3:21-cv-01652-BTM-MDD.

153. VIRGINIA “VICKY” ZARAGOZA, an individual, F.C., a minor, by and through her Guardian Ad Litem, JASMINE MUNOZ, an individual, and L.S.C., a minor, by and through her Guardian Ad Litem, NANCY GONZALEZ, an individual; Plaintiffs, v. COUNTY OF RIVERSIDE, a municipal entity, DEPUTY DAVID ANDERSON #5097, an individual and DOES 2-10, Inclusive; Defendants. United States District Court, Central District of California, Western Division. Deposition, January 31, 2023. Virtual, Sacramento, California. Case No.: 5:20-CV-01381-SSS-SP.

154. NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO, Plaintiff, v. CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND as Doe 1, OFFICER JOSEPH HUNT as Doe 2 and DOES 3 THROUGH 10, Inclusive, Defendants. United States District Court Central District of California, Western Division. Deposition, February 10, 2023, Virtual, Sacramento, California. Case No. 2:20-cv-08382-ODW (MAAx).

155. MARTIN PATTI, as Special Administrator of the Estate of FABRICCIO PATTI, Deceased; MARTIN PATTI, individually, and as heir of the Estate of FABRICCIO PATTI, and MARIA PATTI individually, and as heir to the Estate of FABRICCIO PATTI; Plaintiffs, vs. E.R. CORPORATION d/b/a LUCKY CIGARS & SMOKES, LLC, a Nevada Domestic Corporation; and DOES 1 through 20; DOE 1 through 20, inclusive, Defendants. District Court, Clark County, Nevada. Deposition, March 27, 2023, Sacramento, California. CASE NO. A-18-779647-C.

156. DIANE O'NEIL, Plaintiff, v. SOMATICS, LLC; and ELEKTRIKA, INC., Defendants. United States District Court, District of New Hampshire. Deposition, Virtual, Sacramento, California, April 18, 2023. Case No: 1:20-cv-00175-PB.

157. MELBA SHAHEED, individually and as co- successor-in-interest to EBIMOTOMI AREKE SUALLA, Plaintiffs, v. COUNTY OF SAN JOAQUIN, a municipal entity; KANWARDEEP GREWAL, in his individual capacity; MA THEA LIM, in her individual capacity; GARRETT BERGREN, in his individual capacity; and DOES 1-25, inclusive, Defendants, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION. Deposition, Virtual, Sacramento, California, May 1, 2023. Case No: 2:21-cv-01109-JAM-DB

158. GLORIA S. ZAPATA, as special administrator for the estate of JONATHAN BLACKSTONE, deceased; and MITCHELL BLACKSTONE, individually and as heir to the Estate of JONATHAN BLACKSTONE, Plaintiff, vs. SHOWCASE 1415 LLC, et al Defendants. DISTRICT COURT, CLARK COUNTY, NEVADA. Deposition, Virtual, Sacramento, California, May 22, 2023. Case No: A-19-799464-C.

159. Jeffrey Thelen v. Somatics LLC and Electrika, Inc. United States District Court, Middle District of Florida, Tampa Division. Trial Testimony, June 2, 2023, Tampa, Florida, Case No.: 8:20-CV-01724-TPB-JSS.

160. Anthony Phang, Plaintiff v. Serenity Recuperative Care, Inc.; City of Long Beach; and Does 1 through 100, Inclusive, Defendants. Deposition Testimony, June 13, 2023, Virtual, Sacramento, California, Case No.: 20STCV42079.

161. MARIA ELENA GARCIA, an individual; ADRIEANA GARCIA, an individual; C.G., a minor by and through his *guardian ad litem* Maria Elena Garcia; S.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; J.G., a minor by and through her *guardian ad litem* Mana Elena Garcia; and GLORIA GARCIA, an individual, Plaintiffs, v. CITY OF FARMERSVILLE, a California municipal entity; TULARE COUNTY, a California municipal entity; CITY OF VISALIA, a California municipal entity; OFFICER EDUARDO CARRILLO, an individual, OFFICER DIEGO CORONA, an individual; OFFICER JEREME BROGAN, an individual; OFFICER PAULINO MANZANO, an individual; SERGEANT RALPH VASQUEZ, JR., an individual; LIEUTENANT JAYBROCK, an individual; SERGEANT CARDENAS, an individual; DEPUTY MATTHIAS HERNANDEZ, an individual; DEPUTY TAYLOR HOBSON, an individual; DEPUTY S. JAJYO, an individual; DEPUTY JASON KENNEDY, an individual; TRACIA ANDERSON, an individual; ERIC KRENZ, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, DBA WELLPATH, a corporation; and DOES 1- 100, inclusive, Defendants. United States District Court, Eastern District of California, Fresno Division. Deposition Testimony, July 12, 2023, Virtual, Sacramento, California, Case No.: 1:21-CV-00482-JLT-EPG.

162. KARINE ALADZHANZIAN, individually and as successor-in-interest to Ara Aladzhanzian (deceased); VARDEVAR ALADZHANZIAN individually, and as successor-in-interest to Ara Aladzhanzian (deceased); VAHE ALADZHANZIAN, a minor by and through his Guardian Ad Litem, KARINE ALADZHANZIAN, individually and as successor-in-interest to Ara Aladzhanzian (deceased), Plaintiffs v. DELPRO LLC; ENTERPRISE VAN LINES, INC.; INEZ TORREZ MARTINEZ, JR. an individual; UNITED VAN LINES, LLC; NAVISTAR, INC.; NAVISTAR INTERNATIONAL CORPORATION; RUSH TRUCK CENTER – WHITTIER; RUSH TRUCK CENTERS OF CALIFORNIA, INC.; RUSH ENTERPRISES, INC.; COMMERCIAL

COOLING; PAR ENGINEERING, INC.; and Does 1 to 100, Inclusive, Defendants. Superior Court of the State of California in and for the County of Los Angeles, Stanley Mosk Courthouse. Deposition Testimony, Virtual, Sacramento, California, August 21, 2023. Case No. 18STCV00849.

163. Tammy Murillo, an individual and as Successor in Interest to Jesse Murillo, Deceased vs. City of Los Angeles, a Government Entity and Does 1 to 50 Inclusive. United States District Court, Central District of California. Trial, August 23, 2023, Los Angeles, California. Case No.: 2:21-cv-08738 FMO [AGRx].

164. Alexis Mendoza, as special administrator of the Estate of Max Garcia; Alexis Mendoza, on behalf of her minor child, Ripley Garcia, as heir to the Estate of Max Garcia, Plaintiffs vs. Palm Deluxe Group, LLC, a foreign limited liability company; SOS Security, LLC, a Delaware limited liability company et al, Defendants. Eight Judicial District Court, Clark County, Nevada. Deposition, Virtual, Sacramento, CA, September 19, 2023. Case No.: A-20-809943-C.

165. Mario Gonzalez, Deceased, through his successor in interest, M.G.C., a minor through his mother and Next Friend Andrea Cortez, Individually and as successor in interest for Mario Gonzalez, Deceased, Plaintiffs vs. City of Alameda, a public entity; Alameda Police Officers Eric Mckinley, James Fisher, and Cameron Leahy, and Does 1-10, Jointly and Severally, Defendants. Related with Edith Arenales, Plaintiff, vs. City of Alameda et al, Defendants. United States District Court, Northern District of California, Deposition, Virtual, September 19, 2023, Sacramento, California. Case Numbers 4:21-cv-09733-DMR and 22-cv-00718-DMR.

166. Leeyonnie Hernandez, an individual, for herself and, as guardian ad litem for minors PZ, KH, and AH, Plaintiffs, vs. County of Riverside, et al. Defendants. United States District Court, Central District of California, Eastern Division. Deposition, September 25, 2023, Sacramento, California. Case No. 5:21-cv-01791-JGB (SPx) (Consolidating 5:21-cv-01795-JGB (SPx).

167. Maria Cassandra Quinto-Collins, individually and as successor-in-interest to Decedent Angelo Quinto; and Isabella Collins, individually, Plaintiffs vs. City of Antioch, a municipal corporation et al and Does 5-50, Inclusive, Defendants. United States District Court, Northern District of California. Deposition, October 6, 2023, Sacramento, California. Case No: C21-6094 AMO.

168. Nicole Juarez Zelaya, individually and as successor-in-interest to decedent, Jacob Juarez Cedillo, plaintiff v. City of Los Angeles, Officer Dustin Richmond as Doe 1, Office Joseph Hunt as Doe 2 and Does 3 through 10, Inclusive, defendants. United States District Court, Central District of California, Western Division. Trial, October 12, 2023, Los Angles, California. Case No.: 2:20-cv-08382-ODW (MAAx).

169. Violeta Morales-Lazo; and Maria Morales-Lazo; plaintiffs vs. Matheson Trucking; Transportation Commodities, Inc.; Estate of Ermilo Gonzales, Jr; and Does 1 through 50, Inclusive; defendants. Superior Court of the State of California for the County of Contra Costa. Deposition, October 18, 2023, Virtual, Sacramento, California. Case No. CIVMSC18-00673.

170. Matthew G. Lopez-Bautista, by and through his Guardian ad Litem, Karina Bautista, Plaintiff, v. Foothill Presbyterian Hospital, et al., Defendants. Superior Court of the State of California, County of Los Angeles- Pomona Courthouse South. Deposition, October 30, 2023, Virtual, Sacramento, California. Case No.: BC693486.

171. D.R., a deceased minor by and through her successors in interest JOHN FREEMAN or CRISTINA RAMIEZ; JOHN FREEMAN, an individual; and CRISTINA RAMIREZ, an individual, Plaintiffs, vs CONTRA COSTA COUNTY, a public entity; TASHA MIZEL, an individual; MARCIE FRANICH, an individual; and DOES 1 to 50, inclusive, Defendants. United States District Court, Northern District of California. Deposition, November 3, 2023, Virtual, Sacramento, California. Case No.: C19-07152 MMC.

172. DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, Plaintiffs, vs STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, Defendants. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. Deposition, November 7, 2023, Virtual, Sacramento, California. Case No. Case No.: 5:21-cv-00526-JWH (KKx)

173. Diane O'Neil, Plaintiff vs. Somatics, LLC, et al. United States District Court, District of New Hampshire. Deposition, November 13, 2023, Virtual, Sacramento, California. Case No.: 1:20-cv-175-PB.

174. Kori McCoy, etc, et al, Plaintiffs v. City of Vallejo, etc, et al, Defendants, United States District Court, Eastern District of California. Deposition, November 20, 2023, Virtual, Sacramento, California. Case No. 2:19-cv-01191-JAM-CKD

175. Victor Mario Sienze et al, Plaintiffs vs. County of Lake Sheriff's Deputy Benjamin T. Moore et al, Defendants. United States District Court, Northern District of California. Deposition, November 27, 2023, Virtual, Sacramento, California. Case No. 4:19-CV-04279-JSW.

176. The Estate of Jill Ann Esche; Sierra Jill Wofford by and through her guardian and litem Wayne Wofford; and Camron Scott Esche, Plaintifffs vs. Renown Regional Medical Center: Marta J. Bunuel-Jordana, M.D.; Caroline Vasendin, M.D.; Johanna Gruen, PhD; Earle Oki, M.D.; Maegen Smith, RN; Caitlin E. Herschel, RN; and Does I-X, Defendants. United States District Court, District of Nevada. Deposition, December 1, 2023, Sacramento, California. Case No.: 3:21-cv-520.

177. Julie Huff and Terry Wade Huff, Plaintiffs, v. City of Eufaula, Oklahoma; Eufaula Chief of Police Don Murray; Eufaula Police Officer Casey Torrix; Oklahoma Highway Patrolman Christopher Reeves, et al, Defendants. United States District Court for the Eastern District of Oklahoma. Deposition, December 11, 2023, Sacramento, California. Case No.: 18-cv-22-EFM.

178. Tamara Flores by and through her guardian ad litem, Annelle Flores, Plaintiff vs. Sutter Lakeside Hospital, Inc, : Arthur David Barnes, M.D., et al. Defendants. Superior Court of California, County of Lake. Deposition, Virtual, December 12, 2023, Sacramento, California. Case No. CV421561.

179. Fernando Molina, an individual and as successor-in-interest to Jose Molina, Juan Molina, a minor, et al; Plaintiffs, vs. Federal Express Corporation, a Delaware Corporation; William A. Phu, an individual; and Does 1 through 50, inclusive; Defendants. Superior Court of the State of California, for the County of Sacramento- Unlimited Jurisdiction. Deposition, Virtual, December 19, 2023, Sacramento, California. Case No. 34-2022-00315405.

180. Fraternal Order of Police, Fort Pitt Lodge No. 1 vs. City of Pittsburgh, Pennsylvania. Harriet Street Arbitrations. Deposition, January 22, 2024, City of Pittsburgh, Department of Law, Pittsburgh, Pennsylvania.

181. Virginia "Vicky" Zaragoza, et al v. County of Riverside, et al. United States District Court for the Central District of California. Court Trial Testimony, January 31, 2024, Riverside, California. Case No. 5:20-cv-01381-SSS-SP.

182. KAREN CARROLL, et al. Plaintiffs, v. BRUNSWICK CORPORATION, SEA RAY BOATS, and BRUNSWICK BOAT GROUP. United States District Court for the Western District of Missouri, Central District. Trial, February 5, 2024, Charles Evans Whittaker US Courthouse, Kansas City, Missouri. Case No.: 2:21-CV-4136.

183. Veratani Alailefaleula, an individual and citizen of Nevada et al, Plaintiffs vs. FCA US LLC, a Delaware Limited Liability Company et al, Defendants. District Court of Clark County Nevada. Virtual Deposition, March 19, 2024, Sacramento, CA. Case No.: A-22-854317-C.

184. A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and Patricia Ruiz, individually, Plaintiffs v. County of San Bernardino; and Does 1-10, Inclusive, Defendants. United States District Court, Central District of California, Western Division. Virtual Deposition, March 28, 2024, Sacramento, CA. Case No.: 5:22-cv-01291 SSS (SHKx).

185. Fernando Molina, an individual and as successor-in-interest to Jose Molina, et al, Plaintiffs vs. Federal Express Corporation, a Delaware Corporation; William A. Phu, an individual; and Does 1 through 50, Inclusive; Defendants. Superior Court of the State of California, For the County of Sacramento, Unlimited Jurisdiction. Trial, March 29, 2024, Sacramento, CA, Case No.: 34-2022-00315405.

186. Margaret T. Lopez, Sonia Torres, Keni Lopez, Rosy Lopez, Plaintiffs, vs. City of Los Angeles, Jose Zavala, Julio Quintanilla, and Does 1 through 10, Inclusive, Defendants. United States District Court, Central District of California. Virtual Deposition, March 29, 2024, Sacramento, CA. Case No.: 2:22-CV-07534 FLA-MAA.

187. Ira Goldberg, Plaintiff v. Somatics LLC; Richard Abrams, M.D., Conrad Swartz, M.D.; David Mirkovich; Elektrika Inc., and Jesse Pavel, Defendants. In the Circuit Court of Cook County, Illinois, County Department, Law Division. Virtual Deposition, April 13, 2024, Sacramento, CA. Case No. 2020-L-012096.

188. Matthew G. Lopez-Bautista, by and through his Guardian ad Litem, Karina Bautista, Plaintiff, v. Foothill Presbyterian Hospital, et al., Defendants. Superior Court of the State of California, County

of Los Angeles- Pomona Courthouse South. Trial, April 16, 2024, Los Angeles, California. Case No.: BC693486.

189. ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian ad Litem for J.C.N., Kimone Nunis, Oral W. Nunis, Andre Nunis and Ludecea Nunis, as Successors-in-Interest to Decedent Oral W. Nunis, Plaintiffs, vs. CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive, Defendants. United States District Court, Southern District of California. Trial, April 19, 2024, San Diego, California. Case No. 3:21-cv-1627-AJB-DEB.

190. Estate of Daniel R. Russell, Jr., by and through Tiffany Gabbard, the Personal Representative, Plaintiff v. Res-Care Washington, Inc, D/B/A All Ways Caring Homecare, a foreign for-profit corporation, Defendant. Superior Court of the State of Washington, in and for the County of Pierce. Deposition, May 17, 2024, Virtual, Sacramento, California. Case No.: 23-2-04757-1.

191. The Estate of Ava Wilson, Deceased, by Pamela Wilson and Gerald Wilson, Administrators, Plaintiffs, vs. Advocate Health and Hospitals Corporation, an Illinois Corporation; and Lauren Kriedemann, CNP, Individually, Defendants. In the Circuit Court of Cook County, Illinois County Department, Law Division. Deposition, May 31, 2024, Virtual, Sacramento, California. Case No.: 22 L 7728.

192. MarleneThomas, an individual and as Successor in Interest Ryan Thomas, Plaintiff v. Aeolus Air Charter, Inc., a corporation, and Does 1 through 100, Defendants. Superior Court for the State of California, County of Los Angeles. Deposition, June 17, 2024, Virtual, Sacramento, California. Case No.: 22STCV03393.

193. Estate of Daniel R. Russell, Jr., by and through Tiffany Gabbard, the Personal Representative, Plaintiff v. Res-Care Washington, Inc, D/B/A All Ways Caring Homecare, a foreign for-profit corporation, Defendant. Superior Court of the State of Washington, in and for the County of Pierce. Trial, June 25, 2024, Tacoma, Washington. Case No.: 23-2-04757-1.

194. ADRIAN HUMBERTO RIOS, an individual, by and through his Guardian ad Litem, Brenda Yvette Ceja; ADRIAN RIOS JR., an individual; M.P.R., a minor individual, by and through her Guardian ad Litem, Brenda Yvette Ceja, Plaintiffs, vs. CITY OF AZUSA; COUNTY OF LOS ANGELES; BENJAMIN CYPHER, an individual; V. GARCIA, an individual; RICHARD MARTINEZ, an individual; STEVEN D. SEARS, an individual; MICHAEL De ANDA, an individual; MICHAEL WISE, an individual; ZACHARY CHADWICK, an individual; JACOB DAO, an individual; and DOES 1 through 10, inclusive, Defendants. United States District Court, Central District of California. Deposition, August 23, 2024, Virtual, Sacramento, California. Case No.: 2:22-cv-03968-WLH-RAOx.

195. Ozz Saturne, an individual, Plaintiff, vs Lyft, Inc., a California corporation; Sasan Nassimizadeh, an individual; and Does 1 through 100, inclusive, Defendants. Superior Court of the State of California for the County of Los Angeles- Spring Street Courthouse. Deposition, October 25, 2024, Virtual, Sacramento, California. Case No.: 23STCV02365.

196. JACOB SERVIN, Plaintiff, vs. SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ; San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, and ZACHARY THOMPSON; San Joaquin County Sheriff's Office Custody Line Officers KACEY FOSTER and JANE DOE 9; San Joaquin County Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and, DOES 12-75, individually, jointly and severally, Defendants. United States District Court, Eastern District of California. Deposition, November 13, 2024, Virtual, Sacramento, California. Case No. 2:20-cv-02445-WBS-CSK.

197. Rhiannon Nugent and Juan Quintana, as Co-Personal Representatives of the Estate of Juan A. Quintana II, Deceased, Plaintiffs, vs. Spectrum Juvenile Justice Services and Spectrum Human Services, Inc., Defendants. United States District Court, Eastern District of Michigan Southern Division. Deposition, December 3, 2024, Virtual, Sacramento, California. Case No.: 2:21-cv-12741.

198. Mildred Hernandez, by and through her successor-in-interest, Teresa Ludlow; Teresa Ludlow, individually; Ruth Lumsdon, individually; Maria Hernandez, individually; and Robert Tapia, individually, plaintiffs, vs. FC Ranger Ops Greenhaven Estates (CA), LLC a Delaware limited liability company dba Greenhaven Estates; FC Ranger Operations Holdco, LLC a Delaware Limited company; et al; and Does all inclusive, Defendants. Superior Court of the State of California, County of Sacramento. Deposition, December 6, 2024, Virtual, Sacramento, California. Case No.: 32-2020-00275166.

199. Ursula Byram, S.B. by and through guardian ad litem Timothy Byram, N.B. by and through guardian ad litem Timothy Byram, and A.B. by and through guardian ad litem Kaitlyn Humenchuk, individually and as successors-in- interest to Everett Byram, Plaintiffs, v. County of Los Angeles, Black Runge, and Brenda Alcantara, Defendants. United States District Court Central District of California, Western Division. Deposition, December 9, 2024, Virtual, Sacramento, California. Case No.: Case No. 2:23-cv-09285-KS.

200. Aaron James Abbie, Debra Gorden, individually and as successors-in-interest to Decedent Teddy Abbie, Plaintiff v. Shasta County, a public entity; Sheriff Tom Basenko, Captain Dave Kent, Deputy Robert Van Gerwen; Deputy Justan Vorhis, Deputy Kirk Schritter, Jamie Rebello, L.V.N; Keri Rubalcava, R.N.; Daniel Dellwo, P.A.; WellPath, Inc., WellPath Management, Inc., WellPath, LLC; California Forensic Medical Group, Inc.; and, Does, 3-10, inclusive, jointly, and severally, Dedendants. United States District Court Eastern District of California, Sacramento Division. Deposition, December 10, 2024, Virtual, Sacramento, California. Case No.: 2:20-cv-01995-DC-DMC.

201. D.E., a Minor, By and Through His Guardian Ad Litem, Brittany Dominguez, an Individual, Plaintiff, v. City of Los Angeles, a Municipal Entity, Officer Christian Williams, Officer Jorge Trejo, and Does 1 through 10, Inclusive, Defendants. Superior Court of the State of California, County of Los Angeles, Central District. Deposition, January 7, 2025, Virtual, Sacramento, California. Case No. 22STCV25856.

202. D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta etc, Plaintiffs, vs. City of Huntington Park; Nick Nichols; Rene Reza; Matthew Rincon; April Wheeler; and Does 5 through 10, inclusive, Defendants. United States District Court, Central District of California. Deposition, January 31, 2024, Virtual, Sacramento, California. Case No. 2:23-cv-09412 CBM (AGR) [Consolidated Case No. 2:24-cv-04898 CBM (AGR)].

203. Susan Ann Smith, as a successor in interest to Decedent Sean Conroy Whiting; Susan Ann Smith, individually, Plaintiffs, v. County of Orange, a public entity; Orange County Sheriff's Department; Sheriff Don Barnes, in his individual and official capacities; Captain Nate Wilson, in his individual and official capacities; Officer Robert Tomasko, in his individual and official capacities; David Neal Whiting, an individual; and Does 1 through 50, individually, jointly and severally, Defendants. United Stats District Court for the Central District of California. Deposition, April 29, 2025, Virtual, Sacramento, California. Case No.: 8:23-cv-02426-DOC-KES.

204. Kamran Hakimi, an incompetent person, by and through his Guardian ad Litem, Mirir Nehoray, Plaintiff v. City of Los Angeles, a governmental entity, Dayvion Donya Williams, an individual, Does 1 through 100, Inclusive, Defendants. Superior Court of the State of California, County of Los Angeles, Northwest District. Deposition, May 12, 2025, Virtual, Sacramento, California. Case No.: 24VCV05119.

205. The Estate of Ava Wilson, Deceased, by Pamela Wilson and Gerald Wilson, Administrators, Plaintiffs, vs. Advocate Health and Hospitals Corporation, an Illinois Corporation; and Lauren Kriedemann, CNP, Individually, Defendants. In the Circuit Court of Cook County, Illinois County Department, Law Division. Trial, June 03, 2025, Chicago, Case No.: 22 L 7728.

206. Oscar Gonzalez, an individual, Plaintiff vs. Edgar Orlando Giron, an individual; Does 1 to 50, Inclusive, Defendants. In the Superior Court of the State of California, for the County of Los Angeles. Deposition, June 14, 2025, Virtual, Sacramento, California, Case No.: 23STCV25255.

207. Ernest Chestnut, and individual, and Gregory Shoutherland as Administrator of the Estate of Cherie Chestnut on behalf of the Estate, and as an individual, Plaintiff and Administrator vs. Winco Foods, LLC; Winco Holdings Co., INC., and Does 1-100, Inclusive, Defendants. In the Superior Court of the State of California for the County of San Bernardino. Deposition, June 27, 2025, Virtual, Sacramento, California, Case No.: CIVSB2217011.

208. X.D. BY AND THROUGH GUARDIAN AD LITEM TRACIE HALL, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NIANI FINLAYSON DECEASED, individually; X.C. BI AND THROUGH GUARDIAN AD LITEM KENNETH COTTON INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NIANI FINLAYSON, DECEASED, individually, Plaintiffs, vs. COUNTY OF LOS ANGELES; DEPUTY TY SHELTON, and DOE 1-10, inclusive, Defendants. In the United States District Court, Central District of California. Deposition, July 1, 2025, Virtual, Sacramento, California. CASE NO.: 8:24-cv-00902-FWS-PVCx

209. Kamran Hakimi, an incompetent person, by and through his Guardian ad Litem, Mirir Nehoray, Plaintiff v. City of Los Angeles, a governmental entity, Dayvion Donya Williams, an individual, Does 1 through 100, Inclusive, Defendants. Superior Court of the State of California, County of Los Angeles, Northwest District. Trial Testimony, July 14, 2025, Van Nuys Courthouse East, Van Nuys, California. Case No.: 24VCV05119.

210. Ozz Saturne, an individual, Plaintiff, vs Lyft, Inc., a California corporation; Sasan Nassimizadeh, an individual; and Does 1 through 100, inclusive, Defendants. Superior Court of the State of California for the County of Los Angeles, Southeast District, Norwalk, California. Trial Testimony, August 11, 2025, Norwalk, California, Case No.: 23STCV02365.

211. Orlando J. Ramirez and Jesus Alvarez Vasquez as Joint Special Co-Administrators of the Estate of Angel Eduardo Alvarez Montesinos, Plaintiffs v. City of Chicago, et. Al. Defendants. Circuit Court of Cook County, Illinois County Department, Law Division. Virtual Deposition Testimony, August 29, 2025, Sacramento, California. Case No.: 2023 L 010164.

212. DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, Plaintiffs, vs STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, Defendants. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. Trial Testimony, September 12, 2025, Los Angeles, California. Case No. Case No.: 5:21-cv-00526-JWH (KKx).

213. NANCY GINN, individually and as Successor-in-Interest to decedent GARY GINN; DIANE GINN, an individual; ROBIN HENMI, an individual; NANNETTE GINN, an individual; HARLAN GINN, an individual, Plaintiffs, v. AILEEN CONNETT, an individual; ELMER CONNETT, an individual; and DOES 1 to 50, inclusive, Defendants. SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, TORRANCE COURTHOUSE. Deposition Testimony, October 17, 2025, Virtual, Sacramento, California. Case No. 23TRCV00325.

214. Jeanne LLera and Jorge L. Gomez, as appointed co-special administrators of the estate of Jorge A. Gomez; Jeanne LLera; and Jorge L. Gomez v. Las Vegas Metropolitan Police Department; Ryan Fryman; Dan Emerton; Vernon Ferguson; Andrew Locher; Joh Squeo; and Does 2-10 inclusive. United States District Court, District of Nevada. Trial Testimony, October 24, 2025, Las Vegas, Nevada. Case No.: 2-20-cv-01589-RFB-BNW.

215. ALEMA PRIJIC, as Special Administrator of the Estate of PASA PRIJIC, deceased, Plaintiff, v. LEONIL ROBLES, Individually, and as servant and agent of the VILLAGE DISCOUNT OUTLET, INC. and/or AMVETS and/or AMVETS PICKUP SERVICE and VILLAGE DISCOUNT OUTLET, INC. and/or AMVETS and/or AMVETS PICKUP SERVICE, Defendant. IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVISION. Deposition Testimony, October 27, 2025, Virtual, Sacramento, California. Case No.: 0241002167

216. Jennie Quan, individually and as successor in interest to Benjamin Chin, deceased, plaintiff v. County of Los Angeles; Marisol Barajas; Hector Vazquez; and Does 3-10, inclusive, Defendants. In the United States District Court, Central District of California, Western Division. Deposition Testimony, November 18, 2025, Virtual, Sacramento, California. Case No.: 2:24-cv-04805-MCS (KSx).

217. Ashlyn Petit, Plaintiff, v. City of Los Angeles, a municipal entity; Officer Daryl Glover, Jr,; Sergeant Brett Hayhoe; and Does 1 through 10, inclusive, Defendants. In the United States District Court, Central District of California. Deposition Testimony, Virtual, December 15, 2025, Sacramento, California. Case No.: 2:23-cv-00789-ODW (PVCx).

218. Alex Gaeta and Tressie Gaeta, Individually and as successors-in-interest to Tracy Gaeta, Deceased, Plaintiff, vs. City of Stockton, a municipal corporation; Eric Jones, individually and in his official capacity as Chief of the Stockton Police Department; Kyle Ribera, individually and in his official capacity as an Officer of the Stockton Police Department; and Does 1-10, inclusive, Defendants. In the United States District Court for the Eastern District of California. Deposition Testimony, Virtual, December 16, 2025, Sacramento, California. Case No.: 2:23-CV-00077-TLN-CSK.

219. Steffon Barber, an individual, Plaintiff v. County of San Bernardino, a municipal entity, and Does 1 through 10, inclusive, Defendant. In the United States District Court, Central District of California, Western Division. Deposition Testimony, Virtual, December 29, 2025, Sacramento, California. Case No.: 5:22-cv-00625-KK-SHK.

220. Stacey Terry, an individual, and citizen of Nevada; Sean Terry, an individual and citizen of Nevada; Jacob Terry, an individual and citizen of Nevada; and Stacey Terry, as administrator for the Estate of Justin Terry, Plaintiffs, vs. Western States Contracting, Inc., a Nevada corporation; Glen Joseph Lewis, a citizen of Nevada; Las Vegas Paving Corporation, a Nevada Corporation; D.H. Charles Engineering, Inc., a foreign corporation; Does 1 through 30, inclusive; and ROE Companies 1 through 30, inclusive, Defendants. Eight Judicial District Court, Clark County, Nevada. Deposition Testimony, Virtual, January 5, 2026, Sacramento, California. Case No.: A-23-865865-C Dept No. 15.

221. Mildred Hernandez, by and through her successor-in-interest, Teresa Ludlow; Teresa Ludlow, individually; Ruth Lumsdon, individually; Maria Hernandez, individually; and Robert Tapia, individually, plaintiffs, vs. FC Ranger Ops Greenhaven Estates (CA), LLC a Delaware limited liability company dba Greenhaven Estates; FC Ranger Operations Holdco, LLC a Delaware Limited company; et al; and Does all inclusive, Defendants. Superior Court of the State of California, County of Sacramento. Trial Testimony, January 23, 2026, Sacramento, California. Case No.: 32-2020-00275166.

222. JASON MILLER, Individually and as Personal Representative of THE ESTATE OF MICHELLE DEATON and Personal Representative of THE ESTATE OF DOUGLAS MILLER, CAROLYN DEATON, Individually and as Personal Representative of THE ESTATE OF CHRISTIAN DEATON and DONALD DEATON, Individually, Plaintiffs, vs. CENTRAL VALLEY BUILDERS SUPPLY (d/b/a CENTRAL VALLEY), PORFIRIO SANCHEZ, and DOES ONE through ONE HUNDRED, inclusive, Defendants. SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF NAPA. Deposition Testimony, Virtual, January 27, 2026, Sacramento, California. Case No.: 24CV000811.

223. Steffon Barber, an individual, Plaintiff v. County of San Bernardino, a municipal entity, and Does 1 through 10, inclusive, Defendant. In the United States District Court, Central District of California, Western Division. Trial Testimony, February 3, 2026, Riverside, California. Case No.: 5:22-cv-00625-KK-SHK.

224. Alexandra Rasey-Smith; Gordon Gene Maccani; and Janet Maccani, Plaintiffs, v. City of Los Angeles; Caleb Garcia Alamilla; and Does 2-10, inclusive, Defendants. United States District Court, Central District of California, Western Division. Deposition Testimony, February 6, 2026, Virtual, Sacramento, California. Case No. 2:24-cv-03265-MWC-SSC.

225. Jennie Quan, individually and as successor in interest to Benjamin Chin, deceased, plaintiff v. County of Los Angeles; Marisol Barajas; Hector Vazquez; and Does 3-10, inclusive, Defendants. In the United States District Court, Central District of California, Western Division. Trial Testimony, February 12, 2026, Los Angeles, California. Case No.: 2:24-cv-04805-MCS (KSx).

226. M.M., a minor by and through her guardian ad litem Wendy McEachen; BERNARD MOSCO, an individual; and MARLA MOSCO, an individual, Plaintiffs, v. COUNTY OF LOS ANGELES, a California municipal entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a California municipal entity; DEPUTY RUDY HERNANDEZ, an individual; DEPUTY TYLER WHEATCROFT, an individual; DEPUTY DAVID DELGADO, an individual; DEPUTY KEN PICARD, an individual; DEPUTY CHRISTIAN MARIN, an individual; DEPUTY MICHAEL RATHBUN, an individual; DEPUTY MATTHEW KERR, an individual; DEPUTY EDWIN FLORES, an individual; DEPUTY STEVE ERICKSON, an individual; DEPUTY MICHAEL THOMPSON, an individual; SERGEANT MICHAEL MARINO, an individual; SERGEANT RYAN ELSEE, an individual; SHERIFF ALEX VILLANUEVA, an individual; and DOES 1- 100, inclusive, Defendants. United States District Court, Central District of California. Deposition Testimony, February 16, 2026, Virtual, Sacramento, California. Case No. 2:23-CV-08329-CAS [MARx].

227. Ashlyn Petit, Plaintiff, v. City of Los Angeles, a municipal entity; Officer Daryl Glover, Jr,; Sergeant Brett Hayhoe; and Does 1 through 10, inclusive, Defendants. In the United States District Court, Central District of California. Trial Testimony, February 20, 2024, Los Angeles, California. Case No.: 2:23-cv-00789-ODW (PVCx).

228. Kristen M. Wallis, as the Personal Representative of the Estate of Tyson Wallis, Deceased; Basia Trout, individually and as the Personal Representaitve of Decedent Lora Trout, and Roger Trout, individually, Plaintiffs vs. Robin Helipcopter Company, Inc., a California Corporation; and Does 1 through 100 inclusive, Defendants. Superior Court of the State of California for the County of Los Angeles, Central District. Deposition Testimony, February 24, 2026, Virtual, Sacramento, California. Case No.: 22STCV17187 consolidated with Case No. 22TRCV00428.

229. Carol Normandin, Ken Parker, Luna Moore, Claimants v. Vu Tran, Uber Technologies, Inc, Alias of Uber, Rasier-CA, LLC, Respondents. Signature Resolution, LLC; In the Matter of Arbitration. Deposition Testimony, February 27, 2026, Virtual, Sacramento, California. Arbitration Cause ID: BWNKD. Arbitrator Hon. Richard Stone, Retired.

230. Cynthia Meza, Christopher Meza and Dora Hernandez, Plaintiffs vs. City of San Gabriel, and Does 1 through 10, inclusive, Defendants. United States District Court for the Central District of California. Deposition Testimony, March 6, 2026, Virtual, Sacramento, California. Case No.: 2:24-cv-09212 hg-PVCx.

231. Carol Normandin, Ken Parker, Luna Moore, Claimants v. Vu Tran, Uber Technologies, Inc, Alias of Uber, Rasier-CA, LLC, Respondents. Signature Resolution, LLC; In the Matter of Arbitration. Arbitration Panel Testimony, March 24, 2026. Century City, California. Arbitration Cause ID: BWNKD. Arbitrator Hon. Richard Stone, Retired.

232. THE ESTATE OF BRANDY ESCAMILLA, by and through its personal representatives EDDIE ESCAMILLA and BLANCA ESCAMILLA; THE ESTATE OF JOSILYN RUIZ by and through its personal representatives JOHN RUIZ and ANITA MILLER-RUIZ; EDDIE ESCAMILLA, individually; BLANCA

ESCAMILLA, individually; EDWARD ESCAMILLA, by and through the personal representatives of THE ESTATE OF BRANDY ESCAMILLA; JOHN RUIZ, individually; ANITA MILLER-RUIZ, individually; JONATHAN D. RUIZ, by and through the personal representatives of THE ESTATE OF JOSILYN RUIZ; JULIA RUIZ, by and through the personal representatives of THE ESTATE OF JOSILYN RUIZ; LILY LUKSICH, individually, Plaintiffs, vs. LIVE NATION ENTERTAINMENT, INC., a corporation; LIVE NATION CONCERTS, INC., a corporation; LIVE NATION WORLDWIDE, INC., a corporation; INSOMNIAC HOLDINGS, LLC, a limited liability company; JEFF TRISLER, an individual; STARPLEX CORPORATION d/b/a CROWD MANAGEMENT SERVICES, a corporation; KATHLEEN DOWLING d/b/a 365 K9 DETECTION; AK9, LLC; B3 EVENT SERVICES, LLC; and DOES/ROES 1 through 50, Defendants. In The Superior Court of the State of Washington in and for the County of King. Deposition Testimony, March 27, 2026, Virtual, Sacramento, California. Case #: No. 24-2-07949-1 KNT.

233. Oscar Gonzalez, an individual, Plaintiff vs. Edgar Orlando Giron, an individual; Does 1 to 50, Inclusive, Defendants. In the Superior Court of the State of California, for the County of Los Angeles. Trial Testimony, April 7, 2025, Los Angeles, California, Case No.: 23STCV25255.

234. Omar Alrabadi, individually, Plaintiff, vs. Three Amigos Restaurant Group, LLC d/b/a Chayo Mexican Kitchen and Tequila Bar, a domestic limited liability company; Caesars Entertainment, INC d/b/a The Linq Promenade Shops, a foreign corporation; Dymond Black, an individual; Brandon Hamilton, an individual; Saul Garcia, an individual; Roe Security Company; Doe Assailant I, an individual; Doe Assailant II, an individual; Does III through X; and Roe Corporations XI through XX, inclusive, jointly and severally, Defendants. District Court, Clark County, Nevada. Deposition Testimony, Virtual, Sacramento, California, April 10, 2026. Case No.:  A-23-874247-C.

235. Jennifer Berry, as personal representative of the Estate of Lori Sibley, Plainfiff v. Mainehealth, Lincolnhealth, Miles Memorial Hospital, Xiangyu Wang, M.D., and Hassan M. Mahmoud, M.D., Defendants. Superior Court, State of Maine Cumberland, SS. Deposition Testimony, Virtual, April 14, 2026, Sacramento, California. Docket No. CV25-197.

236. Renato Urena, individually, plaintiff vs. City of San Bernardino, Jonathan Davalos, Andres Estrella and Does 1-10, inclusive, defendants. United States District Court, Central District of California. Deposition Testimony, Virtual, April 24, 2026, Sacramento, California. Case No.: 5:24-cv-00341-JGB-SHK.

237. Lorrie Herman, an individual and successor in interest, plaintiff, v. Hillstone Restaurant Group, Inc., Doing Business As, Bandera Corona Del Mar; and Does 1 through 100, inclusive, defendants. United States District Court, Central District of California- Southern Division. Deposition Testimony, Virtual, April 28, 2026, Sacramento, California. Case No.: 8:25-cv-00002.

238. Vivian Wai Man Lim, as individually and as personal representative of the Estate of Hong She Lim, Dereck Lim, Maxine Lim, Stephanie Lim and Ted Lim, Plaintiffs, vs Stanford Health Care, Stanford Hospital and Clinics and Does One Through Fifty, inclusive, Defendants. Superior Court of the State of California, County of Santa Clara. Deposition, Virtual, Sacramento, California, May 5, 2026. Case No.: 23CV426160.

239. LINDA JOHNSON, individually, and as successor-in-interest to TERRIL WADE JOHNSON, SR., deceased; TERRIL WADE JOHNSON II; RENETTA JOHNSON; DESHUN JOHNSON; HEAVEN JOHNSON; TRINITY JOHNSON; TERRILYNN JOHNSON, a minor, by and through her Guardian ad Litem, TERRIL WADE

JOHNSON II Plaintiffs, v. HANFORD HOTELS, INC., a California corporation; HANFORD HOTELS, LLC, a California limited liability company; FAIRFIELD BY MARRIOTT INN & SUITES SAN JOSE AIRPORT, an unknown business entity; MARRIOTT INTERNATIONAL, INC., a Delaware corporation; INTERSTATE HOTELS & RESORTS, INC., a Delaware corporation, wholly-owned subsidiary of Aimbridge Hospitality, LLC; and DOES 1 through 50, inclusive, Defendants. Superior Court of the State of California County of Santa Clara. Deposition Testimony, Virtual, Sacramento, California, May 8, 2026. Case No.: 25CV477676.

240. KARLA MENDOZA, individually, and as Successor-in-Interest and Personal Representative of the Estate of Carlos Mendoza, Decedent; and SERGIO MENDOZA, individually, and as Successorin-Interest and Personal Representative of the Estate of Carlos Mendoza, Decedent, Claimants, v. NLC CA, INC., an Idaho Corporation; QUANTA SERVICES, INC., a Texas Corporation; MATTHEW CLAYTON COMPHER, an individual; JUSTIN VAUGHAN, an individual; and RICKY COLLINS, an individual, and DOES 1-100, inclusive, Respondents. State of California, County of Sacramento, AAA Commercial Arbitration, Deposition Testimony, In-Person, Sacramento, California, June 22, 2026. Case No.: Arbitration-Adr Services, Hon Arbitrator Hon. Richard A. Stone (Ret.).

241. Omar Alrabadi, individually, Plaintiff, vs. Three Amigos Restaurant Group, LLC d/b/a Chayo Mexican Kitchen and Tequila Bar, a domestic limited liability company; Caesars Entertainment, INC d/b/a The Linq Promenade Shops, a foreign corporation; Dymond Black, an individual; Brandon Hamilton, an individual; Saul Garcia, an individual; Roe Security Company; Doe Assailant I, an individual; Doe Assailant II, an individual; Does III through X; and Roe Corporations XI through XX, inclusive, jointly and severally, Defendants. District Court, Clark County, Nevada. Trial Testimony, Las Vegas, Nevada, July 28, 2026. Case No.: A-23-874247-C.

# EXHIBIT B

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN VINCENT VALENZUELA,<br>Plaintiff,<br>vs.<br>CITY OF ANAHEIM, et al.,<br>Defendants.<br>____________________________<br>AND ALL RELATED ACTIONS.<br>____________________________ | Case No.<br>SACV17-0278 CJC (DFMx)<br><br>Consolidated with<br>SACV17-2094 CJC (DFMx) |

Deposition of BENNET OMALU, M.D.

Tuesday, February 26, 2019

Stenographic Reporter:
Vicki A. Saber, CSR No. 6212
RPR, CRR, CCRR, CLR

influence of methamphetamines in an emergency room in Nigeria in the early nineties?

A. Yes, yes.

Q. Give me an estimate of the number of such patients, Doctor.

04:16

A. I would say it varies from one to -- if we have, like, Christmas break -- to like 20 over a weekend. It varies. There's no --

Q. Was the abuse of methamphetamines a problem in Nigeria back in the early nineties?

04:17

MR. MARKS: Vague and ambiguous.

THE WITNESS: Not just amphetamine drug use generally. Cannabinoids.

BY MR. ROTHANS:

04:17

Q. I asked about methamphetamines.

A. I would say it was a problem as much as it is here now.

Q. The last time you treated a living patient in an emergency department was in Nigeria back in the early nineties, correct?

04:17

MR. MARKS: Asked and answered. That's how you led off this session.

THE WITNESS: Yes, sir.

MR. MARDIROSSIAN: He wants to make sure it hasn't changed.

04:17

BY MR. ROTHANS:

Q. You're not board certified in emergency medicine?

A. No, I'm not.

04:17 Q. You've never been a hospital -- strike that.

You've never been a supervisor of a hospital emergency room staff?

A. No, sir.

Q. Have you personally conducted any research
04:18 studies with live patients as to their levels of pain following a traumatic event and leading up to their death?

MR. MARKS: Vague and ambiguous. Incomplete hypothetical.

04:18 THE WITNESS: Yes. As we're speaking now, I'm even involved in a clinical trial.

MR. ROTHANS: Let's have the question read back to make sure the doctor heard what I said.

THE WITNESS: Yes, I heard what you said. I'm
04:18 involved in research, as we speak, in the assessment of living patients who have suffered traumatic brain injury. We are doing a drug trial. In fact, we have a meeting on Thursday at 11:30.

BY MR. ROTHANS:

04:18 Q. Okay. You understand the question dealt with

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA GONZALEZ, et al., No.: 1:20-cv-00912-NONE-JLT
Plaintiffs,
vs.
STATE OF CALIFORNIA, et al.,
Defendants.
________________________________

JEWELINA GONZALEZ,
Plaintiff,
vs.
KYLE NUNEZ, et al.,
Defendants.
____________________________________________________

REMOTE DEPOSITION of BENNET OMALU, M.D.
FRIDAY, JANUARY 7, 2022
VOLUME 1

Reported by
Daryl Baucum, RPR, CRR, RMR, CSR No. 10356

died from concussive brain injury of the spinal cord. So but whenever you see fracture of cartilage, it tells you that a large amount of forces are involved.

Q But you can't --

A The cartilage is not bone. It has some elasticity to it and when it fractures, it tells you there were large amounts of energy.

Q Do you have an opinion as to whether that was caused by compression, sustained pressure, or a blunt force blow?

A All I can testify to is it was caused by compressive forces.

Q When was the last time that you provided medical care for a living patient?

A Yesterday.

Q And what was the context of that?

A To my daughter.

Q Outside family, when was the last time you provided medical care to a living patient?

A It's been a while. I think the last time I worked as a clinician was in Nigeria twenty-something years ago.

Q How many years ago?

A Twenty -- twenty-seven years ago. Oh, my

gosh, twenty-seven years.

Q So I know in your second report you criticize the medical -- the non-forensic pathologist medical experts who are making opinions in this case.

But wouldn't you agree that opinions regarding the clinical aspects like breathing, ventilation, and blood flow would come under the purview of someone who treats living patients versus a pathologist?

A What about death, the cause? What about when death has occurred?

The physician who is the expert in communicating what killed the patient, communicating the mechanisms of death is a forensic pathologist.

And if a physician knows how a patient breathes, that physician wouldn't go to perform brain surgery because he knows how the patient breathes. That doesn't happen, but because of the arrogance of some professionals, some physicians, they have -- no matter how intelligent you may be, no matter now accomplished you may be, you may not know a specialty better than the trained and certified specialist who has been practicing for fifteen, twenty, thirty years.

# EXHIBIT D

175 South Lena Road
San Bernardino, CA 92415-0037
(909) 387-2978
Fax (909) 387-2989

**Brian Hutchins, M.D.**
Chief Forensic Pathologist

**Scott Luzi**, M.D.
Forensic Pathologist

**San Bernardino County Sheriff's Department**
**Coroner Division**

## Autopsy Protocol

**Coroner's Case Number:** 702401068 **Autopsy Number:** A-0298-24

**Name:** Domonic Odell Adams Jr. aka: John Doe 27-24 **Age:** 14 **Sex:** Male
**Time of Death:** 2311 hours, February 3, 2024 **Race:** Black
**Time of Autopsy:** 1027 hours, February 6, 2024
**Place of Autopsy:** San Bernardino County Coroner's Facility **Deputy:** Acevedo

**HISTORY OF DEATH**: The following information is obtained from the deputy coroner investigative report. This 14-year old boy, Domonic Adams Jr., was a passenger in a vehicle driving at a high rate of speed, attempting to avoid a traffic stop, when the vehicle collided with a patrol vehicle.

(Reference: 702401067, A-0300-24, Robert Andrew Frias and 702401073, A-0301-24, Omari Malik Pitts).

Also refer to Coroner's Investigative Report 702401068.

**GENERAL EXAMINATION**: The decedent is identified by tag on the right foot. The body is that of a meso-morphic, dark-color skin, adolescent male. The body weighs 55.9 kilograms (123 pounds) and measures 154.9 centimeters (61 inches) in length.

**Clothing**: The following clothing items or personal effects are present with the body at the time of autopsy: a pair of gray socks, multi-colored briefs, white pants, a white shirt, a gray coat, a pair of multi-colored shoes, and a black face mask.

**Evidence of Medical Intervention**: No medical intervention is present on the body at the time of autopsy.

**Evidence of Postmortem Change**: Lividity is fixed on the posterior surfaces of the body. Rigor is passing. The body temperature is cold to touch. Decomposition changes are not grossly evident.

**Evidence Collected at Autopsy**: None

**Tattoos**: None

**Radiographs**: A complete set of postmortem radiographs is obtained.

**External Examination**:

HEAD AND NECK
The head is symmetric, and the face is injured. The scalp is covered with curly, black hair of medium length with an unremarkable distribution. The irides are brown, the corneae are clear, the conjunctivae are pale, and the sclerae are white. The external auditory canals are clear. The ears are unremarkable. The nares are bloody. The nose and facial skeleton are palpably crepitant. The oral cavity contains blood, and the oral mucosa is injured. The teeth are natural and in good condition with orthodontic braces. The neck is symmetric.

TORSO
The chest is asymmetric with a firm protrusion from the right side. The abdomen is flat and soft. The genitalia are those of an apparently circumcised adolescent male. The back is symmetric. The buttocks and anus are unremarkable.

EXTREMITIES
The upper extremities are symmetric. The right lower extremity is visibly and palpably intact. The left lower extremity is deformed at the thigh.

IDENTIFYING MARKS
None

**Description of Injuries**:

I. Multiple blunt force injuries

A. Head and neck

A 7 cm laceration lateral the right orbit exposes an open fracture of the zygomatic arch. On the right cheek are three lacerations ranging from 0.5 to 2 cm in greatest dimension. A 1 cm abrasion is on the left cheek. A 0.5 cm laceration is below the lower lip. There is a 1.5 cm abrasion on the chin. The oral mucosa has lacerations up to 1 cm in greatest dimension with avulsion of teeth.

The maxilla is fractured. There is fracture-dislocation of the atlanto-occipital joint with transection of the spinal cord.

B. Torso

A 3 x 0.3 cm abrasion is on the lower right chest. A 5 x 5 cm contusion is on the right lower quadrant of the abdomen. A 5 x 3 cm abrasion is on the sacrum.

The right and left pleural cavities contain 250 and 200 ml of blood, respectively. The peritoneum contains 100 ml of blood. The posterior aspects of right ribs four through ten are fractured. The sternum is fractured at the manubrium joint. There is fracture-dislocation between the third and fourth thoracic vertebra with transection of the underlying spinal cord. The right pubic bone is fractured. The right lung is pulpified. The right hemi-diaphragm is ruptured. The descending aorta is transected at the arch. The right renal artery is lacerated. The right lobe of the liver is pulpified.

C. Extremities

There are no injuries of the upper extremities.

A 1.5 x 0.5 cm abrasion is on the proximal anterior right thigh. A 2 cm laceration is on the anterior-medial left thigh. An 8 x 0.5 cm wedge pattern abrasion is on the anterior left thigh. The left femur is fractured.

**INTERNAL EXAMINATION**:

HEAD: The galeal and subgaleal soft tissues of the scalp are unremarkable. The calvarium and base of the skull are unremarkable. The dura mater is intact with no evidence of hemorrhage, venous sinus thrombosis, or tumor. The leptomeninges are thin and transparent overlying clear cerebrospinal fluid. The brain weighs 1475 gm and has widened gyri and narrowed sulci. The cerebral hemispheres are symmetric. The cranial nerves are unremarkable. The arterial circulation is intact and has no evidence of plaque or aneurysm formation. Coronal sections demonstrate sharp demarcation between white and gray matter, without hemorrhages, degenerative changes, or masses. The ventricles are symmetric and unremarkable. The basal ganglia and thalamus are unremarkable. The cerebellum has its usual foliated appearance with unremarkable vermis and dentate nuclei. The structures of the brainstem are unremarkable.

NECK: The anterior strap muscles of the neck are homogenous and red-brown, without hemorrhage. The thyroid cartilage and hyoid are intact. The larynx is lined by intact white mucosa. The major vessels of the neck are intact. The tongue is free of bite marks, hemorrhage, or other injuries.

CHEST/ABDOMINAL CAVITIES: There are no adhesions involving the body cavities. No non-traumatic abnormalities of the muscles or bones of the appendicular and axial skeletons are identified.

CARDIOVASCULAR SYSTEM: The heart weighs 275 gm. The epicardial surface is smooth with unremarkable adipose deposition. The coronary arteries are unremarkable in distribution, with a left-dominant pattern. Cross sections of the vessels show no luminal narrowing. The uninjured myocardium is homogenous, red-brown, and firm. The atrial and ventricular septae are intact. The walls of the left ventricle, interventricular septum, and right ventricle are 1.5, 1.5, and 0.5 cm thick, respectively. The columnae carnae and papillary muscles are thin and round. The chordae tendinae are unremarkable. The valve leaflets are thin, mobile and without vegetation or calcification. The circumferences of the valve rings are: tricuspid valve 11 cm, pulmonary valve 5 cm, mitral valve 9 cm, and aortic valve 5 cm. The uninjured endocardium is smooth and glistening. The aorta gives rise to three intact and patent arch vessels. The uninjured lumen of the aorta is lined with tan-yellow streaks. The renal, mesenteric, and iliac vessels as well as the venae cavae are unremarkable.

RESPIRATORY TRACT: There is no blood, edema fluid, foam, exudate, or gastric contents found in the upper respiratory or lower bronchial passages. The mucosal surfaces are smooth, yellow-tan, and unremarkable. The right lung weighs 225 gm and the left lung weighs 175 gm. The uninjured visceral pleurae are smooth and red-pink. The uninjured pulmonary parenchyma is crepitant. No mass lesions or areas of consolidation are present. The pulmonary arteries are well developed and patent. The left hemi-diaphragm is intact.

GASTROINTESTINAL TRACT: The esophagus is intact and of uniform caliber; the lumen is lined by a smooth, gray-white mucosa. The gastro-esophageal junction is unremarkable. The stomach contains approximately 50 ml of tan-white, thinly viscous fluid. The gastric wall is intact and lined by a tan-yellow mucosa with an unremarkable rugal pattern. The pylorus is unremarkable. The duodenum, jejunum, ileum, and colon are unremarkable. The pancreas has yellow-tan, moderately firm parenchyma with the usual lobular pattern; no mass lesions or other abnormalities are seen. The appendix is present.

HEPATOBILIARY SYSTEM: The liver weighs 825 gm. The uninjured parenchyma is slightly firm, red-brown, and smooth with minimal congestion. No mass lesions or other non-traumatic

abnormalities are noted. The gallbladder is a smooth, gray-green, thin-walled sac, which contains over 10 ml of dark green fluid and no stones. The mucosa is dark green and velvety. The biliary system is patent into the ampulla of Vater.

URINARY SYSTEM: The right and left kidneys weigh 100 gm each. The kidneys have thin, loosely adherent capsules and smooth renal surfaces. Sectioning reveals cortices that are well demarcated from the structures of the medullae; the renal parenchyma is unremarkable. The ureters are not dilated or obstructed. The urinary bladder is lined by a tan-white mucosa and contains 50 ml of clear urine.

GENITAL SYSTEM: The prostate is not enlarged, and sectioning reveals smooth, yellow-tan parenchyma with no distinct masses. The right and left testes are in the scrotum and are unremarkable.

HEMOLYMPHATIC SYSTEM: The spleen weighs 75 gm. The capsule is smooth. The parenchyma is dark red and soft with unremarkable follicular architecture. Lymph nodes throughout the cervical, mediastinal and hilar, peri-portal, peri-aortic, mesenteric, and iliac regions are small and inconspicuous.

ENDOCRINE SYSTEM: The pituitary gland is unremarkable. The thyroid gland is symmetric and smooth; sectioning reveals red-brown parenchyma, without cystic or nodular change. The parathyroid glands are not identified. The right and left adrenal glands are symmetric; sectioning reveals bright yellow cortices and red-brown medullae with no masses or areas of hemorrhage.

**TOXICOLOGY**: A basic panel including blood alcohol level has been requested.

**Refer to Toxicology Report**

**HISTOLOGIC SECTIONS**: Representative sections of various organs are preserved in formalin.

**Autopsy Assistant**: Josie Rivera

**DIAGNOSIS**:

I. Multiple blunt force injuries
    A. Head and neck
        1. Open fracture, right zygoma
        2. Lacerations, right cheek
        3. Laceration, left cheek
        4. Laceration, lower lip
        5. Abrasion, chin
        6. Oral mucosa lacerations
        7. Fracture, maxilla
        8. Fracture-dislocation, atlanto-occipital joint with transection of spinal cord
    B. Torso
        1. Abrasion, chest
        2. Contusion, abdomen
        3. Abrasion, sacrum
        4. Bilateral hemothoraces
        5. Hemoperitoneum
        6. Multiple right rib fractures

7. Fracture, sternum
8. Fracture-dislocation, thoracic spine with transection of underlying spinal cord
9. Fracture, right pubic bone
10. Pulpifaction, right lung
11. Rupture, right hemi-diaphragm
12. Transection, aorta
13. Laceration, right renal artery
14. Pulpifaction, liver

C. Extremities
1. Abrasion, right thigh
2. Laceration, left thigh
3. Patterned abrasion, left thigh
4. Fracture, left femur

II. Other injuries: none

III. Natural disease and pre-existing conditions
A. Cerebral edema
B. Mild peripheral atherosclerosis

IV. Toxicology results (femoral blood)
A. Ethanol: none detected
B. No other positive findings of toxicological significance

**<u>CAUSE OF DEATH</u>**: Multiple blunt force injuries, immediate

**Manner of Death**: Accident

Autopsy Completed: 1130 hours, February 6, 2024

[signature]
Scott Luzi, M.D.
Forensic Pathologist

Date: 4/23/2024

SL

Marks
Ø

PMΔ
Ⓡ Pmg
Ⓛ P14
Ⓓ Ø

## San Bernardino County Sheriff/Coroner

Start 1027
Stop 1130
Seal 7689622

61"
123lb



PE
gry sox (2)
mens brfs
wht pnts
wht shrt
gry coat
mc shi (2)
blk facemask

Tx
Ø

Male, anterior / posterior

Name Domonic Adams Jr. Coroner's Case # 702401068 Autopsy No. A-298-24

Age 14 years Race Black Sex Male Date 2/6/24

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued** 03/08/2024 15:09

**To:** **10664**
San Bernardino County Sheriff's Office - Coroner
175 South Lena Road

San Bernardino, CA 92415

| | |
|---|---|
| **Patient Name** | ADAMS JR., DOMONIC |
| **Patient ID** | A0298-24 SL |
| **Chain** | 702401068 |
| **DOB** | 04/28/2009 |
| **Sex** | Male |
| **Workorder** | 24056167 |



### Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| **Ethanol - Title 17** | **See Report** | | **001 - Femoral Blood** |

See Detailed Findings section for additional information

Physician/Pathologist Name: DR. SCOTT LUZI

### Testing Requested:

| Test | Test Name |
|---|---|
| 7542B | Ethanol - Title 17, Blood - Send Out |
| 8061B | Postmortem, Basic w/o Alcohol, Blood (Forensic) |

### Tests Not Performed:

Part or all of the requested testing was unable to be performed. Refer to the **Analysis Summary and Reporting Limits** section for details.

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Stopper Glass Tube | 6.25 mL | 02/06/2024 11:00 | Femoral Blood | A0298-24 SL |
| 002 | Gray Stopper Glass Tube | 10.75 mL | 02/06/2024 11:00 | Chest Blood | A0298-24 SL |
| 003 | Red Stopper Glass Tube | 1.75 mL | 02/06/2024 11:00 | Vitreous Fluid | A0298-24 SL |

All sample volumes/weights are approximations.

Specimens received on 02/08/2024.

NMS LABS

CONFIDENTIAL

**Workorder** 24056167
**Chain** 702401068
**Patient ID** A0298-24 SL



**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Ethanol - Title 17 | See Report | | | 001 - Femoral Blood | Headspace GC |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded two (2) years from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 24056167 was electronically signed on 02/27/2024 15:33 by:

Daniel S. Isenschmid, Ph.D., F-ABFT
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 52198B - Cannabinoids Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | N/A | Delta-9 THC | N/A |
| Delta-9 Carboxy THC | N/A | | |

**Testing Not Performed:** Test was canceled due to [Interfering Substance].

Test 7542B - Ethanol - Title 17, Blood - Send Out - Femoral Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Ethanol - Title 17 | N/A | | |

Test 8061B - Postmortem, Basic w/o Alcohol, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Fentanyl / Acetyl Fentanyl | 0.50 ng/mL |
| Barbiturates | 0.040 mcg/mL | Methadone / Metabolite | 25 ng/mL |
| Benzodiazepines | 100 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone / Oxymorphone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Phencyclidine | 10 ng/mL |

24-000954 (0001)

# Sacramento County
# District Attorney's Office

## Thien Ho
District Attorney

Scott Triplett
Chief Deputy

Michael M. Blazina
Assistant District Attorney

Michael W. Toms
Laboratory Director

February 23, 2024

National Medical Services
200 Welsh Road
Horsham, PA 19044

**LAB NO:** 24-000954
**REQUEST NO:** 0001
**AGENCY NO:** 24056167
**NMS WORK ORDER NO:** 24056167

**NAME:** ADAMS JR., DOMONIC

**Blood Alcohol Report**

Submission: 001

Source: ADAMS JR., DOMONIC

Ethanol Result: None Detected

Date Received: 2/13/2024

Date Analyzed: 2/15/2024

Sample Type: blood

I certify, under penalty of perjury, under the laws of the State of California, that this analysis was performed during the regular course of my duties, and is a true and correct report of the results of that analysis. I further certify that I am qualified to perform this analysis pursuant to Title 17 of the California Code of Regulations, and the equipment used in arriving at the results was in proper working order at the time the analysis was performed. *I further certify that the analytical results were recorded at the time of* analysis and that the transfer of the results for reporting purposes was performed electronically. I further certify that I am the maker of this document and that my signature has been affixed by means of an electronic device.

Justin Hubbard

Justin Hubbard, Criminalist
Forensic Alcohol Analyst

February 20, 2024
Date

02/22/2024
Daniela Vasquez — Date
Technical Reviewer, Criminalist

02/23/2024
Jennifer Nguyen — Date
Administrative Reviewer, Criminalist

# EXHIBIT E

175 South Lena Road
San Bernardino, CA 92415-0037
(909) 387-2978
Fax (909) 387-2989

**Brian Hutchins, M.D.**
Chief Forensic Pathologist

**Scott Luzi**, M.D.
Forensic Pathologist

# San Bernardino County Sheriff's Department
## Coroner Division

### Autopsy Protocol

**Coroner's Case Number:** 702401067 **Autopsy Number:** A-0300-24

**Name:** Robert Andrew Rias **Age:** 15 **Sex:** Male
**Time of Death:** 2311 hours, February 4, 2024 **Race:** Hispanic
**Time of Autopsy:** 0908 hours, February 6, 2024
**Place of Autopsy:** San Bernardino County Coroner's Facility **Deputy:** Acevedo

**HISTORY OF DEATH**: The following information is obtained from the deputy coroner investigative report. This 15-year old boy, Robert Rias, was a passenger in a vehicle driving at a high rate of speed, attempting to avoid a traffic stop, when the vehicle collided with a patrol vehicle.

(Reference: 702401068, A-0298-24, Domonic Odell Adams Jr. and 702401073, A-0301-24, Omari Malik Pitts).

Also refer to Coroner's Investigative Report 702401067.

**GENERAL EXAMINATION**: The decedent is identified by tag on the right foot. The body is that of a meso-morphic, medium dark-color skin, adolescent male. The body weighs 58.2 kilograms (128 pounds) and measures 170.2 centimeters (67 inches) in length.

**Clothing**: The following clothing items or personal effects are present with the body at the time of autopsy: a tan shirt, purple boxer briefs, a pair of gray sneakers, a pair of gray-black socks, a black hooded sweatshirt, and black pants.

**Evidence of Medical Intervention**: Medical intervention present on the body at the time of autopsy includes: cardiac monitor leads on the anterior torso and upper extremities

**Evidence of Postmortem Change**: Lividity is fixed on the posterior surfaces of the body. Rigor is fully developed. The body temperature is cold to touch. Decomposition changes are not grossly evident.

**Evidence Collected at Autopsy**: None

**Tattoos**: None

**Radiographs**: A complete set of postmortem radiographs is obtained.

**External Examination**:

HEAD AND NECK
The head is symmetric, and the face is injured. The scalp is covered with wavy, black hair of medium length with an unremarkable distribution. Facial hair consists of a slight mustache. The irides are brown, the corneae are clear, the conjunctivae are pale, and the sclerae are white. The external auditory canals are clear. The ears are unremarkable. The nares are bloody. The nose and facial skeleton are palpably intact. The lips are unremarkable. The oral cavity contains no debris, and the oral mucosa is unremarkable. The teeth are natural and in good condition. The neck is symmetric.

TORSO
The chest is symmetric. The abdomen is flat and soft. The genitalia are those of an apparently circumcised adolescent male. The testes are descended. The back is symmetric. The buttocks and anus are unremarkable.

EXTREMITIES
The upper extremities are symmetric. The left lower extremity is visibly and palpably intact. The right lower extremity is deformed at the leg.

IDENTIFYING MARKS
None

**Description of Injuries**:

I. Multiple blunt force injuries

A. Head and neck

On the upper left orbit is a 0.9 x 0.3 cm abrasion. A cluster of abrasions, 0.2 to 2 cm, covers an area of 15 x 8 cm over the right cheek and chin.

A 1 x 1 cm subgaleal hemorrhage covers the right temporal scalp. A bilateral linear ("hinge" type) fracture extends across the petrous ridges.

B. Torso

A 0.6 x 0.3 cm abrasion is on the central chest.

The right and left pleural cavities contain 150 and 750 ml of blood, respectively. The peritoneum contains 100 ml of blood. A 20 x 10 cm hemorrhage covers the retroperitoneum. The posterior aspects of right ribs two through eleven are fractured. The pelvis has a diastatic fracture of the pubic symphysis and bilateral pubic bone fractures. The lungs have lacerations up to 3 cm in greatest dimension. The descending aorta is transected from the arch. The right renal artery is lacerated. The liver has lacerations up to 10 cm in greatest dimension.

C. Extremities

A 1 cm linear abrasion is on the posterior right forearm.

A cluster of abrasions, 0.2 to 2 cm, covers an area of 11 x 7 cm over the anterior right thigh. A 1.5 x 0.5 cm abrasion is on the lateral right thigh. On the anterior right leg are three lacerations ranging from 1 to 6 cm; the largest laceration exposes open fractures of the tibia and fibula. A cluster of abrasions, 0.3 to 3 cm, covers an area of 33 x 11 cm over the anterior-medial left thigh. A cluster of abrasions and lacerations, 0.5 to 5.5 cm, covers an area of 25 x 6 cm over the medial left knee and leg. A 2 x 1 cm abrasion is on the left calf.

**INTERNAL EXAMINATION**:

HEAD: The dura mater is intact with no evidence of hemorrhage, venous sinus thrombosis, or tumor. The leptomeninges are thin and transparent overlying clear cerebrospinal fluid. The brain weighs 1425 g and has widened gyri and narrowed sulci. The cerebral hemispheres are symmetric. The cranial nerves are unremarkable. The arterial circulation is intact and has no evidence of plaque or aneurysm formation. Coronal sections demonstrate sharp demarcation between white and gray matter, without hemorrhages, degenerative changes, or masses. The ventricles are symmetric and unremarkable. The basal ganglia and thalamus are unremarkable. The cerebellum has its usual foliated appearance with unremarkable vermis and dentate nuclei. The structures of the brainstem are unremarkable. The atlanto-occipital joint is stable.

NECK: The anterior strap muscles of the neck are homogenous and red-brown, without hemorrhage. The thyroid cartilage and hyoid are intact. The larynx is lined by intact white mucosa. The major vessels of the neck are intact. The tongue is free of bite marks, hemorrhage, or other injuries.

CHEST/ABDOMINAL CAVITIES: There are no adhesions. The organs occupy their usual anatomic positions. The sternum and vertebral bodies are visibly and palpably intact. No non-traumatic abnormalities of the muscles or bones of the appendicular and axial skeletons are identified.

CARDIOVASCULAR SYSTEM: The heart weighs 275 gm. The epicardial surface is smooth with unremarkable adipose deposition. The coronary arteries are unremarkable in distribution, with a right-dominant pattern. Cross sections of the vessels show no luminal narrowing. The uninjured myocardium is homogenous, red-brown, and firm. The atrial and ventricular septae are intact. The walls of the left ventricle, interventricular septum, and right ventricle are 1.5, 1.5, and 0.5 cm thick, respectively. The columnae carnae and papillary muscles are thin and round. The chordae tendinae are unremarkable. The valve leaflets are thin, mobile and without vegetation or calcification. The circumferences of the valve rings are: tricuspid valve 12 cm, pulmonary valve 5 cm, mitral valve 9 cm, and aortic valve 5 cm. The uninjured endocardium is smooth and glistening. The aorta gives rise to three intact and patent arch vessels. The uninjured lumen of the aorta is lined with tan-yellow streaks. The left renal, mesenteric, and iliac vessels as well as the venae cavae are unremarkable.

RESPIRATORY TRACT: There is no blood, edema fluid, foam, exudate, or gastric contents found in the upper respiratory or lower bronchial passages. The mucosal surfaces are smooth, yellow-tan, and unremarkable. The right lung weighs 275 gm and the left lung weighs 200 gm. The uninjured visceral pleurae are smooth and red-pink. The uninjured pulmonary parenchyma is crepitant. No mass lesions or areas of consolidation are present. The pulmonary arteries are well developed and patent. The diaphragm is intact.

GASTROINTESTINAL TRACT: The esophagus is intact and of uniform caliber; the lumen is lined by a smooth, gray-white mucosa. The gastro-esophageal junction is unremarkable. The stomach contains approximately 100 ml of tan-white, thickly viscous fluid. The gastric wall is intact and lined by a tan-yellow mucosa with an unremarkable rugal pattern. The pylorus is unremarkable. The duodenum, jejunum, ileum, and colon are unremarkable. The pancreas has yellow-tan, moderately firm parenchyma with the usual lobular pattern; no mass lesions or other abnormalities are seen. The appendix is present.

HEPATOBILIARY SYSTEM: The liver weighs 1100 gm. The uninjured parenchyma is slightly firm, red-brown, and smooth with minimal congestion. No mass lesions or other non-traumatic

abnormalities are noted. The gallbladder is a smooth, gray-green, thin-walled sac, which contains over 10 ml of dark green fluid and no stones. The mucosa is dark green and velvety. The biliary system is patent into the ampulla of Vater.

URINARY SYSTEM: The right and left kidneys weigh 100 gm each. The kidneys have thin, loosely adherent capsules and smooth renal surfaces. Sectioning reveals cortices that are well demarcated from the structures of the medullae; the renal parenchyma is unremarkable. The ureters are not dilated or obstructed. The urinary bladder is lined by a tan-white mucosa and contains 100 ml of clear urine.

GENITAL SYSTEM: The prostate is not enlarged, and sectioning reveals smooth, yellow-tan parenchyma with no distinct masses. The right and left testes are in the scrotum and are unremarkable.

HEMOLYMPHATIC SYSTEM: The spleen weighs 75 gm. The capsule is smooth. The parenchyma is dark red and soft with unremarkable follicular architecture. Lymph nodes throughout the cervical, mediastinal and hilar, peri-portal, peri-aortic, mesenteric, and iliac regions are small and inconspicuous.

ENDOCRINE SYSTEM: The pituitary gland is unremarkable. The thyroid gland is symmetric and smooth; sectioning reveals red-brown parenchyma, without cystic or nodular change. The parathyroid glands are not identified. The right and left adrenal glands are symmetric; sectioning reveals bright yellow cortices and red-brown medullae with no masses or areas of hemorrhage.

**TOXICOLOGY**: A basic panel including blood alcohol level has been requested.

**Refer to Toxicology Report**

**HISTOLOGIC SECTIONS**: Representative sections of various organs are preserved in formalin.

**Autopsy Assistant**: Josie Rivera

**DIAGNOSIS**:

I. Multiple blunt force injuries
  - A. Abrasion, left orbit
  - B. Abrasions, right cheek and chin
  - C. Subgaleal hemorrhage
  - D. Basilar skull fracture
  - E. Abrasion, chest
  - F. Bilateral hemothoraces
  - G. Hemoperitoneum
  - H. Retroperitoneal hemorrhage
  - I. Multiple right rib fractures
  - J. Pelvic fractures
  - K. Lacerations, lungs
  - L. Transection, aorta
  - M. Laceration, right renal artery
  - N. Lacerations, liver
  - O. Abrasions and lacerations, extremities
  - P. Open fractures, right tibia and fibula

II. Other injuries: none

III. Natural disease and pre-existing conditions
   A. Cerebral edema
   B. Mild peripheral atherosclerosis

IV. Toxicology results (chest blood)
   A. Ethanol: none detected
   B. No other positive findings of toxicological significance

**CAUSE OF DEATH**: Multiple blunt force injuries, seconds

**Manner of Death**: Accident

Autopsy Completed: 1015 hours, February 6, 2024

Scott Luzi
Scott Luzi, M.D.
Forensic Pathologist
Date: 4/23/2024

SL

Marks
Ø

PMA

# San Bernardino County Sheriff/Coroner

Start 0908
Stop 1015
Seal 7690396

128 lb
67"



Male, anterior / posterior

Name Robert Rios Coroner's Case # 702401067 Autopsy No. A-0300-24

Age 15 years Race Hispanic Sex Male Date 2/6/24

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued** 03/08/2024 15:13

**To:** **10664**
San Bernardino County Sheriff's Office - Coroner
175 South Lena Road

San Bernardino, CA 92415

| | |
|---|---|
| **Patient Name** | RIAS, ROBERT |
| **Patient ID** | A0300-24 SL |
| **Chain** | 702401067 |
| **DOB** | 11/16/2008 |
| **Sex** | Male |
| **Workorder** | 24056171 |

**Page 1 of 2**

### Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| **Ethanol - Title 17** | **See Report** | | **001 - Chest Blood** |

See Detailed Findings section for additional information

Physician/Pathologist Name: DR. SCOTT LUZI

### Testing Requested:

| Test | Test Name |
|---|---|
| 7542B | Ethanol - Title 17, Blood - Send Out |
| 8061B | Postmortem, Basic w/o Alcohol, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Stopper Glass Tube | 11 mL | 02/06/2024 09:00 | Chest Blood | A0300-24 SL |
| 002 | Gray Stopper Glass Tube | 10.75 mL | 02/06/2024 09:00 | Chest Blood | A0300-24 SL |
| 003 | Red Stopper Glass Tube | 0.5 mL | 02/06/2024 09:00 | Vitreous Fluid | A0300-24 SL |

All sample volumes/weights are approximations.

Specimens received on 02/08/2024.

NMS LABS

CONFIDENTIAL

| | |
|---|---|
| **Workorder** | 24056171 |
| **Chain** | 702401067 |
| **Patient ID** | A0300-24 SL |



**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Ethanol - Title 17 | See Report | | | 001 - Chest Blood | Headspace GC |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded two (2) years from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 24056171 was electronically signed on 02/27/2024 15:33 by:

Daniel S. Isenschmid, Ph.D., F-ABFT
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 7542B - Ethanol - Title 17, Blood - Send Out - Chest Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Ethanol - Title 17 | N/A | | |

Test 8061B - Postmortem, Basic w/o Alcohol, Blood (Forensic) - Chest Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Fentanyl / Acetyl Fentanyl | 0.50 ng/mL |
| Barbiturates | 0.040 mcg/mL | Methadone / Metabolite | 25 ng/mL |
| Benzodiazepines | 100 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone / Oxymorphone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Phencyclidine | 10 ng/mL |

24-000955 (0001)

# Sacramento County District Attorney's Office

Thien Ho
District Attorney

Scott Triplett
Chief Deputy

Michael M. Blazina
Assistant District Attorney

Michael W. Toms
Laboratory Director

February 23, 2024

National Medical Services
200 Welsh Road
Horsham, PA 19044

**LAB NO:** 24-000955
**REQUEST NO:** 0001
**AGENCY NO:** 24056171
**NMS WORK ORDER NO:** 24056171

**NAME:** RIAS, ROBERT

**Blood Alcohol Report**

Submission: 001
Source: RIAS, ROBERT

Ethanol Result: None Detected
Date Received: 2/13/2024
Date Analyzed: 2/15/2024

Sample Type: blood

I certify, under penalty of perjury, under the laws of the State of California, that this analysis was performed during the regular course of my duties, and is a true and correct report of the results of that analysis. I further certify that I am qualified to perform this analysis pursuant to Title 17 of the California Code of Regulations, and the equipment used in arriving at the results was in proper working order at the time the analysis was performed. I further certify that the analytical results were recorded at the time of analysis and that the transfer of the results for reporting purposes was performed electronically. I further certify that I am the maker of this document and that my signature has been affixed by means of an electronic device.

Justin Hubbard

Justin Hubbard, Criminalist
Forensic Alcohol Analyst

February 20, 2024
Date

02/22/2024
Daniela Vasquez, Technical Reviewer, Criminalist — Date

02/23/2024
Jennifer Nguyen, Administrative Reviewer, Criminalist — Date



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COF 000251

# EXHIBIT F

175 South Lena Road
San Bernardino, CA 92415-0037
(909) 387-2978
Fax (909) 387-2989

Brian Hutchins, M.D.
Chief Forensic Pathologist

Scott Luzi, M.D.
Forensic Pathologist

**San Bernardino County Sheriff's Department**
**Coroner Division**

## Autopsy Protocol

**Coroner's Case Number:** 702401073 **Autopsy Number:** A-0301-24

**Name:** Omari Malik Pitts
aka: John Doe 28-24 **Age:** 15 **Sex:** Male
**Time of Death:** 0735 hours, February 4, 2024 **Race:** Black
**Time of Autopsy:** 1147 hours, February 6, 2024
**Place of Autopsy:** San Bernardino County Coroner's Facility **Deputy:** Valentin

**HISTORY OF DEATH**: The following information is obtained from the deputy coroner investigative report. This 15-year old boy, Omari Pitts, was a passenger in a vehicle driving at a high rate of speed, attempting to avoid a traffic stop, when the vehicle collided with a patrol vehicle.

(Reference: 702401067, A-0300-24, Robert Andrew Rias and 702401068, A-0298-24, Domonic Odell Adams Jr.).

Also refer to Coroner's Investigative Report 702401073.

**GENERAL EXAMINATION**: The decedent is identified by tag on the right foot. The body is that of a meso-morphic, dark-color skin, adolescent male. The body weighs 54.5 kilograms (120 pounds) and measures 177.8 centimeters (70 inches) in length.

**Clothing**: No clothing items or personal effects are present on the body at the time of autopsy.

**Evidence of Medical Intervention**: Medical intervention present on the body at the time of autopsy includes: closed incision of the scalp with ostomy site of the right parietal skull, closed incision of the right chest, closed midline laparotomy incision, and external fixation of the left femur.

**Evidence of Postmortem Change**: Lividity is fixed on the posterior surfaces of the body. Rigor has passed. The body temperature is cold to touch. Decomposition changes are not grossly evident.

**Evidence Collected at Autopsy**: None

**Tattoos**: A tattoo is on the right forearm ("Tatanesha").

**Radiographs**: A complete set of postmortem radiographs is obtained.

**External Examination**:

HEAD AND NECK
The head is symmetric, and the face is unremarkable. The scalp is covered with curly, short, black hair with an unremarkable distribution. The irides are brown, the corneae are clear, the conjunctivae are pale, and the sclerae are white. The external auditory canals are clear. The ears are unremarkable. The nares contain sero-sanguineous fluid. The nose and facial skeleton are palpably stable. The lips are unremarkable. The oral cavity contains no debris, and the oral mucosa is unremarkable. The teeth are natural and in good condition. The neck is symmetric with no lesions.

TORSO
The chest is symmetric. The abdomen is flat and soft. The genitalia are those of an apparently circumcised adolescent male. The testes are descended. The back is symmetric. The buttocks and anus are unremarkable.

EXTREMITIES
The upper extremities are symmetric. The right lower extremity is visibly and palpably intact. The left lower extremity is deformed at the thigh.

IDENTIFYING MARKS
5 cm scar, right forearm

**Description of Injuries**:

I. Multiple blunt force injuries

A. Head and neck

There are no external injuries of the head and neck.

A 9 x 9 cm subgaleal hemorrhage covers the right parietal scalp. Approximately 75 ml of subdural hemorrhage covers the cerebral hemispheres.

B. Torso

There are no external injuries of the torso.

The right pleural cavity contains 500 ml of blood. The posterior aspect of the right ninth rib is fractured. The lower lobe of the right lung has a 9 cm laceration. The celiac trunk is lacerated at the aorta.

C. Extremities

There are no external injuries of the extremities.

The left femur is fractured.

**INTERNAL EXAMINATION**:

HEAD: The calvarium and base of the skull are unremarkable. The brain weighs 1300 g and has widened gyri and narrowed sulci. The cerebral hemispheres are symmetric. The cranial nerves are unremarkable. The arterial circulation is intact and has no evidence of plaque or aneurysm formation. Coronal sections demonstrate sharp demarcation between white and gray matter, without hemorrhages, degenerative changes, or masses. The ventricles are symmetric and unremarkable. The basal ganglia and thalamus are unremarkable. The cerebellum has its usual foliated appearance with unremarkable vermis and dentate nuclei. The structures of the brainstem are unremarkable. The atlanto-occipital joint is stable.

NECK: The anterior strap muscles of the neck are homogenous and red-brown, without hemorrhage. The thyroid cartilage and hyoid are intact. The larynx is lined by intact white mucosa. The major vessels of the neck are intact. The tongue is free of bite marks, hemorrhage, or other injuries.

CHEST/ABDOMINAL CAVITIES: No excess fluid is in the left pleural, pericardial, or peritoneal cavities. There are no adhesions. The organs occupy their usual anatomic positions. The sternum and vertebral bodies are visibly and palpably intact. No non-traumatic abnormalities of the muscles or bones of the appendicular and axial skeletons are identified.

CARDIOVASCULAR SYSTEM: The heart weighs 275 gm. The epicardial surface is smooth with unremarkable adipose deposition. The coronary arteries are unremarkable in distribution, with a left-dominant pattern. Cross sections of the vessels show no luminal narrowing. The myocardium is homogenous, red-brown, and firm. The atrial and ventricular septae are intact. The walls of the left ventricle, interventricular septum, and right ventricle are 1.8, 1.8, and 0.7 cm thick, respectively. The columnae carnae and papillary muscles are thin and round. The chordae tendinae are unremarkable. The valve leaflets are thin, mobile and without vegetation or calcification. The circumferences of the valve rings are: tricuspid valve 11 cm, pulmonary valve 5 cm, mitral valve 10 cm, and aortic valve 6 cm. The endocardium is smooth and glistening. The aorta gives rise to three intact and patent arch vessels. The lumen of the aorta is lined with tan-yellow streaks. The renal and iliac vessels as well as the venae cavae are unremarkable.

RESPIRATORY TRACT: There is no blood, edema fluid, foam, exudate, or gastric contents found in the upper respiratory or lower bronchial passages. The mucosal surfaces are smooth, yellow-tan, and unremarkable. The right lung weighs 1000 gm and the left lung weighs 975 gm. The uninjured visceral pleurae are smooth and red-purple. The uninjured pulmonary parenchyma is congested and edematous. No mass lesions or areas of consolidation are present. The pulmonary arteries are well developed and patent. The diaphragm is intact.

GASTROINTESTINAL TRACT: The esophagus is intact and of uniform caliber; the lumen is lined by a smooth, gray-white mucosa. The gastro-esophageal junction is unremarkable. The stomach contains approximately 50 ml of tan-yellow, thickly viscous fluid. The gastric wall is intact and lined by a tan-yellow mucosa with an unremarkable rugal pattern. The pylorus is unremarkable. The duodenum, jejunum, ileum, and colon are unremarkable. The pancreas has yellow-tan, moderately firm parenchyma with the usual lobular pattern; no mass lesions or other abnormalities are seen. The appendix is present.

HEPATOBILIARY SYSTEM: The liver weighs 1150 gm. The capsule is smooth and intact. The cut surfaces are slightly firm, red-brown, and smooth with minimal congestion. No mass lesions or other non-traumatic abnormalities are noted. The gallbladder is a smooth, gray-green, thin-walled sac, which contains less than 10 ml of dark green fluid and no stones. The mucosa is dark green and velvety. The biliary system is patent into the ampulla of Vater.

URINARY SYSTEM: The right and left kidneys weigh 125 gm. The kidneys have thin, loosely adherent capsules and smooth renal surfaces. Sectioning reveals cortices that are well demarcated from the structures of the medullae; the renal parenchyma is unremarkable. The ureters are not dilated or obstructed. The urinary bladder is lined by a tan-white mucosa and contains no urine.

GENITAL SYSTEM: The prostate is not enlarged, and sectioning reveals smooth, yellow-tan parenchyma with no distinct masses. The right and left testes are in the scrotum and are unremarkable.

HEMOLYMPHATIC SYSTEM: The spleen weighs 100 gm. The capsule is smooth. The parenchyma is dark red and soft with unremarkable follicular architecture. Lymph nodes throughout the cervical, mediastinal and hilar, peri-portal, peri-aortic, mesenteric, and iliac regions are small and inconspicuous.

ENDOCRINE SYSTEM: The pituitary gland is unremarkable. The thyroid gland is symmetric and smooth; sectioning reveals red-brown parenchyma, without cystic or nodular change. The parathyroid glands are not identified. The right and left adrenal glands are symmetric; sectioning reveals bright yellow cortices and red-brown medullae with no masses or areas of hemorrhage.

**TOXICOLOGY**: A basic panel including blood alcohol level has been requested.

**Refer to Toxicology Report**

**HISTOLOGIC SECTIONS**: Representative sections of various organs are preserved in formalin.

**Autopsy Assistant**: Josie Rivera

**DIAGNOSIS**:

I. Multiple blunt force injuries
  A. Subgaleal hemorrhage
  B. Subdural hemorrhage
  C. Right hemothorax
  D. Laceration, right lung
  E. Laceration, celiac trunk
  F. Fracture, left femur

II. Other injuries: none

III. Natural disease and pre-existing conditions
  A. Cerebral edema
  B. Pulmonary congestion and edema
  C. Cardiomegaly with left ventricular hypertrophy
  D. Mild peripheral atherosclerosis

IV. Toxicology results (blood)
  A. Ethanol: none detected
  B. Delta-9 THC: 0.52 ng/mL
  C. Fentanyl: 1.9 ng/mL
  D. Norfentanyl: 0.7 ng/mL

**CAUSE OF DEATH**: Multiple blunt force injuries, hours

**Manner of Death**: Accident

Autopsy Completed: 1259 hours, February 6, 2024

Scott Luzi, M.D.
Forensic Pathologist
Date: 4/23/2024

SL

Marks
PMA

**San Bernardino County Sheriff/Coroner**

Start 1147
Stop 1259
Seal 769 0323

70"
120lbs




**Male, anterior / posterior**

Name Omari Pitts Coroner's Case # 702401073 Autopsy No. A-0301-24

Age 15 years Race Black Sex Male Date 2/6/24

NMS LABS

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

# Toxicology Report

**Report Issued** 03/28/2024 10:33

**To:** **10664**
San Bernardino County Sheriff's Office - Coroner
175 South Lena Road

San Bernardino, CA 92415

**Patient Name** PITTS, OMARI
**Patient ID** A0301-24 SL
**Chain** 702401073
**DOB** 11/01/2008
**Sex** Male
**Workorder** 24056180



## Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| *Ethanol - Title 17* | See Report | | 001 - Femoral Blood |
| Delta-9 THC | 0.52 | ng/mL | 002 - Blood |
| Fentanyl | 1.9 | ng/mL | 002 - Blood |
| Norfentanyl | 0.70 | ng/mL | 002 - Blood |

See Detailed Findings section for additional information

Physician/Pathologist Name: DR. SCOTT LUZI

## Testing Requested:

| Test | Test Name |
|---|---|
| 7542B | Ethanol - Title 17, Blood - Send Out |
| 8061B | Postmortem, Basic w/o Alcohol, Blood (Forensic) |

## Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Stopper Glass Tube | 2 mL | 02/05/2024 12:15 | Femoral Blood | A0301-24 SL |
| 002 | Gray Stopper Glass Tube | 11.5 mL | 02/05/2024 12:15 | Blood | A0301-24 SL |
| 003 | *Red Stopper Glass Tube* | *1.25 mL* | *02/05/2024 12:15* | *Vitreous Fluid* | A0301-24 SL |

All sample volumes/weights are approximations.

Specimens received on 02/08/2024.

NMS LABS

CONFIDENTIAL

| | |
|---|---|
| **Workorder** | 24056180 |
| **Chain** | 702401073 |
| **Patient ID** | A0301-24 SL |



**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Delta-9 THC | 0.52 | ng/mL | 0.50 | 002 - Blood | LC-MS/MS |
| Fentanyl | 1.9 | ng/mL | 0.20 | 002 - Blood | LC-MS/MS |
| Norfentanyl | 0.70 | ng/mL | 0.40 | 002 - Blood | LC-MS/MS |
| Ethanol - Title 17 | See Report | | | 001 - Femoral Blood | Headspace GC |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded two (2) years from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 24056180 was electronically signed on 03/11/2024 14:52 by:

Laura M. Labay, Ph.D., F-ABFT, DABCC-TC
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 50012B - Benzodiazepines Confirmation, Blood - Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 5.0 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Test 52198B - Cannabinoids Confirmation, Blood - Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

NMS LABS

CONFIDENTIAL

| | |
|---|---|
| **Workorder** | 24056180 |
| **Chain** | 702401073 |
| **Patient ID** | A0301-24 SL |



**Analysis Summary and Reporting Limits:**

Test 52484B - Fentanyl and Acetyl Fentanyl Confirmation, Blood - Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetyl Fentanyl | 0.20 ng/mL | Norfentanyl | 0.40 ng/mL |
| Fentanyl | 0.20 ng/mL | | |

Test 7542B - Ethanol - Title 17, Blood - Send Out - Femoral Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Ethanol - Title 17 | N/A | | |

Test 8061B - Postmortem, Basic w/o Alcohol, Blood (Forensic) - Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Fentanyl / Acetyl Fentanyl | 0.50 ng/mL |
| Barbiturates | 0.040 mcg/mL | Methadone / Metabolite | 25 ng/mL |
| Benzodiazepines | 100 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone / Oxymorphone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Phencyclidine | 10 ng/mL |

Digital data review may have taken place remotely by qualified NMS staff utilizing a secure VPN connection for some or all of the reported results. This is in accordance with and follows CLIA regulations.

24-001191 (0001)

# Sacramento County District Attorney's Office

Thien Ho
District Attorney

Scott Triplett
Chief Deputy

Michael M. Blazina
Assistant District Attorney

Michael W. Toms
Laboratory Director

March 7, 2024

National Medical Services
200 Welsh Road
Horsham, PA 19044

**LAB NO:** 24-001191
**REQUEST NO:** 0001
**AGENCY NO:** 24056180
**NMS WORK ORDER NO:** 24056180

**NAME:** PITTS, OMARI

## Blood Alcohol Report

Submission: 001

Source: PITTS, OMARI

Ethanol Result: None Detected

Date Received: 2/26/2024

Date Analyzed: 2/29/2024

Sample Type: blood

I certify, under penalty of perjury, under the laws of the State of California, that this analysis was performed during the regular course of my duties, and is a true and correct report of the results of that analysis. I further certify that I am qualified to perform this analysis pursuant to Title 17 of the California Code of Regulations, and the equipment used in arriving at the results was in proper working order at the time the analysis was performed. I further certify that the analytical results were recorded at the time of analysis and that the transfer of the results for reporting purposes was performed electronically. I further certify that I am the maker of this document and that my signature has been affixed by means of an electronic device.

Daniela Vasquez, Criminalist
Forensic Alcohol Analyst

March 1, 2024
Date

03/05/2024
Jennifer Nguyen — Date
Technical Reviewer, Criminalist

03/07/2024
Justin Hubbard — Date
Administrative Reviewer, Criminalist

LABORATORY OF FORENSIC SERVICES
4800 Broadway, Suite 200 - Sacramento, CA 95820-1530
(916) 874-9240 FAX (916) 321-2230
www.sacda.org

This report contains the results and conclusions of the signing analyst.
Supporting examination documentation is maintained in the case file.
Reported values should be considered as approximations when accompanied by the terms "approximate" or "approximately."